UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK    09 CIV 00289

---------------------------------------------------------------X

REPEX VENTURES S.A.,

        Plaintiff,

vs.                                         CASE NO.

BERNARD L. MADOFF, et al., (See
attached Rider A for a complete listing
of all named Defendants),
        Defendants.

---------------------------------------------------------------X

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE,

THE UNDERSIGNED COUNSEL FOR PLAINTIFF    REPEX VENTURES S.A.

CERTIFIES THAT THE SAID PARTY IS NON-GOVERNMENTAL AND NOT A

CORPORATE PARTY.

DATE: 01/12/09

                                                          SIGNATURE OF ATTORNEY

RULE 7.1 STATEMENT

# **RIDER A**

All Named Defendants:

BERNARD L. MADOFF, BERNARD L. MADOFF INVESTMENT SECURITIES, BANK MEDICI S.A., SONJA KOHN, PETER SCHEITHAUER, HERALD USA FUND, HERALD LUXEMBURG FUND, BANK AUSTRIA CREDITANSTALT, UNICREDIT S.A., PRIMEO SELECT FUNDS, PIONEER ALTERNATIVE INVESTMENTS, THEMA INTERNATIONAL FUND PLC, ERNST & YOUNG LLP, and HSBC HOLDINGS PLC.