UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REPEX VENTURES S.A, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF; BANK MEDICI S.A.; SONJA KOHN; PETER SCHEITHAUER; HERALD USA FUND; HERALD LUXEMBURG FUND; BANK AUSTRIA CREDITANSTALT; UNICREDIT S.A.; PRIMEO SELECT FUND; PRIMEO EXECUTIVE FUND; PIONEER ALTERNATIVE INVESTMENTS; THEMA INTERNATIONAL FUND PLC, ERNST & YOUNG S.A., and HSBC SECURITIES SERVICES, S.A.,<br><br>Defendants. | Civil Action No. 09-cv-289-RMB<br><br>**MOTION TO ADMIT COUNSEL PRO HAC VICE**<br><br>ORIGINAL |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jules Brody a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

Timothy J. Burke, Esq.
STULL, STULL & BRODY
10940 Wilshire Boulevard, Suite 2300
Los Angeles, CA 900245
Tel: (310) 209-2468
Fax: (310) 209-2087
Email: service@ssbla.com

Timothy J. Burke is a member in good standing of the Bar of the State of California. There are no pending disciplinary proceedings against Timothy J. Burke in any State or Federal court.

Dated: February 12, 2009

STULL, STULL & BRODY

By: _____
Jules Brody (JB-9151)

6 East 45th Street
New York, New York 10017
(212) 687-7230 (Tel)
(212) 490-2022 (Fax)

**STULL, STULL & BRODY**
Timothy J. Burke
10940 Wilshire Boulevard
Suite 2300
Los Angeles, California 90024
(310) 209-2468 (Tel)
(310) 209-2087 (Fax)
Email: service@ssbla.com

Plaintiff's Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REPEX VENTURES S.A, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF; BANK MEDICI S.A.; SONJA KOHN; PETER SCHEITHAUER; HERALD USA FUND; HERALD LUXEMBURG FUND; BANK AUSTRIA CREDITANSTALT; UNICREDIT S.A.; PRIMEO SELECT FUND; PRIMEO EXECUTIVE FUND; PIONEER ALTERNATIVE INVESTMENTS; THEMA INTERNATIONAL FUND PLC, ERNST & YOUNG S.A., and HSBC SECURITIES SERVICES, S.A.,<br><br>Defendants. | Civil Action No. 09-cv-289-RMB<br><br>**AFFIDAVIT OF JULES BRODY IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**<br><br>ORIGINAL |

State of New York        )
                         )
County of New York       )

JULES BRODY, being duly sworn, hereby deposes and says as follows:

1. I am an attorney with the firm of Stull, Stull & Brody, counsel for Plaintiff in this matter. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Timothy J. Burke as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on June 29, 1964. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mr. Burke since 1997.

4. Mr. Burke is an associate of Stull, Stull & Brody in the Los Angeles, California office.

5. I have found Mr. Burke to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move the admission of Timothy J. Burke, *pro hac vice*.

7.  I respectfully submit a proposed order that the motion to admit Timothy J. Burke, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Timothy J. Burke, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

Dated: February 12, 2009

City, State: New York, NY

Notarized: *[signature]*

JAMES HENRY GLAVIN IV
Notary Public, State of New York
No. 02GL6109847
Qualified in Saratoga County
Commission Expires May 24, 2008
7/10/12

Respectfully submitted,

*[signature]*
Jules Brody (JB-9151)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REPEX VENTURES S.A, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF; BANK MEDICI S.A.; SONJA KOHN; PETER SCHEITHAUER; HERALD USA FUND; HERALD LUXEMBURG FUND; BANK AUSTRIA CREDITANSTALT; UNICREDIT S.A.; PRIMEO SELECT FUND; PRIMEO EXECUTIVE FUND; PIONEER ALTERNATIVE INVESTMENTS; THEMA INTERNATIONAL FUND PLC, ERNST & YOUNG S.A., and HSBC SECURITIES SERVICES, S.A.,<br><br>Defendants. | Civil Action No. 09-cv-289-RMB<br><br>**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of Jules Brody, attorney for Plaintiff Repex Ventures S.A. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

>Timothy J. Burke, Esq.
>STULL, STULL & BRODY
>10940 Wilshire Boulevard, Suite 2300
>Los Angeles, CA   900245
>Tel:    (310) 209-2468
>Fax:    (310) 209-2087
>Email: service@ssbla.com

is admitted to practice *pro hac vice* as counsel for Plaintiff Repex Ventures S.A. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:
City, State:

_____
Honorable Richard M. Berman
United States District Court Judge

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639      TELEPHONE: 888-800-3400

January 28, 2009

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, TIMOTHY JOSEPH BURKE, #181866 was admitted to the practice of law in this state by the Supreme Court of California on April 3, 1996; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Sima La Fontaine
Custodian of Membership Records

## Certificate of Service

I hereby certify, this 12th day of February 2009, that I caused true and correct copies of the following documents to be served via first class mail on all parties listed on the attached Service List:

1. MOTION TO ADMIT COUNSEL PRO HAC VICE;

2. AFFIDAVIT OF JULES BRODY IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE;

3. ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION; and

4. CERTIFICATE OF GOOD STANDING.

Dated: February 12, 2009

By: _____
Jason D'Agnenica

Thema Fund
c/o BANK MEDICI S.A.
Operngasse 6/4
Vienna, 1010
Austria

UNICREDIT S.A.
Piazza Cordusio
20123 Milan,
Italy

Bank Austria Creditanstalt
c/o UNICREDIT S.A.
Piazza Cordusio
20123 Milan,
Italy

Primeo Select Funds
c/o UNICREDIT S.A.
Piazza Cordusio
20123 Milan,
Italy

c/o UNICREDIT S.A.
Piazza Cordusio
20123 Milan,
Italy

Primeo Executive Fund
c/o UNICREDIT S.A.
Piazza Cordusio
20123 Milan,
Italy

Pioneer Alternative Investments
c/o UNICREDIT S.A.
Piazza Cordusio
20123 Milan,
Italy

Ernst & Young, LLP
7 Parc d'Activite Syrndall
Munsbach
L5365
Luxemburg