UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| _____ )<br>REPEX VENTURES S. A, on Behalf of )<br>Itself and All Others Similarly Situated, )<br>　　　　　　　　　　　　　　　　　　　　　　 )<br>　　　　　　　Plaintiff, 　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　　　　　　 )<br>　　　　　v. 　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　　 )<br>BERNARD L. MADOFF; BANK MEDICI )<br>S.A.;  SONJA KOHN; PETER 　　　　　　　 )<br>SCHEITHAUER; HERALD USA FUND; )<br>HERALD LUXEMBURG FUND;  BANK )<br>AUSTRIA CREDITANSTALT; 　　　　　　　)<br>UNICREDIT S.A.; PRIMEO SELECT 　　　)<br>FUND; PRIMEO EXECUTIVE FUND; 　　 )<br>PIONEER ALTERNATIVE 　　　　　　　　 )<br>INVESTMENTS; THEMA 　　　　　　　　　)<br>INTERNATIONAL FUND PLC; ERNST & )<br>YOUNG S.A., and HSBC SECURITIES 　 )<br>SERVICES, S.A. 　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　　 )<br>　　　　　　　Defendants. 　　　　　　　　　　)<br>_____ ) | Civil Action No. 09 CIV 00289 (RMB)<br><br>**PLAINTIFF REPEX VENTURES, S.A.'S AMENDED DISCLOSURE STATEMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1.1, the undersigned counsel for Plaintiff Repex Ventures, S.A. hereby certifies that the said party is a corporation. It has neither a parent corporation nor a publicly held corporation owning 10% or more of its stock.

Dated: January 26, 2009    **STULL, STULL & BRODY**

By: s/ Jules Brody
Jules Brody (JB-9151)
Patrick K. Slyne (PS-1765)

6 East 45th Street
New York, New York 10017
(212) 687-7230 (Tel)
(212) 490-2022 (Fax)

**STULL, STULL & BRODY**
Timothy J. Burke
10940 Wilshire Boulevard
Suite 2300
Los Angeles, California 90024
(310) 209-2468 (Tel)
(310) 209-2087 (Fax)
Email: service@ssbla.com

Plaintiff's Counsel

# Certificate of Service

I hereby certify, this 18th day of February 2009, that I caused true and correct copies of the following documents to be served on all parties listed on the attached Service List:

1. PLAINTIFF REPEX VENTURES, S.A.'S AMENDED DISCLOSURE STATEMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 7.1

Dated: February 18, 2009

By: _s/ Jules Brody_____
Jules Brody

**SERVICE LIST**

William P. Hammer, Esq.
ERNST & YOUNG LLP
5 Times Square
36th Floor
New York, NY 10036-6530
Tel:     (212) 773-3865
Fax:     (212) 773-3896

Lawrence J. Zweifach, Esq.
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
Tel:            (212) 351-2625
Direct Fax:     (212) 351-6225

Marco E. Schnabl, Esq.
Seth M. Schwartz, Esq.
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
Four Times Square
New York, NY  10036-6522
Tel:     (212) 735-3000
Fax:     (917) 777-4128

Primeo Executive Fund
Attention: Mrs. R. Scott
13 Rue Goethe, B P 413
L-2014
Luxembourg

Primeo Select Fund
Attention: Mrs. R. Scott
13 Rue Goethe, B P 413
L-2014
Luxembourg

Peter Scheithauer
Operngasse 6/4
Vienna, 1010
Austria

Herald Luxemburg Fund
Operngasse 6/4
Vienna, 1010
Austria

Herald USA Fund
Operngasse 6/4
Vienna, 1010
Austria

Bank Medici S.A.
Operngasse 6/4
Vienna, 1010
Austria

Unicredit S.A.
Piazza Cordusio
20123 Milan
Italy

HSBC Securities Services S.A.
c/o Chris Wilcockson
40 Avenue Monterey
B.P. 413, L-2014
Luxembourg

Ernst & Young S.A.
7 Parc d'Activite Syrdall
Munsbach
L5365
Luxembourg