USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/19/09

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

REPEX VENTURES S.A, on Behalf of Itself ) Civil Action No. 09-cv-289-RMB
and All Others Similarly Situated, )
) **ORDER FOR ADMISSION PRO**
Plaintiff, ) **HAC VICE ON WRITTEN MOTION**
)
v. )
)
BERNARD L. MADOFF; BANK MEDICI )
S.A.; SONJA KOHN; PETER )
SCHEITHAUER; HERALD USA FUND; )
HERALD LUXEMBURG FUND; BANK )
AUSTRIA CREDITANSTALT; UNICREDIT )
S.A.; PRIMEO SELECT FUND; PRIMEO )
EXECUTIVE FUND; PIONEER )
ALTERNATIVE INVESTMENTS; THEMA )
INTERNATIONAL FUND PLC, ERNST & )
YOUNG S.A., and HSBC SECURITIES )
SERVICES, S.A., )
)
Defendants. )
_____ )

Repex Ventures S.A v. Madoff et al                                                                                           Doc. 8

Upon the motion of Jules Brody, attorney for Plaintiff Repex Ventures S.A. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

Timothy J. Burke, Esq.
STULL, STULL & BRODY
10940 Wilshire Boulevard, Suite 2300
Los Angeles, CA 900245
Tel: (310) 209-2468
Fax: (310) 209-2087
Email: service@ssbla.com



SO ORDERED:
RICHARD M. BERMAN U.S.D.J.
2/19/09

is admitted to practice *pro hac vice* as counsel for Plaintiff Repex Ventures S.A. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.