# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REPEX VENTURES S.A, on Behalf of Itself and All Others Similarly Situated, ) ) ) Plaintiff, ) ) v. ) ) BERNARD L. MADOFF; BANK MEDICI S.A.; SONJA KOHN; PETER SCHEITHAUER; HERALD USA FUND; HERALD LUXEMBURG FUND; BANK AUSTRIA CREDITANSTALT; UNICREDIT S.A.; PRIMEO SELECT FUND; PRIMEO EXECUTIVE FUND; PIONEER ALTERNATIVE INVESTMENTS; THEMA INTERNATIONAL FUND PLC, ERNST & YOUNG S.A., and HSBC SECURITIES SERVICES, S.A., ) ) ) ) ) ) ) ) ) ) ) ) ) Defendants. ) ) | Civil Action No. 09-cv-289-RMB (ECF Case) **RELATED CASE AFFIRMATION** |

Timothy J. Burke hereby affirms:

1. I am an attorney with the law firm of Stull, Stull & Brody, counsel for plaintiff in the above-entitled action which alleges dissemination of false and misleading financial information to the investing public.

2. Upon information and belief, this action is related to the action captioned *Horst Leonhardt, etc. v. Bernard L. Madoff, et al.*, United States District Court, Southern District of New York, Case No. 09 CIV 2032, filed March 5, 2009, which also asserts similar claims.

3. Accordingly, it is respectfully submitted that this action should be assigned as a related case to the Honorable Richard M. Berman.

Dated: March 6, 2009                 **STULL, STULL & BRODY**

By:     s/Timothy J. Burke
Timothy J. Burke, *Admitted Pro Hac Vice*
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90024
Tel: (310) 209-2468
Fax: (310) 209-2087
Email: service@ssbla.com

**STULL, STULL & BRODY**
Jules Brody (JB-9151)
Patrick K. Slyne (PS-1765)
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022

Plaintiff's Counsel

## CERTIFICATE OF SERVICE

      I hereby certify, this 6th day of March, 2009, that I caused a true and correct copy of the **RELATED CASE AFFIRMATION** to be served via First Class Mail and First Class International Mail on all parties listed on the attached service list.

Dated: March 6, 2009

                                            By:      s/Timothy J. Burke

**SERVICE LIST**

William P. Hammer, Esq.
ERNST & YOUNG LLP
5 Times Square
36th Floor
New York, NY 10036-6530
Tel:   (212) 773-3865
Fax:   (212) 773-3896

Lawrence J. Zweifach, Esq.
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel:            (212) 351-2625
Direct Fax:   (212) 351-6225

William J. O'Brien, Esq.
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
Four Times Square
New York, NY 10036-6522
Tel:   (212) 735-3000
Fax:   (917) 777-4128

Primeo Executive Fund
Attention: Mrs. R. Scott
13 Rue Goethe, B P 413
L-2014
Luxembourg

Primeo Select Fund
Attention: Mrs. R. Scott
13 Rue Goethe, B P 413
L-2014
Luxembourg

Peter Scheithauer
Operngasse 6/4
Vienna, 1010
Austria

Herald Luxemburg Fund
Operngasse 6/4
Vienna, 1010
Austria

Herald USA Fund
Operngasse 6/4
Vienna, 1010
Austria

Bank Medici S.A.
Operngasse 6/4
Vienna, 1010
Austria

Unicredit S.A.
Piazza Cordusio
20123 Milan
Italy

HSBC Securities Services S.A.
c/o Chris Wilcockson
40 Avenue Monterey
B.P. 413, L-2014
Luxembourg

Ernst & Young S.A.
7 Parc d'Activite Syrdall
Munsbach
L5365
Luxembourg