UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REPEX VENTURES S.A., on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF, BANK MEDICI S.A., SONJA KOHN, PETER SCHEITHAUER, HERALD USA FUND, HERALD LUXEMBURG FUND, BANK AUSTRIA CREDITANSTALT, UNICREDIT S.A., PRIMEO SELECT FUND, PRIMEO EXECUTIVE FUND, PIONEER ALTERNATIVE INVESTMENTS, THEMA INTERNATIONAL FUND PLC, ERNST & YOUNG S.A., and HSBC SECURITIES SERVICES, S.A.,<br><br>Defendants. | ECF CASE<br><br>Civil Action No.: 1:09-cv-00289-RMB |
| ADDITIONAL CAPTION ON NEXT PAGE | |

**NOTICE OF MOTION OF PETER BRANDHOFER FOR CONSOLIDATION AND FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**

Dockets.Justia.com

| | |
|---|---|
| HORST LEONHARDT, on Behalf of Himself and All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>                  v.<br><br>BERNARD L. MADOFF, BANK MEDICI S.A., SONJA KOHN, PETER SCHEITHAUER, HERALD USA FUND, HERALD LUXEMBURG FUND, BANK AUSTRIA CREDITANSTALT, UNICREDIT S.A., PRIMEO SELECT FUND, PRIMEO EXECUTIVE FUND, PIONEER ALTERNATIVE INVESTMENTS, THEMA INTERNATIONAL FUND PLC, HELMUTH E. FREY, FRIEDRICH PFEFFER, FRANCO MUGNAI, ALBERTO BENBASSAT, STEPHANE BENBASSAT, GENEVALOR, BENBASSAT & CIE, DAVID T. SMITH, GERALD J.P. BRADY, DANIEL MORRISEY, ERNST & YOUNG S.A., ERNST & YOUNG GLOBAL LIMITED, HSBC HOLDINGS PLC, HSBC INSTITUTIONAL TRUST SERVICES (IRELAND) LIMITED, HSBC SECURITIES SERVICES (IRELAND) LIMITED, HSBC SECURITES SERVICES, S.A., PRICEWATERHOUSECOOPERS, CHARTERED ACCOUNTANTS, PRICEWATERHOUSECOOPERS INTERNATIONAL LIMITED and FRIEHLING & HOROWITZ,<br><br>                  Defendants. | **ECF CASE**<br><br>Civil Action No.: 1:09-cv-02032-UA |

**PLEASE TAKE NOTICE** that, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Peter Brandhofer ("Brandhofer") will move this Court, at a time and place to be determined, for an Order:

(1)  consolidating the above-captioned actions (the "Actions") filed on behalf of "all persons and entities who invested in the Herald USA Fund, Herald Luxemburg Fund, Primeo Select Funds and the Thema International Fund…between January 12, 2002 through and including January 12, 2008" (the "Class");

(2)  appointing Brandhofer as Lead Plaintiff of the Actions, on behalf of the Class, pursuant to Section 21(D)(a)(3)(B) of the PSLRA; and

(3)  approving Brandhofer's selection of Zwerling, Schachter & Zwerling, LLP as Lead Counsel.

This motion is supported by the accompanying Memorandum of Law in Support of Peter Brandhofer's Motion for Consolidation and for Appointment of Lead Plaintiff and Lead Counsel; the Affidavit of Robert S. Schachter in Support of Peter Brandhofer's Motion for Consolidation and for Appointment of Lead Plaintiff and Lead Counsel, and the exhibits attached thereto; the [Proposed] Order for Consolidation and for Appointment of Lead Plaintiff and Lead Counsel; all of the prior pleadings and proceedings had herein; and such other written and/or oral argument as may be presented to the Court.

Dated: New York, New York
  March 13, 2009

          Respectfully submitted,

          **ZWERLING, SCHACHTER &**
            **ZWERLING, LLP**

By:     s/Robert S. Schachter
       Robert S. Schachter
       Jeffrey C. Zwerling
       Stephen L. Brodsky
41 Madison Avenue
New York, NY 10010
(212) 223-3900
rschachter@zsz.com
jzwerling@zsz.com
sbrodsky@zsz.com

*Attorneys for Lead Plaintiff Movant*
*Peter Brandhofer*