UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
REPEX VENTURES S.A., Individually and on
Behalf of All Others Similarly Situated,

         Plaintiff,

   -against-

BERNARD L. MADOFF; BERNARD L.
MADOFF INVESTMENT SECURITIES;
BANK MEDICI S.A.; SONJA KOHN; PETER
SCHEITHAUER; HERALD USA FUND;
HERALD LUXEMBURG FUND; BANK
AUSTRIA CREDITANSTALT; UNICREDIT
S.A.; PRIMEO SELECT FUNDS; PIONEER
ALTERNATIVE INVESTMENTS; THEMA
INTERNATIONAL FUND PLC; ERNST &
YOUNG LLP, and HSBC HOLDINGS PLC,

         Defendants.

Case No. 1:09-cv-0289-RMB

------------------------------------- X
HORST LEONHARDT, on Behalf of Himself
and All Others Similarly Situated,

         Plaintiff,

   -against-

BERNARD L. MADOFF, BANK MEDICI
S.A., SONJA KOHN, PETER
SCHEITHAUER, HERALD USA FUND,
HERALD LUXEMBURG FUNDS, BANK
AUSTRIA CREDITANSTALT, UNICREDIT
S.A., PRIMEO SELECT FUND, PRIMEO
EXECUTIVE FUND, PIONEER
ALTERNATIVE INVESTMENTS, THEMA
INTERNATIONAL FUND PLC, HELMUTHY
E. FREY, FRIEDRICH PFEFFER, FRANCO
MUGNAI, ALBERTO BENBASSAT,
STEPHANE BENBASSAT, GENEVALOR,
BENBASSAT & CIE, DAVID T. SMITH,
GERALD J.P. BRADY, DANIEL
MORRISSEY, ERNST & YOUNG S.A.,
ERNST & YOUNG FLOBAL LIMITED,

Case No. 1:09-cv-2032

| HSBC HOLDINGS PLC, HSBC | |
| --- | --- |
| INSTITUTIONAL TRUST SERVICES | : |
| (IRELAND) LIMITED, HSBC SECURITIES | |
| SERVICES (IRELAND) LIMITED, HSBC | : |
| SECURITIES SERVICES, S.A., | |
| PRICEWATERHOUSECOOPERS, | : |
| CHARTERED ACCOUNTANTS, | |
| PRICEWATERHOUSECOOPERS | : |
| INTERNATIONAL LIMITED and | |
| FRIEHLING & HOROWITZ, | : |
| Defendant. | |

## NOTICE OF MOTION AND MOTION OF DR. SHMUEL CABILLY FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF <u>SELECTION OF LEAD COUNSEL</u>

PLEASE TAKE NOTICE that putative class member Dr. Shmuel Cabilly ("Movant"), by his undersigned attorneys, will and hereby does move this Court before the Honorable Richard M. Berman, at the Courthouse located at 500 Pearl Street, Courtroom 21D, New York, New York 10007, at a time and date to be set by the Court, pursuant to Section 21D(a)(3)(B) of the Securities and Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), for entry of an order:

(1)  consolidating the above-captioned related actions;

(2)  appointing Dr. Cabilly as Lead Plaintiff in this action on behalf of those who purchased investments in funds that were controlled or managed by Bank Medici ("Medici") and in turn provided those funds to Bernard L. Madoff and Bernard L. Madoff Investment Securities between January 12, 2004 and January 12, 2009, inclusive; and

(2)  approving Movant's selection of the law firm Cohen Milstein Sellers & Toll PLLC as Lead Counsel.

In support of this Motion, Movant relies upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Catherine A. Torell, and the proposed order granting the relief requested herein.

Dated: New York, N.Y.  
       March 13, 2009

Respectfully submitted,

**Cohen Milstein Sellers & Toll PLLC**

By:     /s/ Catherine A. Torell
    Catherine A. Torell (CAT-0905 )
    150 East 52nd Street, 30th Floor
    New York, New York 10022
    Tel: (212) 838 7797
    Fax: (212) 838-7745
    -and-
    Steven J. Toll
    Daniel S. Sommers
    1100 New York Avenue, N.W.
    Suite 500, West Tower
    Washington, D.C. 20005
    Tel: 202-408-4600
    Fax: 202-408-4699

*Proposed Lead Counsel for Movant*

**Of Counsel:**

Jacob Sabo, Esq.
The Tower
# 3 Daniel Frisch St.
Tel Aviv Israel
Tel: (972) 36078888
Fax: (972) 36078889