UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REPEX VENTURES S.A, on Behalf of Itself and All Others Similarly Situated, | Civil Action No.: 09-cv-00289-RMB |
| Plaintiff, | |
| v. | CLASS ACTION |
| BERNARD L. MADOFF; BERNARD L. MADOFF INVESTMENT SECURITIES; BANK MEDICI S.A.; SONJA KOHN; PETER SCHEITHAUER; HERALD USA FUND; HERALD LUXEMBURG FUND; BANK AUSTRIA CREDITANSTALT; UNICREDIT S.A.; PRIMEO SELECT FUNDS; PIONEER ALTERNATIVE INVESTMENTS; THEMA INTERNATIONAL FUND PLC; ERNST & YOUNG LLP, and HSBC HOLDINGS PLC, | |
| Defendants. | |
| HORST LEONHARDT, on Behalf of Himself and All Others Similarly Situated, | Civil Action No.: 09-cv-02032-UA |
| Plaintiff, | |
| v. | CLASS ACTION |
| BERNARD L. MADOFF, BANK MEDICI S.A., SONJA KOHN, PETER SCHEITHAUER, HERALD USA FUND, HERALD LUXEMBURG FUND, BANK AUSTRIA CREDITANSTALT, UNICREDIT S.A., PRIMEO SELECT FUND, PRIMEO EXECUTIVE FUND, PIONEER ALTERNATIVE INVESTMENTS, | |
| [Caption continued on following page] | |

**NOTICE OF MOTION OF NÜRNBERGER VERSICHERUNG AKTIENGESELLSCHAFT ÖSTERREICH FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL**

| | |
|---|---|
| THEMA INTERNATIONAL FUND PLC, HELMUTH E. FREY, FRIEDRICH PFEFFER, FRANCO MUGNAI, ALBERTO BENBASSAT, STÉPHANE BENBASSAT, GENEVALOR, BENBASSAT & CIE, DAVID T. SMITH, GERALD J. P. BRADY, DANIEL MORRISSEY, ERNST & YOUNG S.A., ERNST & YOUNG GLOBAL LIMITED, HSBC HOLDINGS PLC, HSBC INSTITUTIONAL TRUST SERVICES (IRELAND) LIMITED, HSBC SECURITIES SERVICES (IRELAND) LIMITED, HSBC SECURITIES SERVICES, S.A., PRICEWATERHOUSECOOPERS, CHARTERED ACCOUNTANTS, PRICEWATERHOUSECOOPERS INTERNATIONAL LIMITED and FRIEHLING & HOROWITZ, Defendants. | : : : : : : : : : : : : : : : : : : : : : x |

PLEASE TAKE NOTICE that Nürnberger Versicherung Aktiengesellschaft Österreich ("Nürnberger"), will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (attached hereto as Exhibit A): (i) consolidating the related actions pending in this District; (ii) appointing Nürnberger as Lead Plaintiff; (iii) approving Nürnberger's selection of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP to serve as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this Motion, Nürnberger submits herewith a Memorandum of Law and the Declaration of Samuel H. Rudman, dated March 13, 2009.

DATED: March 13, 2009                COUGHLIN STOIA GELLER
                                       RUDMAN & ROBBINS LLP
                                     SAMUEL H. RUDMAN
                                     DAVID A. ROSENFELD

                                            /s/ Samuel H. Rudman
                                     _____
                                          SAMUEL H. RUDMAN

                                     58 South Service Road, Suite 200
                                     Melville, NY 11747
                                     Telephone: 631/367-7100
                                     631/367-1173 (fax)
                                     srudman@csgrr.com
                                     drosenfeld@csgrr.com

                                     COUGHLIN STOIA GELLER
                                       RUDMAN & ROBBINS LLP
                                     DOUGLAS WILENS
                                     SABRINA E. TIRABASSI
                                     120 E. Palmetto Park Road, Suite 500
                                     Boca Raton, FL 33432-4809
                                     Telephone: 561/750-3000
                                     561/750-3364 (fax)
                                     dwilens@csgrr.com
                                     stirabassi@csgrr.com

                                     Counsel for Proposed Lead Plaintiff Nürnberger

                                     JOHNSON BOTTINI, LLP
                                     FRANK A. BOTTINI
                                     655 W. Broadway, Suite 1400
                                     San Diego, CA 92101
                                     Telephone: 619/230-0063
                                     619/233-5535 (fax)
                                     frankb@johnsonbottini.com

                                     Additional Counsel for Proposed Lead Plaintiff
                                     Nürnberger

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 13, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

s/ Samuel H. Rudman<br>
SAMUEL H. RUDMAN