UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| REPEX VENTURES S.A, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF; BERNARD L. MADOFF INVESTMENT SECURITIES; BANK MEDICI S.A.; SONJA KOHN; PETER SCHEITHAUER; HERALD USA FUND; HERALD LUXEMBURG FUND; BANK AUSTRIA CREDITANSTALT; UNICREDIT S.A.; PRIMEO SELECT FUNDS; PIONEER ALTERNATIVE INVESTMENTS; THEMA INTERNATIONAL FUND PLC; ERNST & YOUNG LLP, and HSBC HOLDINGS PLC,<br><br>Defendants. | Civil Action No.: 09-cv-00289-RMB<br><br>CLASS ACTION |
| HORST LEONHARDT, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF, BANK MEDICI S.A., SONJA KOHN, PETER SCHEITHAUER, HERALD USA FUND, HERALD LUXEMBURG FUND, BANK AUSTRIA CREDITANSTALT, UNICREDIT S.A., PRIMEO SELECT FUND, PRIMEO EXECUTIVE FUND, PIONEER ALTERNATIVE INVESTMENTS,<br><br>[Caption continued on following page] | Civil Action No.: 09-cv-02032-UA<br><br>CLASS ACTION |

**DECLARATION OF SAMUEL H. RUDMAN IN SUPPORT OF THE MOTION OF NÜRNBERGER VERSICHERUNG AKTIENGESELLSCHAFT ÖSTERREICH FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL**

| | |
|---|---|
| THEMA INTERNATIONAL FUND PLC, HELMUTH E. FREY, FRIEDRICH PFEFFER, FRANCO MUGNAI, ALBERTO BENBASSAT, STÉPHANE BENBASSAT, GENEVALOR, BENBASSAT & CIE, DAVID T. SMITH, GERALD J. P. BRADY, DANIEL MORRISSEY, ERNST & YOUNG S.A., ERNST & YOUNG GLOBAL LIMITED, HSBC HOLDINGS PLC, HSBC INSTITUTIONAL TRUST SERVICES (IRELAND) LIMITED, HSBC SECURITIES SERVICES (IRELAND) LIMITED, HSBC SECURITIES SERVICES, S.A., PRICEWATERHOUSECOOPERS, CHARTERED ACCOUNTANTS, PRICEWATERHOUSECOOPERS INTERNATIONAL LIMITED and FRIEHLING & HOROWITZ, Defendants. | : : : : : : : : : : : : : : : : : : : : : x |

Samuel H. Rudman declares, under penalty of perjury:

1. I am a member of Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia"), proposed Lead Counsel for Nürnberger Versicherung Aktiengesellschaft Österreich ("Nürnberger"). I submit this Declaration in support of the Motion of Nürnberger for Consolidation of Related Actions, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel.

2. Attached hereto as Exhibit A is a true and accurate copy of the notice regarding the pendency of this action, which was published on *Business Wire* on January 12, 2009.

3. Attached hereto as Exhibit B is a true and accurate copy of a loss chart presenting the transactions in the subject securities and summarizing the estimated losses of Nürnberger at approximately $941,000 in connection with its investments in the Primeo Select Fund.

4. Attached hereto as Exhibit C is the certification of Hans-Hermann Knorr and Anton Steinbrecher, duly authorized representatives of Nürnberger.

...

5. Attached hereto as Exhibit D is a true copy of the firm resume of Coughlin Stoia, Nürnberger's proposed Lead Counsel in this action.

DATED: March 13, 2009

                                              *s/ Sam Rudman*
                                              SAM RUDMAN

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 13, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

s/ Sam Rudman
SAM RUDMAN