UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REPEX VENTURES S.A., on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF, BANK MEDICI S.A., SONJA KOHN, PETER SCHEITHAUER, HERALD USA FUND, HERALD LUXEMBURG FUND, BANK AUSTRIA CREDITANSTALT, UNICREDIT S.A., PRIMEO SELECT FUND, PRIMEO EXECUTIVE FUND, PIONEER ALTERNATIVE INVESTMENTS, THEMA INTERNATIONAL FUND PLC, ERNST & YOUNG S.A., and HSBC SECURITIES SERVICES, S.A.,<br><br>Defendants. | ECF CASE<br><br>Civil Action No.: 1:09-cv-00289-RMB |
| ADDITIONAL CAPTION ON NEXT PAGE | |

**NOTICE OF WITHDRAWAL OF
MOTION OF PETER BRANDHOFER FOR CONSOLIDATION AND FOR
APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**

| | |
|---|---|
| HORST LEONHARDT, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF, BANK MEDICI S.A., SONJA KOHN, PETER SCHEITHAUER, HERALD USA FUND, HERALD LUXEMBURG FUND, BANK AUSTRIA CREDITANSTALT, UNICREDIT S.A., PRIMEO SELECT FUND, PRIMEO EXECUTIVE FUND, PIONEER ALTERNATIVE INVESTMENTS, THEMA INTERNATIONAL FUND PLC, HELMUTH E. FREY, FRIEDRICH PFEFFER, FRANCO MUGNAI, ALBERTO BENBASSAT, STEPHANE BENBASSAT, GENEVALOR, BENBASSAT & CIE, DAVID T. SMITH, GERALD J.P. BRADY, DANIEL MORRISEY, ERNST & YOUNG S.A., ERNST & YOUNG GLOBAL LIMITED, HSBC HOLDINGS PLC, HSBC INSTITUTIONAL TRUST SERVICES (IRELAND) LIMITED, HSBC SECURITIES SERVICES (IRELAND) LIMITED, HSBC SECURITES SERVICES, S.A., PRICEWATERHOUSECOOPERS, CHARTERED ACCOUNTANTS, PRICEWATERHOUSECOOPERS INTERNATIONAL LIMITED and FRIEHLING & HOROWITZ,<br><br>Defendants. | **ECF CASE**<br><br>Civil Action No.: 1:09-cv-02032-UA |

**PLEASE TAKE NOTICE** that Movant Peter Brandhofer hereby respectfully withdraws his Motion for Consolidation and for Appointment of Lead Plaintiff and Lead Counsel in the

2

above-captioned actions.

Dated: New York, New York
      March 27, 2009

                                Respectfully submitted,

                                **ZWERLING, SCHACHTER &**
                                    **ZWERLING,** LLP

                          By:     s/ Robert S. Schachter
                                  Robert S. Schachter
                                  Jeffrey C. Zwerling
                                  Hillary Sobel
                                  Stephen L. Brodsky
                                  David R. Kromm
                                  Justin M. Tarshis
                                  Stephanie E. Kirwan
                          41 Madison Avenue
                          New York, NY  10010
                          (212) 223-3900
                          rschachter@zsz.com
                          jzwerling@zsz.com
                          hsobel@zsz.com
                          sbrodsky@zsz.com
                          dkromm@zsz.com
                          jtarshis@zsz.com
                          skirwan@zsz.com

                          *Attorneys for Lead Plaintiff Movant Peter Brandhofer*