**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| REPEX VENTURES S.A., on Behalf of Itself and All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) Civil Action No. 09-CV-289-RMB |
| v. | ) <u>CLASS ACTION</u> ) |
| BERNARD L. MADOFF; BANK MEDICI S.A.; SONJA KOHN; PETER SCHEITHAUER; HERALD USA FUND; HERALD LUXEMBURG FUND; BANK AUSTRIA CREDITANSTALT; UNICREDIT S.A.; PRIMEO SELECT FUND; PRIMEO EXECUTIVE FUND; PIONEER ALTERNATIVE INVESTMENTS; THEMA INTERNATIONAL FUND PLC; ERNST & YOUNG S.A., AND HSBC SECURITIES SERVICES, S.A., | ) ECF CASE ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**DECLARATION OF TIMOTHY J. BURKE IN FURTHER SUPPORT OF THE
MOTION OF THE REPEX GROUP FOR APPOINTMENT AS LEAD
PLAINTIFF PURSUANT TO § 21D(a)(3)(B) OF THE SECURITIES
<u>EXCHANGE ACT OF 1934 AND APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

I, Timothy J. Burke, hereby declare:

1. I am an attorney at the law firm of Stull, Stull & Brody. I submit this Declaration in support of the motion of the Repex Group for appointment as lead plaintiff and approval of selection of Stull, Stull & Brody as Lead Counsel.

2. Attached hereto as Exhibit A is a true and correct copy of the complaint filed in *Perrone et al v. Benbassat et al.*, Case No. 1:09-cv-02558-UA (S.D.N.Y. March 19, 2009).

4. Attached hereto as Exhibit B is a true and correct copy of Pioneer Alternative Investments web page located at http://www.pioneeraltinvest.com/about_us/overview.jhtml, which discloses that Pioneer Alternative Investments' address is 1 George's Quay Plaza, George's Quay, Dublin 2, Ireland.

Signed under penalties of perjury this 30th day of March, 2009.

By: s/ Timothy J. Burke
Timothy J. Burke
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90024
Tel: 310-209-2468
Fax: 310-209-2087

# CERTIFICATE OF SERVICE

       I hereby certify, this 30th day of March, 2009, that I caused a true and correct copies of the **DECLARATION OF TIMOTHY J. BURKE IN FURTHER SUPPORT OF THE MOTION OF THE REPEX GROUP FOR APPOINTMENT AS LEAD PLAINTIFF PURSUANT TO § 21D(a)(3)(B) OF THE SECURITIES EXCHANGE ACT OF 1934 AND APPROVAL OF SELECTION OF LEAD COUNSEL** to be served via First Class Mail and First Class International Mail on all parties listed on the attached service list.

Dated: March 30, 2009

                                       **STULL, STULL & BRODY**

                                By:    s/ Timothy J. Burke
                                    Timothy J. Burke (Admitted *Pro Hac Vice*)
                                    10940 Wilshire Boulevard, Suite 2300
                                    Los Angeles, CA 90024
                                    Tel: 310-209-2468
                                    Fax: 310-209-2087

**SERVICE LIST**

William P. Hammer, Esq.
ERNST & YOUNG LLP
5 Times Square
36th Floor
New York, NY 10036-6530
Tel:     (212) 773-3865
Fax:    (212) 773-3928

Lawrence J. Zweifach, Esq.
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel:             (212) 351-2625
Direct Fax:    (212) 351-6225

William J. O'Brien, Esq.
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Four Times Square
New York, NY 10036-6522
Tel:     (212) 735-3000
Fax:    (917) 777-4128

Steven J. Toll
Daniel S. Sommers
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Tel:     (202) 408-4600
Fax:    (202) 408-4699

Catherine A. Torell
COHEN MILSTEIN SELLERS & TOLL PLLC
150 East 52nd Street
30th Floor
New York, NY 10022
Tel:     (212) 838 7797
Fax:    (212) 838-7745

Samuel H. Rudman
David A. Rosenfeld
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
58 South Service Road
Suite 200
Melville, NY 11747
Tel:     (631) 367-7100
Fax:    (631) 367-1173

Sabrina E. Tirabassi
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
DOUGLAS WILENS
120 E. Palmetto Park Road
Suite 500
Boca Raton, FL 33432-4809
Tel:     (561) 750-3000
Fax:    (561) 750-3364

JOHNSON BOTTINI, LLP
Frank A. Bottini
655 W. Broadway
Suite 1400
San Diego, CA 92101
Tel:     (619) 230-0063
Fax:    (619) 233-5535

Jacob Sabo, Esq.
The Tower
# 3 Daniel Frisch St.
Tel Aviv Israel
Tel: (972) 36078888
Fax: (972) 36078889

Bank Austria Creditanstalt
1010 Wien, Schottengasse 6-8
A-1010 Vienna
Austria

Bank Medici S.A.
Operngasse 6/4
Vienna, 1010
Austria

Stéphane Benbassat
7, rue Versonnex
CH-1207 Geneva
Switzerland

Gerald J. P. Brady
Birch Hollow
Upper Kilmacud Road
Dundrum
Dublin 14
Ireland

Ernst & Young Global Limited
Becket House, 1 Lambeth Palace Rd.
London SE1 7EU
United Kingdom

Ernst & Young S.A.
7 Parc d'Activite Syrdall
Munsbach
L5365
Luxembourg

Helmuth E. Frey
Operngasse 6/4
Vienna, 1010
Austria

Friehling & Horowitz
337 North Main Street
New City, NY  10956-4310

Genevalor, Benbassat & Cie
7, rue Versonnex
CH-1207 Geneva
Switzerland

Herald Luxemburg Fund
Operngasse 6/4
Vienna, 1010
Austria

Herald USA Fund
Operngasse 6/4
Vienna, 1010
Austria

HSBC Holdings plc
c/o Chris Wilcockson
Managing Director, HSS
40 Avenue Monterey
B.P. 413, L-2014
Luxembourg

HSBC Institutional Trust Services (Ireland) Limited
c/o Ronnie Griffin
1 Grand Canal Square
Grand Canal Harbour
Dublin 2
Ireland

HSBC Securities Services S.A.
c/o Chris Wilcockson
40 Avenue Monterey
B.P. 413, L-2014
Luxembourg

HSBC Securities Services (Ireland) Limited
c/o Rosemary Leahy
1 Grand Canal Square
Grand Canal Harbour
Dublin 2
Ireland

Daniel Morrissey
William Fry Solicitors
Fitzwilton House
Wilton Place
Dublin 2
Ireland

Franco Mugnai
Via Leone XIII_ n.27
I-20145 Milan
Italy

Friedrich Pfeffer
WFE-Consulting
Fuhrenweg 27
D-31515 Wunstorf
Germany

Pioneer Alternative Investments
1 George's Quay Plaza
George's Quay
Dublin 2
Ireland

PricewaterhouseCoopers, Chartered Accountants
One Spencer Dock
North Wall Quay
Dublin 1
Ireland

PricewaterhouseCoopers International Limited
1 Embankment Place
London
WC2N 6RH
United Kingdom

Primeo Executive Fund
Attention: Mrs. R. Scott
13 Rue Goethe, B P 413
L-2014
Luxembourg

Primeo Select Fund
Attention: Mrs. R. Scott
13 Rue Goethe, B P 413
L-2014
Luxembourg

Peter Scheithauer
Operngasse 6/4
Vienna, 1010
Austria

David T. Smith
c/o Equus Asset Management Partners
Bermudiana Arcade
27 Queen Street
Hamilton HM 11
Bermuda

Thema International Fund plc
c/o NCB Stockbrokers
3 George's Dock IFSC
Dublin 1
Ireland

Unicredit S.A.
Piazza Cordusio
20123 Milan
Italy