## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| REPEX VENTURES S.A., on Behalf of Itself and All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 09-CV-289-RMB |
| v. | ) ) ) | <u>CLASS ACTION</u> |
| BERNARD L. MADOFF; BANK MEDICI S.A.; SONJA KOHN; PETER SCHEITHAUER; HERALD USA FUND; HERALD LUXEMBURG FUND; BANK AUSTRIA CREDITANSTALT; UNICREDIT S.A.; PRIMEO SELECT FUND; PRIMEO EXECUTIVE FUND; PIONEER ALTERNATIVE INVESTMENTS; THEMA INTERNATIONAL FUND PLC; ERNST & YOUNG S.A., AND HSBC SECURITIES SERVICES, S.A., | ) ) ) ) ) ) ) ) ) ) ) ) | ECF CASE |
| Defendants. | ) ) | |

**REPLY IN FURTHER SUPPORT OF THE MOTION
OF THE REPEX GROUP FOR APPOINTMENT AS LEAD
PLAINTIFF PURSUANT TO § 21D(A)(3)(B) OF THE SECURITIES
EXCHANGE ACT OF 1934 AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I.  **ARGUMENT**

Movants Repex Ventures S.A. ("Repex") and Radovan Fijember (jointly, the "Repex Group" or "Movant") submit this reply in support of their motion to be appointed Lead Plaintiff. This reply addresses two points.

First, because the May 4, 2009 deadline for the application for appointment of lead plaintiff in the related action, *Leonhardt v. Madoff, et al.*, Case No. 09-cv-2032, (filed March 5, 2009), is undisturbed, Movant requests that ruling upon the various pending lead plaintiff motions in the present case be heard at the same time as the expected motions in the *Leonhard* action. In the alternative, Movant requests that Court order the pending lead plaintiff motions to be refiled on May 4, 2009.

Putting the lead plaintiff motions in the present case on the same track as the expected motions in the related *Leonhard* action will conserve judicial resources. If the Court appoints lead plaintiffs in the present action prior to May 4th, that decision may need to be revisited if motions to be appointed lead plaintiff are filed in the *Leonhard* action on May 4th. Staying the pending lead plaintiff motions, or ordering them to be refiled on May 4th, will avoid having this Court hear and decide two separate rounds of motions to appoint lead plaintiffs in these related actions. Furthermore, no one will be prejudiced by a short delay in appointing lead plaintiffs in the present action, especially when there may be future movants in the *Leonhard* action.

Second, if the Court wishes to endure two separate rounds of lead plaintiff motions, then Repex Ventures should now be appointed Co-Lead Plaintiff to represent purchasers of the Herald Funds. While the other movants, Nürnberger Versicherung Aktiengesellschaft Österreich ("Nürnberger") and Dr. Shmuel Cabilly, can be appointed lead plaintiffs for purchasers of the Primeo Funds, they cannot satisfy Rule 23(a)'s "typicality" requirement to represent Herald

1

Fund purchasers because they lack standing to sue on their behalf. Nürnberger and Dr. Shmuel Cabilly lack standing to bring claims on behalf of Herald Fund purchasers because neither of them purchased or sold any Herald Funds. *Ont. Pub. Serv. Emples. Union Pension Trust Fund v. Nortel Networks Corp.*, 369 F.3d 27, 31 (2d Cir. 2004).

As the Herald Funds and the Primeo Funds each had different issuers, Bank Medici and Pioneer respectively, and these issuers are located in different countries, investors who purchased funds from these different issuers should have different lead plaintiffs appointed to represent their respective interests. Here, investors in the Primeo Funds cannot serve as lead plaintiffs for investors in the Herald Funds because they do not have standing. *Hoffman v. UBS-AG*, 591 F. Supp. 2d 522, 531 (S.D.N.Y. 2008)(plaintiffs lack standing for claims relating to funds that plaintiffs did not own); *In re Merrill Lynch Inv. Mgmt. Funds Sec. Litig.*, 434 F. Supp. 2d 233, 236 (S.D.N.Y. 2006)(plaintiffs who only owned shares in Merrill Lynch mutual funds do not have standing to assert claims on behalf of shareholders of other funds).

While courts often appoint purchasers of one type of securities to represent purchasers of other types of securities *of the same issuer* where the interests of those purchasers are aligned, (*Lifschitz v. Hexion Specialty Chems.*, 08 Civ. 6394, 2009 U.S. Dist. LEXIS 21933 at * 4-5 (S.D.N.Y. Mar. 19, 2009) (emphasis added)), here the required "same issuer" does not exist. Instead of having the same issuer, the Herald Funds and Primeo Funds have different issuers, which require that investors who purchased securities from these two different issuers each have their own co-lead plaintiff. 434 F. Supp. 2d at 236. In the present case, it is appropriate to appoint a co-lead plaintiff from the Herald Fund purchasers and a co-lead plaintiff from the Primeo Fund purchasers to serve as lead plaintiffs. When the possibility that conflicts could arise exists, it is appropriate to protect the interests of the class by appointing a co-lead plaintiff.

*Davidson v. E\*Trade Fin. Corp.*, Civil Action No. 07 Civ. 10400, 2008 U.S. Dist. LEXIS 61265 at \*21 (S.D.N.Y. July 16, 2008).

Nürnberger argues that the Repex Group is somehow prohibited from serving a lead plaintiff because it is a two-member group. See Nürnberger Opposition at p. 9. The Repex Group consists of a single purchaser of Herald Funds and a single purchaser of Primeo Funds. Thus, such a group serving as co-lead plaintiffs is exactly what is required in the present case to ensure that the lead plaintiff will satisfy Rule 23's adequacy and typicality requirements for purchasers of both the Herald and Primeo Funds. While Radovan Fijember will not be co-lead plaintiff because he admittedly has not suffered the largest losses among the purchasers of Primeo Funds, Repex should still be appointed co-lead plaintiff to represent Herald Fund purchasers and serve along with whoever the Court appoints to as co-lead plaintiff from the Primeo Fund purchasers.

Dated: April 9, 2009

                Respectfully submitted,

                **STULL, STULL & BRODY**

              By: s/ Timothy J. Burke
                  Timothy J. Burke (Admitted *Pro Hac Vice*)
                  10940 Wilshire Boulevard
                  Suite 2300
                  Los Angeles, CA 90024
                  Tel: 310-209-2468
                  Fax: 310-209-2087

//

//

//

**STULL, STULL & BRODY**
Jules Brody (JB-9151)
Patrick K. Slyne (PS-1765)
James E. Lahm (JL-4335)
6 East 45th St.
New York, NY 10017
Tel: 212-687-7230
Fax: 212-490-2022

*Counsel for Movant the Repex Group and Proposed Lead Counsel For Plaintiffs and The Class*

## CERTIFICATE OF SERVICE

      I hereby certify, this 9th day of April, 2009, that I caused a true and correct copies of the **REPLY IN FURTHER SUPPORT OF THE MOTION OF THE REPEX GROUP FOR APPOINTMENT AS LEAD PLAINTIFF PURSUANT TO § 21D(a)(3)(B) OF THE SECURITIES EXCHANGE ACT OF 1934 AND APPROVAL OF SELECTION OF LEAD COUNSEL** to be served via First Class Mail and First Class International Mail on all parties listed on the attached service list.

Dated: April 9, 2009

                                            **STULL, STULL & BRODY**

                                  By:    s/ Timothy J. Burke
                                         Timothy J. Burke (Admitted *Pro Hac Vice*)
                                         10940 Wilshire Boulevard, Suite 2300
                                         Los Angeles, CA 90024
                                         Tel: 310-209-2468
                                         Fax: 310-209-2087

**SERVICE LIST**

William P. Hammer, Esq.
ERNST & YOUNG LLP
5 Times Square
36th Floor
New York, NY 10036-6530
Tel:     (212) 773-3865
Fax:    (212) 773-3928

Lawrence J. Zweifach, Esq.
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
Tel:             (212) 351-2625
Direct Fax:    (212) 351-6225

William J. O'Brien, Esq.
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Four Times Square
New York, NY  10036-6522
Tel:     (212) 735-3000
Fax:    (917) 777-4128

Steven J. Toll
Daniel S. Sommers
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington,  DC  20005
Tel:     (202) 408-4600
Fax:    (202) 408-4699

Catherine A. Torell
COHEN MILSTEIN SELLERS & TOLL PLLC
150 East 52nd Street
30th Floor
New York, NY  10022
Tel:     (212) 838 7797
Fax:    (212) 838-7745

Samuel H. Rudman
David A. Rosenfeld
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
58 South Service Road
Suite 200
Melville, NY 11747
Tel:    (631) 367-7100
Fax:    (631) 367-1173

Sabrina E. Tirabassi
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
DOUGLAS WILENS
120 E. Palmetto Park Road
Suite 500
Boca Raton, FL 33432-4809
Tel:    (561) 750-3000
Fax:    (561) 750-3364

JOHNSON BOTTINI, LLP
Frank A. Bottini
655 W. Broadway
Suite 1400
San Diego, CA 92101
Tel:    (619) 230-0063
Fax:    (619) 233-5535

Jacob Sabo, Esq.
The Tower
# 3 Daniel Frisch St.
Tel Aviv Israel
Tel: (972) 36078888
Fax: (972) 36078889

Bank Austria Creditanstalt
1010 Wien, Schottengasse 6-8
A-1010 Vienna
Austria

Bank Medici S.A.
Operngasse 6/4
Vienna, 1010
Austria

Stéphane Benbassat
7, rue Versonnex
CH-1207 Geneva
Switzerland

Gerald J. P. Brady
Birch Hollow
Upper Kilmacud Road
Dundrum
Dublin 14
Ireland

Ernst & Young Global Limited
Becket House, 1 Lambeth Palace Rd.
London SE1 7EU
United Kingdom

Ernst & Young S.A.
7 Parc d'Activite Syrdall
Munsbach
L5365
Luxembourg

Helmuth E. Frey
Operngasse 6/4
Vienna, 1010
Austria

Friehling & Horowitz
337 North Main Street
New City, NY  10956-4310

Genevalor, Benbassat & Cie
7, rue Versonnex
CH-1207 Geneva
Switzerland

Herald Luxemburg Fund
Operngasse 6/4
Vienna, 1010
Austria

Herald USA Fund
Operngasse 6/4
Vienna, 1010
Austria

8

HSBC Holdings plc
c/o Chris Wilcockson
Managing Director, HSS
40 Avenue Monterey
B.P. 413, L-2014
Luxembourg

HSBC Institutional Trust Services (Ireland) Limited
c/o Ronnie Griffin
1 Grand Canal Square
Grand Canal Harbour
Dublin 2
Ireland

HSBC Securities Services S.A.
c/o Chris Wilcockson
40 Avenue Monterey
B.P. 413, L-2014
Luxembourg

HSBC Securities Services (Ireland) Limited
c/o Rosemary Leahy
1 Grand Canal Square
Grand Canal Harbour
Dublin 2
Ireland

Daniel Morrissey
William Fry Solicitors
Fitzwilton House
Wilton Place
Dublin 2
Ireland

Franco Mugnai
Via Leone XIII_ n.27
I-20145 Milan
Italy

Friedrich Pfeffer
WFE-Consulting
Fuhrenweg 27
D-31515 Wunstorf
Germany

Pioneer Alternative Investments
1 George's Quay Plaza
George's Quay
Dublin 2
Ireland

PricewaterhouseCoopers, Chartered Accountants
One Spencer Dock
North Wall Quay
Dublin 1
Ireland

PricewaterhouseCoopers International Limited
1 Embankment Place
London
WC2N 6RH
United Kingdom

Primeo Executive Fund
Attention: Mrs. R. Scott
13 Rue Goethe, B P 413
L-2014
Luxembourg

Primeo Select Fund
Attention: Mrs. R. Scott
13 Rue Goethe, B P 413
L-2014
Luxembourg

Peter Scheithauer
Operngasse 6/4
Vienna, 1010
Austria

David T. Smith
c/o Equus Asset Management Partners
Bermudiana Arcade
27 Queen Street
Hamilton HM 11
Bermuda

Thema International Fund plc
c/o NCB Stockbrokers
3 George's Dock IFSC
Dublin 1
Ireland

Unicredit S.A.
Piazza Cordusio
20123 Milan
Italy