UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

REPEX VENTURES S.A., on Behalf of Itself and All Others Similarly Situated,

                Plaintiff,

v.

BERNARD L. MADOFF; BERNARD L. MADOFF INVESTMENT SECURITIES; BANK MEDICI S.A.; SONJA KOHN; PETER SCHEITHAUER; HERALD USA FUND; HERALD LUXEMBURG FUND; BANK AUSTRIA CREDITANSTALT; UNICREDIT S.A.; PRIMEO SELECT FUNDS; PIONEER ALTERNATIVE INVESTMENTS; THEMA INTERNATIONAL FUND PLC; ERNST & YOUNG LLP, and HSBC HOLDINGS PLC,

                Defendants.

---

Civil Action No.: 09-cv-00289-RMB

[Caption continued on the next page]

**THE FOXTON GROUP'S NOTICE OF MOTION AND MOTION TO CONSOLIDATE, TO BE APPOINTED LEAD PLAINTIFF AND <u>FOR APPROVAL OF ITS SELECTION OF LEAD AND LIAISON COUNSEL</u>**

```
------------------------------------------------------- X
HORST LEONHARDT, on Behalf of Himself     :
and All Others Similarly Situated,         :
                                           :
                    Plaintiff,             :    Civil Action No.: 09-cv-02032-UA
                                           :
        v.                                 :
                                           :
BERNARD L. MADOFF, BANK MEDICI             :
S.A., SONJA KOHN, PETER                    :
SCHEITHAUER, HERALD USA FUND,              :
HERALD LUXEMBURG FUND, BANK                :
AUSTRIA CREDITANSTALT, UNICREDIT           :
S.A., PRIMEO SELECT FUND, PRIMEO           :
EXECUTIVE FUND, PIONEER                    :
ALTERNATIVE INVESTMENTS, THEMA             :
INTERNATIONAL FUND PLC, HELMUTH            :
E. FREY, FRIEDRICH PFEFFER, FRANCO         :
MUGNAI, ALBERTO BENBASSAT,                 :
STEPHANE BENBASSAT, GENEVALOR,             :
BENBASSAT & CIE, DAVID T. SMITH,           :
GERALD J.P. BRADY, DANIEL                  :
MORRISSEY, ERNST & YOUNG S.A.,             :
ERNST & YOUNG GLOBAL LIMITED,              :
HSBC HOLDINGS PLC, HSBC                    :
INSTITUTIONAL TRUST SERVICES               :
(IRELAND) LIMITED, HSBC SECURITIES         :
SERVICES (IRELAND) LIMITED, HSBC           :
SECURITIES SERVICES, S.A.,                 :
PRICEWATERHOUSECOOPERS,                    :
CHARTERED ACCOUNTANTS,                     :
PRICEWATERHOUSECOOPERS                     :
INTERNATIONAL LIMITED and                  :
FRIEHLING & HOROWITZ,                      :
                                           :
                    Defendants.            :
------------------------------------------------------- X
```

**PLEASE TAKE NOTICE** that the Foxton Group, consisting of William Foxton, Neville Seymour Davis, and Chia-Hung Kao, hereby moves the Court for an Order:

1. consolidating the cases captioned *Repex Ventures, S.A. v. Bernard L. Madoff, et al.*, No. 09-00289; *Leonhardt v. Bernard L. Madoff, et al.,* No. 09-2032; and *Perrone, et al v. Benbassat, et al.*, No. 09-cv-2558 (the "Actions");

2. appointing the Foxton Group Lead Plaintiff of a class (the "Class") of all purchasers or acquirers of the Medici Funds[1] between January 1, 2004 and December 10, 2008 (the "Class Period); and

3. approving the Foxton Group's selection of Johnson Bottini, LLP as Lead Counsel and Murray, Frank & Sailer LLP as Liaison Counsel for the Class.

The Foxton Group makes this motion based on the Memorandum of Law and Declaration of Gregory Linkh, both submitted herewith, and on all other pleadings, motions, and orders in the Actions.

DATED: May 4, 2009　　　　　　　　　**MURRAY, FRANK & SAILER LLP**

　　　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　Brian P. Murray (BM 9954)
　　　　　　　　　　　　　　　　　　　　　　　bmurray@murrayfrank.com
　　　　　　　　　　　　　　　　　　　　　　　Gregory B. Linkh (GL 0477)
　　　　　　　　　　　　　　　　　　　　　　　glinkh@murrayfrank.com
　　　　　　　　　　　　　　　　　　　　　　　275 Madison Avenue, Suite 801
　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10016-1101
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 681-1818
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 682-1892

---

[1] The "Medici Funds" include the Thema Fund, the Primeo Select Fund, the Primeo Executive Fund, the Herald USA Fund, and the Herald Luxemburg Fund.

**JOHNSON BOTTINI, LLP**
Francis A. Bottini, Jr.
Albert Chang
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone:  (619) 230-0063
Facsimile:   (619) 233-5535

*Attorneys for the Foxton Group*

# DECLARATION OF SERVICE

        I am an attorney admitted to practice in this district. I hereby certify, under penalty of perjury, that on this 4th day of May, 2009, I caused a true and correct copy of the foregoing document to be served on the persons listed below, 1) through this court's ECF system, 2) by e-mail, and/or 3) by causing a true copy thereof to be delivered by mail, postage prepaid:

ERNST & YOUNG GLOBAL LIMITED
Becket House, 1 Lambeth Palace Rd.
London
SE1 7EU, United Kingdom

William P. Hammer, Esq.
ERNST & YOUNG LLP
5 Times Square, 36th Floor
New York, New York 10036-6530

Lawrence J. Zweifach, Esq.
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193

Steven J. Toll, Esq.
Daniel S. Sommers, Esq.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005

Jacob Sabo, Esq.
The Tower
# 3 Daniel Frisch St.
Tel Aviv, Israel

GENEVALOR, BENBASSAT & CIE
7, rue Versonnex
CH-1207 Geneva
Switzerland

FRIEHLING & HOROWITZ
4 High Tor Rd
New City, NY 10956

Susan L. Saltzstein (susan.saltzstein@skadden.com)
William J. O'Brien (william.obrien@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
*Attorneys for Defendant Pioneer Alternative Investment Management Limited*

BERNARD L. MADOFF
885 Third Avenue
New York, New York 10022

BANK MEDICI S.A.
Operngasse 6/4
Vienna, 1010
Austria

SONJA KOHN
Operngasse 6/4
Vienna, 1010
Austria

PETER SCHEITHAUER
Operngasse 6/4
Vienna, 1010
Austria

HERALD USA FUND
Operngasse 614
Vienna, 1010
Austria

HERALD LUXEMBURG FUND
Operngasse 6/4
Vienna, 1010
Austria

BANK AUSTRIA CREDITANSTALT
1010 Wien, Schottengasse 6-8
A-1010 Vienna
Austria

UNICREDIT S.A.
Piazza Cordusio
20123 Milan
Italy

PRIMEO SELECT FUND
13 Rue Goethe, B P 413 L-2014
Luxembourg

PRIMEO EXECUTIVE FUND
13 Rue Goethe, B P 413 L-2014
Luxembourg

THEMA INTERNATIONAL FUND PLC
3 George's Dock IFSC
Dublin 1
Ireland

ALBERTO BENBASSET
7, rue Versonnex
CH-1207 Geneva
Switzerland

HELMUTH E. FREY
Operngasse 6/4
Vienna, 1010
Austria

FRIEDRICH PFEFFER
WFE-Consulting
Fuhrenweg 27
D-31515 Wunstorf
Germany

FRANCO MUGNAI
Via Leone XIII_ n.27
1-20145 Milan
Italy

STEPHANE BENBASSAT
7, rue Versonnex
CH-1207 Geneva
Switzerland

DAVID T. SMITH
c/o Equus Asset Management Partners
Bermudiana Arcade
27 Queen Street
Hamilton HM 11
Bermuda

GERALD J. P. BRADY
Birch Hollow
Upper Kilmacud Road
Dundrum
Dublin 14
Ireland

DANIEL MORRISSEY
William Fry Solicitors
Fitzwilton House
Wilton Place
Dublin 2
Ireland

ERNST & YOUNG S.A.
7 Pare d'Activite Syrdall
Munsbach
L5365
Luxembourg

HSBC HOLDINGS PLC
c/o Chris Wilcockson
Managing Director, HSS
40 Avenue Monterey
B.P. 413, L-2014
Luxembourg

HSBC INSTITUTIONAL TRUST SERVICES (IRELAND) LIMITED
c/o Ronnie Griffin
1 Grand Canal Square
Grand Canal Harbour
Dublin 2
Ireland

HSBC SECURITIES SERVICES (IRELAND) LIMITED
c/o Rosemary Leahy
1 Grand Canal Square
Grand Canal Harbour Dublin 2
Ireland

HSBC SECURITIES SERVICES, S.A.
c/o Chris Wilcockson
Managing Director, HSS
40 Avenue Monterey
B.P. 413, L-2014
Luxembourg

PRICE WATERHOUSECOOPERS, CHARTERED ACCOUNTANTS
One Spencer Dock
North Wall Quay
Dublin 1
Ireland

PRICEWATERHOUSECOOPERS INTERNATIONAL LIMITED
1 Embankment Place
London
WC2N 6RH
United Kingdom

PIONEER ALTERNATIVE INVESTMENTS
1 George's Quay Plaza
George's Quay
Dublin 2
Ireland

WERNER TRIPOLT
Operngasse 6/4
Vienna, 1010
Austria

JOHN HOLLIWELL
Operngasse 6/4
Vienna, 1010
Austria

ALFRED SIMON
13 Rue Goethe, B P 413 L-2014
Luxembourg

KARL E. KANIAK
13 Rue Goethe, B P 413 L-2014
Luxembourg

JOHANNES P. SPALEK
13 Rue Goethe, B P 413 L-2014
Luxembourg

NIGEL H. FIELDING
13 Rue Goethe, B P 413 L-2014
Luxembourg

JAMES E. O'NEILL
13 Rue Goethe, B P 413 L-2014
Luxembourg

ALBERTO LA ROCCA
13 Rue Goethe, B P 413 L-2014
Luxembourg

DECLAN MURRAY
13 Rue Goethe, B P 413 L-2014
Luxembourg

URSULA RADEL-LESZCZYNSKI
13 Rue Goethe, B P 413 L-2014
Luxembourg

MICHAEL WHEATON
13 Rue Goethe, B P 413 L-2014
Luxembourg

BA WORLDWIDE MANAGEMENT LTD
c/o HWR Services
P.O. Box 71
Road Town
Tortola
B.V.I.

HERALD C. NOGRASEK
c/o HWR Services
P.O. Box 71
Road Town
Tortola
B.V.I.

HANNES SALETA
c/o HWR Services
P.O. Box 71
Road Town
Tortola
B.V.I.

NICOLA A. CORSETTI
c/o HWR Services
P.O. Box 71
Road Town
Tortola
B.V.I.

BANK OF BERMUDA (LUXEMBOURG) S.A.
6 Front St.
Hamilton, HM 11
Bermuda

BANK OF BERMUDA
P.O. Box 513
GT HSBC House
68 West Bay Road
Grand Cayman
Cayman Islands

                                                  _____S/_____
                                                          Thomas J. Kennedy