UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
REPEX VENTURES S.A., Individually and on :
Behalf of All Others Similarly Situated,

              Plaintiff,

  -against-

BERNARD L. MADOFF; BERNARD L.
MADOFF INVESTMENT SECURITIES;
BANK MEDICI S.A.; SONJA KOHN; PETER
SCHEITHAUER; HERALD USA FUND;
HERALD LUXEMBURG FUND; BANK
AUSTRIA CREDITANSTALT; UNICREDIT
S.A.; PRIMEO SELECT FUNDS; PIONEER
ALTERNATIVE INVESTMENTS; THEMA
INTERNATIONAL FUND PLC; ERNST &
YOUNG LLP, and HSBC HOLDINGS PLC,

              Defendants.
------------------------------------ X

Case No. 1:09-cv-0289-RMB

[caption continues on next page]

# DECLARATION OF CATHERINE A. TORELL IN FURTHER SUPPORT OF DR. SHMUEL CABILLY'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL, AND IN OPPOSITION TO COMPETING MOTIONS

Repex Ventures S.A v. Madoff et al | Doc. 46

Dockets.Justia.com

```
------------------------------------- X
HORST LEONHARDT, on Behalf of Himself  :
and All Others Similarly Situated,
                                       :
            Plaintiff,
                                       :
    -against-
                                       :
BERNARD L. MADOFF, BANK MEDICI
S.A., SONJA KOHN, PETER SCHEITHAUER,   :
HERALD USA FUND, HERALD
LUXEMBURG FUNDS, BANK AUSTRIA          :
CREDITANSTALT, UNICREDIT S.A.,
PRIMEO SELECT FUND, PRIMEO             :
EXECUTIVE FUND, PIONEER
ALTERNATIVE INVESTMENTS, THEMA         :
INTERNATIONAL FUND PLC, HELMUTHY           Case No. 1:09-cv-2032-RMB
E. FREY, FRIEDRICH PFEFFER, FRANCO     :
MUGNAI, ALBERTO BENBASSAT,
STEPHANE BENBASSAT, GENEVALOR,         :
BENBASSAT & CIE, DAVID T. SMITH,
GERALD J.P. BRADY, DANIEL              :
MORRISSEY, ERNST & YOUNG S.A.,
ERNST & YOUNG FLOBAL LIMITED, HSBC     :
HOLDINGS PLC, HSBC INSTITUTIONAL
TRUST SERVICES (IRELAND) LIMITED,      :
HSBC SECURITIES SERVICES (IRELAND)
LIMITED, HSBC SECURITIES SERVICES,     :
S.A., PRICEWATERHOUSECOOPERS,
CHARTERED ACCOUNTANTS,                 :
PRICEWATERHOUSECOOPERS
INTERNATIONAL LIMITED and FRIEHLING    :
& HOROWITZ,
                                       :
            Defendant.
                                       :
------------------------------------- X
```
**[caption continues on next page]**

------------------------------------- X
FABIAN PERRONE and CHIA-HUNG KAO, :

        Plaintiffs, :

  -against- :

ALBERTO BENBASSAT, STEPHANE
BENBASSAT, GERALD J.P. BRADY,
NICOLA A. CORSETTI, NIGEL H.
FIELDING, HELMUTH E. FREY, JOHN
HOLLIWELL, KARL E. KANIAK, SONJA
KOHN, ALBERTO LA ROCCA, DANIEL
MORRISSEY, FRANCO MUGNAI, DECLAN
MURRAY, HERALD C. NOGRASEK, JAMES
E. O'NEILL, FRIEDRICH PFEFFER, URSULA
RADELLESZCZYNSKI, HANNES SALETA,
PETER SCHEITHAUER, ALFRED SIMON,     Case No. 1:09-cv-2558-SHS
DAVID T. SMITH, JOHANNES P. SPALEK,
WERNER TRIPOLT, MICHAEL WHEATON,
BA WORLDWIDE FUND MANAGEMENT,
LTD., BANK AUSTRIA CREDITANSTALT,
BANK OF BERMUDA (CAYMAN) LIMITED,
BANK OF BERMUDA (LUXEMBOURG)
S.A., BANK MEDICI AG, ERNST & YOUNG,
PRIMEO FUND, HERALD FUND SPC, HSBC
HOLDINGS PLC, HSBC INSTITUTIONAL
TRUST SERVICES (IRELAND) LTD., HSBC
SECURITIES SERVICES (IRELAND) LTD.,
HSBC SECURITIES SERVICES
(LUXEMBOURG) S.A., PIONEER
ALTERNATIVE INVESTMENT
MANAGEMENT LIMITED,
PRICEWATERHOUSECOOPERS, THEMA
INTERNATIONAL FUND PLC, and
UNICREDIT S.A.,

        Defendants.
------------------------------------- X

I, Catherine A. Torell, hereby declare the following under penalty of perjury:

1. I am an attorney admitted to practice in this District and am counsel for Dr. Shmuel Cabilly. I am submitting this declaration in further support of his motion for consolidation, appointment as Lead Plaintiff, and selection of my firm, Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"), as Lead Counsel, and in opposition to competing motions.

2. Attached hereto are true and correct copies of the following documents:

| | |
|---|---|
| Exhibit A: | Stephen Adams, "Army Major Kills Himself Over Bernard Madoff Fraud Debts," *London Telegraph*, Feb. 13, 2009 |
| Exhibit B: | Raphael G. Satter, "Son: UK Veteran Killed Himself After Madoff Loss," *USA Today*, Feb. 13, 2009 |
| Exhibit C: | Cahal Milmo, "Ex-Soldier Shot Himself After Losing Fortune In Madoff Fraud," *The Independent*, Feb. 14, 2009 |
| Exhibit D: | Mary Jordan, "British family Blames Madoff for Suicide," *Washington Post*, Feb. 15, 2009, at A17. |

The foregoing is true to the best of my knowledge.

Dated: May 21, 2009

/s/ Catherine A. Torell
Catherine A. Torell