# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REPEX VENTURES S.A, on Behalf of Itself and All Others Similarly Situated, ) ) ) | Civil Action No. 09-cv-289 (RMB) |
| Plaintiff, ) ) | **CLASS ACTION** |
| v. ) ) | **ECF CASE** |
| BERNARD L. MADOFF; BANK MEDICI S.A.; SONJA KOHN; PETER SCHEITHAUER; HERALD USA FUND; HERALD LUXEMBURG FUND; BANK AUSTRIA CREDITANSTALT; UNICREDIT S.A.; PRIMEO SELECT FUND; PRIMEO EXECUTIVE FUND; PIONEER ALTERNATIVE INVESTMENTS; THEMA INTERNATIONAL FUND PLC, ERNST & YOUNG S.A., and HSBC SECURITIES SERVICES, S.A., ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) ) | |

[Additional caption on next page]


D ECLARATION OF TIMOTHY J. BURKE IN SUPPORT OF
REPEX VENTURES, S.A.'S OPPOSITION TO THE
FOXTON GROUP'S MOTION TO BE APPOINTED LEAD PLAINTIFF

| | |
|---|---|
| HORST LEONHARDT, on Behalf of Himself and All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF, BANK MEDICI S.A., SONJA KOHN, PETER SCHEITHAUER, HERALD USA FUND, HERALD LUXEMBURG FUND, BANK AUSTRIA CREDITANSTALT, UNICREDIT S.A., PRIMEO SELECT FUND, PRIMEO EXECUTIVE FUND, PIONEER ALTERNATIVE INVESTMENTS, THEMA INTERNATIONAL FUND PLC, HELMUTH E. FREY, FRIEDRICH PFEFFER, FRANCO MUGNAI, ALBERTO BENBASSAT, STÉPHANE BENBASSAT, GENEVALOR, BENBASSAT & CIE, DAVID T. SMITH, GERALD J. P. BRADY, DANIEL MORRISSEY, ERNST & YOUNG S.A., ERNST & YOUNG GLOBAL LIMITED, HSBC HOLDINGS PLC, HSBC INSTITUTIONAL TRUST SERVICES (IRELAND) LIMITED, HSBC SECURITIES SERVICES (IRELAND) LIMITED, HSBC SECURITIES SERVICES, S.A., PRICEWATERHOUSECOOPERS, CHARTERED ACCOUNTANTS, PRICEWATERHOUSECOOPERS INTERNATIONAL LIMITED; and FRIEHLING & HOROWITZ,<br><br>                 Defendants. | Civil Action No. 09-cv-2032 (RMB)<br><br>**CLASS ACTION**<br><br>**ECF CASE** |

[Additional caption on next page]

| | |
|---|---|
| FABIAN PERRONE and CHIA-HUNG KAO, | Civil Action No. 09-cv-2558 (SHS) |
| Plaintiff(s), | **CLASS ACTION** |
| v. | **ECF CASE** |
| ALBERTO BENBASSAT, STÉPHANE BENBASSAT, GERALD J.P. BRADY, NICOLA A. CORSETTI, NIGEL H. FIELDING, HELMUTH E. FREY, JOHN HOLLIWELL, KARL E. KANIAK, SONJA KOHN, ALBERTO LA ROCCA, DANIEL MORRISSEY, FRANCO MUGNAI, DECLAN MURRAY, HERALD C. NOGRASEK, JAMES. E. O'NEILL, FRIEDRICH PFEFFER, URSULA RADELLESZCZYNSKI, HANNES SALETA, PETER SCHEITHAUER, ALFRED SIMON, DAVID T. SMITH, JOHANNES P. SPALEK, WERNER TRIPOLT, MICHAEL WHEATON, BA WORLDWIDE FUND MANAGEMENT, LTD, BANK AUSTRIA CREDITANSTALT, BANK OF BERMUDA (CAYMAN) LIMITED, BANK OF BERMUDA (LUXEMBOURG) S.A., BANK MEDICI AG, ERNST & YOUNG, PRIMEO FUND, HERALD FUND SPC, HSBC HOLDINGS PLC, HSBC INSTITUTIONAL TRUST SERVICES (IRELAND) LTD., HSBC SECURITIES SERVICES (IRELAND) LTD., HSBC SECURITIES SERVICES (LUXEMBURG) S.A., PIONEER ALTERNATIVE INVESTMENT MANAGEMENT LIMITED, PRICEWATERHOUSECOOPERS, THEMA INTERNATIONAL FUND PLC, and UNICREDIT S.A., | |
| Defendant(s). | |

I, Timothy J. Burke, hereby declare:

1. I am an attorney at the law firm of Stull, Stull & Brody. I submit this Declaration in support of Repex Ventures, S.A.'s Opposition to the Foxton Group's Motion to Be Appointed Lead Plaintiff. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify to the following:

2. Attached hereto as Exhibit 1 is a true and correct copy of an Associated Press article dated February 14, 2009, by reporter Raphael G. Satter entitled *William Foxton, British Investor In Madoff Scheme, Kills Himself*.

3. Attached hereto as Exhibit 2 is a true and correct copy of the United Kingdom's *Administration of Estates Act, 1925*.

4. Attached hereto as Exhibit 3 is a true and correct copy of the case entitled *Roberts v. Gill & Co and another* [2008] EWCA Civ 803, [2008] All ER (D) 162 (Jul).

Signed under penalties of perjury this 21st day of May, 2009.

                                                                              s/ Timothy J. Burke
                                             Timothy J. Burke (Admitted *Pro Hac Vice*)

# CERTIFICATE OF SERVICE

       I hereby certify, this 21st day of May, 2009, that I caused a true and correct copies of the **DECLARATION OF TIMOTHY J. BURKE IN SUPPORT OF REPEX VENTURES, S.A.'S OPPOSITION TO THE FOXTON GROUP'S MOTION TO BE APPOINTED LEAD PLAINTIFF** to be served via First Class Mail on all parties listed on the attached service list.

Dated May 21, 2009                   **STULL, STULL & BRODY**

                   By:      s/ Timothy J. Burke
                          Timothy J. Burke (Admitted *Pro Hac Vice*)
                          10940 Wilshire Boulevard, Suite 2300
                          Los Angeles, CA  90024
                          Tel:    310-209-2468
                          Fax:   310-209-2087

# SERVICE LIST

William P. Hammer, Esq.
ERNST & YOUNG LLP
5 Times Square
36th Floor
New York, NY 10036-6530
Tel:  (212) 773-3865
Fax:  (212) 773-3928

Lawrence J. Zweifach, Esq.
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel:           (212) 351-2625
Direct Fax:    (212) 351-6225

William J. O'Brien, Esq.
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Four Times Square
New York, NY 10036-6522
Tel:  (212) 735-3000
Fax:  (917) 777-4128

Steven J. Toll
Daniel S. Sommers
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Tel:  (202) 408-4600
Fax:  (202) 408-4699

Catherine A. Torell
COHEN MILSTEIN SELLERS & TOLL PLLC
150 East 52nd Street
30th Floor
New York, NY 10022
Tel:  (212) 838 7797
Fax:  (212) 838-7745

Samuel H. Rudman
David A. Rosenfeld
COUGHLIN STOIA GELLER RUDMAN
 & ROBBINS LLP
58 South Service Road
Suite 200
Melville, NY 11747
Tel:  (631) 367-7100
Fax:  (631) 367-1173

Sabrina E. Tirabassi
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
DOUGLAS WILENS
120 E. Palmetto Park Road
Suite 500
Boca Raton, FL 33432-4809
Tel:  (561) 750-3000
Fax:  (561) 750-3364

Frank A. Bottini
JOHNSON BOTTINI, LLP
655 W. Broadway
Suite 1400
San Diego, CA 92101
Tel:  (619) 230-0063
Fax:  (619) 233-5535

Jacob Sabo, Esq.
The Tower
# 3 Daniel Frisch St.
Tel Aviv Israel
Tel:  (972) 36078888
Fax:  (972) 36078889