UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- X
REPEX VENTURES S.A., on Behalf of Itself :
and All Others Similarly Situated, :
                            Plaintiff, : Civil Action No.: 09-cv-00289-RMB

     v. :

BERNARD L. MADOFF; BERNARD L. :
MADOFF INVESTMENT SECURITIES;
BANK MEDICI S.A.; SONJA KOHN; PETER :
SCHEITHAUER; HERALD USA FUND;
HERALD LUXEMBURG FUND; BANK :
AUSTRIA CREDITANSTALT; UNICREDIT
S.A.; PRIMEO SELECT FUNDS; PIONEER :
ALTERNATIVE INVESTMENTS; THEMA
INTERNATIONAL FUND PLC; ERNST & :
YOUNG LLP, and HSBC HOLDINGS PLC,
                           Defendants. :
----------------------------------------------------------- X

[Caption continued on the next page]

**JOINT DECLARATION OF ALL MEMBERS OF THE FOXTON GROUP**

```
------------------------------------------------------- X
HORST LEONHARDT, on Behalf of Himself      :
and All Others Similarly Situated,         :
                                           :
                Plaintiff,                 :   Civil Action No.: 09-cv-02032-RMB
                                           :
       v.                                  :
                                           :
BERNARD L. MADOFF, BANK MEDICI             :
S.A., SONJA KOHN, PETER                    :
SCHEITHAUER, HERALD USA FUND,              :
HERALD LUXEMBURG FUND, BANK                :
AUSTRIA CREDITANSTALT, UNICREDIT           :
S.A., PRIMEO SELECT FUND, PRIMEO           :
EXECUTIVE FUND, PIONEER                    :
ALTERNATIVE INVESTMENTS, THEMA             :
INTERNATIONAL FUND PLC, HELMUTH            :
E. FREY, FRIEDRICH PFEFFER, FRANCO         :
MUGNAI, ALBERTO BENBASSAT,                 :
STEPHANE BENBASSAT, GENEVALOR,             :
BENBASSAT & CIE, DAVID T. SMITH,           :
GERALD J.P. BRADY, DANIEL                  :
MORRISSEY, ERNST & YOUNG S.A.,             :
ERNST & YOUNG GLOBAL LIMITED,              :
HSBC HOLDINGS PLC, HSBC                    :
INSTITUTIONAL TRUST SERVICES               :
(IRELAND) LIMITED, HSBC SECURITIES         :
SERVICES (IRELAND) LIMITED, HSBC           :
SECURITIES SERVICES, S.A.,                 :
PRICEWATERHOUSECOOPERS,                    :
CHARTERED ACCOUNTANTS,                     :
PRICEWATERHOUSECOOPERS                     :
INTERNATIONAL LIMITED and                  :
FRIEHLING & HOROWITZ,                      :
                                           :
                Defendants.                :
------------------------------------------------------- X
```

# JOINT DECLARATION OF ALL MEMBERS OF THE FOXTON GROUP

We, Willard Foxton, Neville Seymour Davis, and Chia-Hung Kao, declare that:

1. We are the members of the Foxton Group, Proposed Lead Plaintiffs in the underlying putative class actions against Herald USA Fund, Herald Luxemburg Fund, Primeo Select Fund, Primeo Executive Fund, Thema International Fund PLC, and other defendants. We jointly submit this declaration in support of the Foxton Group's motion for (a) consolidation of related actions; (b) appointment as lead plaintiff; and (c) approval of selection of counsel.

2. To accomplish our common purpose of maximizing class recovery in this litigation, we selected Johnson Bottini, LLP to represent us.

3. We have ample experience as investors in the securities market and working with attorneys. We therefore understand the importance of sharing information and working collectively to manage the litigation.

4. In this litigation, we have communicated with counsel on numerous occasions by e-mail, telephone, facsimile, and/or mail. In addition, Willard Foxton has traveled to San Diego, California to meet in person with one of our attorneys, Francis A. Bottini, Jr., to discuss the litigation and the motion for our appointment as Lead Plaintiffs.

5. We have also participated in telephonic conferences with counsel to discuss litigation strategy.

6. As a result of our discussions, we are implementing the following communication protocol to ensure adequate oversight of counsel and effective management of the litigation:

- holding at least one all-hands telephonic conference every three months during the pendency of this litigation, and more frequently as necessary;
- communicating regularly with counsel regarding any development in the litigation; and
- receiving status reports from counsel at least once a month and more often as the circumstances require.

7. We understand that attorneys' fees and expenses in this litigation are not only limited by statute to a reasonable percentage of any recovery, but are also subject to the court's review and approval. We have discussed a reasonable benchmark percentage with counsel and have obtained their agreement that no application for fees or expenses will be made to the court without our review, comment, and/or authorization. We believe that this process, as well as our involvement and oversight, will ensure that the attorneys' fees and expenses in this litigation will be fair and reasonable.

We further declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of May, 2009

_Willard Foxton_ (by)
Willard Foxton

Executed this _____ day of May, 2009

_____
Neville Seymour Davis

Executed this _____ day of May, 2009

_____
Chia-Hung Kao

2

- holding at least one all-hands telephonic conference every three months during the pendency of this litigation, and more frequently as necessary;
- communicating regularly with counsel regarding any development in the litigation; and
- receiving status reports from counsel at least once a month and more often as the circumstances require.

7. We understand that attorneys' fees and expenses in this litigation are not only limited by statute to a reasonable percentage of any recovery, but are also subject to the court's review and approval. We have discussed a reasonable benchmark percentage with counsel and have obtained their agreement that no application for fees or expenses will be made to the court without our review, comment, and/or authorization. We believe that this process, as well as our involvement and oversight, will ensure that the attorneys' fees and expenses in this litigation will be fair and reasonable.

We further declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ day of May, 2009

Executed this __15th__ day of May, 2009

_____
Willard Foxton

_____
Neville Seymour Davis

Executed this _____ day of May, 2009

_____
Chia-Hung Kao

2

- holding at least one all-hands telephonic conference every three months during the pendency of this litigation, and more frequently as necessary;

- communicating regularly with counsel regarding any development in the litigation; and

- receiving status reports from counsel at least once a month and more often as the circumstances require.

7. We understand that attorneys' fees and expenses in this litigation are not only limited by statute to a reasonable percentage of any recovery, but are also subject to the court's review and approval. We have discussed a reasonable benchmark percentage with counsel and have obtained their agreement that no application for fees or expenses will be made to the court without our review, comment, and/or authorization. We believe that this process, as well as our involvement and oversight, will ensure that the attorneys' fees and expenses in this litigation will be fair and reasonable.

We further declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ day of May, 2009

_____
Willard Foxton

Executed this _____ day of May, 2009

_____
Neville Seymour Davis

Executed this  15th  day of May, 2009     Chia-Hung Kao /高崇鈜
_____
Chia-Hung Kao

2

# DECLARATION OF SERVICE

I am an attorney admitted to practice in this district. I hereby certify, under penalty of perjury, that on this 21st day of May, 2009, I caused a true and correct copy of the foregoing document to be served on the persons listed below: 1) through this court's ECF system, 2) by e-mail, and/or 3) by mail, postage prepaid:

| | |
|---|---|
| ERNST & YOUNG GLOBAL LIMITED<br>Becket House, 1 Lambeth Palace Rd.<br>London<br>SE1 7EU, United Kingdom | William P. Hammer, Esq.<br>ERNST & YOUNG LLP<br>5 Times Square, 36th Floor<br>New York, New York 10036-6530 |
| ERNST & YOUNG S.A.<br>7 Pare d'Activite Syrdall<br>Munsbach<br>L5365<br>Luxembourg | Lawrence J. Zweifach, Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193 |
| Jules Brody (ssbny@aol.com)<br>Patrick Kevin Slyne<br>STULL, STULL & BRODY<br>6 East 45th Street<br>New York, NY 10017 | Timothy Joseph Burke<br>(service@ssbla.com)<br>STULL, STULL & BRODY<br>10940 Wilshire Blvd., Suite 2300<br>Los Angeles, CA 90024 |
| Robert S. Schachter (rschachter@zsz.com)<br>ZWERLING, SCHACHTER &<br>ZWERLING<br>41 Madison Avenue<br>New York, NY 10010 | Catherine A. Torell, Esq.<br>(ctorell@cohenmilstein.com)<br>COHEN, MILSTEIN, SELLERS & TOLL,<br>P.L.L.C.<br>150 East 52nd Street<br>30th Floor<br>New York, NY 10022 |
| Steven J. Toll, Esq.<br>Daniel S. Sommers, Esq.<br>COHEN, MILSTEIN, SELLERS & TOLL,<br>P.L.L.C.<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, DC 20005 | Samuel Howard Rudman<br>(srudman@csgrr.com)<br>COUGHLIN STOIA GELLER RUDMAN<br>& ROBBINS, LLP<br>58 South Service Road<br>Suite 200<br>Melville, NY 11747 |
| Jacob Sabo, Esq.<br>The Tower<br># 3 Daniel Frisch St.<br>Tel Aviv, Israel | GENEVALOR, BENBASSAT & CIE<br>7, rue Versonnex<br>CH-1207 Geneva<br>Switzerland |

| | |
|---|---|
| STEPHANE BENBASSAT<br>7, rue Versonnex<br>CH-1207 Geneva<br>Switzerland | ALBERTO BENBASSAT<br>7, rue Versonnex<br>CH-1207 Geneva<br>Switzerland |
| FRIEHLING & HOROWITZ<br>4 High Tor Rd.<br>New City, NY 10956 | Susan L. Saltzstein<br>(susan.saltzstein@skadden.com)<br>William J. O'Brien<br>(william.obrien@skadden.com)<br>SKADDEN, ARPS, SLATE, MEAGHER<br>    & FLOM LLP<br>Four Times Square<br>New York, New York 10036-6522<br>*Attorneys for Defendant Pioneer*<br>*Alternative Investment Management*<br>*Limited* |
| BERNARD L. MADOFF<br>885 Third Avenue<br>New York, New York 10022 | BANK MEDICI S.A.<br>Operngasse 6/4<br>Vienna, 1010<br>Austria |
| BANK MEDICI AG<br>Operngasse 6/4<br>Vienna, 1010<br>Austria | SONJA KOHN<br>Operngasse 6/4<br>Vienna, 1010<br>Austria |
| PETER SCHEITHAUER<br>Operngasse 6/4<br>Vienna, 1010<br>Austria | HERALD FUND SPC<br>Operngasse 6/4<br>Vienna, 1010<br>Austria |
| HERALD FUND SPC<br>PO Box 30B<br>Ufllend Heues<br>Oranti<br>Cayman Kri 1104 | HERALD USA FUND<br>Operngasse 6/4<br>Vienna, 1010<br>Austria |
| HERALD LUXEMBURG FUND<br>Operngasse 6/4<br>Vienna, 1010<br>Austria | WERNER TRIPOLT<br>Operngasse 6/4<br>Vienna, 1010<br>Austria |

JOHN HOLLIWELL
Operngasse 6/4
Vienna, 1010
Austria

HELMUTH E. FREY
Operngasse 6/4
Vienna, 1010
Austria

BANK AUSTRIA CREDITANSTALT
1010 Wien, Schottengasse 6-8
A-1010 Vienna
Austria

UNICREDIT S.A.
Piazza Cordusio
20123 Milan
Italy

ALFRED SIMON
13 Rue Goethe, B P 413 L-2014
Luxembourg

KARL E. KANIAK
13 Rue Goethe, B P 413 L-2014
Luxembourg

JOHANNES P. SPALEK
13 Rue Goethe, B P 413 L-2014
Luxembourg

NIGEL H. FIELDING
13 Rue Goethe, B P 413 L-2014
Luxembourg

JAMES E. O'NEILL
13 Rue Goethe, B P 413 L-2014
Luxembourg

ALBERTO LA ROCCA
13 Rue Goethe, B P 413 L-2014
Luxembourg

DECLAN MURRAY
13 Rue Goethe, B P 413 L-2014
Luxembourg

URSULA RADEL-LESZCZYNSKI
13 Rue Goethe, B P 413 L-2014
Luxembourg

MICHAEL WHEATON
13 Rue Goethe, B P 413 L-2014
Luxembourg

PRIMEO SELECT FUND
13 Rue Goethe, B P 413 L-2014
Luxembourg

PRIMEO EXECUTIVE FUND
13 Rue Goethe, B P 413 L-2014
Luxembourg

THEMA INTERNATIONAL FUND PLC
3 George's Dock IFSC
Dublin 1
Ireland

FRIEDRICH PFEFFER
WFE-Consulting
Fuhrenweg 27
D-31515 Wunstorf
Germany

FRANCO MUGNAI
Via Leone XIII_n.27
1-20145 Milan
Italy

DAVID T. SMITH
c/o Equus Asset Management Partners
Bermudiana Arcade
27 Queen Street
Hamilton HM 11
Bermuda

GERALD J. P. BRADY
Birch Hollow
Upper Kilmacud Road
Dundrum
Dublin 14
Ireland

DANIEL MORRISSEY
William Fry Solicitors
Fitzwilton House
Wilton Place
Dublin 2
Ireland

HSBC HOLDINGS PLC
c/o Chris Wilcockson
Managing Director, HSS
40 Avenue Monterey
B.P. 413, L-2014
Luxembourg

HSBC SECURITIES SERVICES, S.A.
c/o Chris Wilcockson
Managing Director, HSS
40 Avenue Monterey
B.P. 413, L-2014
Luxembourg

HSBC SECURITIES SERVICES
(LUXEMBURG) S.A.
40 Avenue Monterey
P.O. Box 413, L-2014
Luxembourg

HSBC INSTITUTIONAL TRUST SERVICES (IRELAND) LIMITED
c/o Ronnie Griffin
1 Grand Canal Square
Grand Canal Harbour
Dublin 2
Ireland

HSBC SECURITIES SERVICES (IRELAND) LIMITED
c/o Rosemary Leahy
1 Grand Canal Square
Grand Canal Harbour
Dublin 2
Ireland

PRICE WATERHOUSECOOPERS, CHARTERED ACCOUNTANTS
One Spencer Dock
North Wall Quay
Dublin 1
Ireland

PRICEWATERHOUSECOOPERS INTERNATIONAL LIMITED
1 Embankment Place
London
WC2N 6RH
United Kingdom

PIONEER ALTERNATIVE INVESTMENTS
1 George's Quay Plaza
George's Quay
Dublin 2
Ireland

BA WORLDWIDE FUND MANAGEMENT, LTD
c/o HWR Services
P.O. Box 71
Road Town
Tortola
B.V.I.

BA WORLDWIDE MANAGEMENT LTD
c/o HWR Services
P.O. Box 71
Road Town
Tortola
B.V.I.

HERALD C. NOGRASEK
c/o HWR Services
P.O. Box 71
Road Town
Tortola
B.V.I.

HANNES SALETA
c/o HWR Services
P.O. Box 71
Road Town
Tortola
B.V.I.

NICOLA A. CORSETTI
c/o HWR Services
P.O. Box 71
Road Town
Tortola
B.V.I.

BANK OF BERMUDA (LUXEMBOURG) S.A.
6 Front St.
Hamilton, HM 11
Bermuda

BANK OF BERMUDA (LUXEMBOURG) S.A.
13 rue Goethe
L-1637
Luxembourg

BANK OF BERMUDA
P.O. Box 513
GT HSBC House
68 West Bay Road
Grand Cayman
Cayman Islands

BANK OF BERMUDA (CAYMAN) LIMITED
P.O. Box 513
GT HSBC House
68 West Bay Road
Grand Cayman
Cayman Islands

PRIMEO FUND
c/o BANK OF BERMUDA (CAYMAN) LIMITED
P.O. Box 513
GT HSBC House
68 West Bay Road
Grand Cayman
Cayman Islands

_____S/_____
Thomas J. Kennedy (TK-9989)