UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| REPEX VENTURES S.A., on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> BERNARD L MADOFF *et al.*, <br><br> Defendants. | ECF Case <br><br> Case No. 09 Civ. 0289 (RMB) |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Movant Foxton Group.

    I certify that I am admitted to practice in this court.

Dated: May 28, 2009

                                                  s/ Albert Y. Chang
                                              Albert Y. Chang (AC 5415)
                                              JOHNSON BOTTINI, LLP
                                              655 West Broadway, Suite 1400
                                              San Diego, CA 92101
                                              Telephone: (619) 230-0063
                                              Facsimile: (619) 233-5535

Dockets.Justia.com