UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
REPEX VENTURES S.A., Individually and on : Behalf of All Others Similarly Situated,
:
       Plaintiff,
:
  -against-
:
BERNARD L. MADOFF; BERNARD L. MADOFF INVESTMENT SECURITIES; BANK MEDICI S.A.; SONJA KOHN; PETER SCHEITHAUER; HERALD USA FUND; HERALD LUXEMBURG FUND; BANK AUSTRIA CREDITANSTALT; UNICREDIT S.A.; PRIMEO SELECT FUNDS; PIONEER ALTERNATIVE INVESTMENTS; THEMA INTERNATIONAL FUND PLC; ERNST & YOUNG LLP, and HSBC HOLDINGS PLC,
:
Case No. 1:09-cv-0289-RMB
:
:
:
:
:
       Defendants.
---------------------------------------- X

**[caption continues on next page]**

### DECLARATION OF CATHERINE A. TORELL IN FURTHER SUPPORT OF DR. SHMUEL CABILLY'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL, AND IN <u>OPPOSITION TO COMPETING MOTIONS</u>

```
------------------------------------  X
HORST LEONHARDT, on Behalf of Himself  :
and All Others Similarly Situated,
                                       :
           Plaintiff,
                                       :
     -against-
                                       :
BERNARD L. MADOFF, BANK MEDICI
S.A., SONJA KOHN, PETER SCHEITHAUER,   :
HERALD USA FUND, HERALD
LUXEMBURG FUNDS, BANK AUSTRIA          :
CREDITANSTALT, UNICREDIT S.A.,
PRIMEO SELECT FUND, PRIMEO             :
EXECUTIVE FUND, PIONEER
ALTERNATIVE INVESTMENTS, THEMA         :
INTERNATIONAL FUND PLC, HELMUTHY          Case No. 1:09-cv-2032-RMB
E. FREY, FRIEDRICH PFEFFER, FRANCO     :
MUGNAI, ALBERTO BENBASSAT,
STEPHANE BENBASSAT, GENEVALOR,         :
BENBASSAT & CIE, DAVID T. SMITH,
GERALD J.P. BRADY, DANIEL              :
MORRISSEY, ERNST & YOUNG S.A.,
ERNST & YOUNG FLOBAL LIMITED, HSBC     :
HOLDINGS PLC, HSBC INSTITUTIONAL
TRUST SERVICES (IRELAND) LIMITED,      :
HSBC SECURITIES SERVICES (IRELAND)
LIMITED, HSBC SECURITIES SERVICES,     :
S.A., PRICEWATERHOUSECOOPERS,
CHARTERED ACCOUNTANTS,                 :
PRICEWATERHOUSECOOPERS
INTERNATIONAL LIMITED and FRIEHLING    :
& HOROWITZ,
                                       :
           Defendant.
                                       :
------------------------------------  X
```

**[caption continues on next page]**

```
------------------------------------- X
FABIAN PERRONE and CHIA-HUNG KAO,     :
                                      
         Plaintiffs,                  :
                                      
    -against-                         :
                                      
ALBERTO BENBASSAT, STEPHANE           :
BENBASSAT, GERALD J.P. BRADY,         
NICOLA A. CORSETTI, NIGEL H.          :
FIELDING, HELMUTH E. FREY, JOHN       
HOLLIWELL, KARL E. KANIAK, SONJA      :
KOHN, ALBERTO LA ROCCA, DANIEL        
MORRISSEY, FRANCO MUGNAI, DECLAN      :
MURRAY, HERALD C. NOGRASEK, JAMES     
E. O'NEILL, FRIEDRICH PFEFFER, URSULA :
RADELLESZCZYNSKI, HANNES SALETA,      
PETER SCHEITHAUER, ALFRED SIMON,      :     Case No. 1:09-cv-2558-SHS
DAVID T. SMITH, JOHANNES P. SPALEK,   
WERNER TRIPOLT, MICHAEL WHEATON,      :
BA WORLDWIDE FUND MANAGEMENT,         
LTD., BANK AUSTRIA CREDITANSTALT,     :
BANK OF BERMUDA (CAYMAN) LIMITED,     
BANK OF BERMUDA (LUXEMBOURG)          :
S.A., BANK MEDICI AG, ERNST & YOUNG,  
PRIMEO FUND, HERALD FUND SPC, HSBC    :
HOLDINGS PLC, HSBC INSTITUTIONAL      
TRUST SERVICES (IRELAND) LTD., HSBC   :
SECURITIES SERVICES (IRELAND) LTD.,   
HSBC SECURITIES SERVICES              :
(LUXEMBOURG) S.A., PIONEER            
ALTERNATIVE INVESTMENT                :
MANAGEMENT LIMITED,                   
PRICEWATERHOUSECOOPERS, THEMA         :
INTERNATIONAL FUND PLC, and           
UNICREDIT S.A.,                       :
                                      
         Defendants.                  
------------------------------------- X
```

I, Catherine A. Torell, hereby declare the following under penalty of perjury:

1. I am an attorney admitted to practice in this District and am counsel for Dr. Shmuel Cabilly. I am submitting this declaration in further support of his motion for consolidation, appointment as Lead Plaintiff, and selection of my firm, Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"), as Lead Counsel, and in opposition to competing motions.

2. Attached hereto are true and correct copies of the following documents:

Exhibit A: Opinion in *Zemprelli v. Royal Bank of Scotland Group PLC*, No. 09 Civ. 300 (DAB) (S.D.N.Y. May 5, 2009);

Exhibit B: Transcript of Hearing, February 13, 2009, *In re Fannie Mae 2008 Sec. Litig.*, No. 08-cv-8008 (GEL) (S.D.N.Y. filed Sept. 8, 2008).

Exhibit C: Declaration of Professor Bruce A. Green, *In re Fannie Mae 2008 Sec. Litig.*, No. 08-cv-8008 (GEL) (S.D.N.Y. filed Sept. 8, 2008).

The foregoing is true to the best of my knowledge.

Dated: June 1, 2009

                                              /s/ Catherine A. Torell
                                              Catherine A. Torell