## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ------------------------------------------------------- x | | ECF Case |
| REPEX VENTURES S.A., on behalf of itself and all others similarly situated, | : : : | Case No. 09 Civ. 0289 (RMB) |
| Plaintiff, | : : : | |
| vs. | : : | |
| BERNARD L. MADOFF; BERNARD L. MADOFF INVESTMENT SECURITIES; BANK MEDICI S.A.; SONJA KOHN; PETER SCHEITHAUER; HERALD USA FUND; HERALD LUXEMBURG FUND; BANK AUSTRIA CREDITANSTALT; UNICREDIT S.A.; PRIMEO SELECT FUNDS; PIONEER ALTERNATIVE INVESTMENTS; THEMA INTERNATIONAL FUND PLC; ERNST & YOUNG LLP, and HSBC HOLDINGS PLC, | : : : : : : : : : : : : | |
| Defendants. | : : | |
| ------------------------------------------------------- | x | |

[Caption continued on the next page]

**DECLARATION OF ALBERT Y. CHANG
IN SUPPORT OF THE FOXTON GROUP'S MOTION
TO CONSOLIDATE, TO BE APPOINTED LEAD PLAINTIFF, AND
FOR APPROVAL OF ITS SELECTION OF COUNSEL**

```
------------------------------------------------------  x
HORST LEONHARDT, on Behalf of Himself                   :
and All Others Similarly Situated,                      :    ECF Case
                                                        :
                    Plaintiff,                          :    Case No. 09 Civ. 2032 (RMB)
                                                        :
                                                        :
         v.                                             :
                                                        :
BERNARD L. MADOFF, BANK MEDICI                          :
S.A., SONJA KOHN, PETER                                 :
SCHEITHAUER, HERALD USA FUND,                           :
HERALD LUXEMBURG FUND, BANK                             :
AUSTRIA CREDITANSTALT, UNICREDIT                        :
S.A., PRIMEO SELECT FUND, PRIMEO                        :
EXECUTIVE FUND, PIONEER                                 :
ALTERNATIVE INVESTMENTS, THEMA                          :
INTERNATIONAL FUND PLC, HELMUTH                         :
E. FREY, FRIEDRICH PFEFFER, FRANCO                      :
MUGNAI, ALBERTO BENBASSAT,                              :
STEPHANE BENBASSAT, GENEVALOR,                          :
BENBASSAT & CIE, DAVID T. SMITH,                        :
GERALD J.P. BRADY, DANIEL                               :
MORRISSEY, ERNST & YOUNG S.A.,                          :
ERNST & YOUNG GLOBAL LIMITED,                           :
HSBC HOLDINGS PLC, HSBC                                 :
INSTITUTIONAL TRUST SERVICES                            :
(IRELAND) LIMITED, HSBC SECURITIES                      :
SERVICES (IRELAND) LIMITED, HSBC                        :
SECURITIES SERVICES, S.A.,                              :
PRICEWATERHOUSECOOPERS,                                 :
CHARTERED ACCOUNTANTS,                                  :
PRICEWATERHOUSECOOPERS                                  :
INTERNATIONAL LIMITED and                               :
FRIEHLING & HOROWITZ,                                   :
                                                        :
                    Defendants.                         :
------------------------------------------------------  x
```

I, Albert Y. Chang, declare that:

1. I am an attorney admitted to practice law in the State of New York and an associate with the law firm of Johnson Bottini, LLP, Proposed Lead Counsel for the Foxton Group. I submit this Declaration in support of the Foxton Group's motion (1) to consolidate related actions; (2) to be appointed lead plaintiff; and (3) for approval of selection of counsel.

2. On May 4, 2009, I learned that due to his travels, Willard Foxton, a member of the Foxton Group, had no means to deliver to my office a personally-signed copy of his certification dated May 2, 2009 before the deadline for filing lead plaintiff motions. I received Mr. Foxton's personally-signed certification shortly after filing the Foxton Group's lead plaintiff motion. Attached as Exhibit A is a true and correct copy of the certification personally signed by Mr. Foxton on May 2, 2009.

3. On June 1, 2009, I visited a Web site storing historic data of currency exchange rates, http://www.oanda.com/, and obtained print-outs of daily average exchange rates between British Pounds and U.S. Dollars for the period between November 1, 2004 and March 1, 2005. Attached as Exhibit B is a true and correct copy of these print-outs showing that during this period, the exchange rates ranged between $1.80 and $1.95 per British Pound.

I further declare under penalty of perjury that the foregoing is true and correct.

Dated: June 1, 2009

                                                      s/ Albert Y. Chang
                                                        Albert Y. Chang

# EXHIBIT A

# CERTIFICATION OF PROPOSED LEAD PLAINTIFF
# PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Willard Foxton, declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. I have reviewed the complaint on file in this case – *Perrone v. Benbassat et al.*, Case No. 09-cv-2558 (S.D.N.Y.), with my counsel.

2. I did not acquire the securities that are the subject of this action at the direction of my counsel or in order to participate in any private action under the federal securities laws.

3. I am willing to serve as a lead plaintiff in these cases. I understand that a lead plaintiff is a representative party who acts on behalf of other class members in directing the litigation, and whose duties may include testifying at deposition or trial, if necessary. As indicated below, my deceased father had his entire life savings invested in the Herald USA Fund and Herald Luxembourg Fund. My father's estate has authorized me to pursue a claim on behalf of the Estate of William Foxton (the "Estate") in this case in an attempt to recover the losses suffered by my father in the Herald USA Fund and Herald Luxembourg Fund.

4. I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses - such as lost wages and travel expenses - directly related to the class representation, as ordered or approved by the Court pursuant to law.

5. I have not sought to serve or served as a representative party for a class in an action under the federal securities laws within the past three years.

1

6. I understand that this is not a claim form, and that my ability to share in any recovery as a class member is not affected by my decision to serve as a representative party.

7. I have had numerous telephonic meetings and discussions with my counsel regarding this case. In addition, I met in person with my one of my attorneys, Frank A. Bottini, Esq., on May 1, 2009 in San Diego, California to discuss the case and my participation in it. Despite the fact that I live in England, and the case is pending in New York, I am willing to be, and want to be, actively involved in this litigation. The litigation has extreme personal importance to me and my family due the fact that my father William Foxton, a decorated British soldier knighted by the Queen, took his own life earlier this year due to losing his entire life savings which he had invested in the Herald USA Fund and Herald Luxembourg Fund. Late last year, after returning from working in Afghanistan as a defense contractor, my father discovered that his entire life savings had been unbeknownst to him invested by the Herald USA Fund and Herald Luxemburg Fund with Bernard Madoff and therefore lost.

8. On learning the Herald funds had collapsed, my father took his own life on February 10, 2009. Shortly before his suicide, he sent me the following email:-

"Dear Will, I will be brief. I had some in fact all my money in two funds Herald USA Fund and Herald Luxemburg Fund invested in Austria. I have now found out that the office is closed and the money was invested in Hedge funds of Madoff of the Ponzi scheme. I have lost everything.
I am now considering whether or not to get myself declared bankrupt. Feeling pretty low and depressed. Thats about it for the moment."

9. It has been extremely hard for my family to find any of my father's documents, and we have no idea where he may have kept them, despite repeated searches of the family home. However, my family did confirm with my father in 2006 that he had invested approximately 1.6 million British Pounds in an investment, which due to my father's email

2

quoted above we came to subsequently learn was invested in the Herald USA Fund and Herald Luxembourg Fund through Bank Medici's Vienna, Austria office. Moreover, shortly prior to his death, he told me that he was having disagreements with the bank in Austria regarding his investments there. Moreover, I believe he invested in the funds in approximately late 2004 or early 2005, as he was nearing retirement. He retired in November 2008, and shortly thereafter, on December 10, 2008, learned about the Madoff Ponzi scheme and that his entire life savings were lost. During late 2004 and early 2005, the British Pound traded between approximately $1.80 and $1.95 United States Dollars. Thus, I believe that my father's investments in the Herald USA Fund and Herald Luxembourg Fund were between approximately $2.88 million U.S. Dollars and $3.12 million U.S. Dollars.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this  2  day of May, 2009.

_____W. B. Foxton_____
WILLARD FOXTON

# EXHIBIT B



Traders

# FXHistory®: historical currency exchange rates

**Conversion Table: GBP to USD (Interbank rate)**

Time period: 11/01/04 to 03/01/05.
Daily averages:



| Date | Rate | Date | Rate |
|---|---|---|---|
| 11/01/2004 | 1.8390 | 01/01/2005 | 1.91870 |
| 11/02/2004 | 1.83370 | 01/02/2005 | 1.91960 |
| 11/03/2004 | 1.84010 | 01/03/2005 | 1.91960 |
| 11/04/2004 | 1.84870 | 01/04/2005 | 1.90460 |
| 11/05/2004 | 1.84430 | 01/05/2005 | 1.88160 |
| 11/06/2004 | 1.85640 | 01/06/2005 | 1.88350 |
| 11/07/2004 | 1.85730 | 01/07/2005 | 1.87520 |
| 11/08/2004 | 1.8550 | 01/08/2005 | 1.8690 |
| 11/09/2004 | 1.85610 | 01/09/2005 | 1.87130 |
| 11/10/2004 | 1.85750 | 01/10/2005 | 1.87050 |
| 11/11/2004 | 1.84750 | 01/11/2005 | 1.87630 |
| 11/12/2004 | 1.84270 | 01/12/2005 | 1.87790 |
| 11/13/2004 | 1.85730 | 01/13/2005 | 1.89110 |
| 11/14/2004 | 1.85730 | 01/14/2005 | 1.88280 |
| 11/15/2004 | 1.85680 | 01/15/2005 | 1.86950 |
| 11/16/2004 | 1.84680 | 01/16/2005 | 1.87170 |
| 11/17/2004 | 1.8530 | 01/17/2005 | 1.87030 |
| 11/18/2004 | 1.85890 | 01/18/2005 | 1.86040 |
| 11/19/2004 | 1.85160 | 01/19/2005 | 1.86710 |
| 11/20/2004 | 1.85780 | 01/20/2005 | 1.87180 |
| 11/21/2004 | 1.85820 | 01/21/2005 | 1.87320 |
| 11/22/2004 | 1.85870 | 01/22/2005 | 1.87920 |
| 11/23/2004 | 1.85950 | 01/23/2005 | 1.87720 |
| 11/24/2004 | 1.86730 | 01/24/2005 | 1.87830 |
| 11/25/2004 | 1.88120 | 01/25/2005 | 1.88110 |
| 11/26/2004 | 1.88940 | 01/26/2005 | 1.86390 |
| 11/27/2004 | 1.8950 | 01/27/2005 | 1.88250 |
| 11/28/2004 | 1.89440 | 01/28/2005 | 1.8880 |
| 11/29/2004 | 1.89290 | 01/29/2005 | 1.88830 |
| 11/30/2004 | 1.89380 | 01/30/2005 | 1.88870 |
| 12/01/2004 | 1.91140 | 01/31/2005 | 1.88760 |
| 12/02/2004 | 1.93260 | 02/01/2005 | 1.88340 |
| 12/03/2004 | 1.92490 | 02/02/2005 | 1.88380 |
| 12/04/2004 | 1.94350 | 02/03/2005 | 1.88620 |
| 12/05/2004 | 1.94410 | 02/04/2005 | 1.88250 |
| 12/06/2004 | 1.9440 | 02/05/2005 | 1.8760 |
| 12/07/2004 | 1.93870 | 02/06/2005 | 1.87580 |
| 12/08/2004 | 1.9460 | 02/07/2005 | 1.87440 |
| 12/09/2004 | 1.93380 | 02/08/2005 | 1.85740 |
| 12/10/2004 | 1.92710 | 02/09/2005 | 1.85490 |
| 12/11/2004 | 1.91550 | 02/10/2005 | 1.85920 |
| 12/12/2004 | 1.91520 | 02/11/2005 | 1.86950 |

| Date | Rate | Date | Rate |
|---|---|---|---|
| 12/13/2004 | 1.91110 | 02/12/2005 | 1.86810 |
| 12/14/2004 | 1.92490 | 02/13/2005 | 1.86830 |
| 12/15/2004 | 1.92890 | 02/14/2005 | 1.86830 |
| 12/16/2004 | 1.94340 | 02/15/2005 | 1.88850 |
| 12/17/2004 | 1.93210 | 02/16/2005 | 1.89680 |
| 12/18/2004 | 1.94070 | 02/17/2005 | 1.88510 |
| 12/19/2004 | 1.9420 | 02/18/2005 | 1.89570 |
| 12/20/2004 | 1.9450 | 02/19/2005 | 1.89430 |
| 12/21/2004 | 1.94510 | 02/20/2005 | 1.89440 |
| 12/22/2004 | 1.92820 | 02/21/2005 | 1.89450 |
| 12/23/2004 | 1.91420 | 02/22/2005 | 1.89680 |
| 12/24/2004 | 1.92430 | 02/23/2005 | 1.91110 |
| 12/25/2004 | 1.92380 | 02/24/2005 | 1.90970 |
| 12/26/2004 | 1.92380 | 02/25/2005 | 1.91120 |
| 12/27/2004 | 1.92380 | 02/26/2005 | 1.9190 |
| 12/28/2004 | 1.93510 | 02/27/2005 | 1.91920 |
| 12/29/2004 | 1.92780 | 02/28/2005 | 1.91890 |
| 12/30/2004 | 1.91740 | 03/01/2005 | 1.92230 |
| 12/31/2004 | 1.92660 | | |

Average (121 days): 1.89049
High:              1.95500
Low:               1.82950

New table

Same table available in HTML, ASCII, CSV.

FXHistory © 1997-2009 by OANDA Corporation

**How to Read this table:**
Each daily rate is the average ASK price for the day.
The AVERAGE rate is the average of all the ASK prices for the given time period.
The HIGH rate is the highest BID rate for the given time period.
The LOW rate is the lowest BID rate for the given time period.

Home Page | Currency Converter | Terms of Use | Privacy Policy | Register | Contact Us | Site Map | Search

© 1996 - 2009 OANDA Corporation. All rights reserved. All Registered Trade Marks used on this Website, whether marked as Trade Marks or not marked, are declared to belong to their respective owner(s). OANDA Corporation owns Trade Marks of all its "FX" products .

# **DECLARATION OF SERVICE**

I am an attorney admitted to practice in this district. I hereby certify, under penalty of perjury, that on this 1st day of June, 2009, I caused a true and correct copy of the foregoing document to be served on the persons listed below: 1) through this court's ECF system, 2) by e-mail, and/or 3) by mail, postage prepaid:

| | |
|---|---|
| ERNST & YOUNG GLOBAL LIMITED<br>Becket House, 1 Lambeth Palace Rd.<br>London<br>SE1 7EU, United Kingdom | William P. Hammer, Esq.<br>ERNST & YOUNG LLP<br>5 Times Square, 36th Floor<br>New York, New York 10036-6530 |
| ERNST & YOUNG S.A.<br>7 Pare d'Activite Syrdall<br>Munsbach<br>L5365<br>Luxembourg | Lawrence J. Zweifach, Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193 |
| Jules Brody (ssbny@aol.com)<br>Patrick Kevin Slyne<br>STULL, STULL & BRODY<br>6 East 45th Street<br>New York, NY 10017 | Timothy Joseph Burke<br>(service@ssbla.com)<br>STULL, STULL & BRODY<br>10940 Wilshire Blvd., Suite 2300<br>Los Angeles, CA 90024 |
| Robert S. Schachter (rschachter@zsz.com)<br>ZWERLING, SCHACHTER &<br>ZWERLING<br>41 Madison Avenue<br>New York, NY 10010 | Catherine A. Torell, Esq.<br>(ctorell@cohenmilstein.com)<br>COHEN, MILSTEIN, SELLERS & TOLL, P.L.L.C.<br>150 East 52nd Street<br>30th Floor<br>New York, NY 10022 |
| Steven J. Toll, Esq.<br>Daniel S. Sommers, Esq.<br>COHEN, MILSTEIN, SELLERS & TOLL, P.L.L.C.<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, DC 20005 | Samuel Howard Rudman<br>(srudman@csgrr.com)<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP<br>58 South Service Road<br>Suite 200<br>Melville, NY 11747 |
| Jacob Sabo, Esq.<br>The Tower<br># 3 Daniel Frisch St.<br>Tel Aviv, Israel | GENEVALOR, BENBASSAT & CIE<br>7, rue Versonnex<br>CH-1207 Geneva<br>Switzerland |

| | |
|---|---|
| STEPHANE BENBASSAT<br>7, rue Versonnex<br>CH-1207 Geneva<br>Switzerland | ALBERTO BENBASSAT<br>7, rue Versonnex<br>CH-1207 Geneva<br>Switzerland |
| FRIEHLING & HOROWITZ<br>4 High Tor Rd.<br>New City, NY 10956 | Susan L. Saltzstein<br>(susan.saltzstein@skadden.com)<br>William J. O'Brien<br>(william.obrien@skadden.com)<br>SKADDEN, ARPS, SLATE, MEAGHER<br>    & FLOM LLP<br>Four Times Square<br>New York, New York 10036-6522<br>*Attorneys for Defendant Pioneer*<br>*Alternative Investment Management*<br>*Limited* |
| BERNARD L. MADOFF<br>885 Third Avenue<br>New York, New York 10022 | BANK MEDICI S.A.<br>Operngasse 6/4<br>Vienna, 1010<br>Austria |
| BANK MEDICI AG<br>Operngasse 6/4<br>Vienna, 1010<br>Austria | SONJA KOHN<br>Operngasse 6/4<br>Vienna, 1010<br>Austria |
| PETER SCHEITHAUER<br>Operngasse 6/4<br>Vienna, 1010<br>Austria | HERALD FUND SPC<br>Operngasse 6/4<br>Vienna, 1010<br>Austria |
| HERALD FUND SPC<br>PO Box 30B<br>Ufllend Heues<br>Oranti<br>Cayman Kri 1104 | HERALD USA FUND<br>Operngasse 6/4<br>Vienna, 1010<br>Austria |
| HERALD LUXEMBURG FUND<br>Operngasse 6/4<br>Vienna, 1010<br>Austria | WERNER TRIPOLT<br>Operngasse 6/4<br>Vienna, 1010<br>Austria |

| | |
|---|---|
| JOHN HOLLIWELL<br>Operngasse 6/4<br>Vienna, 1010<br>Austria | HELMUTH E. FREY<br>Operngasse 6/4<br>Vienna, 1010<br>Austria |
| BANK AUSTRIA CREDITANSTALT<br>1010 Wien, Schottengasse 6-8<br>A-1010 Vienna<br>Austria | UNICREDIT S.A.<br>Piazza Cordusio<br>20123 Milan<br>Italy |
| ALFRED SIMON<br>13 Rue Goethe, B P 413 L-2014<br>Luxembourg | KARL E. KANIAK<br>13 Rue Goethe, B P 413 L-2014<br>Luxembourg |
| JOHANNES P. SPALEK<br>13 Rue Goethe, B P 413 L-2014<br>Luxembourg | NIGEL H. FIELDING<br>13 Rue Goethe, B P 413 L-2014<br>Luxembourg |
| JAMES E. O'NEILL<br>13 Rue Goethe, B P 413 L-2014<br>Luxembourg | ALBERTO LA ROCCA<br>13 Rue Goethe, B P 413 L-2014<br>Luxembourg |
| DECLAN MURRAY<br>13 Rue Goethe, B P 413 L-2014<br>Luxembourg | URSULA RADEL-LESZCZYNSKI<br>13 Rue Goethe, B P 413 L-2014<br>Luxembourg |
| MICHAEL WHEATON<br>13 Rue Goethe, B P 413 L-2014<br>Luxembourg | PRIMEO SELECT FUND<br>13 Rue Goethe, B P 413 L-2014<br>Luxembourg |
| PRIMEO EXECUTIVE FUND<br>13 Rue Goethe, B P 413 L-2014<br>Luxembourg | THEMA INTERNATIONAL FUND PLC<br>3 George's Dock IFSC<br>Dublin 1<br>Ireland |
| FRIEDRICH PFEFFER<br>WFE-Consulting<br>Fuhrenweg 27<br>D-31515 Wunstorf<br>Germany | FRANCO MUGNAI<br>Via Leone XIII_n.27<br>1-20145 Milan<br>Italy |

DAVID T. SMITH
c/o Equus Asset Management Partners
Bermudiana Arcade
27 Queen Street
Hamilton HM 11
Bermuda

GERALD J. P. BRADY
Birch Hollow
Upper Kilmacud Road
Dundrum
Dublin 14
Ireland

DANIEL MORRISSEY
William Fry Solicitors
Fitzwilton House
Wilton Place
Dublin 2
Ireland

HSBC HOLDINGS PLC
c/o Chris Wilcockson
Managing Director, HSS
40 Avenue Monterey
B.P. 413, L-2014
Luxembourg

HSBC SECURITIES SERVICES, S.A.
c/o Chris Wilcockson
Managing Director, HSS
40 Avenue Monterey
B.P. 413, L-2014
Luxembourg

HSBC SECURITIES SERVICES
(LUXEMBURG) S.A.
40 Avenue Monterey
P.O. Box 413, L-2014
Luxembourg

HSBC INSTITUTIONAL TRUST
SERVICES (IRELAND) LIMITED
c/o Ronnie Griffin
1 Grand Canal Square
Grand Canal Harbour
Dublin 2
Ireland

HSBC SECURITIES SERVICES
(IRELAND) LIMITED
c/o Rosemary Leahy
1 Grand Canal Square
Grand Canal Harbour
Dublin 2
Ireland

PRICE WATERHOUSECOOPERS,
CHARTERED ACCOUNTANTS
One Spencer Dock
North Wall Quay
Dublin 1
Ireland

PRICEWATERHOUSECOOPERS
INTERNATIONAL LIMITED
1 Embankment Place
London
WC2N 6RH
United Kingdom

PIONEER ALTERNATIVE
INVESTMENTS
1 George's Quay Plaza
George's Quay
Dublin 2
Ireland

BA WORLDWIDE FUND
MANAGEMENT, LTD
c/o HWR Services
P.O. Box 71
Road Town
Tortola
B.V.I.

BA WORLDWIDE MANAGEMENT LTD
c/o HWR Services
P.O. Box 71
Road Town
Tortola
B.V.I.

HERALD C. NOGRASEK
c/o HWR Services
P.O. Box 71
Road Town
Tortola
B.V.I.

HANNES SALETA
c/o HWR Services
P.O. Box 71
Road Town
Tortola
B.V.I.

NICOLA A. CORSETTI
c/o HWR Services
P.O. Box 71
Road Town
Tortola
B.V.I.

BANK OF BERMUDA (LUXEMBOURG) S.A.
6 Front St.
Hamilton, HM 11
Bermuda

BANK OF BERMUDA (LUXEMBOURG) S.A.
13 rue Goethe
L-1637
Luxembourg

BANK OF BERMUDA
P.O. Box 513
GT HSBC House
68 West Bay Road
Grand Cayman
Cayman Islands

BANK OF BERMUDA (CAYMAN) LIMITED
P.O. Box 513
GT HSBC House
68 West Bay Road
Grand Cayman
Cayman Islands

PRIMEO FUND
c/o BANK OF BERMUDA (CAYMAN) LIMITED
P.O. Box 513
GT HSBC House
68 West Bay Road
Grand Cayman
Cayman Islands

_____S/_____
Thomas J. Kennedy (TK-9989)