**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| REPEX VENTURES S.A., on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF; BERNARD L. MADOFF INVESTMENT SECURITIES; BANK MEDICI S.A.; SONJA KOHN; PETER SCHEITHAUER; HERALD USA FUND; HERALD LUXEMBERG FUND; BANK AUSTRIA CREDITANSTALT; UNICREDIT S.A.; PRIMEO SELECT FUNDS; PIONEER ALTERNATIVE INVESTMENTS; THEMA INTERNATIONAL FUND PLC; ERNST & YOUNG LLP, AND HSBC HOLDINGS PLC<br><br>Defendants. | Case No. CV-09-00289 (RMB) |

**NOTICE OF PENDENCY OF BANKRUPTCY PROCEEDINGS OF BERNARD L. MADOFF AND OF AUTOMATIC STAY**

PLEASE TAKE NOTICE that, on April 13, 2009, an involuntary bankruptcy petition was filed against Bernard L. Madoff ("Madoff") and an Order for Relief was entered by the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on May 7, 2009. A true copy of the Order for Relief is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that, on June 9, 2009, the Bankruptcy Court entered an Order substantively consolidating the Madoff estate with that of Bernard L. Madoff Investment Securities LLC (Adv. Pro. No. 08-01789).

PLEASE TAKE FURTHER NOTICE that, in light of Madoff's bankruptcy, the commencement or continuation of actions against Madoff as a defendant (including the instant

one) is automatically stayed pursuant to section 362 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), which provides in relevant part:

> [A] petition filed under section 301,302 or 303 of this title…operates as a stay, applicable to all entities, of the commencement or continuation, including the issues or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title…

PLEASE TAKE FURTHER NOTICE that, pursuant to section 362 of the Bankruptcy Code, the instant action is stayed unless and until relief from the stay is obtained from the Bankruptcy Court.

Dated: New York, New York
July 27, 2009

*/s/ Marc Hirschfield*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Amy Vanderwal
Email: avanderwal@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff*