USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
REPEX VENTURES, on behalf of itself and all others similarly situated,

          Plaintiffs,

       - against -                      09 Civ. 289 (RMB) (HBP)

BERNARD L. MADOFF, et al.,

          Defendants.
------------------------------------------------------------x
HORST LEONHARDT, on behalf of himself and others similarly situated,

          Plaintiffs,

       - against -                      09 Civ. 2032 (RMB) (HBP)

BERNARD L. MADOFF, et al.,

          Defendants.
------------------------------------------------------------x
FABIAN PERRONE and CHIA-HUNG KAO, on behalf of themselves and others similarly situated,

          Plaintiffs,

       - against -                      09 Civ. 2558 (RMB) (HBP)

                                          **ADMINISTRATIVE ORDER**

ALBERTO BENBASSAT, et al.,

          Defendants.
------------------------------------------------------------x

       Counsel are directed to appear for a conference regarding their motions for consolidation of the above-captioned actions and appointment of lead plaintiff and lead counsel on Tuesday, September 29, 2009 at 12:00 p.m. in Courtroom 21B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. Counsel should be prepared for oral argument of approximately five minutes per Movant.

**SO ORDERED.**

Dated: New York, New York
       September 22, 2009

                                                            _____
                                                            Richard M. Berman, U.S.D.J.