**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
REPEX VENTURES S.A.,

                    Plaintiff,                         \_09\_**CIVIL**\_0289\_\_\_( RMB )

           -against-
BERNARD L. MADOFF, et al.,

                    Defendant.
-------------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: <u>Albert Y. Chang</u>

☒    *Attorney*

         ☒    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
            <u>(AC 5415)</u>

         ☐    I am a Pro Hac Vice attorney

         ☐    I am a Government Agency attorney

☐    *Law Firm/Government Agency Association*

         From: _____

         To: _____

         ☐    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

         ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____
         _____.

                Johnson Bottini, LLP
☒    *Address:*     <u>501 W. Broadway, Suite 1720, San Diego, CA</u> 92101

☐    *Telephone Number:*    619-230-0063

☒    *Fax Number:*    619-238-0622

☒    *E-Mail Address:*    albertc@johnsonbottini.com

Dated: <u>**1**/4/2009</u>       *Albert Y. Chang*