UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE HERALD, PRIMEO and THEMA FUNDS SECURITIES LITIGATION<br><br>This action relates to:<br>09 Civ. 289 (RMB) (HBP)<br>09 Civ. 2032 (RMB (HBP)<br>09 Civ. 2558 (RMB) (HBP)<br><br>This document relates to:<br>All Actions | MASTER FILE:<br>09 Civ. 289 (RMB) (HBP)<br><br>ECF Case<br><br>Electronically Filed<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure[1], and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, defendant Pioneer Alternative Investment Management Limited (Ireland) hereby states, by and through its undersigned counsel, as follows:

      1.    Defendant Pioneer Alternative Investment Management Limited (Ireland) is a wholly-owned subsidiary of Pioneer Global Asset Management S.p.A.

      2.    Pioneer Global Asset Management S.p.A. is a wholly-owned subsidiary of UniCredit S.p.A. ("UniCredit"), a publicly-held corporation whose shares trade on the Borsa Italiana, Italy's main stock exchange. No publicly held corporation owns 10% or more of UniCredit's stock.

---

[1] Pioneer Alternative Investment Management Limited (Ireland) submits this Corporate Disclosure Statement while expressly reserving, and without waiving, any rights, arguments or defenses it might otherwise have at law or in equity including, without limitations, its right to contest personal jurisdiction.

Dated: December 7, 2009					Respectfully submitted,

						SKADDEN, ARPS, SLATE, MEAGHER
						  & FLOM LLP

						/s/ Susan L. Saltzstein
						Susan L. Saltzstein
						(susan.saltzstein@skadden.com)
						William J. O'Brien
						(william.obrien@skadden.com)
						Four Times Square
						New York, New York 10036-6522
						Tel: (212) 735-3000
						Attorneys for Defendant
						Pioneer Alternative Investment
						Management Limited (Ireland)