UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| IN RE HERALD, PRIMEO AND THEMA FUNDS SECURITIES LITIGATION | ) ) ) ) ) | File No: 09 Civ. 289 (RMB) (HBP) |
| This document relates to: 09 Civ. 2032 (RMB) (HBP) | ) ) ) |  |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance for Lead Plaintiff Dr. Shmuel Cabilly in the above-captioned action. I certify that I am admitted to practice in this Court.

Dated: February 9, 2010  Respectfully submitted,

/s/ S. Douglas Bunch
S. Douglas Bunch (SB-3028)
COHEN MILSTEIN SELLERS
　& TOLL PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005-3964
Tel.: (202) 408-4600
Fax: (202) 408-4699

*Counsel for Lead Plaintiff*