UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE HERALD, PRIMEO, AND THEMA FUNDS SECURITIES LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> NEVILLE SEYMOUR DAVIS, <br><br>                                     Plaintiff, <br><br> vs. <br><br> ALBERTO BENBASSAT, STÉPHANE BENBASSAT, GENEVALOR , BENBASSAT & CIE, GERALD J.P. BRADY, JOHN HOLLIWELL, SONJA KOHN, DANIEL MORRISSEY, PETER SCHEITHAUER, DAVID T. SMITH, WERNER TRIPOLT, BANK MEDICI AG, UNICREDIT SPA, HSBC INSTITUTIONAL TRUST SERVICES (IRELAND) LTD., HSBC SECURITIES SERVICES (IRELAND) LTD., HSBC HOLDINGS PLC, PRICEWATERHOUSECOOPERS INTERNATIONAL LTD., PRICEWATERHOUSECOOPERS (DUBLIN), PRICEWATERHOUSECOOPERS LLP, PRICEWATERHOUSECOOPERS BERMUDA, THEMA ASSET MANAGEMENT LIMITED, THEMA INTERNATIONAL FUND PLC, BA WORLDWIDE FUND MANAGEMENT LIMITED, PETER MADOFF, ANDREW MADOFF, MARK MADOFF, WILLIAM FRY, JP MORGAN CHASE & CO., and THE BANK OF NEW YORK MELLON, <br><br>                                     Defendants. | ECF Case <br><br> Case No. 09 Civ. 0289 (RMB) <br><br> Case No. 09 Civ. 2558 (RMB) |

1

# NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Please enter my appearance as counsel in this case for Plaintiff Neville Seymour Davis and the Class.

I certify that I am admitted to practice in this Court.

Dated: February 16, 2010

JOHNSON BOTTINI, LLP
FRANCIS A. BOTTINI, JR.
ALBERT Y. CHANG

s/ Albert Y. Chang
Albert Y. Chang (AC 5415)
501 West Broadway, Suite 1720
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 238-0622