# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE HERALD, PRIMEO, AND THEMA FUNDS SECURITIES LITIGATION | ) ) ) ) | ECF Case<br><br>Case No. 09 Civ. 0289 (RMB) |
| THIS DOCUMENT RELATES TO: | ) ) | Case No. 09 Civ. 2558 |
| NEVILLE SEYMOUR DAVIS, | ) ) | (RMB) |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| ALBERTO BENBASSAT, STÉPHANE BENBASSAT, GENEVALOR , BENBASSAT & CIE, GERALD J.P. BRADY, JOHN HOLLIWELL, SONJA KOHN, DANIEL MORRISSEY, PETER SCHEITHAUER, DAVID T. SMITH, WERNER TRIPOLT, BANK MEDICI AG, UNICREDIT SPA, HSBC INSTITUTIONAL TRUST SERVICES (IRELAND) LTD., HSBC SECURITIES SERVICES (IRELAND) LTD., HSBC HOLDINGS PLC, PRICEWATERHOUSECOOPERS INTERNATIONAL LTD., PRICEWATERHOUSECOOPERS (DUBLIN), PRICEWATERHOUSECOOPERS LLP, PRICEWATERHOUSECOOPERS BERMUDA, THEMA ASSET MANAGEMENT LIMITED, THEMA INTERNATIONAL FUND PLC, BA WORLDWIDE FUND MANAGEMENT LIMITED, PETER MADOFF, ANDREW MADOFF, MARK MADOFF, WILLIAM FRY, JP MORGAN CHASE & CO., and THE BANK OF NEW YORK MELLON,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

1

Dockets.Justia.com

**PROOF OF SERVICE**

I am employed in the County of San Diego. I am over the age of eighteen (18)

years and am not a party to the within action. My business address is 501 W. Broadway,

Suite 1720, San Diego, CA 92101.

On February 16, 2010, I served a copy of the following document:

1) NOTICE OF APPEARANCE.

X [BY ELECTRONIC ACCESS] I hereby certify that the foregoing document was
   filed electronically with the Clerk of the Court to be served by operation of the
   Court's electronic filing system upon all parties on the electronic service list
   maintained for this case.

I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

Executed on February 16, 2010, at San Diego, California.


                                        s/ Albert Y. Chang
                                    _____
                                        Albert Y. Chang