# **Exhibit 10**

# Thema Fund USD & EUR



November 08

## Benchmark comparisons Class $ (since 7/89)

| | Thema Fund | S&P 500 |
|---|---|---|
| Total Return | 1023.2% | 328.2% |
| Last Month return | 1.83% | -7.18% |
| Annual Average return | 13.3% | 7.8% |
| Annual Volatility | 3.1% | 14.6% |
| Sharpe Ratio (5%) | 2.46 | 0.25 |
| % Positive Months | 91.4% | 63.1% |
| Largest Monthly Gain | 5.1% | 11.4% |
| Largest Monthly Loss | -0.8% | -16.8% |
| Maximum Loss | -0.8% | -44.7% |
| Correlation to Fund | 1 | 0.23 |

## Summary of Principal Terms

| | |
|---|---|
| Inception: | July 1st, 1996 |
| AuM of both Classes: | US$ 1,248 million |
| Minimum Investment: | US$/ EUR 50'000 |
| Subscriptions for Shares: | Fortnightly |
| Redemption of Shares: | Fortnightly with 3 business days notice |
| Fee Structure: | Up to 5% entry fee (depending on size), 1.5% management fee. |
| Administration: | HSBC Securities Services (Ireland) Ltd. |
| Legal Domicile: | Ireland |
| Structure: | UCITS, Dublin-listed, Swiss CFB approved |
| Telekurs Number: | 498704 ($) - 1240902 (€) |
| ISIN Number: | IE0008869103 ($) - IE0030487957 (€) |
| NAV published in: | Herald Tribune (Offshore funds) |

### 12-month rolling windows returns



### Last 12 months returns (%)



### Thema Fund vs. S&P 500: growth of $1000 since July 1989



The contents of this report are based solely on information and data supplied by managers and fund administrators; therefore Prodis Advisors SA does not guarantee its accuracy or completeness. Past results are not necessarily indicative of future performance. Investors must be aware that the strategies described herein may be speculative and involve substantial risk of loss. This document is solely for informational purposes and is neither an offer to sell nor a solicitation to invest. An offer can be made only by the approved offering memorandum and only to non-US citizens. The investment vehicles described herein are not publicly distributed.

20, rue Adrien-Lachenal, 1207 Geneva, Switzerland I Tel (Geneva) +41(22) 849 88 60;
Tel (Zürich) +41(44) 260 73 00 I Fax +41(22) 849 88 67 I www.prodis.com



prodis
ADVISORS SA

# Thema Fund USD & EUR



November

## Manager and Strategy

The Investment Manager of the Fund is Bank Medici AG. The Investment Manager's institutional minority shareholder is Bank Austria Creditanstalt, Austria's largest bank and a member of the Unicredit Group.

The investment objective of the Fund is to achieve long term capital appreciation by investing in US equities on a completely non-leveraged basis. Investments will be made in securities included in the S&P 100 Index. The fund will attempt, through such investments to mirror the performance of the index while protecting against downside movement. In order to do so, the fund purchases slightly out of the money put options on the S&P 100 index, which it finances by selling call options on the index. The Fund will typically hold positions in 30 to 40 highly liquid equities.

The Fund is a UCITS, listed on the Dublin stock-exchange, and approved by the Swiss Federal Banking Commission for distribution in Switzerland.

**Monthly Performance** (Managed accounts to June 1996, Offshore Fund since July 1996)

NAV: $367.02 - €181.00

|      |     | Jan    | Feb    | Mar    | Apr    | May    | Jun    | Jul    | Aug    | Sep    | Oct    | Nov    | Dec    | Year   |
|------|-----|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|
| 1989 |     |        |        |        |        |        |        | 1.93%  | 1.05%  | 1.84%  | 1.05%  | 2.98%  | 1.82%  | 11.14% |
| 1990 |     | 0.50%  | 1.55%  | 2.60%  | 1.65%  | 1.56%  | 3.00%  | 1.88%  | 5.14%  | 0.33%  | 1.60%  | 1.76%  | 2.84%  | 27.23% |
| 1991 |     | 3.08%  | 1.46%  | 0.59%  | 1.39%  | 1.88%  | 0.37%  | 2.04%  | 1.07%  | 0.80%  | 2.82%  | 0.08%  | 1.63%  | 18.58% |
| 1992 |     | 0.49%  | 2.79%  | 1.01%  | 2.86%  | 0.57%  | 0.95%  | 1.72%  | 0.76%  | 0.32%  | 1.65%  | 1.67%  | 0.95%  | 16.88% |
| 1993 |     | 0.06%  | 2.47%  | 2.15%  | 1.61%  | -0.83% | 0.92%  | -0.10% | 2.04%  | 0.51%  | 2.08%  | 0.11%  | 0.37%  | 11.93% |
| 1994 |     | 2.63%  | -0.62% | 1.64%  | 2.19%  | 0.47%  | 0.27%  | 2.25%  | 0.05%  | 0.88%  | 2.51%  | -0.73% | 0.99%  | 13.19% |
| 1995 |     | 1.69%  | 0.72%  | 1.71%  | 1.37%  | 1.87%  | 0.47%  | 1.09%  | -0.24% | 2.09%  | 1.70%  | 0.56%  | 1.13%  | 15.09% |
| 1996 |     | 1.65%  | 1.02%  | 0.99%  | 0.75%  | 2.12%  | 0.37%  | 1.29%  | 0.31%  | 1.47%  | 2.11%  | 1.32%  | 0.55%  | 14.85% |
| 1997 |     | 3.06%  | 0.65%  | 1.24%  | 2.84%  | 1.17%  | 2.01%  | 0.85%  | 0.04%  | 2.15%  | 0.49%  | 1.82%  | 0.44%  | 18.05% |
| 1998 |     | 1.37%  | 1.18%  | 2.17%  | 0.41%  | 2.61%  | 1.42%  | 0.96%  | 0.24%  | 0.51%  | 2.23%  | 0.89%  | 0.28%  | 15.20% |
| 1999 |     | 2.08%  | 0.07%  | 2.66%  | 0.24%  | 1.85%  | 1.34%  | 0.27%  | 0.93%  | 0.86%  | 1.26%  | 1.71%  | 0.31%  | 14.43% |
| 2000 |     | 2.09%  | 0.17%  | 1.92%  | 0.23%  | 1.38%  | 0.29%  | 0.37%  | 1.62%  | -0.18% | 1.34%  | 0.69%  | 0.37%  | 10.76% |
| 2001 |     | 2.89%  | -0.09% | 1.22%  | 1.40%  | 0.23%  | -0.12% | 0.62%  | 0.92%  | 1.22%  | 1.64%  | 0.95%  | 0.07%  | 11.48% |
| 2002 | $   | 0.06%  | 0.46%  | 0.68%  | 1.06%  | 2.45%  | 0.22%  | 3.96%  | -0.16% | 0.00%  | 0.85%  | -0.08% | -0.07% | 9.69%  |
|      | €   | 0.21%  | 0.47%  | 0.82%  | 1.07%  | 2.49%  | 0.28%  | 4.13%  | 0.01%  | 0.11%  | 1.02%  | -0.03% | 0.08%  | 11.11% |
| 2003 | $   | -0.20% | -0.38% | 2.33%  | -0.08% | 1.01%  | 1.04%  | 1.73%  | 0.00%  | 1.04%  | 1.55%  | -0.31% | 0.23%  | 8.21%  |
|      | €   | -0.08% | -0.27% | 2.45%  | 0.06%  | 1.05%  | 1.13%  | 1.83%  | 0.07%  | 1.04%  | 1.63%  | -0.24% | 0.31%  | 9.33%  |
| 2004 | $   | 1.15%  | 0.38%  | -0.09% | 0.65%  | 0.48%  | 1.53%  | -0.03% | 1.58%  | 0.53%  | -0.04% | 0.93%  | 0.19%  | 7.50%  |
|      | €   | 1.23%  | 0.43%  | -0.01% | 0.75%  | 0.55%  | 1.61%  | 0.00%  | 1.61%  | 0.56%  | -0.02% | 0.89%  | 0.17%  | 8.03%  |
| 2005 | $   | 0.57%  | 0.41%  | 0.94%  | 0.08%  | 0.70%  | 0.50%  | 0.03%  | 0.13%  | 1.04%  | 1.90%  | 0.89%  | 0.41%  | 7.85%  |
|      | €   | 0.56%  | 0.38%  | 0.89%  | 0.00%  | 0.59%  | 0.46%  | -0.07% | -0.01% | 0.92%  | 1.73%  | 0.77%  | 0.24%  | 6.63%  |
| 2006 | $   | 0.80%  | 0.17%  | 1.55%  | 1.12%  | 0.91%  | 0.41%  | 1.34%  | 0.84%  | 0.73%  | 0.43%  | 0.96%  | 0.83%  | 10.55% |
|      | €   | 0.58%  | -0.01% | 1.33%  | 0.89%  | 0.66%  | 0.22%  | 1.12%  | 0.62%  | 0.54%  | 0.26%  | 0.75%  | 0.70%  | 7.93%  |
| 2007 | $   | 0.26%  | -0.21% | 1.99%  | 1.09%  | 0.87%  | 0.51%  | 0.23%  | 0.40%  | 1.06%  | 0.37%  | 1.37%  | 0.19%  | 8.42%  |
|      | €   | 0.10%  | -0.35% | 1.80%  | 0.92%  | 0.76%  | 0.39%  | 0.10%  | 0.27%  | 0.89%  | 0.26%  | 1.27%  | 0.15%  | 6.77%  |
| 2008 | $   | 0.98%  | 0.06%  | 0.17%  | 1.03%  | 0.90%  | 0.03%  | 1.01%  | 0.90%  | 0.78%  | +0.04% | 1.83%  |        | 8.42%  |
|      | €   | 0.90%  | 0.14%  | 0.23%  | 1.12%  | 1.02%  | 0.16%  | 1.16%  | 1.14%  | 0.93%  | -0.05% | 1.91%  |        | 7.98%  |

### Rolling windows analysis

| Holding period  | 1 Month | 3 Month | 6 Month | 12 Month |
|-----------------|---------|---------|---------|----------|
| Average Return  | 1.0%    | 3.2%    | 6.4%    | 13.3%    |
| Highest Return  | 5.1%    | 10.3%   | 16.9%   | 30.5%    |
| Lowest Return   | -0.8%   | -0.6%   | 0.1%    | 5.1%     |
| % Positive      | 91.4%   | 98.7%   | 100.0%  | 100.0%   |
| % Negative      | 8.6%    | 1.3%    | 0.0%    | 0.0%     |

### Five largest drawdowns

| Rank | Drawdown | Length | Recovery | Peak   | Valley |
|------|----------|--------|----------|--------|--------|
| 1    | -0.83%   | 1      | 1        | Apr-93 | May-93 |
| 2    | -0.73%   | 1      | 1        | Oct-94 | Nov-94 |
| 3    | -0.73%   | 4      | 1        | Oct-02 | Feb-03 |
| 4    | -0.62%   | 1      | 1        | Jan-94 | Feb-94 |
| 5    | -0.31%   | 1      | 2        | Oct-03 | Nov-03 |

The contents of this report are based solely on information and data supplied by managers and fund administrators; therefore Prodis Advisors SA does not guarantee its accuracy or completeness. Past results are not necessarily indicative of future performance. Investors must be aware that the strategies described herein may be speculative and involve substantial risk of loss. This document is solely for informational purposes and is neither an offer to sell nor a solicitation to invest. An offer can be made only by the approved offering memorandum and only to non-US citizens. The investment vehicles described herein are not publicly distributed.

20, rue Adrien-Lachenal, 1207 Geneva, Switzerland I Tel (Geneva) +41(22) 849 88 60;
Tel (Zürich) +41(44) 260 73 00 I Fax +41(22) 849 88 67 I www.prodis.com

