UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE HERALD, PRIMEO AND THEMA FUNDS SECURITIES LITIGATION<br><br>This document relates to: 09 Civ. 2032 (RMB) (HBP) | File No:<br>09 Civ. 289 (RMB) (HBP) |

### AMENDED RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFF KOREA EXCHANGE BANK

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Korea Exchange Bank certifies as follows:

Korea Exchange Bank is a publicly held corporation. 51.02% of the shares of Korea Exchange Bank are owned by LSF-KEB Holdings, SCA. No publicly held corporation owns 10 percent or more of Korea Exchange Bank's stock.

Dated: March 3, 2010

Respectfully submitted,

/s/ S. Douglas Bunch
S. Douglas Bunch (SB-3028)
COHEN MILSTEIN SELLERS
  & TOLL PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005-3964
Tel.: (202) 408-4600
Fax: (202) 408-4699

*Counsel for Lead Plaintiff Dr. Shmuel Cabilly and Plaintiff Korea Exchange Bank and Lead Counsel for the Class*

Repex Ventures S.A v. Madoff et al    Doc. 79

Dockets.Justia.com