UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE HERALD, PRIMEO, AND THEMA FUNDS SECURITIES LITIGATION | ECF Case<br><br>Case No. 09 Civ. 0289 (RMB) |
| THIS DOCUMENT RELATES TO:<br><br>NEVILLE SEYMOUR DAVIS,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTO BENBASSAT, STÉPHANE BENBASSAT, GENEVALOR, BENBASSAT & CIE, GERALD J.P. BRADY, JOHN HOLLIWELL, SONJA KOHN, DANIEL MORRISSEY, PETER SCHEITHAUER, DAVID T. SMITH, WERNER TRIPOLT, BANK MEDICI AG, UNICREDIT SPA, HSBC INSTITUTIONAL TRUST SERVICES (IRELAND) LTD., HSBC SECURITIES SERVICES (IRELAND) LTD., HSBC HOLDINGS PLC, PRICEWATERHOUSECOOPERS INTERNATIONAL LTD., PRICEWATERHOUSECOOPERS (DUBLIN), PRICEWATERHOUSECOOPERS LLP, PRICEWATERHOUSECOOPERS BERMUDA, THEMA ASSET MANAGEMENT LIMITED, THEMA INTERNATIONAL FUND PLC, BA WORLDWIDE FUND MANAGEMENT LIMITED, PETER MADOFF, ANDREW MADOFF, MARK MADOFF, WILLIAM FRY, JP MORGAN CHASE & CO., and THE BANK OF NEW YORK MELLON,<br><br>Defendants. | Case No. 09 Civ. 2558 (RMB)<br><br>As Amended (sup3)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 3/12/10 |

STIPULATION EXTENDING TIME FOR All DEFENDANTS
~~PRICEWATERHOUSECOOPERS INTERNATIONAL LTD. AND
PRICEWATERHOUSECOOPERS LLP~~ TO RESPOND TO
THE AMENDED CLASS ACTION COMPLAINT

RMB

-1-

Lead Plaintiff Neville Seymour Davis enters into this stipulation with Defendants PricewaterhouseCoopers International Ltd. ("PwCIL") and PricewaterhouseCoopers LLP ("PwC US"):

1. Through their respective counsel, the PwCIL and PwC US have (a) accepted, or waived, service of summons; and (b) received a copy of the Amended Class Action Complaint (Dkt. No. 76) (the "Amended Complaint") on or before March 1, 2010.

2. Lead Plaintiff, PwCIL and PwC US, through their respective counsel, have agreed that the time for PwCIL and PwC US to answer or move to dismiss the Amended Complaint is extended to May 26, 2010, without prejudice to further extensions of time either agreed by Lead Plaintiff's counsel or ordered by the Court. All Motions to follow Court's rules + below motions to be joint.

3. ~~[struck through]~~ *RMB*

4. In entering into this Stipulation, the parties hereto reserve all rights and defenses otherwise available to them, including the right to move to amend, or seek relief from, this Order. Moreover, entry into this stipulation shall not impair or otherwise affect any defenses, except with respect to a defense based on a lack of personal jurisdiction (which respective counsel for PwCIL and PwC US have indicated that they do not intend to raise before this Court), and all such rights and defenses are expressly preserved.

5. The foregoing briefing schedules are subject to Court approval.

6. This stipulation may be executed in counterparts, each of which shall be deemed an original, but all of which shall constitute one stipulation.

| | |
|---|---|
| Dated: San Diego, California<br>March 10, 2010 | JOHNSON BOTTINI, LLP<br>Francis A. Bottini, Jr.<br>Albert Y. Chang<br><br>*/s/ Francis A. Bottini, Jr.*<br>_____<br>Francis A. Bottini, Jr.<br>501 West Broadway, Suite 1720<br>San Diego, CA 92101<br>Telephone: (619) 230-0063<br>Facsimile: (619) 238-0622<br><br>*Lead Counsel for Plaintiff and the Class* |
| Dated: New York, New York<br>March 10, 2010 | WILMER CUTLER PICKERING<br>  HALE & DORR LLP<br>Howard M. Shapiro<br>Fraser L. Hunter, Jr.<br>Anne K. Small<br><br>*/s/ Fraser L. Hunter, Jr.*<br>_____<br>Fraser L. Hunter, Jr.<br>399 Park Avenue<br>New York, NY 10022<br>Telephone: (212) 230-8800<br>Facsimile: (212) 230-8888<br><br>*Counsel for Defendant*<br>*PricewaterhouseCoopers International Ltd.* |
| Dated: New York, New York<br>March 10, 2010 | DAVIS POLK & WARDWELL LLP<br>Michael P. Carroll<br>James H.R. Windels<br>Michael S. Flynn<br><br>*/s/ Michael S. Flynn*<br>_____<br>Michael S. Flynn<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone: (212) 450-4000<br>Facsimile: (212) 450-3800<br><br>*Counsel for Defendant*<br>*PricewaterhouseCoopers LLP* |

SO ORDERED:

_____
RICHARD M. BERMAN U.S.D.J.
3/12/10