UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

|  |  |
|---|---|
| IN RE HERALD, PRIMEO, AND THEMA FUNDS SECURITIES LITIGATION | : : :  No. 09 Civ. 0289 (RMB) |
| _____ THIS DOCUMENT RELATES TO: NEVILLE SEYMOUR DAVIS, Plaintiff, v. ALBERTO BENBASSAT, STÉPHANE BENBASSAT, GENEVALOR, BENBASSAT & CIE, GERALD J.P. BRADY, JOHN HOLLIWELL, SONJA KOHN, DANIEL MORRISSEY, PETER SCHEITHAUER, DAVID T. SMITH, WERNER TRIPOLT, BANK MEDICI AG, UNICREDIT SPA, HSBC INSTITUTIONAL TRUST SERVICES (IRELAND) LTD., HSBC SECURITIES SERVICES (IRELAND) LTD., HSBC HOLDINGS PLC, PRICEWATERHOUSECOOPERS (DUBLIN), PRICEWATERHOUSECOOPERS LLP, PRICEWATERHOUSECOOPERS BERMUDA, THEMA ASSET MANAGEMENT LIMITED, THEMA INTERNATIONAL FUND PLC, BA, WORLDWIDE FUND MANAGEMENT LIMITED, PETER MADOFF, ANDREW MADOFF, MARK MADOFF, WILLIAM FRY, JP MORGAN CHASE & CO., and THE BANK OF NEW YORK MELLON, Defendants. | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :  No. 09 Civ. 2558 (RMB)  **NOTICE OF APPEARANCE** |

_____

PLEASE TAKE NOTICE that Lisa J. Fried of the law firm of Hogan Lovells US LLP hereby enters her appearance in this action as counsel for Defendant PricewaterhouseCoopers, a Bermuda partnership, and requests that all papers be served upon this firm at the address indicated below or through the Court's ECF system.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
       August 24, 2010

Respectfully submitted,

HOGAN LOVELLS US LLP

/s/ Lisa J. Fried_____
Lisa J. Fried
875 Third Avenue
New York, New York 10022
(212) 918-3000 (telephone)
(212) 918-3100 (fax)
lisa.fried@hoganlovells.com

*Attorneys for Defendant*
*PricewaterhouseCoopers, a Bermuda*
*Partnership*