# Hogan
# Lovells

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/10

RECEIVED
AUG 19 2010
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

August 17, 2010

**By Federal Express**

**MEMO ENDORSED**

Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007

Re:   In re Herald, Primeo, and Thema Funds Securities Litigation,
      Lead Case No. 09 Civ. 0289

Dear Judge Berman:

Please take notice that effective August 19, 2010, I will no longer be associated with the law firm of Hogan Lovells US LLP, counsel for defendant PricewaterhouseCoopers Bermuda in the above-referenced matter.  The other Hogan Lovells US LLP attorneys who have appeared in this matter will continue to represent Pricewaterhouse Bermuda.  Please direct the Clerk to remove my name from the Court's docket.

Thank you for your attention to this matter.

Respectfully submitted,

Brittan J. Strangways

Associate
brittan.strangways@hoganlovells.com
D 1 212 918-3268

cc:   All counsel (by electronic mail)

---

The Clerk of Court is respectfully requested to remove Brittan Strangways' name from this docket.

SO ORDERED:
Date: 8/25/10

Richard M. Berman, U.S.D.J.