New York Affidavit (personal or corporate service)                                                          Page 1 of 1

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Plaintiff
IN RE HERALD, PRIMEO, AND THEMA FUNDS
SECURITIES LITIGATION THIS DOCUMENT RELATES TO:     Case No.: 09 CIV 0289 (RMB)
NEVILLE SEYMOUR DAVIS                                Hearing Date:
vs.                                                  Attorney of Record:
Defendant
ALBERTO BENBASSAT, ET AL

## AFFIDAVIT OF SERVICE

Received this on _____

I, Raymond Cabrera, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Mar 24, 2010 2:12 PM, I executed service of AMENDED SUMMONS IN A CIVIL ACTION; AMENDED CLASS ACTION COMPLAINT; EXHIBITS on UNICREDIT SPA at 150 E 42ND Street, NEW YORK, New York County, NY 10017

By Personal Service to: Katherine Rauschnabel, V.P. Counsel, A white female approx. 35-40 years of age 5'4"-5'6" in height weighing 100-120 lbs with blonde hair

Military Status: Not In Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Executed on Apr 18, 2010

_____
Raymond Cabrera

State of New York, County of Richmond
Subscribed and sworn to before me, a notary public on Apr 18, 2010

_____
Notary Public

FOR: Murray, Frank & Sailer, LLP                       Order No. 6237942 SEA
REF: MADOFF

DAMIEN CUTUGNO
Notary Public, State of New York
No. 01CU4985771
Qualified in Richmond County
Commission Expires Aug 26, 2013