**PARQUET GENERAL**
DU
GRAND-DUCHE DE LUXEMBOURG

Luxembourg, May 17, 2010

Legal Language Services
Karina SHREEFER, Esq.
8014 State Line Road, Suite 110
Leawood, Kansas 66208
United States of America

**Concern: your request dated April 12 2010 for service to Nigel H. FIELDING**

Dear Mrs. SHREEFER,

In response to the above mentioned request please find the information given to me by the bailiff in charge of the notification:

The bailiff verified the correctness of the address of Mister Nigel H. FIELDING with the population bureau in Luxembourg where he was informed that Mister FIELDING has changed his address from L-1160 LUXEMBOURG, 16 boulevard d'Avranches to L-8049 STRASSEN, 3, rue Marie Curie. At this address he could not find Mister FIELDING or a person to whom the documents could be served.

After having done this verification he left a copy of the documents to be served at the address in L-8049 STRASSEN, 3, rue Marie Curie-

He also sent a copy by simple letter to the address of the company.

By proceeding this way the documents are considered as having been served according to Luxembourg law.

Yours sincerely,

For the General Public Prosecutor,

Jeanne GUILLAUME
Advocate General

Adresse postale :
L-2080 Luxembourg

Bureaux : Cité Judiciaire
Bâtiment CR

Téléphone : 47 59 81 - 336
Téléfax : 47 05 50



# CARLOS CALVO
## KURDYBAN – LISÉ
### HUISSIERS DE JUSTICE

Administration : L-1512 Luxembourg 7, rue Pierre Federspiel (Adresse Postale : B.P. 2625 – L-1026 Luxembourg)

130784
MM

**DOSSIER HON1736**
(référence à rappeler dans tout paiement ou toute correspondance)

## SIGNIFICATION

L'an deux mille dix, le     SIX    Avril AM.

**Monsieur le Procureur Général d'Etat** près la Cour Supérieure de Justice, du Grand-Duché de Luxembourg, dont les bureaux sont établis à L-2080 LUXEMBOURG, Cité Judiciaire, Bâtiment CR;

élisant domicile en son Parquet Général à L-2080 Luxembourg, Cité Judiciaire, Bâtiment CR,

agissant dans le cadre de la Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à la Haye le 15 novembre 1965

Je soussigné **Carlos CALVO / Patrick KURDYBAN**, Huissier de Justice, demeurant à L-1512 LUXEMBOURG, 7, rue Pierre Federspiel, immatriculé près le tribunal d'arrondissement de et à Luxembourg, **ai signifié et laissé copie certifiée conforme à:**

Monsieur **NIGEL H. FIELDING**, salarié, né le 01.04.1962, demeurant actuellement à L-8049 STRASSEN - RUE MARIE CURIE, 3,

Des pièces suivantes :
- Executed « request » in duplicate
- Certificate (unexecuted) in duplicate
- « Summary » in duplicate
- « notice » in duplicate
- Summons in a civil Action, in English and German, in duplicate
- Consolidated Amended Complaint, in english and German in duplicate
- Certification of Plaintiff Pursuant to Federal Securities Laws, in English and German in duplicate

La présente signification se faisant pour son information, direction et à telles fins que de droit et sous toutes réserves.

Dont Acte.

**COUT DE L'ACTE**

Droit:   60,00
Voy. :    8,00
Adres:    6,00
Timb.:    8,00
Enreg:   12,00
TVA  :   11,10
-------
TOTAL: 105,10

Copie:   15,00
TVA  :    2,25
Port :    2,00
-------
TOTAL: 124,35



2084

# Huissiers de Justice

| Le présent exploit a été remis par l'huissier de justice soussigné, au destinataire de l'acte, date qu'en tête, dans les conditions indiquées à la rubrique marquée d'une croix et selon les déclarations recueillies, comme il est dit ci-dessous : | MODALITES DE LA REMISE DE L'EXPLOIT<br>**ORIGINAL** |
|---|---|
| [X] en son domicile   [ ] en sa résidence<br>[ ] en son siège<br>[ ] En son domicile élu chez: ..................<br>[ ] Au siège / domicile du domiciliataire : ................ | DESTINATAIRE DE L'ACTE :<br>EXP. CALVO-KURDYBAN-LISE • Huissiers de Justice • B.P. 2625 • L-1026 Luxembourg<br>**Monsieur NIGEL H. FIELDING**<br>**RUE MARIE CURIE, 3**<br>**L-8049 STRASSEN** (HON1736)<br>VÉRIFIÉ LE  27 AVR. 2010 |

## A) SIGNIFICATION A PERSONNE

[ ] En y parlant au destinataire lui-même, ainsi déclaré(e) et qui accepte la copie de l'acte.

[ ] En y parlant au domicile élu, au mandataire lui-même, ainsi déclaré(e) et qui accepte la copie de l'acte.

[ ] En y parlant à personne morale : .................................................................
(Nom(s), Prénom(s))                                                                 (Qualité)
ainsi déclaré(e), qui accepte la copie de l'exploit et affirme être habilité(e) à la recevoir.

## B) SIGNIFICATION A DOMICILE / SIEGE

Attendu que l'huissier de justice soussigné n'a pu signifier l'acte à personne, la signification s'est faite par la remise de la copie à :

.................................................................................................... demeurant à
(Nom(s), Prénom(s))                      (Qualité)

[ ] la même adresse   [ ] ........................................................
                           (adresse)

ainsi déclaré(e) et de l'âge requis, qui l'a acceptée et a donné récépissé : ...................................................
                                                                                   (signature)

Sur quoi l'huissier de justice soussigné lui a remis copie de l'acte sous enveloppe fermée ne portant que l'indication des nom(s), prénom(s), qualité/forme juridique et adresse du destinataire et le cachet de l'huissier de justice apposé sur la fermeture du pli.
Une autre copie sur papier libre avec l'avis prévu par l'alinéa 5 de l'article 155 du Nouveau Code de Procédure Civile a été laissée sur les lieux sous enveloppe fermée ne portant que l'indication des nom(s), prénom(s), qualité/forme juridique et adresse du destinataire et le cachet de l'huissier de justice apposé sur la fermeture du pli.

| Attendu que l'huissier de justice soussigné n'a pu signifier l'acte dans les formes prévues par les alinéas 2 à 5 de l'article 155 du Nouveau Code de Procédure Civile, étant donné que : | Le soussigné a laissé sur les lieux une copie de l'acte avec l'avis prévu par la Loi sous enveloppe fermée ne portant que l'indication des nom(s), prénom(s), qualité/forme juridique et adresse du destinataire et le cachet de l'huissier de justice apposé sur la fermeture du pli et une autre copie a en outre été envoyée dans le délai prévu par la Loi avec le même avis par lettre simple au destinataire après avoir vérifié l'adresse du destinataire en: |
|---|---|
| [X] personne ayant qualité de recevoir copie de l'acte n'a pu être trouvée sur les lieux | [X] se renseignant au bureau de la population   [ ] se renseignant au registre de commerce |
| [ ] la personne présente a refusé l'acceptation de l'exploit dans les conditions requises par la Loi | [ ] se renseignant auprès des personnes trouvées sur les lieux |
| [ ] la personne présente n'avait pas atteint l'âge de 15 ans | [ ] se renseignant chez les voisins |
| [ ] la personne présente était le/la requérant(e) | [X] vérifiant les inscriptions sur la sonnette, la boîte aux lettres, ............................. |

| DATE : 06/05/2010<br>Le présent exploit a été signifié par l'huissier de justice marqué d'une croix. | Carlos CALVO<br>Patrick KURDYBAN<br>Martine LISÉ<br>Gilles HOFFMANN | Signature de l'h... |

TOUS LES PARAGRAPHES NON MARQUES D'UNE CROIX SONT REPUTES NON ECRITS