In the matter of the Convention on the Service Abroad of Judicial and
Extrajudicial Documents in Civil or Commercial Matters signed at the Hague
on the 15th day of November 1965

THE HIGH COURT

IN THE MATTER OF URSULA RADEL-LESZCYNSKI

AFFIDAVIT OF PERSONAL SERVICE

I, Amy-Louise Carey of the Chief State Solicitor's Office, Osmond House,
Little Ship Street, Dublin 8 aged eighteen years and upwards, make oath and
say as follows:-

1. I am a Trainee Law Clerk in the Office of the Chief State Solicitor,
   Osmond House, Little Ship Street, Dublin 8 and I am duly authorised to
   make this Affidavit.

2. I am authorised to serve documents on behalf of the said Chief State
   Solicitor, Osmond House, Little Ship Street, Dublin 8.

3. I say that I did on the 27th day of May 2010 at 8:00 pm call at 1 Georges
   Quay Plaza, Georges Quay, Dublin 2 and serve true copy Judicial
   documents on Ursula Radel-Leszcynski c/o Global Investments Ltd.

"Page 1 of 3"

4. I make this Affidavit from facts within my own knowledge save where otherwise appears and where the same so appears I believe them to be true.


_Amy-Louise Carey_
**DEPONENT**


**SWORN** the 23rd day of June 2010 by the said Amy Louise Carey at 13 - 16 Doe Street, in the County of the City of Dublin before me a Commissioner for Oaths/Practising Solicitor for the High Court and I know the Deponent.


_Thomas de Guy_
**COMMISSIONER FOR OATHS/**
**PRACTISING SOLICITOR**


Filed by David J. O'Hagan, Chief State Solicitor, Osmond House, Little Ship Street, Dublin 8.

Dated this     day of          2010.

In the matter of the Convention on the Service road of Judicial and Extrajudicial Documents in il or Commercial Matters signed at the Hague on the 15th day of November 1965

THE HIGH COURT

IN THE MATTER OF URSULA RADEL-LESZCYNSKI

AFFIDAVIT OF PERSONAL SERVICE

DAVID J. O'HAGAN,
CHIEF STATE SOLICITOR,
OSMOND HOUSE,
LITTLE SHIP STREET,
DUBLIN 8.

Civil Action No.: 09 CIV 289 (RMB) (HBP)

**REQUEST**
**FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS**

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciares en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

**RETURN COPY**

Master of the High Court
Received

2 6 APR 2010

Central Authority of Ireland

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| *Identité et adresse du requérant* | *Adresse de l'autorité destinataire* |
| Karina Shreefer, Esq.<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, Kansas 66208<br>UNITED STATES OF AMERICA<br>Tel. 1.913.341.3167 | HAGUE CENTRAL AUTHORITY FOR IRELAND<br>Master of the Supreme and High Court<br>Four Court, Morgan Place<br>Dublin 7<br>REPUBLIC OF IRELAND |

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir—en double exemplaire—à l'autorité destinataire les documents ci-dessous énumérés,
en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)   Ursula RADEL-LESZCZYNSKI, *an individual at her place of employment:* Pioneer Global Investments Limited
1 George's Quay Plaza, George's Quay, Dublin 2
REPUBLIC OF IRELAND

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*(a) selon les formes légales (article 5, alinéa premier, lettre a).*

☒ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*   Personal (in-hand) service by a judicial officer in accordance
with your internal law for service of documents upon persons or entities in your territory.

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
*(c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents—and of the annexes*--with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte—et de ses annexes—avec
l'attestation figurant au verso.*

THE PERSONS AND ENTITIES WITHIN THE UNITED STATES COMPETENT TO FORWARD SERVICE REQUESTS PURSUANT TO ARTICLE 3 INCLUDE ANY COURT OFFICIAL; <u>ANY ATTORNEY</u>; OR ANY OTHER PERSON OR ENTITY AUTHORIZED BY THE RULES OF THE COURT. (See U.S. declarations at Hague Conference website: http://www.hcch.net/index_en.php?act=authorities.details&aid=279)

List of documents
*Enumération des pièces*

Executed "Request," in duplicate

"Certificate" (unexecuted), in duplicate

"Summary," in duplicate

"Notice," in duplicate

Summons in a Civil Action, in duplicate

Consolidated Amended Complaint, in duplicate

Certification of Plaintiff Pursuant to Federal Securities Laws,
in duplicate

Done at _Leawood, Kansas, U.S.A._, the _5 April 2010_

*Fait à _____, le _____*

Signature and/or stamp.
*Signature et/ou cachet.*

\*Delete if inappropriate
*Rayer les mentions inutiles.*

(Formerly OBD-116 which was formerly LAA-116,
¹ both of which may still be used)

USM-94
(Est. 11/22/77)

CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *

*1. que la demande a été exécutée*

    - the (date)

    - *le (date)*      27  MAY  2010

    - at (place, street, number)

    - *à (localité, rue numéro)*    1 Georges Quay Plaza, Georges Quay, Dublin 2

    - in one of the following methods authorised by article 5-

    *-dans une des formes suivantes prévues à l'article 5:*

        ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.

        *a) selon les formes légales (article 5, alinéa premier, lettre a).*

        ☐ (b) in accordance with the following particular method*:   Personal   Service

        *b) selon la forme particulière suivante :*

        ☐ (c) by delivery to the addressee, who accepted it voluntarily. *

        *c) par remise simple*

The documents referred to in the request have been delivered to:

*Les documents mentionnés dans la demande ont été remis à:*

    -(identity and description of person)

    *-(identité et qualité de la personne)*

    -relationship to the addressee (family, business, or other):

    *-liens de parenté, de subordination ou autres, avec le destinataire de l'acte:*

2) that the document has not been served, by reason of the following facts*:

*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

Annexes

*Annexes*

Documents returned:

*Piéces renvoyées:*

Done at   Dublin     , the 12ᵗʰ July 2010

*Fait à*   Ireland     *, le*

In appropriate cases, documents establishing the service:

*Le cas échéant, les documents justificatifs de l'execution:*

     Affidavit of Service

     of Amy-Louise Carey

Signature and / or stamp.

*Signature et / ou cachet.*

Nuala McLoughlin
Deputy Master of the High Court

Civil Action No.: 09 CIV 289 (RMB) (HBP)

## SUMMARY OF THE DOCUMENT TO BE SERVED
### *ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial
matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares*
*en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*
**(article 5, fourth paragraph)**
*(article 5, alinéa 4)*

Name and address of the requesting authority: Karina Shreefer, Esq.
*Nom et adresse de l'autorité requérante :*     LEGAL LANGUAGE SERVICES
_____8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A._____
_____Tel. 1.913.341.3167_____

Particulars of the parties*:
*Identité des parties :*   IN RE HERALD, PRIMEO AND THEMA FUNDS SECURITIES LITIGATION

### JUDICIAL DOCUMENT**
### *ACTE JUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte :*    To give notice to the Defendant of the commencement of a civil claim against her
_____and to summon her to answer or otherwise respond._____

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
*Nature et objet de l'instance, le cas échéant, le montant du litige :*    A civil action has been commenced against the Defendant.

Date and place for entering appearance**:
*Date et lieu de la comparution :*    Within twenty-one (21) days after service of the Summons (not counting day of receipt), Defendant must serve
upon the Plaintiff's Attorney (Cohen Milstein Sellers & Toll PLLC) an Answer to the attached Complaint or a Motion under Rule 12 of the
Federal Rules of Civil Procedure. Defendant also must serve her Answer or Motion with the court Clerk of the United States District Court,
Southern District of New York located at: 500 Pearl Street, New York, New York 10007, U.S.A.
Court which has given judgment**:
*Juridiction qui a rendu la décision :*    N/A

Date of judgment**:
*Date de la décision :*    N/A

Time limits stated in the document**:
*Indication des délais figurant dans l'acte :*    Within twenty-one (21) days after service of the Summons (not counting day of receipt), Defendant
must serve upon the Plaintiff's Attorney (Cohen Milstein Sellers & Toll PLLC) an Answer to the attached Complaint or a Motion under Rule
12 of the Federal Rules of Civil Procedure. Defendant also must serve her Answer or Motion with the Court. If Defendant fails to respond,
judgment by default will be entered against her for the relief demanded in the Complaint.

### EXTRAJUDICIAL DOCUMENT**
### *ACTE EXTRAJUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte :*    N/A

Time limits stated in the document**:
*Indication des délais figurant dans l'acte :*    N/A

---

\*   If appropriate, identity and address of the person interested in the transmission of the document.
*S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*                                    ★U.S. Government Printing Office: 1990-262-211/15302
\*\* Delete if inappropriate.
*Rayer les mentions inutiles.*                                3

Civil Action No.: 09 CIV 289 (RMB) (HBP)

## NOTICE
*(recommended by the Fourteenth Session of*
*Hague Conference of October, 1980)*

**identité et adresse du destinataire**
*identity and address of the addressee*

> Ursula RADEL-LESZCZYNSKI, *an individual at her*
> *place of employment:* Pioneer Global Investments Limited
> 1 George's Quay Plaza
> George's Quay
> Dublin 2
> REPUBLIC OF IRELAND

### TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :

Legal Services for New York City
350 Broadway
New York, New York 10013
U.S.A.
Tel. 1.212.431.7200

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

Legal Services for New York City
350 Broadway
New York, New York 10013
U.S.A.
Tel. 1.212.431.7200