**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| _____ | ) | Civil Action No.  09 CIV 289 (RMB) (HBP) |
| In re HERALD, PRIMEO and THEMA | ) | (Consolidated with 09 CIV 2032 and |
| FUNDS SECURITIES LITIGATION, | ) | 09 CIV 2558) |
| | ) | |
| This Document Relates To: | ) | |
| | ) | **ECF Case** |
| _Repex Ventures, S.A., etc. v._ | ) | |
| _Bernard L. Madoff, et al._ | ) | |
| _____ | ) | |

**SUMMONS RETURNED EXECUTED ON**
**DEFENDANT HSBC SECURITIES SERVICES (LUXEMBOURG)**



# CARLOS CALVO
## KURDYBAN – LISÉ
# HUISSIERS DE JUSTICE

Administration: L-1512 Luxembourg 7, rue Pierre Federspiel (Adresse Postale : B.P.2625  L-1026 Luxembourg)

136779
AK

**DOSSIER:**
**HON1979**

(référence à rappeler dans tout
paiement ou toute
correspondance)



COUT DE L'ACTE

```
Droit: 60,00
Voy. :  8,00
Adres:  6,00
Timb.:  8,00
Enreg: 12,00
TVA  : 11,10
       ------
TOTAL:105,10

Copie: 15,00
TVA  :  2,25
Port :  2,00
       ------
TOTAL:124,35
```

_ 02840

ORIGINAL

## SIGNIFICATION



L'an deux mille dix, le _____ cinq _____ septembre.

A la requête de **Monsieur le Procureur Général d'Etat** près la Cour Supérieure de Justice du Grand-Duché de Luxembourg, dont les bureaux sont établis à L-2080 LUXEMBOURG, Cité Judiciaire, Bâtiment CR,

Elisant domicile en son Parquet Général à L – 2080 Luxembourg –Cité Judiciaire, Bâtiment CR,

Agissant dans le cadre de la Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965,

Je soussigné **Gilles HOFFMANN**, Huissier de Justice Suppléant, en remplacement de **Patrick KURDYBAN,** Huissier de Justice, demeurant à L-1512 LUXEMBOURG, 7, rue Pierre Federspiel, immatriculé près le tribunal d'arrondissement de et à Luxembourg, **ai signifié et laissé copie certifiée conforme à:**

la Société Anonyme **HSBC Securities Services (Luxembourg)**, inscrit(e) au registre de commerce de LUXEMBOURG sous le numéro B 28.531, représentée par son conseil d'administration actuellement en fonctions, établie et ayant son siège social à L-1160 LUXEMBOURG, 16, Boulevard d'Avranches,

de documents dénommés :

Amended Summons in a Civil Action ; Amended Class Action Complaint ; Civil Case Cover Sheet ; Electronic Case Filing Rules & Instructions ; Individual Practices of Hon. Richard M. Berman ; German translations of Amended Summons in a Civil Action and Amended Class Action Complaint.

La présente signification se faisant pour son information, direction et à telles fins que de droit et  sous toutes réserves.

Dont Acte.

PARQUET GENERAL
SECRÉTARIAT
1 5 SEP. 2010

# Huissiers de Justice

| | |
|---|---|
| Le présent exploit a été remis par l'huissier de justice soussigné, au destinataire de l'acte, date qu'en tête, dans les conditions indiquées à la rubrique marquée d'une croix et selon les déclarations recueillies, comme il est dit ci-dessous : | **MODALITES DE LA REMISE DE L'EXPLOIT** <br> **ORIGINAL** |

| | |
|---|---|
| ☐ en son domicile     ☐ en sa résidence <br> **X** en son siège <br> ☐ En son domicile élu chez: <br> ............................................................ <br> ☐ Au siège / domicile du domiciliataire : <br> ............................................................ | DESTINATAIRE DE L'ACTE : <br><br> Exp. CALVO-KURDYBAN-LISÉ • Huissiers de Justice • B.P. 2625 • L-1026 Luxembourg <br> **SA HSBC Securities Services (Luxembourg)** ~~GENERAL~~ <br> **société anonyme** ~~SECRÉTARIAT~~ <br> **16, Boulevard d'Avranches** <br><br> 1 5 SEP. 2010 <br> **L-1160 LUXEMBOURG** (HON1979) <br><br> VÉRIFIÉ LE  07 SEP. 2010 |

## A) SIGNIFICATION A PERSONNE

☐ En y parlant au destinataire lui-même, ainsi déclaré(e) et qui accepte la copie de l'acte.

☐ En y parlant au domicile élu, au mandataire lui-même, ainsi déclaré(e) et qui accepte la copie de l'acte.

**X** En y parlant à personne morale : ....... *JANSEN Ralf* , *senior legal counsel* .......
(Nom(s), Prénom(s))                                              (Qualité)

ainsi déclaré(e), qui accepte la copie de l'exploit et affirme être habilité(e) à la recevoir.

## B) SIGNIFICATION A DOMICILE / SIEGE

Attendu que l'huissier de justice soussigné n'a pu signifier l'acte à personne, la signification s'est faite par la remise de la copie à :

..................................................................................................................................................demeurant à
(Nom(s),Prénom(s))                                              (Qualité)

☐ la même adresse     ☐ ..................................................................................................................
(adresse)

ainsi déclaré(e) et de l'âge requis, qui l'a acceptée et a donné récépissé : ..............................................
(signature)

Sur quoi l'huissier de justice soussigné lui a remis copie de l'acte sous enveloppe fermée ne portant que l'indication des nom(s), prénom(s), qualité/forme juridique et adresse du destinataire et le cachet de l'huissier de justice apposé sur la fermeture du pli.
Une autre copie sur papier libre avec l'avis prévu par l'alinéa 5 de l'article 155 du Nouveau Code de Procédure Civile a été laissée sur les lieux sous enveloppe fermée ne portant que l'indication des nom(s), prénom(s), qualité/forme juridique et adresse du destinataire et le cachet de l'huissier de justice apposé sur la fermeture du pli.

| | |
|---|---|
| Attendu que l'huissier de justice soussigné n'a pu signifier l'acte dans les formes prévues par les alinéas 2 à 5 de l'article 155 du Nouveau Code de Procédure Civile, étant donné que : | Le soussigné a laissé sur les lieux une copie de l'acte avec l'avis prévu par la Loi sous enveloppe fermée ne portant que l'indication des nom(s), prénom(s), qualité/forme juridique et adresse du destinataire et le cachet de l'huissier de justice apposé sur la fermeture du pli et une autre copie a en outre été envoyée dans le délai prévu par la Loi avec le même avis par lettre simple au destinataire après avoir vérifié l'adresse du destinataire en: |
| ☐ personne ayant qualité de recevoir copie de l'acte n'a pu être trouvée sur les lieux | ☐ se renseignant au bureau de la population     ☐ se renseignant au registre de commerce |
| ☐ la personne présente a refusé l'acceptation de l'exploit dans les conditions requises par la Loi | ☐ se renseignant auprès des personnes trouvées sur les lieux |
| ☐ la personne présente n'avait pas atteint l'âge de 15 ans | ☐ se renseignant chez les voisins |
| ☐ la personne présente était le/la requérant(e) | ☐ vérifiant les inscriptions sur la sonnette, la boîte aux lettres,........................................ |
| ............................................. | |

| | |
|---|---|
| DATE : .... 08/09 /2010 .... <br> Le présent exploit a été signifié par l'huissier de justice marqué d'une croix. | **Carlos CALVO** <br> **Patrick KURDYBAN** <br> **Martine LISÉ** |

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
1) *que la demande a été exécutée*
   -- the (date) -- *le (date)* ___SEPTEMBER 8, 2010___
   -- at (place, street, number) - *à (localité, rue, numéro)*

   ___L- 1160 LUXEMBOURG, 16, boulevard___
   ___d'Auvanches___

   -- in one of the following methods authorized by article 5:
   -- *dans une des formes suivantes prévues à l'article 5:*

   ☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
   *a) selon les formes légales (article 5. alinéa premier, lettre a)*

   ☐ (b) in accordance with the following particular method:
   *b) selon la forme particulière suivante:*

   ☐ (c) by delivery to the addressee, who accepted it voluntarily.*
   *c) par remise simple.*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(Identité et qualité de la personne)*

   ___JANSEN Rolf___

   - relationship to the addressee family, business or other
   - *liens de parenté de subordination ou autres avec le destinataire de l'acte:*

   ___Senior legal counsel___

2) that the document has not been served, by reason of the following facts*.
2) *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

ANNEXES
*Annexes*

Documents returned:
*Pieces renvoyées*

Amended Summons in a Civil Action; Amended Class Action Complaint;

Civil Case Cover Sheet; Electronic Case Filing Rules & Instructions;

Individual Practices of Hon. Richard M. Berman

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

___documents concerning notification___
___by the bailiff___

Done at ___Luxembourg___ , the ___15th of september 2010___
*Fait à* _____ , *le* _____

Signature and/or stamp
*Signature et/ou cachet*