UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re HERALD, PRIMEO and THEMA FUNDS SECURITIES LITIGATION, <br><br>This Document Relates To: <br><br>*Repex Ventures, S.A., etc. v. Bernard L. Madoff, et al.* | Civil Action No. 09 CIV 289 (RMB) (HBP) <br>(Consolidated with 09 CIV 2032 and 09 CIV 2558) <br><br>**ECF Case** |

**SUMMONS RETURNED EXECUTED ON
DEFENDANT ERNST & YOUNG, S.A.**



# CARLOS CALVO
## KURDYBAN – LISÉ
## HUISSIERS DE JUSTICE

Administration: L-1512 Luxembourg 7, rue Pierre Federspiel (Adresse Postale : B.P. 2625 L-1026 Luxembourg)

136749
AB

**DOSSIER:**
**HON1977**

02897

## SIGNIFICATION

L'an deux mille dix, le dix septembre.

A la requête de

Monsieur le Procureur général d'Etat près la Cour Supérieure de Justice, L-2080 LUXEMBOURG, Cité Judiciaire, Plateau du St Esprit, Bâtiment CR;

élisant domicile en son Parquet Général à L-2080 Luxembourg, Cité Judiciaire, Bâtiment CR,

agissant dans le cadre de la Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965

Je soussigné Gilles HOFFMANN, Huissier de Justice Suppléant, en remplacement de Patrick KURDYBAN, Huissier de Justice, demeurant à L-1512 LUXEMBOURG, 7, rue Pierre Federspiel, immatriculé près le tribunal d'arrondissement de et à Luxembourg, ai signifié et laissé copie à:

**la Société Anonyme ERNST & YOUNG, S.A.** inscrite au registre de commerce de LUXEMBOURG sous le numéro B47771, représentée par son conseil d'administration actuellement en fonctions, établie et ayant son siège social à L-5365 MUNSBACH, 7, parc d'activité Syrdall;

- **des pièces suivantes :**

1. Amended Summons in a Civil action ;
2. Amended Class Action Complaint ;
3. Civil Case Cover Sheet
4. Electronic Case Filing Rules & Instructions
5. Individual Practices of Hon. Richard M. Berman
6. German translations of Amended Summons in a Civil Action and Amended Class Action Complaint

La présente signification se faisant pour son information, direction et à telles fins que de droit et sous toutes réserves.

Dont Acte.

COUT DE L'ACTE

Droit:    60,00
Voy. :    16,80
 (14)
Adres:     6,00
Timb.:     8,00
Enreg:    12,00
TVA  :    12,42
         ------
TOTAL:   115,22

Copie:    15,00
TVA  :     2,25
Port :     2,00
         ------
TOTAL:   134,47



PARQUET GENERAL
SECRETARIAT
2 0 SEP. 2010

# Huissiers de Justice

| | |
|---|---|
| Le présent exploit a été remis par l'huissier de justice soussigné, au destinataire de l'acte, date qu'en tête, dans les conditions indiquées à la rubrique marquée d'une croix et selon les déclarations recueillies, comme il est dit ci-dessous : | **MODALITES DE LA REMISE DE L'EXPLOIT** <br> # ORIGINAL |

☐ en son domicile   ☐ en sa résidence

☒ en son siège

☐ En son domicile élu chez:

...................................................

☐ Au siège / domicile du domiciliataire :

...................................................

**DESTINATAIRE DE L'ACTE :**

Exp: CALVO-KURDYBAN-LISÉ • Huissiers de Justice • B.P. 2625 • L-1026 Luxembourg

**SA ERNST & YOUNG**
société anonyme
7, parc d'activité Syrdall

L-5365 MUNSBACH  (HON1977)

PARQUET GÉNÉRAL
SECRÉTARIAT
2 0 SEP. 2010

VÉRIFIÉ LE   6 SEP. 2010

## A) SIGNIFICATION A PERSONNE

☐ En y parlant au destinataire lui-même, ainsi déclaré(e) et qui accepte la copie de l'acte.

☐ En y parlant au domicile élu, au mandataire lui-même, ainsi déclaré(e) et qui accepte la copie de l'acte.

☒ En y parlant à personne morale : ABEG Annick assistante
(Nom(s), Prénom(s))   (Qualité)

ainsi déclaré(e), qui accepte la copie de l'exploit et affirme être habilité(e) à la recevoir.

## B) SIGNIFICATION A DOMICILE / SIEGE

Attendu que l'huissier de justice soussigné n'a pu signifier l'acte à personne, la signification s'est faite par la remise de la copie à :

.....................................................demeurant à
(Nom(s),Prénom(s))   (Qualité)

☐ la même adresse   ☐ ...................................
(adresse)

ainsi déclaré(e) et de l'âge requis, qui l'a acceptée et a donné récépissé : ...................................
(signature)

Sur quoi l'huissier de justice soussigné lui a remis copie de l'acte sous enveloppe fermée ne portant que l'indication des nom(s), prénom(s), qualité/forme juridique et adresse du destinataire et le cachet de l'huissier de justice apposé sur la fermeture du pli.
Une autre copie sur papier libre avec l'avis prévu par l'alinéa 5 de l'article 155 du Nouveau Code de Procédure Civile a été laissée sur les lieux sous enveloppe fermée ne portant que l'indication des nom(s), prénom(s), qualité/forme juridique et adresse du destinataire et le cachet de l'huissier de justice apposé sur la fermeture du pli.

| Attendu que l'huissier de justice soussigné n'a pu signifier l'acte dans les formes prévues par les alinéas 2 à 5 de l'article 155 du Nouveau Code de Procédure Civile, étant donné que : | Le soussigné a laissé sur les lieux une copie de l'acte avec l'avis prévu par la Loi sous enveloppe fermée ne portant que l'indication des nom(s), prénom(s), qualité/forme juridique et adresse du destinataire et le cachet de l'huissier de justice apposé sur la fermeture du pli et une autre copie a en outre été envoyée dans le délai prévu par la Loi avec le même avis par lettre simple au destinataire après avoir vérifié l'adresse du destinataire en: |
|---|---|
| ☐ personne ayant qualité de recevoir copie de l'acte n'a pu être trouvée sur les lieux | ☐ se renseignant au bureau de la population   ☐ se renseignant au registre de commerce |
| ☐ la personne présente a refusé l'acceptation de l'exploit dans les conditions requises par la Loi | ☐ se renseignant auprès des personnes trouvées sur les lieux |
| ☐ la personne présente n'avait pas atteint l'âge de 15 ans | ☐ se renseignant chez les voisins |
| ☐ la personne présente était le/la requérant(e) | ☐ vérifiant les inscriptions sur la sonnette, la boîte aux lettres,......................... |

DATE : 10/09/2010

**Carlos CALVO**
**Patrick KURDYBAN**
**Martine LISÉ**

Le présent exploit a été signifié par l'huissier de justice marqué d'une croix.

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
1) *que la demande a été exécutée*
-- the (date) -- *le (date)* __SEPTEMBER 10, 2010__
-- at (place, street, number) - *à (localité, rue, numéro)* __L-5365 MUNSBACH, 7, Parc d'Activité Syrdall__

-- in one of the following methods authorized by article 5:
-- *dans une des formes suivantes prévues à l'article 5:*

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
   a) *selon les formes légales (article 5. alinéa premier, lettre a)*

~~(b) in accordance with the following particular method:~~
   ~~*b) selon la forme particulière suivante:*~~

~~(c) by delivery to the addressee, who accepted it voluntarily.*~~
   ~~*c) par remise simple.*~~

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

- (identity and description of person)
- *(Identité et qualité de la personne)*
  __ABEG Annick__

- relationship to the addressee family, business or other
- *liens de parenté de subordination ou autres avec le destinataire de l'acte:*
  __assistant__

~~2) that the document has not been served, by reason of the following facts*:~~
~~*2) que la demande n'a pas été exécutée, en raison des faits suivants:*~~

~~In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*~~
~~*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*~~

ANNEXES
*Annexes*

Documents returned:
*Pieces renvoyées*

Amended Summons in a Civil Action; Amended Class Action Complaint;

Civil Case Cover Sheet; Electronic Case Filing Rules & Instructions;

Individual Practices of Hon. Richard M. Berman

Done at __Luxembourg__, the __20/09/2010__
*Fait à*, *le*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

__documents of the bailiff__

Signature and/or stamp
*Signature et/ou cachet*