UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re HERALD, PRIMEO and THEMA FUNDS SECURITIES LITIGATION, | ) Civil Action No. 09 CIV 289 (RMB)(HBP) <br> ) (Consolidated with 09 CIV 2032 and <br> ) 09 CIV 2558) <br> ) |
| This Document Relates To: | ) **ECF Case** |
| ALL ACTIONS. | ) <br> ) <br> ) |

**SUMMONS RETURNED EXECUTED ON DEFENDANT HERALD (LUX)**



# CARLOS CALVO
# KURDYBAN – LISÉ
# HUISSIERS DE JUSTICE

Administration: L-1512 Luxembourg 7, rue Pierre Federspiel (Adresse Postale : B.P.2625 L-1026 Luxembourg)

136916
MM

**DOSSIER:**
**HON1976**

## SIGNIFICATION

**L'an deux mille dix, le** 14 **septembre.**

A la requête de **Monsieur le Procureur Général d'Etat** près la Cour Supérieure de Justice du Grand-Duché de Luxembourg, dont les bureaux sont établis à L-2080 LUXEMBOURG, Cité Judiciaire, Bâtiment CR,

Elisant domicile en son Parquet Général à L – 2080 Luxembourg –cITé Judiciaire, Bâtiment CR

Agissant dans le cadre de la Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965,

Je soussigné **Gilles HOFFMANN**, Huissier de Justice Suppléant, en remplacement de ~~Carlos CALVO~~ / **Patrick KURDYBAN,** Huissier de Justice, demeurant à L-1512 LUXEMBOURG, 7, rue Pierre Federspiel , immatriculé près le tribunal d'arrondissement de et à Luxembourg, **ai signifié et laissé copie certifiée conforme à:**

La société d'investissement à capital variable **HERALD (LUX) en liquidation judiciaire**, inscrite au registre de commerce et des sociétés de Luxembourg sous le numéro B136680, établie et ayant son siège social à L-2163 LUXEMBOURG, 40, avenue Monterey, **représentée par ses liquidateurs Maître Ferdinand BURG, Avocat à la Cour, demeurant à L-1648 Luxembourg - 24 place Guillaume et Monsieur REDING Carlo, management consultant, ayant ses bureaux à L – 1445 STRASSEN – 7A, rue Thomas Edison,**

- Amended Summons in a Civil Action
- Amended Class Action Complaint;
- Civil Case Cover Sheet
- Electronic Case Filing Rules & Instructions
- Individual Practices of Hon. Richard M. Berman
- German translations of Amended Summons in a Civil Action and Amended Class Action Complaint

La présente signification se faisant pour leur information, direction et à telles fins que de droit et sous toutes réserves.

Dont Acte.


Gilles HOFFMANN
Huissier de Justice suppléant

**COUT DE L'ACTE**

Droit:   60,00
Voy. :   16,00
Adres:    6,00
Timb.:   10,00
Enreg:   12,00
TVA  :   12,30
------
TOTAL: 116,30

Copie:   45,00
TVA  :    6,75
Port :    4,00
------
TOTAL: 172,05

02959




# Huissiers de Justice

| | |
|---|---|
| Le présent exploit a été remis par l'huissier de justice soussigné, au destinataire de l'acte, date qu'en tête, dans les conditions indiquées à la rubrique marquée d'une croix et selon les déclarations recueillies, comme il est dit ci-dessous : | **MODALITES DE LA REMISE DE L'EXPLOIT** <br> # ORIGINAL <br> DESTINATAIRE DE L'ACTE : |

☐ en son domicile ☐ en sa résidence

☐ en son siège

☐ En son domicile élu chez:
..................................................

☐ Au siège / domicile du domiciliataire :

☒ *en l'étude de son liquidateur*

DESTINATAIRE DE L'ACTE :

Exp: CALVO-KURDYBAN-LISÉ • Huissiers de Justice • B.P. 2625 • L-1026 Luxembourg
**HERALD (LUX) en liquidation judiciaire**
**Représentée par son liquidateur**
**Maître Ferdinand BURG**
**Avocat à la Cour**
**24 Place Guillaume**

L - 1648 LUXEMBOURG  (HON1976)

*PARQUET GENERAL SECRETARIAT 23 SEP. 2010*

## A) SIGNIFICATION A PERSONNE

☐ En y parlant au destinataire lui-même, ainsi déclaré(e) et qui accepte la copie de l'acte.

☐ En y parlant au domicile élu, au mandataire lui-même, ainsi déclaré(e) et qui accepte la copie de l'acte.

☒ En y parlant à personne morale : *M° Ferdinand BURG* *liquidateur*
(Nom(s), Prénom(s)) (Qualité)

ainsi déclaré(e), qui accepte la copie de l'exploit et affirme être habilité(e) à la recevoir.

## B) SIGNIFICATION A DOMICILE / SIEGE

Attendu que l'huissier de justice soussigné n'a pu signifier l'acte à personne, la signification s'est faite par la remise de la copie à :

..................................................demeurant à
(Nom(s),Prénom(s))    (Qualité)

☐ la même adresse ☐ ..................................................
(adresse)

ainsi déclaré(e) et de l'âge requis, qui l'a acceptée et a donné récépissé : ..................................................
(signature)

Sur quoi l'huissier de justice soussigné lui a remis copie de l'acte sous enveloppe fermée ne portant que l'indication des nom(s), prénom(s), qualité/forme juridique et adresse du destinataire et le cachet de l'huissier de justice apposé sur la fermeture du pli.
Une autre copie sur papier libre avec l'avis prévu par l'alinéa 5 de l'article 155 du Nouveau Code de Procédure Civile a été laissée sur les lieux sous enveloppe fermée ne portant que l'indication des nom(s), prénom(s), qualité/forme juridique et adresse du destinataire et le cachet de l'huissier de justice apposé sur la fermeture du pli.

| Attendu que l'huissier de justice soussigné n'a pu signifier l'acte dans les formes prévues par les alinéas 2 à 5 de l'article 155 du Nouveau Code de Procédure Civile, étant donné que : | Le soussigné a laissé sur les lieux une copie de l'acte avec l'avis prévu par la Loi sous enveloppe fermée ne portant que l'indication des nom(s), prénom(s), qualité/forme juridique et adresse du destinataire et le cachet de l'huissier de justice apposé sur la fermeture du pli et une autre copie a en outre été envoyée dans le délai prévu par la Loi avec le même avis par lettre simple au destinataire après avoir vérifié l'adresse du destinataire en: |
|---|---|
| ☐ personne ayant qualité de recevoir copie de l'acte n'a pu être trouvée sur les lieux | ☐ se renseignant au bureau de la population ☐ se renseignant au registre de commerce |
| ☐ la personne présente a refusé l'acceptation de l'exploit dans les conditions requises par la Loi | ☐ se renseignant auprès des personnes trouvées sur les lieux |
| ☐ la personne présente n'avait pas atteint l'âge de 15 ans | ☐ se renseignant chez les voisins |
| ☐ la personne présente était le/la requérant(e) | ☐ vérifiant les inscriptions sur la sonnette, la boîte aux lettres .................................. |

DATE : *14/03* /2010

Le présent exploit a été signifié par l'huissier de justice marqué d'une croix.

**Carlos CALVO**
**Patrick KURDYBAN**
**Martine LISÉ**

# Huissiers de Justice

| | |
|---|---|
| Le présent exploit a été remis par l'huissier de justice soussigné, au destinataire de l'acte, date qu'en tête, dans les conditions indiquées à la rubrique marquée d'une croix et selon les déclarations recueillies, comme il est dit ci-dessous : | **MODALITES DE LA REMISE DE L'EXPLOIT**<br>**ORIGINAL**<br>DESTINATAIRE DE L'ACTE : |

☐ en son domicile     ☐ en sa résidence

☐ en son siège

☐ En son domicile élu chez:
..................................................

☐ Au siège / domicile du domiciliataire :

☒ *en l'adresse prof. de son liquidator*

Exp: CALVO-KURDYBAN-LISÉ • Huissiers de Justice • B.P. 2625 • L-1026 Luxembourg
**HERALD (LUX) en liquidation judiciaire**
**Représentée par son liquidateur**
**Monsieur Carlo REDING**
**Ayant ses bureaux**
**7A Rue Thomas Edison**

L - 1445 LUXEMBOURG  (HON1976)

## A) SIGNIFICATION A PERSONNE

☐ En y parlant au destinataire lui-même, ainsi déclaré(e) et qui accepte la copie de l'acte.

☐ En y parlant au domicile élu, au mandataire lui-même, ainsi déclaré(e) et qui accepte la copie de l'acte.

☐ En y parlant à personne morale :................................................
   (Nom(s), Prénom(s))                                           (Qualité)
ainsi déclaré(e), qui accepte la copie de l'exploit et affirme être habilité(e) à la recevoir.

## B) SIGNIFICATION A DOMICILE / SIEGE

Attendu que l'huissier de justice soussigné n'a pu signifier l'acte à personne, la signification s'est faite par la remise de la copie à :

.................................................................................................................................................... demeurant à
(Nom(s),Prénom(s))                        (Qualité)

☐ la même adresse     ☐ ..........................................................
                                    (adresse)

ainsi déclaré(e) et de l'âge requis, qui l'a acceptée et a donné récépissé : ...........................................
                                                                                        (signature)

Sur quoi l'huissier de justice soussigné lui a remis copie de l'acte sous enveloppe fermée ne portant que l'indication des nom(s), prénom(s), qualité/forme juridique et adresse du destinataire et le cachet de l'huissier de justice apposé sur la fermeture du pli.
Une autre copie sur papier libre avec l'avis prévu par l'alinéa 5 de l'article 155 du Nouveau Code de Procédure Civile a été laissée sur les lieux sous enveloppe fermée ne portant que l'indication des nom(s), prénom(s), qualité/forme juridique et adresse du destinataire et le cachet de l'huissier de justice apposé sur la fermeture du pli.

| Attendu que l'huissier de justice soussigné n'a pu signifier l'acte dans les formes prévues par les alinéas 2 à 5 de l'article 155 du Nouveau Code de Procédure Civile, étant donné que : | Le soussigné a laissé sur les lieux une copie de l'acte avec l'avis prévu par la Loi sous enveloppe fermée ne portant que l'indication des nom(s), prénom(s), qualité/forme juridique et adresse du destinataire et le cachet de l'huissier de justice apposé sur la fermeture du pli et une autre copie a en outre été envoyée dans le délai prévu par la Loi avec le même avis par lettre simple au destinataire après avoir vérifié l'adresse du destinataire en: |
|---|---|
| ☒ personne ayant qualité de recevoir copie de l'acte n'a pu être trouvée sur les lieux | ☐ se renseignant au bureau de la population     ☐ se renseignant au registre de commerce |
| ☐ la personne présente a refusé l'acceptation de l'exploit dans les conditions requises par la Loi | ☒ se renseignant auprès des personnes trouvées sur les lieux |
| ☐ la personne présente n'avait pas atteint l'âge de 15 ans | ☐ se renseignant chez les voisins |
| ☐ la personne présente était le/la requérant(e) | ☐ vérifiant les inscriptions sur la sonnette, la boîte aux lettres,............... |

DATE : 14/6/.../2010

Carlos CALVO
Patrick KURDYBAN
Martine LISÉ

Le présent exploit a été signifié par l'huissier de justice marqué d'une croix.

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
1) *que la demande a été exécutée*
 -- the (date) -- *le (date)* SEPTEMBER 14, 2010
 -- at (place, street, number) - *à (localité, rue, numéro)*
 L-1648 LUXEMBOURG, 24, Place Guillaume (address of one of the liquidators)

 -- in one of the following methods authorized by article 5:
 -- *dans une des formes suivantes prévues à l'article 5:*

  ☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
   a) *selon les formes légales (article 5. alinéa premier, lettre a)*

  ~~(b) in accordance with the following particular method:~~
   ~~b) selon la forme particulière suivante:~~

  ~~(c) by delivery to the addressee, who accepted it voluntarily.*~~
   ~~c) par remise simple.~~

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

 - (identity and description of person)
 - *(Identité et qualité de la personne)*
 BURG Ferdinand

 - relationship to the addressee family, business or other
 - *liens de parenté de subordination ou autres avec le destinataire de l'acte:*
 liquidator

~~2) that the document has not been served, by reason of the following facts*:~~
~~2) que la demande n'a pas été exécutée, en raison des faits suivants:~~

~~In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*~~
~~Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.~~

ANNEXES
*Annexes*

Documents returned:
*Pieces renvoyées*

Amended Summons in a Civil Action; Amended Class Action Complaint;

Civil Case Cover Sheet; Electronic Case Filing Rules & Instructions;

Individual Practices of Hon. Richard M. Berman

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
documents of the bailiff

Done at Luxembourg, the 23rd of September 2010
*Fait à* , *le*

Signature and/or stamp
*Signature et/ou cachet*