**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
IN RE HERALD, PRIMEO and THEMA : 09 Civ. 0289 (RMB)
FUNDS SECURITIES LITIGATION :
: ECF Case
:
This Document Relates to No. 09 Civ. 2032 (RMB) : **NOTICE OF APPEARANCE**
:
:
------------------------------------------------------------------- x

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

     Please enter my appearance as counsel in this case for Defendant Nigel H. Fielding.  I certify that I am admitted to practice before this Court.

Dated:  New York, New York
         October 5, 2010          **BRUNE & RICHARD LLP**

                                                     By:   /s/ David Elbaum
                                                             David Elbaum
                                                             One Battery Park Plaza
                                                            34th Floor
                                                            New York, New York  10004
                                                           Tel.:  (212) 668-1900
                                                           Fax :  (212) 668-0315
                                                           delbaum@bruneandrichard.com

                                                           *Attorneys for Defendant Nigel Fielding*