```
                                    ABC PROCESS SERVICE, INC.
                                    Attorney:
                                    COHEN MILSTEIN SELLERS & TOLL,
                                    P.L.L.C.
                                    Index No. 09CIV289(RMB) (HBP)
                                    Date Filed  /  /
                                    Office No. CMHT019DOL
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
_____

IN RE:
                                         (PLAINTIFF)
 HERALD, PRIMEO, AND THEMA FUNDS SEC. LITIG.
                    against
                                         (DEFENDANT)

_____

STATE OF NEW YORK, COUNTY OF NEW YORK      SS:
DANNY KNIGHT  being duly sworn deposes and says:
I am over 18 years of age, not a party to this action and reside in the State of
New York:
That on the 17 day of March 2010  at  2:43  PM , at
9 DOLSON RD, APT 3822;MONSEY, NY 10952-2820
I SERVED the SUMMONS IN A CIVIL ACTION, CONSOLIDED AMENDED COMPLAINT upon
SONJA KOHN
the defendant herein named by delivering to and leaving a true copy of said
SUMMONS IN A CIVIL ACTION, CONSOLIDED AMENDED COMPLAINT
with a person of suitable age and discretion: to wit MS. KOHN, RELATIVE Deponent
described Person served as aforesaid to the best of deponents ability at the
time and circumstances of service as follows:

 Sex  FEMALE , Color WHITE, Hair BROWN, app.age 36 YRS, app.ht 5'7", app.wt
160 LBS
That on the 19 day of March 2010 I deposited in the U.S. mails a true copy of
the SUMMONS IN A CIVIL ACTION, CONSOLIDED AMENDED COMPLAINT
properly enclosed and sealed in a post-paid wrapper addressed to the said
defendant at the aforementioned
(B) (place of business marked personal and confidential)
9 DOLSON RD, APT 3822;MONSEY, NY 10952-2820
BY FIRST CLASS MAIL. AND NOT BEARING ANY IDENTIFICATION TO A LAWSUIT.
That at the time of service aforesaid, I asked Person so served or Person spoken
to whether the defendant herein was in the military service of the State of N.Y.
or the United States and received a negative reply. Upon information  and belief
based  upon the  conversation and  observation as aforesaid  I aver  that the
defendant is not in the military service of the State of N.Y. or the United
States as that term is defined in the statutes of the State of N.Y. or the
Federal Soldiers and Sailors Civil Relief Act.

SWORN to before me this 19
day of March 2010

                                    DANNY KNIGHT
                                    License No.: NO LIC REQ.   :bb
                                                          *CMHT019DOL*