UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE HERALD, PRIMEO AND THEMA FUNDS SECURITIES LITIGATION | : 09 Civ. 0289 (RMB) (HBP) <br> : <br> : ECF CASE <br> : <br> : **NOTICE OF APPEARANCE** <br> : <br> : |

PLEASE TAKE NOTICE of the appearance of the undersigned counsel on behalf of defendant Herald (LUX) through Messrs. Ferdinand Burg and Carlo Reding, the Court Appointed Liquidators for Herald (LUX) (collectively, the "Liquidators").

The Liquidators reserve all rights, objections and defenses in the matter, including, but not limited to, issues of jurisdiction. I certify that I am admitted to practice in this Court.

Dated: October 19, 2010

By: /s/ Brett S. Moore
Brett S. Moore
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, New Jersey 07962-1997
(973) 538-4006 (Phone)
(973) 538-5146 (Fax)
bsmoore@pbnlaw.com

Attorneys for Messrs. Ferdinand Burg and Carlo Reding, the Court Appointed Liquidators for Herald (LUX)

1404499