**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re HERALD, PRIMEO and THEMA FUNDS SECURITIES LITIGATION, <br><br> This Document Relates To: <br><br> ALL ACTIONS. | ) Civil Action No. 09 CIV 289 (RMB)(HBP) <br> ) (Consolidated with 09 CIV 2032 and <br> ) 09 CIV 2558) <br> ) <br> ) **ECF Case** <br> ) <br> ) <br> ) |

**AFFIDAVIT OF SERVICE OF SUMMONS ON DEFENDANT
ERNST & YOUNG, CAYMAN ISLANDS**



Clerk of Court's Office
P.O. Box 495
George Town
Grand Cayman
Cayman Islands
B.W.I.

F.P. # <u>78/2010</u>

# AFFIDAVIT OF SERVICE

I, Velma Powery-Hewitt of George Town, Grand Cayman, affirm and say as follows:

1. I am the Bailiff of the Grand Court of the Cayman Islands.

2. On <u>MONDAY</u> the <u>13th</u> of <u>SEPT</u> 2010, at <u>5:00</u> hrs. I served the following documents, namely:
SEE LIST

On the registered office of   ERNEST & YOUNG

Located at   CAMANA BAY COMPLEX, WEST BAY ROAD, GRAND CAYMAN

By handing the said documents to   ROHAN SMALL, PARTNER OF ERNEST & YOUNG

At   ERNEST AND YOUNG, CAMANA BAY COMPLEX, WEST BAY ROAD, GRAND CAYMAN

3. The above statements made by me are true and correct.

BAILIFF OF THE GRAND COURT

Affirm to before me on Wednesday the 15th day of Sept 2010.

NOTARY PUBLIC GEORGE TOWN
GRAND CAYMAN, CAYMAN ISLANDS

# CERTIFICATE OF NOTARY

I,VALDIS FOLDATS ,CLERK OF THE COURTS OF THE CAYMAN ISLANDS DO HEREBY CERTIFY THAT EZMIE SMITH NOTARY PUBLIC, is validly appointed and remains a Notary Public under the Notaries Public Law.1982 (2006 Revision).

HER License expires 31st January, 2011

Dated this 8th day of October 2010

_____
CLERK/DEPUTY CLERK OF COURTS
FOR THE CAYMAN ISLANDS