UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re HERALD, PRIMEO and THEMA FUNDS SECURITIES LITIGATION<br><br>This Document Relates To:  09 CIV 289 and 09 CIV 2032 | Civil Action No. 09 CIV 289 (RMB) (HBP) (Consolidated with 09 CIV 2032 and 09 Civ 2558)<br><br>ECF CASE |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Claudius O. Sokenu hereby appears in Civil Action Nos. 09 CIV 289 and 09 CIV 2032 on behalf of defendant Ernst & Young Global Limited, certifies that he is admitted to practice in this Court, and requests that copies of all papers in this action be served on the undersigned at the address below or through the Court's ECF system.


Dated: October 26, 2010
      Washington, DC

Respectfully submitted,

ARNOLD & PORTER LLP

By:    /s/ Claudius O. Sokenu
      Claudius O. Sokenu
      John M. Massaro
      Arthur Luk
      555 Twelfth Street, NW
      Washington, DC 20004-1206
      Telephone:   (202) 942-5000
      Facsimile:    (202) 932-5999
      Email  claudius.sokenu@aporter.com
          john.massaro@aporter.com
          arthur.luk@aporter.com

*Attorneys for Ernst & Young Global Limited*