UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Herald, Primeo and Thema Fund Securities Litigation | **CERTIFICATE OF MAILING**  <br><br> 09 CV 289 (RMB) |

I, Ruby J. Krajick, Clerk of Court for the Southern District of New York, do hereby certify that on the

**29th day of October, 2010**

I served the

Summons & Consolidated Amended Complaint

pursuant to the Federal Rule of Civil Procedure 4(f)(2)(c)(ii) filed and issued herein on the,

**11th day of February, 2010**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8486 5023 5902**

*[signature: Ruby J. Krajick]*

CLERK

Dated: New York, NY

# FedEx International Air Waybill

FedEx Tracking Number  8486 5023 5902    Form ID No. 0402

## 1 From
Date

Sender's FedEx Account Number

Sender's Name

Phone

Company

Address

Address

City

State Province

Country

ZIP Postal Code

## 2 To
Recipient's Name

Phone

Company

Address

Dept/Floor

Address

City

State Province

Country

ZIP Postal Code

Recipient's Tax ID number for Customs purposes
e.g., GST/RFC/VAT/IN/EIN, or as locally required

## 3 Shipment Information
☐ For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages: 1  
Shipper's Load and Count/SLAC

Total Weight: 2.0  lbs ☐ kg ☐

DIM  / /  in ☐ cm ☐

| Commodity Description REQUIRED | Harmonized Code | Country of Manufacture | Value for Customs REQUIRED |
|---|---|---|---|
| | | | |

For U.S. Export Only: Check One  
☐ No SED required per Exemption  
☐ No SED required, value $2500 or less per Schedule B Commodity number  
☐ SED attached (provide export license no. and exp. date or license exception symbol, w/ECCN if applicable)

Total Declared Value for Carriage

Total Value for Customs (Specify Currency)

## 4 Express Package Service
Packages up to 150 lbs./68 kg  
For packages over 150 lbs. (68 kg), use the FedEx Expanded Service Intl. Air Waybill.

1 ☐ FedEx Intl. Priority  
6 ☐ FedEx Intl. First — Available to select locations. Higher rates apply.  
3 ☐ FedEx Intl. Economy — FedEx Envelope and FedEx Pak rate not available.

Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.

## 5 Packaging
*These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.

6 ☐ FedEx Envelope   2 ☐ FedEx Pak   3 ☐ FedEx Box   4 ☐ FedEx Tube  
1 ☐ Other   PW ☐ FedEx 10kg Box*   PX ☐ FedEx 25kg Box*

## 6 Special Handling
1 ☐ HOLD at FedEx Location  
3 ☐ SATURDAY Delivery — Available to select locations for FedEx Intl. Priority only.

## 7a Payment Bill transportation charges to:
Enter FedEx Acct. No. or Credit Card No. below.

1 ☒ Sender Acct. No. in Section 1 will be billed.  
2 ☐ Recipient  
3 ☐ Third Party  
4 ☐ Credit Card  
5 ☐ Cash/Check/Cheque

FedEx Acct. No.  
Credit Card No.  
Credit Card Exp. Date  
Total Transportation  
Specify Currency

## 7b Payment Bill duties and taxes to:
ALL shipments can be subject to Customs charges, which FedEx does not estimate prior to clearance.

Enter FedEx Acct. No. below.

1 ☒ Sender Acct. No. in Section 1 will be billed.  
2 ☐ Recipient  
3 ☐ Third Party

FedEx Acct. No.

## 8 Your Internal Billing Reference
First 24 characters will appear on invoice.

## 9 Required Signature
Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract.  
**WARNING:** These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:

This is not authorization to deliver this shipment without a recipient signature.

500

PART 156410  
Rev. Date 10/03  
©1994–2003 FedEx  
PRINTED IN U.S.A.

FedEx Tracking Number  8486 5023 5902   0402  Form ID No.

| Origin Station ID | Destination Station ID | URSA Routing | Handling Units |
|---|---|---|---|
| | | | |
| | | | Total Volume (cm) |

Received At: 1 ☐ Reg. Stop   2 ☐ On-Call Stop   3 ☐ Drop Box   4 ☐ World Service Center   5 ☐ Station   Forms Attached: ☐ CI  ☐ SED  ☐ CO

Base Charges ___  Declared Val. Chrg. ___  Other ___  ODA/OPA ___  Credit Card Auth. ___  
FedEx Emp. # ___  Audit Emp. # ___  Date ___  Time ___  Del. Courier Emp. # ___  Date ___  Time ___