UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re HERALD, PRIMEO and THEMA FUNDS SECURITIES LITIGATION<br><br>This Document Relates To: 09 CIV 289 and 09 CIV 2032 | Civil Action No. 09 CIV 289 (RMB) (HBP) (Consolidated with 09 CIV 2032 and 09 Civ 2558)<br><br>ECF CASE |

### MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Arthur Luk, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

John C. Massaro
Arnold & Porter LLP
555 12th Street, NW
Washington, DC 20004
Telephone: 202-942-5000
Fax Number: 202-942-5999
Email: john.massaro@aporter.com

Mr. Massaro is a member in good standing of the Bars of the States of Connecticut and New York and of the District of Columbia; of the United States Supreme Court; of the United States Courts of Appeal for the First, Second, Fourth and Eighth Circuits; and of the United States District Court for the District of Columbia.

There are no pending disciplinary proceedings against Mr. Massaro in any State or Federal Court.

Dated:    October 26, 2010
             Washington, DC

Respectfully submitted,

ARNOLD & PORTER LLP

By: _____
Claudius O. Sokenu
Arthur Luk
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone:  (202) 942-5000
Facsimile:  (202) 932-5999
Email  claudius.sokenu@aporter.com
        arthur.luk@aporter.com

*Attorneys for Ernst & Young Global Limited*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re HERALD, PRIMEO and THEMA FUNDS SECURITIES LITIGATION<br><br>This Document Relates To: 09 CIV 289 and 09 CIV 2032 | Civil Action No. 09 CIV 289 (RMB) (HBP) (Consolidated with 09 CIV 2032 and 09 Civ 2558)<br><br>ECF CASE |

### DECLARATION OF ARTHUR LUK IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Arthur Luk, being duly sworn, deposes and says as follows:

1. I am a member of the Bar of this Court. I submit this affidavit in support of the motion of defendant Ernst & Young Global Limited for the admission of John C. Massaro, Esq. to the Bar of this Court *pro hac vice*.

2. Mr. Massaro is a member of the firm of Arnold & Porter LLP, counsel for Ernst & Young Global Limited in the above-captioned action. Mr. Massaro is a member in good standing of the Bars of Connecticut, New York, and the District of Columbia. Certificates of good standing are annexed hereto as Exhibit A.

3. Mr. Massaro has advised me that he is familiar with the Federal Rules of Civil Procedure and with the local rules of this Court.

4. I have known Mr. Massaro since 2006. I have found Mr. Massaro to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure. Accordingly, I am pleased to move for the admission of John C. Massaro, Esq. *pro hac vice*.

5. I respectfully submit a proposed order granting the admission of John C. Massaro, Esq., *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit John C. Massaro, Esq., *pro hac vice*, to represent Defendant Ernst & Young Global in the above-captioned matters be granted.

Dated:  October 26, 2010
        Washington, DC

Respectfully submitted,

_____
Arthur Luk

# EXHIBIT A

# State of Connecticut
# Supreme Court

I, **Michele T. Angers**, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

**Do hereby certify**, that, in the Superior Court at **Danbury**, on the **7th** day of **January, 1993**

**John C. Massaro**

of

**Arlington, Virginia**

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all the courts of this state, and that said attorney is a member in good standing of the Bar of this State pursuant to Practice Book §2-65.

**In Testimony Whereof**, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day **October 21, 2010**

*Michele T. Angers*
Chief Clerk





# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **Matthew G. Kiernan**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **John C. Massaro** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **19th** day of **May 1993**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on October 19, 2010.

*Matthew G. Kiernan*
Clerk of the Court



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

JOHN C. MASSARO

was on the 7TH day of MARCH, 1994 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 21, 2010.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re HERALD, PRIMEO and THEMA FUNDS SECURITIES LITIGATION<br><br>This Document Relates To:  09 CIV 289 and 09 CIV 2032 | Civil Action No. 09 CIV 289 (RMB) (HBP) (Consolidated with 09 CIV 2032 and 09 Civ 2558)<br><br>ECF CASE |

Pursuant to Local Rule 1.3(c) of the United States District Court for the Southern District of New York and upon the declaration of Arthur Luk, Esq., a member of the Bar of this Court, it is

ORDERED that John C. Massaro, Esq. be admitted to the Bar of this Court *pro hac vice* as counsel for defendant Ernst & Young Global Limited.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____, 2010
New York, New York

SO ORDERED:

_____
Richard M. Berman,
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re HERALD, PRIMEO and THEMA FUNDS SECURITIES LITIGATION<br><br>This Document Relates To:  09 CIV 289 and 09 CIV 2032 | Civil Action No. 09 CIV 289 (RMB) (HBP) (Consolidated with 09 CIV 2032 and 09 Civ 2558)<br><br>ECF CASE |

## CERTIFICATE OF SERVICE

On October 26, 2010, I caused to be served a copy of the **NOTICE OF MOTION FOR ADMISSION PRO HAC VICE** to be served on counsel of record by First Class Mail.

_____
Arthur Luk