UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re HERALD, PRIMEO and THEMA FUNDS SECURITIES LITIGATION, | Civil Action No: 09-CV-289 (RMB(HBP) (Consolidated with 09-CV-2032 and 09-CV-2558) |
| | ECF |
| This Document Relates To: | NOTICE OF APPEARANCE |

---

**PLEASE TAKE NOTICE** that The Law Office of Sheldon Eisenberger, by Sheldon Eisenberger, Esq. hereby appears on behalf of defendant Sonja Kohn and requests that service of a copy of all papers in this action be served upon the undersigned at the address set forth below.

This appearance is made for the limited purpose of addressing the alternative service request made by Lead Plaintiff, Repex Ventures, S.A., and without waiving defendant Sonja Kohn's right to object to service of process, jurisdiction or venue in the above captioned case.

Dated:  New York, New York
November 10, 2010

THE LAW OFFICE OF SHELDON EISENBERGER
Attorneys for Defendant Sonja Kohn

By: /s/ Sheldon Eisenberger
Sheldon Eisenberger (SE-2021)
30 Broad Street—27th Floor
New York, New York 10004
(212) 422-3843

{00017552.DOC}