UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re HERALD, PRIMEO and THEMA FUNDS SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>*Repex Ventures, S.A. v. Bernard L. Madoff, et al.* | Civil Action No. 09 CIV 289 (RMB)(HBP) (Consolidated with 09 CIV 2032 and 09 CIV 2558)<br><br>ECF CASE |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Richard A. Martin hereby appears in Repex Ventures, S.A. v. Bernard L. Madoff, et al., Civil Action No. 09 CIV 289 on behalf of defendant Ernst & Young S. A., certifies that he is admitted to practice in this Court, and requests that copies of all papers in this action be served on the undersigned at the address below or through the Court's ECF system.

Dated: November 12, 2010
        New York, New York

Respectfully submitted,

By: /s/ Richard A. Martin
    Richard A. Martin (RM-7668)
    ORRICK HERRINGTON &
        SUTCLIFFE LLP
    51 West 52nd Street
    New York, New York 10019-6142
    Telephone:  212-506-5000
    Facsimile: 212-506-5151
    Email: rmartin@orrick.com

    *Attorneys for Defendant*
    *Ernst & Young S.A.*