UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re HERALD, PRIMEO and THEMA FUNDS SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>*Repex Ventures, S.A. v.*<br>*Bernard L. Madoff, et al.* | Civil Action No. 09 CIV 289 (RMB)(HBP)<br>(Consolidated with 09 CIV 2032 and<br>09 CIV 2558)<br><br>ECF CASE |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Patryk J. Chudy hereby appears in Repex Ventures, S.A. v. Bernard L. Madoff, et al., Civil Action No. 09 CIV 289 on behalf of defendant Ernst & Young S.A., certifies that he is admitted to practice in this Court, and requests that copies of all papers in this action be served on the undersigned at the address below or through the Court's ECF system.

Dated: November 12, 2010
        New York, New York

                                        Respectfully submitted,

                                        By:   /s/ Patryk J. Chudy
                                              Patryk J. Chudy (PC-8815)
                                              ORRICK HERRINGTON &
                                                  SUTCLIFFE LLP
                                              51 West 52nd Street
                                              New York, New York 10019-6142
                                              Telephone: 212-506-5000
                                              Facsimile: 212-506-5151
                                              Email: pchudy@orrick.com

                                              *Attorneys for Defendant*
                                              *Ernst & Young S.A.*