UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE HERALD, PRIMEO and THEMA FUNDS SECURITIES LITIGATION<br><br>This Document Relates To:  09 Civ. 289 and 09 Civ. 2032 | MASTER FILE<br>09 Civ. 289 (RMB) (HBP)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that Jeff G. Hammel hereby appears in the above-captioned actions on behalf of defendants Hannes Saleta, Karl E. Kaniak, Alfred Simon, Johannes P. Spalek, Dr. Hans-Peter Tiefenbacher, Declan Murray, Alberto La Rocca, and Ursula Radel-Leszczynski.

Dated:    New York, New York
               November 12, 2010

                                    Respectfully submitted,

                                    LATHAM & WATKINS LLP

                                    By: /s/ Jeff G. Hammel_____
                                         Jeff G. Hammel
                                         885 Third Avenue
                                         New York, New York  10022
                                         Telephone: (212) 906-1200
                                         Facsimile: (212) 751-4864
                                         jeff.hammel@lw.com

                                         *Attorneys for Defendants Hannes Saleta,*
                                         *Karl E. Kaniak, Alfred Simon, Johannes P.*
                                         *Spalek, Dr. Hans-Peter Tiefenbacher,*
                                         *Declan Murray, Alberto La Rocca, and*
                                         *Ursula Radel-Leszczynski*