UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re HERALD, PRIMEO and THEMA
FUNDS SECURITIES LITIGATION,

This Document Relates To:

Civil Action No: 09-CV-289 (RMB(HBP)
(Consolidated with 09-CV-2032 and 09-CV-2558)

ECF

NOTICE OF MOTION TO ADMIT COUNSEL
PRO HAC VICE

---

PLEASE TAKE NOTICE that upon the annexed Declaration of Sheldon Eisenberger, dated November 10, 2010, the accompanying Affidavit of Price O. Gielen dated November 8, 2010, and the exhibits annexed thereto, the undersigned moves this Court for an Order, pursuant to Rule 1.3(c) of the Local Rules for the United States District Court for the Southern and Eastern Districts of New York, admitting Price O. Gielen to the bar of this Court pro hac vice in the above-captioned case as counsel for defendant Sonja Kohn.

Dated: New York, New York
November 11, 2010

THE LAW OFFICE OF SHELDON EISENBERGER

By: *Sheldon Eisenberger*
Sheldon Eisenberger (SE-2021)
30 Broad Street
New York, New York 10004
(212) 422-3843
*Attorneys for defendant Sonja Kohn*

{00017547.DOC}

THE LAW OFFICE OF SHELDON EISENBERGER
SHELDON EISENBERGER (SE-2021)
30 Broad Street, 27th Floor
New York, New York 10004
(212) 422-3843

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re HERALD, PRIMEO and THEMA FUNDS SECURITIES LITIGATION,<br><br>This Document Relates To: | Civil Action No: 09-CV-289 (RMB(HBP) (Consolidated with 09-CV-2032 and 09-CV-2558)<br><br>ECF<br><br>DECLARATION OF SHELDON EISENBERGER, ESQ., IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF NEW YORK   )

Pursuant to 28 U.S.C. §1746, Sheldon Eisenberger hereby declares as follows:

1.  I am a member of the Law Office of Sheldon Eisenberger, counsel for defendant Sonja Kohn in the above captioned action. I submit this Declaration in support of the motion, pursuant to Local Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, for an Order granting Price O. Gielen admission *pro hac vice* to the bar of the United States District Court for the Southern District of New York in order to argue and try the above-captioned case.

2.  I am a member in good standing of the bar of the State of New York and was admitted to practice law on May 24, 1974. I am also a member in good standing of the bar of this Court.

3.  I have known Price O. Gielen since approximately 1995. Mr. Gielen is member of the law firm Neuberger, Quinn, Gielen, Rubin & Gibber, P.A., One South Street, 27th Floor, Baltimore, Maryland 21202.

4.  I have found Mr. Gielen to be a skilled attorney and person of integrity. He is experienced in Federal practice and is familiar with Federal Rules of Civil Procedure. Mr. Gielen is fully familiar with the facts of this case.

5.  Upon the foregoing facts, I am pleased to move for the admission of Price O. Gielen, *pro hac vice*. I respectfully submit a proposed order granting his admission, *pro hac vice*, which is annexed hereto as Exhibit A.

6.  Mr Gielen is appearing at the status conference on November 16, 2010 in the above captioned case solely for the limited purpose of addressing the alternative service request made by Lead Plaintiff, Repex Ventures, S.A. and without waiving Defendant Sonja Kohn's right to object to service of process, jurisdiction or venue in the above-captioned case. Indeed, by making this motion, defendant Sonja Kohn does not waive her right or compromise any rights she may have to object to any purported service of process, to jurisdiction or to venue in the above-captioned case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 10th day of November, 2010, in New York, New York.

THE LAW OFFICE OF SHELDON EISENBERGER

By: *Sheldon Eisenberger*
Sheldon Eisenberger (SE-2021)
The Law Office of Sheldon Eisenberger
30 Broad Street--27th Floor
New York, New York 10004
(212) 422-3843
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re HERALD, PRIMEO and THEMA
FUNDS SECURITIES LITIGATION,

    This Document Relates To:

) Civil Action No: 09-CV-289 (RMB(HBP)
) (Consolidated with 09-CV -2032 and
) 09-CV-2558)
)
) ECF
)
) ORDER FOR ADMISSION *PRO HAC*
) *VICE* ON WRITTEN MOTION

---

Upon the motion of Sheldon Eisenberger and said sponsor attorney's Declaration in support;

    IT IS HEREBY ORDERED that

    Price O. Gielen, Esquire
    Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
    One South Street, 27th Floor, Baltimore, Maryland 21202
    Tel: (410) 332-8584
    Fax: (410) 332-8561
    Email: pog@nqgrg.com

is admitted to practice *pro hac vice* as counsel for Defendant, Sonja Kohn in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:  November ____, 2010
        New York, New York

                                        _____
                                        The Honorable Richard M. Berman, USDJ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re HERALD, PRIMEO and THEMA
FUNDS SECURITIES LITIGATION,

      This Document Relates To:

) Civil Action No: 09-CV-289 (RMB(HBP)
) (Consolidated with 09-CV -2032 and
) 09-CV-2558)
)
) ECF
)
) AFFIDAVIT OF PRICE O. GIELEN IN
) SUPPORT OF MOTION FOR
) ADMISSION

---

I, Price O. Gielen, under oath, depose and state the following:

1. I submit this affidavit in support of the Motion for Admission for the purpose of representing Defendant, Sonja Kohn ("**Mrs. Kohn**") in the above-captioned matter.

2. I am a member of the law firm of Neuberger, Quinn, Gielen, Rubin & Gibber, P.A., One South Street, 27th Floor, Baltimore, Maryland 21202. My telephone number is (410) 332-8584. I am a 1976 graduate of Georgetown University Law Center. I am and have been a member in good standing of the bars of the State of Maryland and the District of Columbia since 1976; and of the bars of the Fourth Circuit of the United States and the U. S. District Court for the District of Maryland since 1977. Attached hereto as Exhibit 1 are Certificates of Good Standing attesting to my admission to the bars of the State of Maryland and the District of Columbia. Since the dates of my first admission, I have at all times remained a member in good standing in these Courts.

3. I am not now, nor have I ever been, suspended or disbarred from practicing law.

4. I have no disciplinary matters pending against me.

5. If admitted pursuant to Local Rule 1.3(c) to this Court, I will be admitted solely for the purpose of participating in the above-captioned matter.

6. I am willing and able to comply with all rules of this Court in relation to admission, professional conduct and procedure.

Dated this 8th day of November, 2010.

_____
Price O. Gielen

Subscribed and sworn to before
Me this 8th day of November, 2010.

_____
Notary Public
My Commission Expires: 12-6-2012

# Court of Appeals of Maryland
## Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

    I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the twenty-ninth day of December, 1976,

### Price Owen Gielen

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

    **In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this eighth day of November, 2010.

*Bessie M. Decker*
Clerk of the Court of Appeals of Maryland



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

_____PRICE OWEN GIELEN_____

was on the ___21ST___ day of ___OCTOBER, 1977___ duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 10, 2010.
>
> JULIO A. CASTILLO
> Clerk of the Court
>
> By: _____
>         Deputy Clerk

# AFFIDAVIT OF SERVICE

**STATE OF NEW YORK   )**
                                        ) ss.:
**COUNTY OF NEW YORK )**

**DALIA LEVINE**, being duly sworn, deposes and says:

I am over 18 years of age and I am not a party to this action.

On the 11th day of November 2010, I served, via U.S mail, a true copy of the annexed **Motion to admit counsel pro hac vice** in envelopes addressed to:

Stephen Douglas Bunch, Esq.
Joshua Seth Devore, Esq.
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005

Francis A. Bottini, Esq.
Johnson Francis, LLP
501 W. Broadway, Suite 1720
San Diego, CA 92101

Albert Yong Chang, Esq.
Johnson Bottini, LLP
501 W. Broadway, Suite 1720
San Diego, CA 92101

Fraser Lee Hunter, Jr., Esq.
Brad Eric Konstandt, Esq.
Howard M. Shapiro, Esq.
Anne K. Small, Esq.
Wilmer Cutler Pickering Hale & Dorr, LLP.
399 Park Avenue
New York, NY 10022

David Elbaum, Esq.
Brune & Richard LLP
One Battery Park Plaza
New York, NY 10004

{00017580.DOC}

Lisa Jean Fried, Esq.
Lovells, LLP
590 Madison Avenue
New York, NY 10022

Arthur Luk, Esq.
John Massaro, Esq.
Arnold & Porter, LLP (DC)
555 Twelfth Street, N.W.
Washington, DC 20004

Gregory Bradley Linkh, Esq.
Brian Philip Murray, Esq.
Murray, Frank & Sailer, LLP
275 Madison Avenue, Suite 801
New York, NY 10016

Gregory Bradley Linkh, Esq.
Murray, Frank & Sailer, LLP
275 Madison Avenue, Suite 801
New York, NY 10016

Sanford M. Litvack, Esq.
Dennis H. Tracey, III, Esq.
Hogan & Hartson LLP (NYC)
875 Third Avenue
New York, NY 10022

Thomas J. Moloney, Esq.
Cleary Gottlieb Steen & Hamilton LLP (NYC)
One Liberty Plaza
New York, NY 10006

Brett Samuel Moore, Esq.
Porzio, Bromberg & Newman, P.C. (NJ)
100 Southgate Parkway
Morristown, NJ 07962

Jack Reise, Esq.
197 South Federal Highway
Suite 200
Boca Raton, FL 33432

Thomas G. Rafferty, Esq.
Antony L. Ryan, Esq.
Samira Shah, Esq.
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

David Avi Rosenfeld, Esq.
Samuel Howard Rudman, Esq.
Robbins Geller Rudman & Dowd LLP (LI)
58 South Service Road, Suite 200
Melville, NY 11747

Samuel Howard Rudman, Esq.
Robbins Geller Rudman & Dowd LLP (LI)
58 South Service Road, Suite 200
Melville, NY 11747

Robert S. Schachter, Esq.
Zwerling, Schachter & Zwerling (Madison Avenue)
41 Madison Avenue
New York, NY 10010

Catherine A. Torell, Esq.
Cohen Milstein Sellers & Toll P.L.L.C
88 Pine Street, 14th Floor
New York, NY 10005

_____
DALIA LEVINE

Sworn to before me this 11th
day of November 2010

_____
Notary Public

GABRIEL S. ROSENBERG
Notary Public, State of New York
No. 02RO6063829
Qualified in Nassau County
Commission Expires _____

{00017580.DOC}