UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Herald, Primeo and Thema Fund Securities Litigation | **CERTIFICATE OF MAILING** <br>09 CV 00289 (RMB) |

I, Ruby J. Krajick, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 16th day of November, 2010

I served the

Summons & Consolidated Amended Complaint

pursuant to the Federal Rule of Civil Procedure 4(f)(2)(c)(ii) filed and issued herein on the,

### 11th day of February, 2010

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8729 1237 2290**

CLERK

Dated: New York, NY

# FedEx International Air Waybill

FedEx Tracking Number **8729 1237 2290**   Form ID No. **0402**

## 1 From

Date: 11/16/10
Sender's FedEx Account Number: 1256-9130-7
Sender's Name: S. Douglas Bunch
Phone: 202-408-4609
Company: Cohenm Milstein Sellers & Toll PLLC
Address: 1100 New York Avenue, N.W.
Address: Suite 500 West
City: Washington   State/Province: DC
Country: USA   ZIP/Postal Code: 20005

## 2 To

Recipient's Name: Dr. Hans-Peter Tiefenbacher
Company: c/o Campagnolo - Custode
Address: Via San Damiano 2
City: Milan
Country: Italy   ZIP/Postal Code: 20121

## 3 Shipment Information

Total Packages: 3
Total Weight: 2 lbs [X] kg

Commodity Description: Documents

## 4 Express Package Service

[X] FedEx Intl. Priority

## 5 Packaging

[X] FedEx Pak

## 6 Special Handling

## 7 Payment

Bill transportation charges to: [X] Sender
Bill duties and taxes to: [X] Sender

## 8 Your Internal Billing Reference

74760.002

## 9 Required Signature

Sender's Signature: S. Douglas Bunch

568

FedEx Tracking Number **8729 1237 2290**   Form ID No. **0402**