UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
                                 :      ECF CASE

                                 :

IN RE HERALD, PRIMEO AND THEMA FUNDS   :
SECURITIES LITIGATION                       :     No. 09 Civ. 0289 (RMB)
                                 :     (consolidated with 09 Civ. 2032
                                 :     and 09 Civ. 2558)

                                 :     **NOTICE OF APPEARANCE**

------------------------------------------------------------------------ x

PLEASE TAKE NOTICE of the appearance of the undersigned counsel on behalf

of defendants HSBC Holdings plc, HSBC Securities Services (Ireland) Limited, HSBC

Institutional Trust Services (Ireland) Limited, HSBC Securities Services (Luxembourg) S.A.,

Bank of Bermuda (Cayman) Limited, Bank of Bermuda (Luxembourg) S.A., and Bank of

Bermuda Limited (the "HSBC Defendants").   The undersigned certifies that he is admitted to

practice before this Court.

Dated:  New York, New York
          November 16, 2010

                                  CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                  By: _____/s/ Evan A. Davis_____

                                     Evan A. Davis
                                     One Liberty Plaza
                                     New York, NY 10006
                                     Tel: (212) 225-2000
                                     Fax: (212) 225-3999

                                     Attorneys for the HSBC Defendants