UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
:    ECF CASE
:
IN RE HERALD, PRIMEO AND THEMA FUNDS :
SECURITIES LITIGATION :    No. 09 Civ. 0289 (RMB)
:    (consolidated with 09 Civ. 2032
:    and 09 Civ. 2558)
:
:    **NOTICE OF APPEARANCE**
------------------------------------------------------------------------ x

      PLEASE TAKE NOTICE of the appearance of the undersigned counsel on behalf of defendants HSBC Holdings plc, HSBC Securities Services (Ireland) Limited, HSBC Institutional Trust Services (Ireland) Limited, HSBC Securities Services (Luxembourg) S.A., Bank of Bermuda (Cayman) Limited, Bank of Bermuda (Luxembourg) S.A., and Bank of Bermuda Limited (the "HSBC Defendants"). The undersigned certifies that he is admitted to practice before this Court.

Dated:  New York, New York
       November 16, 2010

                      CLEARY GOTTLIEB STEEN & HAMILTON LLP

                      By: _____/s/ Charles J. Keeley_____
                          Charles J. Keeley
                          New York, NY 10006
                          Tel: (212) 225-2000
                          Fax: (212) 225-3999

                 Attorneys for the HSBC Defendants