UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re Herald, Primeo and                    09 CV 00289 (RMB)
Thema Funds Secs. Litig.

-------------------------------------------------- X

## NOTICE OF CHANGE OF ADDRESS

☒ I have cases pending          ☐ I have no cases pending

TO:  ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for: Lisa Jean Fried

☒ Attorney

  ☒ I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is: LF6968 ; My State Bar Number is: 4112785

  ☐ I am a Pro Hac Vice attorney

  ☐ I am a Government Agency attorney

☒ Law Firm/Government Agency Association

  From: Lovells, LLP

  To: Hogan Lovells US LLP

  ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

  ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

☒ Address:          875 Third Avenue, New York, NY 10022

☒ Telephone No.:    (212) 918 3000

☒ Fax No.:          (212) 918 3100

☒ E-Mail Address:   lisa.fried@hoganlovells.com

Dated: November 18, 2010              /s/
                                      ATTORNEY'S SIGNATURE
                                      Lisa Jean Fried