UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

In re Herald, Primeo and Thema Funds Secs. Litig.

09 CV 00289 (RMB)

------------------------------------------------ X

## NOTICE OF CHANGE OF ADDRESS

☒ I have cases pending            ☐ I have no cases pending

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for: Dennis H. Tracey, III

☒ Attorney

    ☒ I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is: DT7856 ; My State Bar Number is: 1751361

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ Law Firm/Government Agency Association

    From: Hogan & Hartson L.L.P. (NYC)

    To: Hogan Lovells US LLP

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

☒ Address:   875 Third Avenue, New York, NY 10022

☒ Telephone No.:   (212) 918 3000

    (212) 918 3100

☒ Fax No.:   dennis.tracey@hoganlovells.com

☒ E-Mail Address:

Dated: November 18, 2010               /s/
                                     ATTORNEY'S SIGNATURE
                                     Dennis H. Tracey, III