UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re HERALD, PRIMEO and THEMA FUNDS SECURITIES LITIGATION,   This Document Relates To:   *Repex Ventures, S.A., etc. v.* *Bernard L. Madoff, et al.* | ) Civil Action No. 09 CIV 289 (RMB)(HBP) ) (Consolidated with 09 CIV 2032 and ) 09 CIV 2558) ) ) **ECF Case** ) ) ) ) |

**SUMMONS RETURNED EXECUTED ON**
**DEFENDANT ERNST & YOUNG GLOBAL LIMITED**

SFP: 2010-7911
Ref:

## CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

**1) that the document has been served the (date) 13 October 2010**
**que le demande a ete executee      le (date)**

-at (place, street, number)     **ERNEST & YOUNG GLOBAL LIMITED**
-a (localite, rue, numero)      **BECKET HOUSE,**
                                **1 LAMBETH PALACE ROAD**
                                **LONDON**
                                **SE1 7EU**

- in one of the following methods authorised by article 5:
-dans une des formes suivantes prevues a l'article 5:
a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the convention
selon les formes legales (article 5, alinea premier, lettre a)

b) in accordance with the following particular method
selon la forme particuliere suivante

c) by delivery to the addressee, who accepted it voluntarily
par remise simple
The documents referred to in the request have been delivered to:

Les documents mentionnes dans la demande ont ete remis a:
- (identity and description of person)
- (identite et qualite de la personne)

**- relationship to the addressee (family, business or     Officer of the Company Gillan Haselden**
**other)**
**- liens de parente de subordination ou autres avec**
**le desinataire de l'acts**

2) that the document has not been served, by reason of the following facts:
que la demande n'a pas ete executee, en raison des faits suivants:

in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses details in the attached statement.
Conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint

Annexes
Documents returned
Pieces renvoyees                                            Done at London
                                                            fait a

in appropriate cases, documents                             the 18 October, 2010
establishing the service:                                   le
le cas echeant, les documents
justicatifs de l'execution:                                 Signature and/or stamp:
                                                            Signature et/ou cachet: