**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ) | |
| ) | File No: |
| IN RE HERALD, PRIMEO AND THEMA ) | 09 Civ. 289 (RMB) (HBP) |
| FUNDS SECURITIES LITIGATION ) | |
| ) | |
| This document relates to:  09 Civ. 2032 (RMB) (HBP) ) | |
| ) | |

## <u>NOTICE OF APPEARANCE</u>

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance for Lead Plaintiff Dr. Shmuel Cabilly in the above-captioned action.  I certify that I am admitted to practice in this Court.

Dated: January 5, 2011                    Respectfully submitted,


                                       ____/s/ Lisa M. Mezzetti_____
                                       Lisa M. Mezzetti (LM-5105)
                                       COHEN MILSTEIN SELLERS
                                           & TOLL PLLC
                                       1100 New York Avenue, N.W.
                                       West Tower, Suite 500
                                       Washington, DC  20005-3964
                                       Tel.: (202) 408-4600
                                       Fax: (202) 408-4699

                                       ***Counsel for Lead Plaintiff***