UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE HERALD, PRIMEO AND THEMA FUNDS SECURITIES LITIGATION ) ) ) ) ) | File No: 09 Civ. 289 (RMB) (HBP) |
| This document relates to: 09 Civ. 2032 (RMB) (HBP) ) ) |  |

## NOTICE OF VOLUNTARY DISMISSAL OF FEDERAL SECURITIES CLAIMS

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Lead Plaintiff Dr. Shmuel Cabilly hereby voluntarily dismisses, without prejudice, his claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. §§ 78j and 78t(a), and Rule 10b-5, 17 C.F.R. § 240.10b5 (Counts 19, 22, 25, 26, 29, 32, and 33 of his Consolidated Amended Complaint) as to all Defendants named therein.  No Defendant named in these Counts has answered or otherwise responded to the Consolidated Amended Complaint.

Dated: January 5, 2010                    Respectfully submitted,

                                                 /s/ S. Douglas Bunch
                                      S. Douglas Bunch (SB-3028)
Steven J. Toll
Lisa M. Mezzetti
Joshua S. Devore
S. Douglas Bunch
COHEN MILSTEIN SELLERS
   & TOLL PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC  20005-3964
Tel.: (202) 408-4600
Fax: (202) 408-4699

*Counsel for Lead Plaintiff Dr. Shmuel Cabilly and Plaintiff Korea Exchange Bank and Lead Counsel for the Class*