

*Embassy of the United States of America*

# Certification of an Executed Letter Rogatory

REPUBLIC OF AUSTRIA            )
CITY OF VIENNA                 )
EMBASSY OF THE                 )  ss:
UNITED STATES OF AMERICA       )

I hereby certify that I received the annexed letters rogatory and accompanying documents on the date below.

January 3, 2011

Federal Ministry of
Foreign Affairs
of the Republic of Austria

*Catherine Muller*

Catherine E. Muller
Vice Consul
United States of America

January 3, 2011

GZ. BMeiA-US.4.15.04/0047-IV.1/2010

Bundesministerium für europäische
und internationale Angelegenheiten

An die
Botschaft der Vereinigten Staaten von Amerika
Boltzmanngasse 16
1090 **W i e n**

**V e r b a l n o t e**

Das Bundesministerium für europäische und internationale Angelegenheiten entbietet der Botschaft der Vereinigten Staaten von Amerika seine Empfehlungen und beehrt sich, mit Bezug auf die Note Nummer 111 vom 19. Juli 2010 mitzuteilen, dass das Original des Schriftstücks des Bezirksgerichts der Vereinigten Staaten, Südlicher Bezirk von New York, an Hannes SALETA in Wien ausgehändigt wurde. Der unterfertigte Zustellnachweis wird in der Beilage übermittelt.
Zwei Kopien des zugestellten Schriftstücks werden beiliegend retourniert.

Das Bundesministerium für europäische und internationale Angelegenheiten nützt diese Gelegenheit, der Botschaft der Vereinigten Staaten von Amerika die Versicherung seiner ausgezeichneten Hochachtung zu erneuern.

Wien, am 17. Dezember 2010

Beilagen

**Bezirksgericht Innere Stadt Wien**

1030 Wien, Marxergasse 1a
Tel: +43 (0) 1 51 5 28 - 662
Fax: +43 (0) 1 51 5 28 - 454

Bitte nachstehende Geschäftszahl
in allen Eingaben anführen:

39 Hc 522/10 x

An das
Bundesministerium für Justiz
Museumstrasse 7
1070 Wien

BUNDESMINISTERIUM FÜR JUSTIZ
Eingel. -6. DEZ. 2010
Zahl

zu GZ: BMJ-Z938.257/0002-I 10/2010

BMJ Z938257

Betrifft: Rechtssache Dr. Shmull Cabilly u.a. gegen 1) Bank Medici u.a.

Das gefertigte Gericht teilt höflich mit, dass dem Zustellersuchen des Bezirsgerichts der Vereinigten Staaten für den Südl. Bezirk von New York entsprochen wurde und übermittelt die Zustellnachweise zur gefälligen Kenntnisnahme.

Bezirksgericht Innere Stadt Wien
1030 Wien, Marxergasse 1a
Abt. 39 Hc, am 30.11.2010

Dr. Michaela Zeitler, Richterin



Gemeinsame ZUSTELLABTEILUNG
des Justizzentrum Wien Mitte Marxergasse 1a
1030 Wien, am 26.11.2010

81Nc 705/10t

**Zustellbericht zu:** 39Hc 522/10x

**Die bewilligte Zustellung an:** Hannes Saleta, 1020 Wien, Lassallestr. 1

**neue Zustelladresse:** ...........

**ist**

XXX.. vollzogen worden – persönlich am: 11.11.2010

~~an Bevollmächtigten:~~

am: ...........

..... nicht vollzogen worden,

..... weil Obengenannte(r) an angegebener Adresse nicht wohnt;

..... weil Obengenannte(r) unbekannt verzogen ist;

..... weil Obengenannte(r) auf unbestimmte Zeit (Urlaub, Geschäftsreise etc.) abwesend ist;

..... weil ...........

**AUSKUNFT:** ...........

Laut tel.Auskunft des .... Bez.Pol.Komt ...........
.... Zentralmeldeamtes ...........
.... Gemeindeamtes ...........

~~scheint Obengenannte(r) als .... neugemeldet~~
~~.... zweitgemeldet~~
~~.... abgemeldet   nicht auf.~~

**GESEHEN:**

/LEITER/

Der Zusteller:

1. **Erster** Zustellversuch am ..................
   **Ankündigung** eines 2. Zustellversuches
   ☐ in das Hausbrieffach
   ☐ in den Briefkasten    } eingelegt
   ☐ in den Briefeinwurf
   ☐ an der Abgabestelle zurückgelassen
   ☐ an der Eingangstür angebracht
2. **Zweiter** Zustellversuch am ..................
   **Verständigung** über die Hinterlegung
   ☐ in das Hausbrieffach
   ☐ in den Briefkasten    } eingelegt
   ☐ in den Briefeinwurf
   ☐ an der Abgabestelle zurückgelassen
   ☐ an der Eingangstür angebracht
3. **Annahmeverweigerung** am ..................
   durch ☐ Empfänger ☐
   ☐ Sendung an der Abgabestelle zurückgelassen
   ☐ Sendung beim Zustellpostamt hinterlegt
4. **Hinterlegung**
   ☐ beim Zustellpostamt
   ☐ beim Postamt
   Beginn der Abholfrist ..................

   _Schuster Thomas_
   Zusteller

Formular 3/1 zu § 22 des Zustellgesetzes (GeoForm 31b)

Frau/Herrn/Firma  Konvolut
Hannes Saleta
Rosalleegasse 1
1020 Wien     „durch Gerichtsboten"

**Übernahmsbestätigung**
Datum 11/11/2010
Unterschrift

☒ Empfänger
☐ Postbevollmächtigter für RSa-Briefe
☐ Angestellter des berufsmäßigen Parteienvertreters
☐

GZ: 3 C 522/10 x-2

81 Nc 705/10 f

Absender: **Bezirksgericht Innere Stadt**
Tel. (01) 515 28
Fax (01) 515 28-454
1030 Wien, Marxergasse 1a