Case 1:09-cv-00289-RMB-HBP   Document 165   Filed 01/07/11   Page 1 of 5

Embassy of the United States of America

# Certification of an Executed Letter Rogatory

REPUBLIC OF AUSTRIA    )
CITY OF VIENNA         )
EMBASSY OF THE         )    ss:
UNITED STATES OF AMERICA )

I hereby certify that I received the annexed letters rogatory and accompanying documents on the date below.

January 3, 2011

**Federal Ministry of
Foreign Affairs
of the Republic of Austria**

*Catherine Muller*

Catherine E. Muller
Vice Consul
United States of America

January 3, 2011

Bundesministerium für europäische
und internationale Angelegenheiten

GZ. BMeiA-US.4.15.04/0048-IV.1/2010

An die
Botschaft der Vereinigten Staaten von Amerika
Boltzmanngasse 16
1090  W i e n

## V e r b a l n o t e

Das Bundesministerium für europäische und internationale Angelegenheiten entbietet der Botschaft der Vereinigten Staaten von Amerika seine Empfehlungen und beehrt sich, mit Bezug auf die Note Nummer 111 vom 19. Juli 2010 mitzuteilen, dass das Original des Schriftstücks des Bezirksgerichts der Vereinigten Staaten, Südlicher Bezirk von New York, an die (Empfangs-Bevollmächtigte) Ehefrau von Mag. Johannes Peter SPALEK in Wien ausgehändigt wurde. Der unterfertigte Zustellnachweis wird in der Beilage übermittelt.
Zwei Kopien des zugestellten Schriftstücks werden beiliegend retourniert.

Das Bundesministerium für europäische und internationale Angelegenheiten nützt diese Gelegenheit, der Botschaft der Vereinigten Staaten von Amerika die Versicherung seiner ausgezeichneten Hochachtung zu erneuern.

Wien, am 20. Dezember 2010

Beilagen



**Bezirksgericht Innere Stadt Wien**
1030 Wien, Marxergasse 1a

Tel 01/51 5 28 – 0
Fax 01/51 5 28 – 454

<u>Bitte nachstehende Geschäftszahl
in allen Eingaben anführen:</u>

**39 Hc 525/10p**

An das
**Bundesministerium für Justiz**
Museumstraße 7
1070 Wien

```
BUNDESMINISTERIUM FÜR JUSTIZ
Eingel.   1 0. DEZ. 2010    fach.
                                  Blg.
Zahl                          Akten
```

**Betrifft: Rechtssache Dr. Shmuel Cabilly gegen Bank Medici u.a.**

**Zu Gz: BMJ-Z938.257/0009-I 10/2010**

Das gefertigte Gericht teilt höflich mit, dass die Zustellung an Mag. Johannes Peter Spalek erfolgt ist und verbleibt mit der Bitte um Kenntnisnahme.

Bezirksgericht Innere Stadt Wien
1030 Wien, Marxergasse 1A
Abt.39 am 02.12.2010

Dr. Michaela Zeitler
Richterin

Beilage: Rückschein, Zustellbericht

Gemeinsame ZUSTELLABTEILUNG
des Justizzentrum Wien Mitte Marxergasse 1a
1030 Wien, am .....26.11.2010.........

81Nc 756/10t

**Zustellbericht zu:**   39Hc 525/10p

**Die bewilligte Zustellung an:**   Mag. Johannes Peter Spalek,
1030 Wien, Marokkanerg. 22/9

neue Zustelladresse: ..........

i s t

..XXX. vollzogen worden - ~~persönlich am:~~

an Bevollmächtigten: Ehefrau

am: 10.11.2010

~~..... nicht vollzogen worden,~~

..... weil Obengenannte(r) an angegebener Adresse nicht wohnt;

..... weil Obengenannte(r) unbekannt verzogen ist;

..... weil Obengenannte(r) auf unbestimmte Zeit (Urlaub, Geschäftsreise etc.) abwesend ist;

..... weil .............

AUSKUNFT: .............

Laut tel.Auskunft des .... Bez.Pol.Komt .............
                       .... Zentralmeldeamtes .............
                       .... Gemeindeamtes .............

~~scheint Obengenannte(r) als .... neugemeldet~~
                              ~~.... zweitgemeldet~~
                              ~~.... abgemeldet~~   nicht auf.

GESEHEN:

/LEITER/

Der Zusteller:

1. **Erster** Zustellversuch am ...............
   **Ankündigung** eines 2. Zustellversuches
   ☐ in das Hausbrieffach ⎫
   ☐ in den Briefkasten   ⎬ eingelegt
   ☐ in den Briefeinwurf  ⎭
   ☐ an der Abgabestelle zurückgelassen
   ☐ an der Eingangstür angebracht
2. **Zweiter** Zustellversuch am ...............
   **Verständigung** über die Hinterlegung
   ☐ in das Hausbrieffach ⎫
   ☐ in den Briefkasten   ⎬ eingelegt
   ☐ in den Briefeinwurf  ⎭
   ☐ an der Abgabestelle zurückgelassen
   ☐ an der Eingangstür angebracht
3. **Annahmeverweigerung** am ...............
   durch ☐ Empfänger ☐
   ☐ Sendung an der Abgabestelle zurückgelassen
   ☐ Sendung beim Zustellpostamt hinterlegt
4. **Hinterlegung**
   ☐ beim Zustellpostamt ...............
   ☐ beim Postamt ...............
   Beginn der Abholfrist ...............

_Schuster Thomas_
Zusteller

Formular 3/1 zu § 22 des Zustellgesetzes (GeoForm 31b)

Frau/Herrn/Firma _Konvolut_
_Mag. Spolek Johannes Peter_
_Marokkanergasse 22/P_
_1030 Wien_
„durch Gerichtsboten"

**Übernahmsbestätigung**
Datum _10.11.2010_
Unterschrift _[signature]_
GZ: _3P Mc 520/10p_

☐ Empfänger
☒ Postbevollmächtigter für RSa-Briefe
☐ Angestellter des berufsmäßigen Parteienvertreters
☒ EHE FRAU

Absender: **Bezirksgericht Innere Stadt**
Tel. (01) 515 28
Fax (01) 515 28-454
1030 Wien, Marxergasse 1a