UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
:        09 Civ. 0289 (RMB) (HBP)
:
IN RE HERALD, PRIMEO and THEMA FUNDS      :        ECF Case
SECURITIES LITIGATION                     :        Electronically Filed
:
:        **NOTICE OF APPEARANCE**
------------------------------------------------------------------ x

       To the Clerk of this Court and all parties of record:

       Please enter my appearance as counsel in this action for defendant UniCredit S.p.A.

       I certify that I am admitted to practice in this Court.

Dated: New York, New York
       January 7, 2011                 /s/ Susan L. Saltzstein_____
                                                 Susan L. Saltzstein
                                                 Susan.Saltzstein@Skadden.com
                                                 SKADDEN, ARPS, SLATE,
                                                   MEAGHER & FLOM LLP
                                                 Four Times Square
                                                 New York, NY 10036
                                                 Telephone:  (212) 735-3000
                                                 Facsimile:  (212) 735-2000