UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                       :    09 Civ. 0289 (RMB) (HBP)
                                                       :
IN RE HERALD, PRIMEO and THEMA FUNDS    :    ECF Case
SECURITIES LITIGATION                              :    Electronically Filed
                                                       :
                                                       :    **NOTICE OF APPEARANCE**
------------------------------------------------------------- x

         To the Clerk of this Court and all parties of record:

         Please enter my appearance as counsel in this action for defendant UniCredit S.p.A.

         I certify that I am admitted to practice in this Court.

Dated: New York, New York
        January 7, 2011                        /s/ Jason C. Vigna_____
                                             Jason C. Vigna
                                             Jason.Vigna@Skadden.com
                                             SKADDEN, ARPS, SLATE,
                                                  MEAGHER & FLOM LLP
                                             Four Times Square
                                             New York, NY 10036
                                             Telephone: (212) 735-3000
                                             Facsimile: (212) 735-2000