UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE HERALD, PRIMEO, AND THEMA FUNDS SECURITIES LITIGATION | Case No. 09 Civ. 0289 (RMB) |
| THIS DOCUMENT RELATES TO:<br><br>NEVILLE SEYMOUR DAVIS,<br><br>                                        Plaintiff,<br><br>               v.<br><br>ALBERTO BENBASSAT, STÉPHANE BENBASSAT, GENEVALOR, BENBASSAT & CIE, GERALD J.P. BRADY, JOHN HOLLIWELL, SONJA KOHN, DANIEL MORRISSEY, PETER SCHEITHAUER, DAVID T. SMITH, WERNER TRIPOLT, BANK MEDICI AG, UNICREDIT SPA, HSBC INSTITUTIONAL TRUST SERVICES (IRELAND) LTD., HSBC SECURITIES SERVICES (IRELAND) LTD., HSBC HOLDINGS PLC, PRICEWATERHOUSECOOPERS INTERNATIONAL LTD., PRICEWATERHOUSECOOPERS (DUBLIN), PRICEWATERHOUSECOOPERS LLP, PRICEWATERHOUSECOOPERS BERMUDA, THEMA ASSET MANAGEMENT LIMITED, THEMA INTERNATIONAL FUND PLC, BA WORLDWIDE FUND MANAGEMENT LIMITED, PETER MADOFF, ANDREW MADOFF, MARK MADOFF, WILLIAM GRY, JPMORGAN CHASE & CO., and THE BANK OF NEW YORK MELLON,<br><br>                                        Defendants. | Case No. 09 Civ. 2558 (RMB) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that James H.R. Windels of the law firm Davis Polk & Wardwell LLP hereby enters his appearance in this case as attorney of record for Defendant PricewaterhouseCoopers LLP and requests that all subsequent papers be

served upon him at the address below or via CM/ECF.  I certify that I am admitted to practice in this court.

Dated:   January 24, 2011

Respectfully submitted,

/s/ James H.R. Windels
James H.R. Windels

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4978
Facsimile:  (212) 701-5978
james.windels@davispolk.com

*Attorneys for Defendant*
*PricewaterhouseCoopers LLP*