UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE HERALD, PRIMEO AND THEMA  :   Master File No. 09 Civ. 289
FUNDS SECURITIES LITIGATION     :   (RMB) (HBP)
                                :
                                :   ECF Case
This action relates to:         :   Electronically Filed
09 Civ. 289 (RMB) (HBP)
09 Civ. 2032 (RMB) (HBP)
09 Civ. 2558 (RMB) (HBP)

This document relates to:
All Actions

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 7.1 OF UNICREDIT S.p.A.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure,[1] and to enable

Judges and Magistrate Judges to evaluate possible disqualification or recusal, defendant

UniCredit S.p.A. states, by and through its undersigned counsel, as follows:

1.      UniCredit S.p.A. is a publicly held corporation whose shares trade on the

Borsa Italiana, Italy's main stock exchange.  No publicly held corporation owns 10% or more of

UniCredit S.p.A.'s stock.

---

[1]     UniCredit S.p.A. submits this Corporate Disclosure Statement without prejudice to, and without waiver of, any
rights, arguments or defenses it might otherwise have at law or in equity including, without limitations, its right
to contest personal jurisdiction.  UniCredit S.p.A. does not hereby submit to the jurisdiction of this Court.

Dated:  New York, New York
        February 9, 2011

Respectfully submitted,

 _/s/ Susan L. Saltzstein_____
Susan L. Saltzstein
   (Susan.Saltzstein@Skadden.com)
Marco E. Schnabl
   (Marco.Schnabl@skadden.com)
Maura Barry Grinalds
   (MauraBarry.Grinalds@skadden.com)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

*Attorneys for Defendant UniCredit S.p.A.*