UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re HERALD, PRIMEO and THEMA FUNDS SECURITIES LITIGATION,<br><br>This Document Relates To:<br><br>*Repex Ventures, S.A., etc. v.*<br>*Bernard L. Madoff, et al.* | ) Civil Action No. 09 CIV 289 (RMB)(HBP)<br>) (Consolidated with 09 CIV 2032 and<br>) 09 CIV 2558)<br>)<br>) **ECF Case**<br>)<br>)<br>)<br>) |

**SUMMONS RETURNED EXECUTED ON
DEFENDANT SONJA KOHN VIA PERSONAL SERVICE**

# Attestation   CERTIFICATE   *Zustellungszeugnis*   Attestazione

L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de la dite Convention,
THE UNDERSIGNED AUTHORITY HAS THE HONOUR TO CERTIFY, IN CONFORMITY WITH ARTICLE 6 OF THE CONVENTION,
*Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,*
L'autorità sottoscritta si pregia attestare in conformità all'art. 6 di detta Convenzione,

Supreme Court of the Canton of Zurich
International Legal Assistance
(Please mention this reference in any reply)

1. que la demande a été exécutée[1]   THAT THE DOCUMENT HAS BEEN SERVED[1]
   *dass das Ersuchen erledigt worden ist[1]*   che la domanda è stata eseguita[1]

**WR 1 1 0 1 0 9 -O**

- le (date)   THE (DATE)   - *am (Datum)*   - il (data)   **February 7, 2011**
- à (localité, rue, numéro)   - AT (PLACE, STREET, NUMBER)   **8002 Zürich, Ulmbergstrasse 1, 8002 Zürich, Stadtam-**
- *in (Ort, Strasse, Nummer)*   - a (località, via, numero)   **mannamt Zürich 2 (competent community clerk office for Zurich's 2nd district).**

- dans une des formes suivantes prévues à l'article 5:   - IN ONE OF THE FOLLOWING METHODS AUTHORISED BY ARTICLE 5:
- *in einer der folgenden Formen nach Artikel 5:*   - in una delle seguenti forme previste dall'articolo 5:

a) - selon les formes légales (article 5, alinéa premier, lettre a)[1].
   - IN ACCORDANCE WITH THE PROVISIONS OF SUB-PARAGRAPH (A) OF THE FIRST PARAGRAPH OF ARTICLE 5 OF THE CONVENTION[1].
   - *in einer der gesetzlichen Formen (Art. 5 Abs. 1 Bst. a)[1].*
   - secondo le forme di legge (art. 5 comma 1 lett. a)[1].

[b)] - selon la forme particulière suivante[1]:   **Personal service of documents by an official clerk**
   - IN ACCORDANCE WITH THE FOLLOWING PARTICULAR METHOD[1]:
   - *in der folgenden besonderen Form[1]:*
   - secondo la forma particolare seguente[1]:

c) - par remise simple[1].   - BY DELIVERY TO THE ADDRESSEE, WHO ACCEPTED IT VOLUNTARILY[1]
   - *durch einfache Übergabe[1].*   - mediante semplice consegna[1].

Les documents mentionnés dans la demande ont été remis à:
THE DOCUMENTS REFERRED TO IN THE REQUEST HAVE BEEN DELIVERED TO:
*Die in dem Ersuchen erwähnten Schriftstücke sind übergeben worden an:*
I documenti di cui alla domanda sono stati consegnati a:

- (Identité et qualité de la personne):   (IDENTITY AND DESCRIPTION OF PERSON):   **Ms Sonja Kohn**
- *(Name und Stellung der Person):*   - (identità e qualità della persona):

- liens de parenté, de subordination ou autres, avec le destinataire de l'acte:   **Adressee**
- RELATIONSHIP TO THE ADDRESSEE (FAMILY, BUSINESS OR OTHER):
- *Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger:*
- rapporto di parentela, di subordinazione od altro, con il destinatario dell'atto:

2. que la demande n'a pas été exécutée, en raison des faits suivants[1]:
THAT THE DOCUMENT HAS NOT BEEN SERVED, BY REASON OF THE FOLLOWING FACTS[1]:
*dass das Ersuchen aus folgenden Gründen nicht erledigt werden konnte[1]:*
che la domanda non è stata eseguita, per i seguenti motivi[1]:

Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint[1].
IN CONFORMITY WITH THE SECOND PARAGRAPH OF ARTICLE 12 OF THE CONVENTION, THE APPLICANT IS REQUESTED TO PAY OR REIMBURSE THE EXPENSES DETAILED IN THE ATTACHED STATEMENT[1].
*Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten[1].*
In conformità all'articolo 12 comma 2 di detta Convenzione, il richiedente è pregato di pagare o rimborsare le spese indicate dettagliatamente nella memoria allegata[1].

**Annexes:**   ANNEXES:   *Beilagen:*   Allegati:

Pièces renvoyées:   DOCUMENTS RETURNED:
*Zurückgesandte Schriftstücke:*   Se del caso, gli atti che ne comprovano l'esecuzione:

**Hague form, signed certificate, duplicate of documents according to the list of documents on page 1 of the request form.**

Le cas échéant, les documents justificatifs de l'exécution:   IN APPROPRIATE CASES, DOCUMENTS ESTABLISHING THE SERVICE:
*Gegebenenfalls Erledigungsstücke:*   Atti restituiti:

Fait à   DONE AT   *Ausgefertigt in*   Fatto a   Obergericht des Kantons Zürich
Internationale Rechtshilfe
Hirschengraben 15
Postfach
8021 Zürich (Schweiz)   le   THE   *am*   il   **February 14, 2011**

**Signature et cachet**   SIGNATURE AND STAMP
*Unterschrift und Stempel*   Firma e timbro

# Obergericht des Kantons Zürich




Stadtammannamt Zürich 2
SGK Nr. 6

## Récépissé - Empfangsbescheinigung - Ricevuta - Receipt - Recibo

Affaire no:
Geschäfts-Nr.:
Affare n.:
Case no:
Nr. de expediente:

**WR110109-O**

Zürich, 28. Januar 2011

| | |
|---|---|
| Autorité requérante<br>Ersuchende Behörde<br>Autorità richiedente<br>Issuing Authority | **Obergericht des Kantons Zürich**<br>**Internationale Rechtshilfe**<br>**Hirschengraben 13/15**<br>**Postfach 2401**<br>**8021 Zürich (Schweiz)** |
| Nature de la procédure<br>Art des Verfahrens<br>Natura della procedura<br>Nature of proceeding | **In Sachen:** Repex Ventures S.A. vs. Herald (LUX), Herald Asset Management Ltd., Paul de Sury, Gabriel Safdie, William A. Jones, Bank Medici, Unicredit S.A., Sonja Kohn, Peter Scheithauer, Helmuth E. Frey, Andreas Pirkner, Friedrich Pfeffer, Franco Mugnai, Richard Goddard, Hannes Saleta, Bank Austria Creditanstalt, Ernst & Young S.A., Ernst & Young Cayman Islands, Ernst & Young Global Ltd., HSBC Securities Services (Luxembourg) S.A., HSBC Holdings plc., Friehling & Horowitz<br><br>**Betreffend:** Bruch von Treuhänderpflichten, grobe Fahrlässigkeit, ungerechtfertigte Bereicherung etc. |
| Désignation des actes à notifier<br>Bezeichnung der zuzustellenden Akten<br>Designazione degli atti da notificare<br>Indication of the documents to be served | 1. Summary of the document to be served<br>2. Amended Summons/ Abgeänderte Klage<br>3. Amended Class Action Complaint/ Abgeänderte Samelklage<br>4. Civil Case Cover Sheet<br>5. Electronic Case Filing Rules & Instructions<br>6. Individual Practices of Honorable Richard M. Berman |
| Traduction<br>Übersetzung<br>Traduzione<br>Translation | englisch-deutsch |
| Nom et domicile de la personne à laquelle la notification doit être faite<br><br>Name und Wohnort der Person, für welche die Zustellung bestimmt ist<br><br>Nome e domicilio della persona alla quale deve essere fatta la notifica<br><br>Name and address of the person upon whom service shall take place | Frau<br>Sonja Kohn<br>Katharinenweg 4<br>8002 Zürich |
| Nationalité du destinataire (si connue)<br>Nationalität des Empfängers (falls bekannt)<br>Nazionalità del destinatario (se conosciuta)<br>Nationality of receiver (if known) | Staatsangehörige von Österreich |
| Date de la notification<br>et signature du destinataire<br>**Datum der Zustellung<br>und Unterschrift des Empfängers**<br>Data della notifica e firma del destinatario<br>**Date of service and signature of receiver** | *Siehe Seite 2*<br><br>Bei Annahme der Dokumente bitte hier mit Datum und Unterschrift signieren. |

## Erklärung und Unterschrift der Empfängerin zur Annahmeverweigerung:[1]

Falls die Empfängerin die Annahme verweigern möchte, bitte nachfolgend die Verweigerungsgründe aufführen und mit Datum und Unterschrift bestätigen:

........................................................................................................................................
........................................................................................................................................
........................................................................................................................................
........................................................................................................................................
........................................................................................................................................
........................................................................................................................................
........................................................................................................................................
........................................................................................................................................
........................................................................................................................................

Ort und Datum:                                         Unterschrift:

*Zürich, 7. Feb. 2011*                                 *Sonja Roth*

*Die Sendung wurde angenommen*

*Betreibungsamt Zürich 2*
*Th. Cserti, Zustellbeamter*

---

[1] **Bitte diese zweite Seite** mit Textfeld, Datums- und Unterschriftsfeld **nur im Falle einer Annahmeverweigerung benützen**. Falls Sie die Akten annehmen möchten, bestätigen Sie den Empfang mittels Unterschrift und Datum **im dafür vorgesehenen Feld auf der ersten Seite** (Empfangsschein). Besten Dank.