UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re HERALD, PRIMEO and THEMA FUNDS SECURITIES LITIGATION, | Civil Action No. 09 CIV 289 (RMB)(HBP) (Consolidated with 09 CIV 2032 and 09 CIV 2558) |
| This Document Relates To: | **ECF Case** |
| *Repex Ventures, S.A., etc. v. Bernard L. Madoff, et al.* | |

## SUMMONS RETURNED EXECUTED ON DEFENDANT SONJA KOHN VIA POSTAL DELIVERY

**Attestation**  CERTIFICATE  *Zustellungszeugnis*  Attestazione

L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de la dite Convention,
THE UNDERSIGNED AUTHORITY HAS THE HONOUR TO CERTIFY, IN CONFORMITY WITH ARTICLE 6 OF THE CONVENTION,
*Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,*
L'autorità sottoscritta si pregia attestare in conformità all'art. 6 di detta Convenzione,

Supreme Court of the Canton of Zurich
International Legal Assistance
(Please mention this reference in any reply)

1. que la demande a été exécutée[1]  THAT THE DOCUMENT HAS BEEN SERVED[1]
   *dass das Ersuchen erledigt worden ist[1]*  che la domanda è stata eseguita[1]

   **WR 1 1 0 1 0 8 -O**

   - le (date)  THE (DATE)  - *am (Datum)*  - il (data)  **February 7, 2011**
   - à (localité, rue, numéro)  - AT (PLACE, STREET, NUMBER)  **8002 Zürich, Katharinenweg 4**
   - *in (Ort, Strasse, Nummer)*  - a (località, via, numero)

   - dans une des formes suivantes prévues à l'article 5:  - IN ONE OF THE FOLLOWING METHODS AUTHORISED BY ARTICLE 5:
   - *in einer der folgenden Formen nach Artikel 5:*  - in una delle seguenti forme previste dall'articolo 5:

   [a)] - selon les formes légales (article 5, alinéa premier, lettre a)[1].
   - IN ACCORDANCE WITH THE PROVISIONS OF SUB-PARAGRAPH (A) OF THE FIRST PARAGRAPH OF ARTICLE 5 OF THE CONVENTION[1].
   - *in einer der gesetzlichen Formen (Art. 5 Abs. 1 Bst. a)[1].*
   - secondo le forme di legge (art. 5 comma 1 lett. a)[1].

   b) - selon la forme particulière suivante[1]:
   - IN ACCORDANCE WITH THE FOLLOWING PARTICULAR METHOD[1]:
   - *in der folgenden besonderen Form[1]:*
   - secondo la forma particolare seguente[1]:

   c) - par remise simple[1].  - BY DELIVERY TO THE ADDRESSEE, WHO ACCEPTED IT VOLUNTARILY[1]
   - *durch einfache Übergabe[1].*  - mediante semplice consegna[1].

   s documents mentionnés dans la demande ont été remis à:
   THE DOCUMENTS REFERRED TO IN THE REQUEST HAVE BEEN DELIVERED TO:
   *Die in dem Ersuchen erwähnten Schriftstücke sind übergeben worden an:*
   I documenti di cui alla domanda sono stati consegnati a:

   - **(Identité et qualité de la personne):**  (IDENTITY AND DESCRIPTION OF PERSON):
   - *(Name und Stellung der Person):*  - (identità e qualità della persona):

   - liens de parenté, de subordination ou autres, avec le destinataire de l'acte:
   - RELATIONSHIP TO THE ADDRESSEE (FAMILY, BUSINESS OR OTHER):
   - *Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger:*
   - rapporto di parentela, di subordinazione od altro, con il destinatario dell'atto:

   **The addressee, Ms Sonja Kohn, or another authorized member of the same household.**

2. que la demande n'a pas été exécutée, en raison des faits suivants[1]:
   THAT THE DOCUMENT HAS NOT BEEN SERVED, BY REASON OF THE FOLLOWING FACTS[1]:
   *dass das Ersuchen aus folgenden Gründen nicht erledigt werden konnte[1]:*
   che la domanda non è stata eseguita, per i seguenti motivi[1]:

**Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint[1].**
IN CONFORMITY WITH THE SECOND PARAGRAPH OF ARTICLE 12 OF THE CONVENTION, THE APPLICANT IS REQUESTED TO PAY OR REIMBURSE THE EXPENSES DETAILED IN THE ATTACHED STATEMENT[1].
*ich Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten[1].*
In conformità all'articolo 12 comma 2 di detta Convenzione, il richiedente è pregato di pagare o rimborsare le spese indicate dettagliatamente nella memoria allegata[1].

Annexes:  ANNEXES:  *Beilagen:*  Allegati:

**Pièces renvoyées:**  DOCUMENTS RETURNED:
*Zurückgesandte Schriftstücke:*  Se del caso, gli atti che ne comprovano l'esecuzione:
**Hague form, signed certificate, duplicate of documents according to the list of documents on page 1 of the request form.**

Le cas échéant, les documents justificatifs de l'exécution:  IN APPROPRIATE CASES, DOCUMENTS ESTABLISHING THE SERVICE:
*Gegebenenfalls Erledigungsstücke:*  Atti restituiti:

Obergericht des Kantons Zürich
Internationale Rechtshilfe
Hirschengraben 15
Postfach
8021 Zürich (Schweiz)

Fait à  DONE AT  *Ausgefertigt in*  Fatto a    le  THE  *am*  il  **February 14, 2011**

**Signature et cachet**  SIGNATURE AND STAMP
*Unterschrift und Stempel*  Firma e timbro

Tom Šimašek
Legal Assistant





Kopie
zur Kenntnisnahme

# Track & Trace Business

### Mailing information

Consignment number: 98.42.172015.00247988
Basic service: Registered mail
Additional services: GU

### Confirmation of receipt

| 1st signature | 2nd signature (optional) |
|---|---|
|  |  |

Date/time signature:
07.02.2011, 08:58:40
Receiver:
KOHN.

Date/time signature:
08.02.2011, 06:29:41
Receiver:
EGGER

### Item events

| Date | Time | Status | Processed by |
|---|---|---|---|
| 31.01.2011 | 17:16 | Mailing | 8032 Zürich 32 Neumünster |
| 01.02.2011 | 07:11 | misdirected | 8021 Zürich 1 Fächer |
| 02.02.2011 | 07:30 | misdirected | 8021 Zürich 1 Fächer |
| 03.02.2011 | 07:15 | misdirected | 8021 Zürich 1 Fächer |
| 04.02.2011 | 10:43 | Registered for collection | 8016 Zürich 16 Zustellung |
| 04.02.2011 | 12:09 | Arrival at pick-up/delivery point | 8027 Zürich 27 Enge |
| 07.02.2011 | 08:58 | Delivered over counter | 8027 Zürich 27 Enge |
| 07.02.2011 | 09:00 | Mailing | 8027 Zürich 27 Enge |
| 08.02.2011 | 05:35 | Arrival at pick-up/delivery point | 8021 Zürich 1 Fächer |

**R** 8021 Zürich



98.42.172015.00247988
Recommandé Suisse

31.01.11   012.00
CH-8021    GU-AJ-AG
Zürich     BP-LET
739242     DIE POST

Das Adressblatt ist nach der Zustellung der Gerichtsurkunde durch

## Empfangsbestätigung
(Der Empfang ist auch im Zustellbuch zu bescheinigen)

Der Unterzeichnete bescheinigt den Empfang der Sendung mit folgendem Inhalt:

G-Nr. RH/WR110108-O   ES-Nr 268.209

Summary of the document to be served, Amended Summons, Amended Class Action Complaint, Civil Case Cover Sheet, Electronic Case Filing Rules & Instructions, Individual Practices, U.S. District Court, Southern District of New York, N° 09 CIV 289, einfach, englisch/deutsch.

Ort _____ Datum _____

Unterschrift _Sonja Kohn_

## Gerichtsurkunde zuzustellen an

Frau
Sonja Kohn
~~Katharinenweg 4~~
~~8002 Zürich~~

Internationale Rechtshilfe
Hirschengraben 13/15
Postfach 2401
8021 Zürich (Schweiz)