# SWISS POST

## Track & Trace Business

**Kopie**
zur Kenntnisnahme

Mailing information

| | |
|---|---|
| Consignment number: | 99.42.172015.00011774 |
| Weight: | 1.480 kg |
| Dimensions: | 33.0 x 23.6 x 3.9 cm |
| Basic service: | PostPac Priority |
| Additional services: | SI |

Deciphered address of
Katharinenweg
8002 Zürich Zustellkreis

Confirmation of receipt

1st signature



Date/time signature:
07.02.2011, 08:58:36
Receiver:
KOHN.

Item events

| Date | Time | Status | Processed by |
|---|---|---|---|
| 28.01.2011 | 16:02 | Mailing | 8032 Zürich 32 Neumünster |
| 28.01.2011 | 19:54 | Sorting - forwarding | 8902 Urdorf Geschäftskundenannahme |
| 28.01.2011 | 23:28 | sorted in | 8520 Frauenfeld Paketzentrum |
| 31.01.2011 | 07:21 | Registered for collection | 8902 Urdorf Distributionsbasis |
| 31.01.2011 | 12:57 | Arrival at pick-up/delivery point | 8027 Zürich 27 Enge |
| 07.02.2011 | 08:58 | Delivered over counter | 8027 Zürich 27 Enge |
| 07.02.2011 | 08:58 | Delivered over counter | 8027 Zürich 27 Enge |

| **Attestation** | CERTIFICATE | *Zustellungszeugnis* | Attestazione |

L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de la dite Convention,
THE UNDERSIGNED AUTHORITY HAS THE HONOUR TO CERTIFY, IN CONFORMITY WITH ARTICLE 6 OF THE CONVENTION,
*Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,*
L'autorità sottoscritta si pregia attestare in conformità all'art. 6 di detta Convenzione,

Supreme Court of the Canton of Zurich
International Legal Assistance
(Please mention this reference in any reply)

**WR 1 1 0 1 0 7 -O**

1. que la demande a été exécutée[1]
   THAT THE DOCUMENT HAS BEEN SERVED[1]
   *dass das Ersuchen erledigt worden ist[1]*
   che la domanda è stata eseguita[1]

   - le (date)   THE (DATE)   - *am (Datum)*   - il (data)   **February 7, 2011**
   - à (localité, rue, numéro)   - AT (PLACE, STREET, NUMBER)   **8002 Zürich, Katharinenweg 4**
   - *in (Ort, Strasse, Nummer)*   - a (località, via, numero)

   - dans une des formes suivantes prévues à l'article 5:   - IN ONE OF THE FOLLOWING METHODS AUTHORISED BY ARTICLE 5:
   - *in einer der folgenden Formen nach Artikel 5:*   - in una delle seguenti forme previste dall'articolo 5:

   a) [X] - selon les formes légales (article 5, alinéa premier, lettre a)[1].
       - IN ACCORDANCE WITH THE PROVISIONS OF SUB-PARAGRAPH (A) OF THE FIRST PARAGRAPH OF ARTICLE 5 OF THE CONVENTION[1].
       - *in einer der gesetzlichen Formen (Art. 5 Abs. 1 Bst. a)[1].*
       - secondo le forme di legge (art. 5 comma 1 lett. a)[1].

   b) - selon la forme particulière suivante[1]:
       - IN ACCORDANCE WITH THE FOLLOWING PARTICULAR METHOD[1]:
       - *in der folgenden besonderen Form[1]:*
       - secondo la forma particolare seguente[1]:

   c) - par remise simple[1].   - BY DELIVERY TO THE ADDRESSEE, WHO ACCEPTED IT VOLUNTARILY[1]
       - *durch einfache Übergabe[1].*   - mediante semplice consegna[1].

Les documents mentionnés dans la demande ont été remis à:
THE DOCUMENTS REFERRED TO IN THE REQUEST HAVE BEEN DELIVERED TO:
*Die in dem Ersuchen erwähnten Schriftstücke sind übergeben worden an:*
I documenti di cui alla domanda sono stati consegnati a:

- (Identité et qualité de la personne):   (IDENTITY AND DESCRIPTION OF PERSON):
- *(Name und Stellung der Person):*   - (identità e qualità della persona):
- liens de parenté, de subordination ou autres, avec le destinataire de l'acte:
- RELATIONSHIP TO THE ADDRESSEE (FAMILY, BUSINESS OR OTHER):
- *Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger:*
- rapporto di parentela, di subordinazione od altro, con il destinatario dell'atto:

**The addressee, Ms Sonja Kohn, or another authorized member of the same household.**

2. que la demande n'a pas été exécutée, en raison des faits suivants[1]:
   THAT THE DOCUMENT HAS NOT BEEN SERVED, BY REASON OF THE FOLLOWING FACTS[1]:
   *dass das Ersuchen aus folgenden Gründen nicht erledigt werden konnte[1]:*
   che la domanda non è stata eseguita, per i seguenti motivi[1]:

Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint[1].
IN CONFORMITY WITH THE SECOND PARAGRAPH OF ARTICLE 12 OF THE CONVENTION, THE APPLICANT IS REQUESTED TO PAY OR REIMBURSE THE EXPENSES DETAILED IN THE ATTACHED STATEMENT[1].
*Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten[1].*
In conformità all'articolo 12 comma 2 di detta Convenzione, il richiedente è pregato di pagare o rimborsare le spese indicate dettagliatamente nella memoria allegata[1].

Annexes:   ANNEXES:   *Beilagen:*   Allegati:

Pièces renvoyées:   DOCUMENTS RETURNED:
*Zurückgesandte Schriftstücke:*   Se del caso, gli atti che ne comprovano l'esecuzione:

**Hague form, signed certificate, duplicate of documents according to the list of documents on page 1 of the request form.**

Le cas échéant, les documents justificatifs de l'exécution:   IN APPROPRIATE CASES, DOCUMENTS ESTABLISHING THE SERVICE:
*Gegebenenfalls Erledigungsstücke:*   Atti restituiti:

Obergericht des Kantons Zürich
Internationale Rechtshilfe
Hirschengraben 15
Postfach
8021 Zürich (Schweiz)

Fait à   DONE AT   *Ausgefertigt in*   Fatto a   le   THE   *am*   il   **February 14, 2011**

Signature et cachet   SIGNATURE AND STAMP
*Unterschrift und Stempel*   Firma e timbro

Tom Šimašek

Civil Action No.: 1:09-cv-00289-RMB-HBP

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE

Supreme Court of the Canton of Zurich
International Legal Assistance
(Please mention this reference in any reply)

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

**WR 1 1 0 1 0 7 -O**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Karina Shreefer, Esq.<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, Kansas 66208<br>UNITED STATES OF AMERICA<br>Tel. 1.913.341.3167 | HAGUE CENTRAL AUTHORITY FOR THE CANTON OF ZURICH<br>Obergericht des Kantons Zürich<br>Zentralbehörde Rechtshilfe Zivilsachen<br>Hirschengraben 15<br>8021 Zürich<br>SWITZERLAND |

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir-en double exemplaire-à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)    Sonja KOHN, an individual
Katharinenweg 4, CH-8002 Zurich
SWITZERLAND

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*    Service in accordance with
   *(a) selon les formes légales (article 5, alinéa premier, lettre a).*    Swiss law for service of documents in its territory.

[ ] ~~(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:~~
   ~~*(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*~~ _____

[ ] ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:~~
   ~~*(c) le cas échéant, par remise simple (article 5, alinéa 2).*~~

The authority is requested to return or to have returned to the applicant a copy of the documents-and of the annexes*--with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte-et de ses annexes-avec l'attestation figurant au verso.*

THE PERSONS AND ENTITIES WITHIN THE UNITED STATES COMPETENT TO FORWARD SERVICE REQUESTS PURSUANT TO ARTICLE 3 INCLUDE ANY COURT OFFICIAL; <u>ANY ATTORNEY</u>; OR ANY OTHER PERSON OR ENTITY AUTHORIZED BY THE RULES OF THE COURT. (See U.S. declarations to the 1965 Convention at the Hague Conference website: http://www.hcch.net/index_en.php?act=authorities.details&aid=279).

List of documents
*Enumération des pièces*

| | |
|---|---|
| Executed "Request," in duplicate | |
| "Certificate" (unexecuted), in duplicate | Done at Leawood, Kansas, U.S.A., the 14 Jan. 2011 |
| "Summary," in duplicate | Fait à _____, le _____ |
| "Notice," in duplicate | Signature and/or stamp. |
| Summons in a Civil Action, in English and German, in duplicate | *Signature et/ou cachet.* |
| Consolidated Amended Complaint, in English and German, in duplicate | *[signature]* |
| Certification of Plaintiff Pursuant to Federal Securities Laws, in English and German, in duplicate | |

*Delete if inappropriate
*Rayer les mentions inutiles.*

1

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)

USM-94
(Est. 11/22/77)

Civil Action No.: 1:09-cv-00289-RMB-HBP

## SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

Supreme Court of the Canton of Zurich
International Legal Assistance
(Please mention this reference in any reply)

(article 5, fourth paragraph)
*(article 5, alinéa 4)*

**WR 1 1 0 1 0 7 - O**

Name and address of the requesting authority:   Karina J. Shreefer, Esq.
*Nom et adresse de l'autorité requérante :*   LEGAL LANGUAGE SERVICES
8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A.
Tel. 1.913.341.3167

Particulars of the parties*:
*Identité des parties :*   IN RE:
HERALD, PRIMEO AND THEMA FUNDS SECURITIES LITIGATION

### JUDICIAL DOCUMENT**
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :*   To give notice to the Defendant of the commencement of a civil claim against her and to summon her to answer or otherwise respond.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige :*   A civil action has been commenced against the Defendant.

**Date and place for entering appearance**:**
*Date et lieu de la comparution :*   Within twenty-one (21) days after service of the Summons (not counting day of receipt), Defendant must serve upon Plaintiff's Attorney (Cohen Milstein Sellers & Toll PLLC) an Answer to the Complaint or a Motion under Rule 12 of the Federal Rules of Civil Procedure. Defendant also must file her Answer or Motion with the United States District Court, Southern District of New York, located at: 500 Pearl Street, New York, New York 10007, U.S.A.

**Court which has given judgment**:**
*Juridiction qui a rendu la décision :*   N/A

**Date of judgment**:**
*Date de la décision :*   N/A

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte:*   Within twenty-one (21) days after service of the Summons (not counting day of receipt), Defendant must serve upon Plaintiff's Attorney (Cohen Milstein Sellers & Toll PLLC) an Answer to the Complaint or a Motion under Rule 12 of the Federal Rules of Civil Procedure. If Defendant fails to respond, judgment by default will be entered against her for the relief demanded in the Complaint. Defendant also must file her Answer or Motion with the Court.

### EXTRAJUDICIAL DOCUMENT**
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :*   N/A

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte :*   N/A

---

\* If appropriate, identity and address of the person interested in the transmission of the document.
*S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\* Delete if inappropriate.
*Rayer les mentions inutiles.*

★U.S. Government Printing Office: 1990-262-211/15302

3