


*Embassy of the United States of America*

## Certification of an Executed Letter Rogatory

REPUBLIC OF AUSTRIA         )
CITY OF VIENNA              )
EMBASSY OF THE              )    ss:
UNITED STATES OF AMERICA    )

I hereby certify that I received the annexed letters rogatory and accompanying documents on the date below.

February 24, 2011

**Federal Ministry of
Foreign Affairs
of the Republic of Austria**

John Yoder
Vice Consul
United States of America

February 24, 2011

Bundesministerium für europäische
und internationale Angelegenheiten

GZ. BMeiA-US.4.15.04/0002-IV.1/2011
An die
Botschaft der Vereinigten Staaten von Amerika
Boltzmanngasse 16
<u>1090   W i e n</u>

<u>Beilage</u>

## V e r b a l n o t e

Das Bundesministerium für europäische und internationale Angelegenheiten entbietet der Botschaft der Vereinigten Staaten von Amerika seine Empfehlungen und beehrt sich, mit Bezug auf die Note Nummer 111 vom 19. Juli 2010 und auf die Note Nummer 232 vom 2. Dezember 2010 mitzuteilen, dass das Schriftstück des Bezirksgerichts der Vereinigten Staaten für den Südlichen Bezirk von New York am 13. Jänner 2011 an Mag. Alfred SIMON in 1140 Wien ausgehändigt wurde. Der unterfertigte Zustellnachweis wird in der Beilage übermittelt.

Das Bundesministerium für europäische und internationale Angelegenheiten nützt diese Gelegenheit, der Botschaft der Vereinigten Staaten von Amerika die Versicherung seiner ausgezeichneten Hochachtung zu erneuern.

Wien, am 7. Februar 2011



1014 WIEN · Minoritenplatz 8 · Tel. 050 11 50-0 · Fax 050 11 59-0   DVR 0000060

| | |
|---|---|
| ...stellversuch am .................... | Frau/Herrn/Firma *Konvolut A/Aü* |
| ...digung eines 2. Zustellversuches | *Mag. Alfred SIMON* |
| in das Hausbrieffach ⎫ | *Diosbovichgasse 5/14* |
| in den Briefkasten ⎬ eingelegt | *1140 Wien  „durch Boten"* |
| ☐ in den Briefeinwurf ⎭ | |
| ☐ an der Abgabestelle zurückgelassen | |
| ☐ an der Eingangstür angebracht | |

**Übernahmsbestätigung**

Datum **13. Jan. 2011**

Unterschrift [signature]

☒ Empfänger
☐ Postbevollmächtigter für RSa-Briefe
☐ Angestellter des berufsmäßigen Parteienvertreters

2. **Zweiter** Zustellversuch am ....................
   **Verständigung** über die Hinterlegung
   ☐ in das Hausbrieffach ⎫
   ☐ in den Briefkasten ⎬ eingelegt
   ☐ in den Briefeinwurf ⎭
   ☐ an der Abgabestelle zurückgelassen
   ☐ an der Eingangstür angebracht

3. **Annahmeverweigerung** am ....................
   durch ☐ Empfänger ☐
   ☐ Sendung an der Abgabestelle zurückgelassen
   ☐ Sendung beim Zustellpostamt hinterlegt

4. **Hinterlegung**
   ☐ beim Zustellpostamt
   ☐ beim Postamt ....................
   Beginn der Abholfrist ....................

*Schuler Thomas*
Zusteller

GZ: 3 C *Hc 664/10 d*

*81 Nc 27/11 MF*

Absender: **Bezirksgericht Innere Stadt**
Tel. (01) 515 28
Fax (01) 515 28-454
1030 Wien, Marxergasse 1a

Formular 3/1 zu § 22 des Zustellgesetzes (GeoForm 31b)