

*Embassy of the United States of America*

## Certification of an Executed Letter Rogatory

REPUBLIC OF AUSTRIA     )
CITY OF VIENNA          )
EMBASSY OF THE          )  ss:
UNITED STATES OF AMERICA )

I hereby certify that I received the annexed letters rogatory and accompanying documents on the date below.

March 17, 2011

**Federal Ministry of
Foreign Affairs
of the Republic of Austria**

John Yoder
Vice Consul
United States of America

March 17, 2011

Bundesministerium für europäische
und internationale Angelegenheiten

GZ. BMeiA-US.4.15.04/0003-IV.1/2011

An die
Botschaft der Vereinigten Staaten
Boltzmanngasse 16
1090   W i e n

## V e r b a l n o t e

Das Bundesministerium für europäische und internationale Angelegenheiten entbietet der Botschaft der Vereinigten Staaten seine Empfehlungen und beehrt sich, mit Bezug auf die Note Nr. 111 vom 19. Juli 2010 mitzuteilen, dass das Schriftstück des Bezirksgerichts der Vereinigten Staaten für den Südlichen Bezirk von New York am 06.01.2011 an Karl E. KANIAK in 8983 Bad Mitterndorf ausgehändigt wurde. Den vorgesehenen Zustellnachweis zu unterfertigen wurde offensichtlich versäumt, jedoch bestätigt die Österreichische Post (siehe Beilage) die Aushändigung des Schriftstücks an den Empfänger.

Weiters wird eine nicht mehr benötigte Ausfertigung des Schriftstücks in der Beilage retourniert.

Das Bundesministerium für europäische und internationale Angelegenheiten nützt diese Gelegenheit, der Botschaft der Vereinigten Staaten die Versicherung seiner ausgezeichneten Hochachtung zu erneuern.

Wien, am 09. März 2011

Beilagen



**REPUBLIK ÖSTERREICH**
BUNDESMINISTERIUM FÜR JUSTIZ
BMJ-Z938.257/0004-I 10/2011

An das
Bundesministerium für europäische
und internationale Angelegenheiten
Minoritenplatz 8
1014 Wien

Adresse
1070 Wien, Museumstraße 7

e-mail
gabriele.gal@bmj.gv.at

Telefon            Telefax
(01) 52152-0*      (01) 52152 2829

Sachbearbeiter(in): Gabriele Gal
*Durchwahl:         2844

Betrifft: Rechtssache Dr. Shmuel Cabilly (führender Kläger) und Korea Exchange Bank, als Treuhänderin für den Korea Global All Asset Trust I-1, gegen 1) Bank Medici, 2) Sonja Kohn, 3) UniCredit, 4) Bank Austria, 5) Pioneer Global Asset Management S.p.A., 6) Primeo Select Fonds und Primeo Executive Fonds, 7) Alfred Simon, 8) Karl E Kaniak, 9) Dr. Hans-Peter Tiefenbacher, 10) Johannes P. Spalek, 11) Nigel H. Fielding 12) James E. O'Neil, 13) Alberto La Rocca, 14) Declan Murray, 15) Ursula Radel-Leszczynski, 16) Hannes Saleta, 17) Michael Wheaton, 18) BA Worldwide Fund Management Ltd., 19) Pioneer Alternative Investment Management Ltd, 20) Bank of Bermuda (Cayman) Limited, 21) Bank of Bermuda (Luxembourg) S.A., 22) Bank of Bermuda Limited, 23) HSBC Securities Services (Luxembourg) S.A., 24) HSBC Holdings plc., 25) Ernst & Young (Cayman), 26) Ernst & Young Global Limited wegen Schadenersatzes u.a.

zu BMeiA-US.4.15.04/0013-IV.1/2010 vom 27.7.2010,
Verbalnote vom 19.7.2010, No. 111,
Verfahrens Nr.: 09 Civ. 289 (RMB) (HBP), <u>Karl E. KANIAK</u>

mit dem Ersuchen um Kenntnisnahme und Weiterleitung der gesamten Erledigungsakten übersandt (s. hiezu § 435 Abs. 2 Geschäftsordnung für die Gerichte I. und II. Instanz).

31. Jänner 2011
Für die Bundesministerin:
Gabriele Gal

<u>Elektronisch gefertigt</u>

| | Datum/Zeit-UTC | 2011-02-01T15:43:48+01:00 |
|---|---|---|
| REPUBLIK ÖSTERREICH JUSTIZSIGNATUR | Aussteller-Zertifikat | CN=a-sign-corporate-light-02,OU=a-sign-corporate-light-02,O=A-Trust Ges. f. Sicherheitssysteme im elektr. Datenverkehr GmbH,C=AT |
| | Serien-Nr. | 263671 |
| Hinweis | | Dieses Dokument wurde mit der Justizsignatur versehen (§ 89c Abs. 3 GOG). Auch ein Ausdruck dieses Dokuments hat die Beweiskraft einer öffentlichen Urkunde. |
| Prüfinformation | | Dieses Dokument kann durch Online-Abfrage in den Justizanwendungen verifiziert werden. Weitere Informationen finden Sie unter: http://kundmachungen.justiz.gv.at/justizsignatur |

n am 04.10.2010

...igung über die Hinterlegung
- das Hausbrieffach ⎫
- in den Briefkasten ⎬ eingelegt
- in den Briefeinwurf ⎭
- ☒ an der Abgabestelle zurückgelassen
- ☐ an der Eingangstür angebracht

2. Annahmeverweigerung
   durch: ☐ Empfänger ☐ Ersatzempfänger ☐ ..........
   ☐ Sendung an der Abgabestelle zurückgelassen
   ☐ Sendung beim Zustellpostamt hinterlegt

3. Hinterlegung
   ☐ beim Zustellpostamt ..........
   ☒ beim Postamt 8385
   Beginn der Abholfrist 04.10.2010

Zusteller

Formular 4/1 zu § 22 des Zustellgesetzes (Geoform 30a)

Frau/Herrn/Firma
Dkfm. Dr. Karl Kaniak
Nr. 14
8983 Bad Mitterndorf

Übernahmsbestätigung
Datum
Unterschrift

☐ Empfänger
☐ Postbevollmächtigter für RSb-Briefe
☐ Mitbewohner der Abgabestelle
☐ Arbeitgeber ⎫
☐ Arbeitnehmer ⎬ des Empfängers
☐ ..........

GZ: 11 Hc 19/10 x

Absender:
Bezirksgericht - IRDNING
Tel.: (0 36 82) 22411
Fax: (0 36 82) 2241120
3952 Irdning, Aignerstraße 23

Mag. Ferdinand Schuster
Richter des BG Irdning

An das
Bundesministerium für Justiz
Museumstraße 7
1070 Wien

Irdning, am 21.1.2011

**Betrifft: BJ-Z938.257/0004-I 10/2010 - Schlussbericht**

Sehr geehrte Damen und Herren,

In Ergänzung zum Zwischenbericht vom 12.1.2011 wird mitgeteilt, dass dem Zustellempfänger Karl E. Kaniak das am 4.10.2010 hinterlegte Schriftstück laut beiliegender Mitteilung der Österreichischen Post AG am 6.1.2011 persönlich ausgefolgt wurde.

Hochachtungsvoll,

Irdning, am 21.1.2011

Beilage:
Schreiben der Österreichischen Post AG vom 13.1.2011

11 Hc 19/10 x

**POST - KUNDENSERVICE**

**Post**

Bezirksgericht Irdning
Hrn Mag. Ferdinand Schuster
Aignerstraße 23
8952 Irdning

Bezirksgericht Irdning
Eingel. 1 4. JAN. 2011

Österreichische Post AG
Unternehmenszentrale
Postgasse 8
1010 Wien, Österreich
PKS ID 5335201
Tel. 0810 010 100
Fax: +43 (0) 577 675 / 22095

**BEHÖRDENBRIEF**                                                13.01.2011

Sehr geehrte Damen und Herren,

danke für Ihr Schreiben vom 17. Dezember 2010. Sie ersuchen um Mitteilung ob ein Behördenbrief übernommen wurde.

Gerne gebe ich Ihnen dazu folgende Informationen:

Das gegenständliche Schriftstück wurde persönlich am 6. Jänner 2011 ausgefolgt.

Sollten Sie weitere Fragen haben, stehen ich und meine Kolleginnen und Kollegen vom Kundenservice der Österreichischen Post AG Ihnen gerne von Montag bis Freitag (ausgenommen Feiertag) in der Zeit zwischen 7.00 - 19.00 und Samstag 8.00 - 13.00 unter 0810 010 100 oder via Kontaktformular auf unserer Homepage http://www.post.at/kundenservice zur Verfügung.

Mit freundlichen Grüßen

Manuela Honsa
Ihr Post - Kundenservice - Team

Österreichische Post AG | www.post.at
Firmensitz Wien | Firmenbuchnummer 180219d , Firmenbuchgericht Handelsgericht Wien | UID ATU 46674503 DVR 1008803

2010  14:21  0043 57767 22095                    PKS                        #7072 P.001/001

11 Ho 19/10x - 9   **12. Dez. 2010**



Bezirksgericht Irdning
Aignerstraße 23
8952 Irdning
Tel.: +43 (0)3682 2241 37

Bitte obige Geschäftszahl   5335201
in allen Eingaben anführen

DVR: 0000534722

873 11 Hc 19/10x - 9

Österreichische Post AG
Filialnetzservice

− −
− −

Soweit in diesem Formular personenbezogene Ausdrücke verwendet werden, umfassen sie Frauen und Männer gleichermaßen.

**RECHTSHILFE:**

Ersuchende Behörde:
Bundesministerium für Justiz
Museumstraße 7
1070 Wien

WEGEN: BJ-Z938.257/0004-I 10/2010
    Dr. Shmuel Cabilly u.a. gg. Bank Medici u.a. wg. Schadenersatz u.a.
    Zustellung Aufforderung samt Klageschrift an Karl E. Kaniak, Bad Mitterndorf 68, 8983 Bad
Mitterndorf

15. Dezember 2010

Das gefertigte Gericht ersucht über Auftrag des Bundesministeriums für Justiz um ehestbaldige Bekanntgabe, wann der Empfänger Dkfm. Dr. Karl Kaniak eine am 04.10.2010 bei der mittlerweile aufgelösten Postfiliale in 8983 Bad Mitterndorf hinterlegte Postsendung behoben hat.
Herzlichen Dank im Voraus für die rasche Erledigung.

Bezirksgericht Irdning
Gerichtsabteilung 2

Mag. Ferdinand Schuster
(RICHTER)

873 011 HC*** 000019 2010x SO1 002 000 00004 F321 N                     *** L    LD Seite 1

10:48 01400220094     ÖSTERREICHISCHE POST AG     #2889 P.001/001
                                                  #0412 P.004/007

## Verständigung über die Hinterlegung eines Schriftstückes

Empfänger: Dkfm. Dr. Karl Komiak   14.
Absender: Gericht Irdning  MHc. 13/108   Geschäftszahl

Sehr geehrte Frau!
Sehr geehrter Herr!

Heute konnte Ihnen ein

☐ zu eigenen Handen zuzustellendes behördliches Schriftstück (RSa-Brief)
☒ zuzustellendes behördliches Schriftstück (RSb-Brief)

nicht zugestellt werden. Das Schriftstück wird daher hinterlegt. Die Hinterlegung gilt grundsätzlich als Zustellung. Holen Sie das Schriftstück in Ihrem Interesse ehestens ab. Sie könnten sonst wichtige Fristen versäumen!

Das Schriftstück ist abzuholen:

☐ heute ab ___ Uhr
☒ ab morgen (nächstem Werktag) 9:00 Uhr

Öffnungszeiten:
Mo.: 07:30-12:00, 14:00-17:00   Fr.: 07:30-12:00, 14:00-17:00
Di.: 07:30-12:00, 14:00-17:00   Sa.: geschlossen
Mi.: 07:30-12:00, 14:00-17:00   So.: geschlossen
Do.: 07:30-12:00, 14:00-17:00

bei der **Postfiliale 8983 Bad Mitterndorf**, Bad Mitterndorf 334
Bitte bringen Sie diese Verständigung und einen amtlichen Lichtbildausweis mit.

04.10.2010
Zusteller, Datum

Hinweis!
Das Schriftstück liegt bis zum _____ bei der Postfiliale 8983 Bad Mitterndorf
und wird danach wieder der absendenden Behörde zurückgeleitet.

Bitte wenden!

## Wichtige Informationen!

Wenn Sie zum Zeitpunkt der Zustellung etwa wegen Urlaubes, Krankenhausaufenthaltes oder dergleichen vorübergehend abwesend waren und daher vom Zustellvorgang nicht rechtzeitig Kenntnis erlangen konnten, dann wird die Zustellung erst an dem Ihrer Rückkehr folgenden Tag wirksam, wenn dieser Tag noch innerhalb der Abholfrist liegt. (Die Abholfrist ist auf Seite 1 unten angegeben.) Sollte die Abholfrist bei Ihrer Rückkehr schon abgelaufen sein, setzen Sie sich bitte umgehend mit dem Absender in Verbindung.

## Empfangsbestätigung
Die umseitig angeführte Sendung habe ich heute erhalten

6/10/10
Datum

Unterschrift