

*Embassy of the United States of America*

## Certification of an Executed Letter Rogatory

REPUBLIC OF AUSTRIA    )
CITY OF VIENNA         )
EMBASSY OF THE         )   ss:
UNITED STATES OF AMERICA )

I hereby certify that I received the annexed letters rogatory and accompanying documents on the date below.

March 17, 2011

**Federal Ministry of
Foreign Affairs
of the Republic of Austria**

John Yoder
Vice Consul
United States of America

March 17, 2011

Bundesministerium für europäische
und internationale Angelegenheiten

GZ. BMeiA-US.4.15.04/0007-IV.1/2011

An die
Botschaft der Vereinigten Staaten
Boltzmanngasse 16
1090  W i e n

## V e r b a l n o t e

Das Bundesministerium für europäische und internationale Angelegenheiten entbietet der Botschaft der Vereinigten Staaten seine Empfehlungen und beehrt sich, mit Bezug auf die Note Nr. 111 vom 19. Juli 2010 mitzuteilen, dass das Schriftstück des Bezirksgerichts der Vereinigten Staaten, Südlicher Bezirk von New York am 23.11.2011 an den Empfänger Bank Medici (nunmehr: 2020 Medici AG) ausgehändigt wurde. Die unterfertigte Empfangsbestätigung sowie eine nicht mehr benötigte Ausfertigung („Überstück") des Rechtshilfeersuchens werden in der Beilage übermittelt.

Weiters werden beiliegend zwei nicht mehr benötigte Ausfertigungen der bereits erledigten Zustellersuchen an Alfred SIMON (s. BMeiA-US.4.15.04/0002-IV.1/2011 vom 7. Februar 2011) und Karl KANIAK (s. BMeiA-US.4.15.04/0003-IV.1/2011 vom 9. März 2011) retourniert.

Das Bundesministerium für europäische und internationale Angelegenheiten nützt diese Gelegenheit, der Botschaft der Vereinigten Staaten die Versicherung seiner ausgezeichneten Hochachtung zu erneuern.



Wien, am 11. März 2011

Beilagen

1014 WIEN · Minoritenplatz 8 · Tel. 050 11 50-0 · Fax 050 11 59-0    DVR 0000060



**REPUBLIK ÖSTERREICH**
BUNDESMINISTERIUM FÜR JUSTIZ
BMJ-Z938.257/0005-I 10/2011

An das
Bundesministerium für europäische
und internationale Angelegenheiten
Minoritenplatz 8
1014 Wien

Adresse
1070 Wien, Museumstraße 7

e-mail
gabriele.gal@bmj.gv.at

Telefon                Telefax
(01) 52152-0*          (01) 52152 2829

Sachbearbeiter(in): Gabriele Gal
*Durchwahl:          2844

**Betrifft:** Rechtssache Dr. Shmuel Cabilly (führender Kläger) und Korea Exchange Bank, als Treuhänderin für den Korea Global All Asset Trust I-1, gegen 1) Bank Medici, 2) Sonja Kohn, 3) UniCredit, 4) Bank Austria, 5) Pioneer Global Asset Management S.p.A., 6) Primeo Select Fonds und Primeo Executive Fonds, 7) Alfred Simon, 8) Karl E Kaniak, 9) Dr. Hans-Peter Tiefenbacher, 10) Johannes P. Spalek, 11) Nigel H. Fielding 12) James E. O'Neil, 13) Alberto La Rocca, 14) Declan Murray, 15) Ursula Radel-Leszczynski, 16) Hannes Saleta, 17) Michael Wheaton, 18) BA Worldwide Fund Management Ltd., 19) Pioneer Alternative Investment Management Ltd, 20) Bank of Bermuda (Cayman) Limited, 21) Bank of Bermuda (Luxembourg) S.A., 22) Bank of Bermuda Limited, 23) HSBC Securities Services (Luxembourg) S.A., 24) HSBC Holdings plc., 25) Ernst & Young (Cayman), 26) Ernst & Young Global Limited wegen Schadenersatzes u.a.

zu BMeiA-US.4.15.04/0013-IV.1/2010 vom 27.7.2010,
Verbalnote vom 19.7.2010, No. 111,
Verfahrens Nr.: 09 Civ. 289 (RMB) (HBP),

<u>Bank Medici AG (nunmehr: 2020 Medici AG)</u>

mit dem Ersuchen um Kenntnisnahme und Weiterleitung der gesamten Erledigungsakten übersandt (s. hiezu § 435 Abs. 2 Geschäftsordnung für die Gerichte I. und II. Instanz).

Gleichzeitig werden die ha. verbliebenen Drittausfertigungen der – schon erledigten und an das Bundesministerium für europäische und internationale Angelegenheiten übermittelten – Rechtshilfeersuchen betreffend <u>Karl E. Kaniak und Alfred Simon</u> mit der Bitte um Weiterleitung übersandt.

07. März 2011
Für die Bundesministerin:
Gabriele Gal

Elektronisch gefertigt

| | Datum/Zeit-UTC | 2011-03-07T13:49:18+01:00 |
|---|---|---|
| JUSTIZ SIGNATUR | Hinweis | Dieses Dokument wurde elektronisch signiert. Auch ein Ausdruck dieses Dokuments hat die Beweiskraft einer öffentlichen Urkunde. |
| | Prüfinformation | Informationen zur Prüfung der elektronischen Signatur und des Ausdrucks finden Sie unter: http://kundmachungen.justiz.gv.at/justizsignatur. |



**Republik Österreich**
**Bezirksgericht Innere Stadt Wien**
1030 Wien, Marxergasse 1a

Tel 01/51 5 28 – 0
Fax 01/51 5 28 – 454

<u>Bitte nachstehende Geschäftszahl
in allen Eingaben anführen:</u>

39 Hc 524/10s

An das
Bundesministerium für Justiz
Museumstraße 7
1070 Wien

```
BUNDESMINISTERIUM FÜR JUSTIZ
Eingel.   - 7. FEB. 2011   1 fach.
                           2 Blg.
Zahl                         Akten
```

Rechtssache: Dr. Shmuel Cabilly gegen Bank Medici u.a.
Zu Gz: BMJ-Z938.257/0005-I 10/2010

Das gefertigte Gericht teilt höflich mit, dass die Zustellung vorgenommen wurde und sendet in der Anlage den Originalzustellschein und die Empfangsbestätigung.

Bezirksgericht Innere Stadt Wien
1030 Wien, Marxergasse 1A
Abt.39, am 27.01.2011

Dr. Michaela Zeitler
Richterin

...ch am ..................
...nes 2. Zustellversuches
...usbrieffach
...iefkasten       } eingelegt
...Briefeinwurf
...n der Abgabestelle zurückgelassen
...an der Eingangstür angebracht
Zweiter Zustellversuch am 13.10.10
Verständigung über die Hinterlegung
☑ in das Hausbrieffach
☐ in den Briefkasten     } eingelegt
☐ in den Briefeinwurf
☐ an der Abgabestelle zurückgelassen
☐ an der Eingangstür angebracht
3. **Annahmeverweigerung** am ..................
   durch ☐ Empfänger ☐ ..................
   ☐ Sendung an der Abgabestelle zurückgelassen
   ☐ Sendung beim Zustellpostamt hinterlegt
4. **Hinterlegung**
   ☑ beim Zustellpostamt
   ☐ beim Postamt
   Beginn der Abholfrist 10.1.200?
   13.10.?

Zusteller

rmular 3/1 zu § 22 des Zustellgesetzes (GeoForm 31b)

Frau/Herrn/Firma
2020 Medici AG
Hegelgasse 17/17
1010 Wien

**Übernahmsbestätigung**
Datum
Unterschrift

☐ Empfänger
☐ Postbevollmächtigter für RSa-Briefe
☐ Angestellter des berufsmäßigen Parteienvertreters
☐ ..................

GZ: Konvolut (aus Kuvert)
39 Hc 524/10s        Kal. 10/1

Absender:
**Bezirksgericht Innere Stadt**
Tel. (01) 515 28
Fax (01) 515 28-454
1030 Wien, Marxergasse 1a

Aufgabe-postamt

Zustell-postamt

## Wichtige Informationen!

Wenn Sie zum **Zeitpunkt der Zustellung** etwa wegen Urlaubes, Krankenhausaufenthaltes oder dergleichen **vorübergehend abwesend** waren und daher vom Zustellvorgang nicht rechtzeitig Kenntnis erlangen konnten, dann wird die Zustellung erst an dem Ihrer Rückkehr folgenden Tag wirksam, wenn dieser Tag noch innerhalb der Abholfrist liegt. (Die Abholfrist ist auf Seite 1 unten angegeben.) Sollte die Abholfrist bei Ihrer Rückkehr schon abgelaufen sein, setzen Sie sich bitte umgehend mit dem Absender in Verbindung.

[Stamp: WIEN 21, 21.12.10, 1010]

*Vm*
*23.11.10*
*Dr. Clemens*
*Trauttenberg*

## Empfangsbestätigung
Die umseitig angeführte Sendung habe ich heute erhalten

21.12.10
_____
Datum

_____
Unterschrift

Übernehmer: Dr. Clemens Trauttenberg,
Vm. v. 23.11.2010
(lt. tel. Info. d. 2020 Medici AG)



**Republik Österreich**
**Bezirksgericht Innere Stadt Wien**
1030 Wien, Marxergasse 1a

Tel 01/51 5 28 – 0
Fax 01/51 5 28 – 454

<u>Bitte nachstehende Geschäftszahl
in allen Eingaben anführen:</u>

39 Hc 524/10s

An das
Bundesministerium für Justiz
Museumstraße 7
1070 Wien



**Rechtssache:** Dr. Shmuel Cabilly gegen Bank Medici u.a.
**Zu Gz:** BMJ-Z938.257/0005-I 10/2010

Das gefertigte Gericht teilt höflich mit, dass laut telefonischer Auskunft des Rechtspflegers der Abt. 7 des HG Wien (Firmenbuch) die 2020 Medici AG lediglich seit 19.06.2009 (HVB) der neue Name der AG, die bis dahin Bank Medici AG hieß ist (FB Eintrag vom 21.07.2009).
(Adresse: 1010 Wien, Hegelgasse 17/17)

Bezirksgericht Innere Stadt Wien
1030 Wien, Marxergasse 1A
Abt.39, am 24.02.2011

Dr. Michaela Zeitler
Richterin