UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re HERALD, PRIMEO and THEMA FUNDS SECURITIES LITIGATION, | ) Civil Action No. 09 CIV 289 (RMB)(HBP) ) (Consolidated with 09 CIV 2032 and ) 09 CIV 2558) ) |
| This Document Relates To: | ) **ECF Case** ) |
| *Repex Ventures, S.A., etc. v. Bernard L. Madoff, et al.* | ) ) ) ) |

**SUMMONS RETURNED EXECUTED ON DEFENDANT
HERALD FUND SPC-HERALD USA SEGREGATED PORTFOLIO ONE**


Clerk of Court's Office
P.O. Box 495
George Town
Grand Cayman
Cayman Islands
B.W.I.

<u>F.P. # 83/2010</u>

# **<u>AFFIDAVIT OF SERVICE</u>**

I, Velma Powery-Hewitt of George Town, Grand Cayman, affirm and say as follows:

1. I am the Bailiff of the Grand Court of the Cayman Islands.

2. On <u>Friday</u> the <u>17th</u> of <u>September</u> 2010, at <u>3:10</u> hrs. I served

   the following documents, namely:
   SEE LIST

   _____

   _____

   _____

   _____

   On the registered office of <u>HERALD FUND SPC, HERALD USA SEGREGATED PORTFOLIO ONE</u>
   Located at <u>MAPLES AND CALDER, SOUTH CHURCH STREET, GRAND CAYMAN</u>

   By handing the said documents to <u>SIOBHAN HYLAND, CORPORATE ASSISTANT</u>
   At <u>MAPLES AND CALDER, SOUTH CHURCH ST, GRAND CAYMAN, CAYMAN ISLANDS</u>

3. The above statements made by me are true and correct.

_____
BAILIFF OF THE GRAND COURT

Affirm to before me on Wednesday the 15th day of December 2010.

_____
NOTARY PUBLIC GEORGE TOWN
GRAND CAYMAN, CAYMAN ISLANDS



Clerk of Court's Office
P.O. Box 495
George Town
Grand Cayman
Cayman Islands
B.W.I.

F.P. # 83/2010

# AFFIDAVIT OF SERVICE

I, Velma Powery-Hewitt of George Town, Grand Cayman, affirm and say as follows:

1. I am the Bailiff of the Grand Court of the Cayman Islands.

2. On Friday the 17th of September 2010, at 3:10 hrs. I served

   the following documents, namely:
   SEE LIST

   HERALD FUND SPC, HERALD USA SEGREGATED PORTFOLIO ONE
   On the registered office of _____
   MAPLES AND CALDER, SOUTH CHURCH STREET, GRAND CAYMAN
   Located at _____

   SIOBHAN HYLAND, CORPORATE ASSISTANT
   By handing the said documents to _____
   MAPLES AND CALDER, SOUTH CHURCH ST, GRAND CAYMAN, CAYMAN ISLANDS
   At _____

3. The above statements made by me are true and correct.

_____ CERTIFIED TRUE AND CORRECT
BAILIFF OF THE GRAND COURT        _____
                                  COURTS ADMINISTRATOR

Affirm to before me on Wednesday the 15th day of December 2010.

_____
NOTARY PUBLIC GEORGE TOWN
GRAND CAYMAN, CAYMAN ISLANDS

F-P-83/10

U.S. Department of Justice
United States Marshals Service



# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Timothy J. Burke, Esq.<br>STULL, STULL & BRODY<br>10940 Wilshire Blvd, Suite 2300<br>Los Angeles, CA 90024<br>Tel: (310) 209-2468<br><br>Lead Counsel for Lead Plaintiff Repex Ventures, S.A. | Mr. Valdis Foldats, Clerk of the Courts<br>The Courts, Judicial Administration<br>Edward Street<br>George Town, P.O. Box 495<br>Grand Cayman KY1-1106<br>CAYMAN ISLANDS |

The undersigned applicant has the honour to transmit -- in duplicate-- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussignée a l'honneur de faire parvenir--en double exemplaire--à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir:*
*(identité et adresse)* Herald Fund SPC-Herald USA Segregated Portfolio One, M&C Corporate Services Limited

P.O. Box 309 GT, Ugland House, South Church Street

Georgetown, Grand Cayman, Cayman Islands

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*a) selon les formes légales (article 5 alinéa premier, lettre a).*

[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*

_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
*c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces* 09CV289(RMB)(HBP)
Amended Summons in a Civil Action; Amended
Class Action Complaint; Civil Case Cover Sheet;
Electronic Case Filing Rules & Instructions;
Individual Practices of Hon. Richard M. Berman

Done at New York, N-Y , the 21ST
*Fait à* April , *le* 2010

Signature and/or stamp
*Signature et/ou cachet*
Michael McMahon

*Delete if inappropriate
*Rayer les mentions inutiles.*

Form USM-94
Est. 11/77
(Formerly OBD-116, which was formerly LAA-116, both of which may still be used)

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
1) *que la demande a été exécutée*
   -- the (date) -- *le (date)* __FRIDAY SEPT 17TH 2010__
   -- at (place, street, number) - *à (localité, rue, numéro)*
   __MAPLES + CALDER__

   -- in one of the following methods authorized by article 5:
   -- *dans une des formes suivantes prévues à l'article 5:*

   ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
   *a) selon les formes légales (article 5. alinéa premier, lettre a)*

   ☐ (b) in accordance with the following particular method:
   *b) selon la forme particulière suivante:*

   ☒ (c) by delivery to the addressee, who accepted it voluntarily.*
   *c) par remise simple.*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

- (identity and description of person)
- *(Identité et qualité de la personne)*
__SIOBHAN HYLAND__

- relationship to the addressee family, business or other
- *liens de parenté de subordination ou autres avec le destinataire de l'acte:*
__CORPORATE ASST, MAPLES + CALDER__

2) that the document has not been served, by reason of the following facts*:
2) *que la demande n'a pas été exécutée, en raison des faits suivants:*

___

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

ANNEXES
*Annexes*

Documents returned:
*Pieces renvoyées*

Amended Summons in a Civil Action; Amended Class Action Complaint;
Civil Case Cover Sheet; Electronic Case Filing Rules & Instructions;
Individual Practices of Hon. Richard M. Berman

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at __George Town, Grand Cayman__, the __20/9/10__
*Fait à*, *le*

Signature and/or stamp
*Signature et/ou cachet*