UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

| | |
|---|---|
| In re HERALD, PRIMEO and THEMA FUNDS SECURITIES LITIGATION | : Case No. 09 Civ. 0289 (RMB) |
| | : |
| | : |

------------------------------------------x

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Patricia M. Hynes of Allen & Overy LLP, who is admitted to practice before this Court and is in good standing, hereby enters an appearance as counsel for defendant JP Morgan Chase & Co. in the above-captioned consolidated action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served on the undersigned.

Dated: New York, New York
       March 25, 2011

Respectfully submitted,

ALLEN & OVERY LLP

By: _____
    Patricia M. Hynes
    1221 Avenue of the Americas
    New York, New York 10020
    Telephone: (212) 610-6300
    Facsimile:  (212) 610-6399
    Email: patricia.hynes@allenovery.com

Attorneys for Defendant JP Morgan Chase & Co.