UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

In re HERALD, PRIMEO and THEMA FUNDS    :   Case No. 09 Civ. 0289 (RMB)
SECURITIES LITIGATION
                                        :

                                        :

------------------------------------------x

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Andrew Rhys Davies of Allen & Overy LLP, who is admitted to practice before this Court and is in good standing, hereby enters an appearance as counsel for defendant JP Morgan Chase & Co. in the above-captioned consolidated action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served on the undersigned.

Dated:  New York, New York
        March 25, 2011

>Respectfully submitted,
>
>ALLEN & OVERY LLP
>
>By: _/s/ Andrew Rhys Davies_
>Andrew Rhys Davies
>1221 Avenue of the Americas
>New York, New York 10020
>Telephone:  (212) 610-6300
>Facsimile:  (212) 610-6399
>Email: andrew.rhys.davies@allenovery.com
>
>Attorneys for Defendant JP Morgan Chase & Co.