UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

In re HERALD, PRIMEO and THEMA FUNDS   :   Case No. 09 Civ. 0289 (RMB)
SECURITIES LITIGATION
                                        :

                                        :

------------------------------------------------x

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Laura R. Hall of Allen & Overy LLP, who is admitted to practice before this Court and is in good standing, hereby enters an appearance as counsel for defendant JP Morgan Chase & Co. in the above-captioned consolidated action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served on the undersigned.

Dated: New York, New York
       March 25, 2011

                                          Respectfully submitted,

                                          ALLEN & OVERY LLP

                                          By: _____
                                              Laura R. Hall
                                          1221 Avenue of the Americas
                                          New York, New York 10020
                                          Telephone: (212) 610-6300
                                          Facsimile: (212) 610-6399
                                          Email: laura.hall@allenovery.com

                                          Attorneys for Defendant JP Morgan Chase & Co.

1