UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
In re: HERALD, PRIMEO, and                    Case No. 09 CV 0289 (RMB)
THEMA FUNDS SECURITIES LITIG.  Plaintiff,

        -against-

                         Defendant.
--------------------------------------------------------
NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]  I have cases pending            [ ]  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

## LAURA ROSE HALL
FILL IN ATTORNEY NAME

My SDNY Bar Number is: LH0719          My State Bar Number is 4337408

I am,
    [✓]  An attorney
    [ ]  A Government Agency attorney
    [ ]  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Cravath Swaine & Moore
             FIRM ADDRESS: 825 Eighth Avenue, New York, NY 10019
             FIRM TELEPHONE NUMBER: (212) 474-1000
             FIRM FAX NUMBER: (212) 474-3700

NEW FIRM:    FIRM NAME: Allen & Overy LLP
             FIRM ADDRESS: 1221 Avenue of the Americas, New York, NY 10020
             FIRM TELEPHONE NUMBER: (212) 610-6300
             FIRM FAX NUMBER: (212) 610-6399

    [✓]  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ]  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
         was entered on _____ by Judge_____.

Dated: March 29, 2011
                                                    _____
                                                    ATTORNEY'S SIGNATURE