| New Defendant | Necessity for Addition | Basis of Personal Jurisdiction | Method/Location of Defendant for Service |
|---|---|---|---|
| Eurovaleur, Inc. | Eurovaleur, Inc. was, at all times relevant, a corporation controlled by defendant Sonja Kohn, and was an *alter ego* of Kohn.  From recently discovered evidence, Plaintiffs believe that Eurovaleur was unjustly enriched at the expense of Plaintiffs and the Class and was negligent, grossly negligent, and/or breached its fiduciary duties to Plaintiffs and the Class.  Plaintiffs believe that Eurovaleur had no real business purpose and was only used by defendant Kohn to create the Primeo Funds and to receive kickbacks from Madoff for investing the proceeds of the Primeo Funds in BLMIS. | Fed. R. Civ. P. 4(k); N.Y. C.P.L.R. § 301 | Service via the New York Department of State, Division of Corporations on:<br><br>Eurovaleur, Inc.<br>767 Fifth Avenue #507, New York, New York, 10153<br><br>(Address listed with the New York Department of State, Division of Corporations) |