USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/18/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                            :
IN RE HERALD, PRIMEO and THEMA FUNDS   :    09 Civ. 289 (RMB)
SECURITIES LITIGATION.                                 :
                                                            :    **ADMINISTRATIVE ORDER**
------------------------------------------------------------------x

Counsel are directed to appear before the Court on April 26, 2011 at 10:30 a.m. in Courtroom 21B (21st floor), 500 Pearl Street, U.S. District Courthouse for a conference, including the status of the Trustee's motion for injunctive and related relief, filed April 8, 2011 in the United States Bankruptcy Court.

Dated: New York, New York
       April 18, 2011

_____
**RICHARD M. BERMAN, U.S.D.J.**