UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE HERALD, PRIMEO and THEMA FUNDS SECURITIES LITIGATION | 09 Civ. 289 (RMB)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of defendants Hannes Saleta, Karl E. Kaniak, Alfred Simon, Johannes P. Spalek, Dr. Hans-Peter Tiefenbacher, Declan Murray, Albert La Rocca, and Ursula Radel-Leszczynski, in the above-captioned action:

> Jennifer Greenberg
> Latham & Watkins LLP
> 885 Third Avenue
> New York, New York 10022
> Telephone: (212) 906-1200
> Facsimile:  (212) 751-4864

Dated:  April 19, 2011
          New York, New York             LATHAM & WATKINS LLP


                                          By:   /s/ Jennifer Greenberg
                                                Jennifer Greenberg
                                                885 Third Avenue
                                                New York, New York 10022
                                                Telephone: (212) 906-1200
                                                Facsimile: (212) 751-4864

                                                *Attorneys for Defendants Hannes Saleta,*
                                                *Karl E. Kaniak, Alfred Simon, Johannes*
                                                *P. Spalek, Dr. Hans-Peter Tiefenbacher,*
                                                *Declan Murray, Alberto La Rocca, and*
                                                *Ursula Radel-Leszczynski*