UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE HERALD, PRIMEO and THEMA FUNDS SECURITIES LITIGATION | 09 Civ. 289 (RMB)<br><br>**NOTICE OF APPEARANCE** |

　　　　　　PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of defendants Hannes Saleta, Karl E. Kaniak, Alfred Simon, Johannes P. Spalek, Dr. Hans-Peter Tiefenbacher, Declan Murray, Albert La Rocca, and Ursula Radel-Leszczynski, in the above-captioned action:

　　　　　　Maria Barton
　　　　　　Latham & Watkins LLP
　　　　　　885 Third Avenue
　　　　　　New York, New York 10022
　　　　　　Telephone: (212) 906-1200
　　　　　　Facsimile:  (212) 751-4864

Dated: April 19, 2011
　　　　New York, New York　　　　　　LATHAM & WATKINS LLP


　　　　　　　　　　　　　　　　　　By:　/s/ Maria Barton
　　　　　　　　　　　　　　　　　　　　Maria Barton
　　　　　　　　　　　　　　　　　　　　885 Third Avenue
　　　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 906-1200
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 751-4864

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Hannes Saleta, Karl E. Kaniak, Alfred Simon, Johannes P. Spalek, Dr. Hans-Peter Tiefenbacher, Declan Murray, Alberto La Rocca, and Ursula Radel-Leszczynski*