UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE HERALD, PRIMEO, AND THEMA FUNDS SECURITIES LITIGATION | ECF Case<br>Case No. 09 Civ. 0289 (RMB) |
| This Document Relates To:<br>NEVILLE SEYMOUR DAVIS,<br><div align="right">Plaintiff,</div><br>v.<br>ALBERTO BENBASSAT, STÉPHANE BENBASSAT, GENEVALOR, BENBASSAT & CIE, GERALD J.P. BRADY, JOHN HOLLIWELL, SONJA KOHN, DANIEL MORRISSEY, PETER SCHEITHAUER, DAVID T. SMITH, WERNER TRIPOLT, BANK MEDICI AG, UNICREDIT SPA, HSBC INSTITUTIONAL TRUST SERVICES (IRELAND) LTD., HSBC SECURITIES SERVICES (IRELAND) LTD., HSBC HOLDINGS PLC, PRICEWATERHOUSECOOPERS INTERNATIONAL LTD., PRICEWATERHOUSECOOPERS (DUBLIN), PRICEWATERHOUSECOOPERS LLP, PRICEWATERHOUSECOOPERS BERMUDA, THEMA ASSET MANAGEMENT LIMITED, THEMA INTERNATIONAL FUND PLC, BA, WORLDWIDE FUND MANAGEMENT LIMITED, PETER MADOFF, ANDREW MADOFF, MARK MADOFF, WILLIAM FRY, JPMORGAN CHASE & CO., and THE BANK OF NEW YORK MELLON,<br><div align="right">Defendants.</div> | Case No. 09 Civ. 2558 (RMB) |

**NOTICE OF APPEARANCE**

6564680.1                                           - 2 -

       Please take notice that the undersigned, a member of the law firm of Willkie Farr & Gallagher LLP, is hereby entering an appearance as counsel of record for Defendant William Fry.

Dated: April 20, 2011

                                                     WILLKIE FARR & GALLAGHER LLP

                                                     By: /s/ Mitchell J. Auslander

                                                           Mitchell J. Auslander

                                                           787 Seventh Avenue
                                                           New York, New York 10019
                                                           Telephone: (212) 728-8000
                                                           Facsimile: (212) 728-8111
                                                           mauslander@willkie.com

                                                           *Counsel for William Fry*