UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE HERALD, PRIMEO, AND THEMA FUNDS SECURITIES LITIGATION | ECF CASE<br><br>Case No. 09 Civ. 0289 (RMB) |
| THIS DOCUMENT RELATES TO:<br><br>NEVILLE SEYMOUR DAVIS,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>ALBERTO BENBASSAT, STÉPHANE BENBASSAT, GENEVALOR, BENBASSAT & CIE, GERALD J.P. BRADY, JOHN HOLLIWELL, SONJA KOHN, DANIEL MORRISSEY, PETER SCHEITHAUER, DAVID T. SMITH, WERNER TRIPOLT, BANK MEDICI AG, UNICREDIT SPA, HSBC INSTITUTIONAL TRUST SERVICES (IRELAND) LTD., HSBC SECURITIES SERVICES (IRELAND) LTD., HSBC HOLDINGS PLC, PRICEWATERHOUSECOOPERS INTERNATIONAL LTD., PRICEWATERHOUSECOOPERS (DUBLIN), PRICEWATERHOUSECOOPERS LLP, PRICEWATERHOUSECOOPERS BERMUDA, THEMA ASSET MANAGEMENT LIMITED, THEMA INTERNATIONAL FUND PLC, BA, WORLDWIDE FUND MANAGEMENT LIMITED, PETER MADOFF, ANDREW MADOFF, MARK MADOFF, WILLIAM FRY, JPMORGAN CHASE & CO., and THE BANK OF NEW YORK MELLON,<br><br>　　　　　　　　Defendants. | Case No. 09 Civ. 2558 (RMB)<br><br>**NOTICE OF APPEARANCE** |

To the clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Defendant PricewaterhouseCoopers International Limited.

I certify that I am admitted to practice in this Court.

Dated: April 20, 2011

                                                Respectfully submitted,

/s/ J. David Zetlin-Jones
J. David Zetlin-Jones
WILMER CUTLER PICKERING
    HALE & DORR LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
david.zetlin-jones@wilmerhale.com

*Attorneys for Defendant PricewaterhouseCoopers International Limited*