

RECEIVED
APR 21 2011
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/11

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

April 21, 2011

**MEMO ENDORSED**
**Pg. 3**

Oren J. Warshavsky
direct dial: 212.589.4624
owarshavsky@bakerlaw.com

**HAND DELIVERY**

Richard M. Berman
United States District Judge
Southern District of New York
40 Centre Street, Courtroom 706
New York, NY 10007

Re:   April 26 Status Conference in *In Re Herald, Primeo and Thema Funds Securities Litigation*, No. 1:09-cv-00289-RMB-HBP

Dear Judge Berman:

This office represents the Trustee in the case captioned *SIPC v. Bernard L. Madoff Investment Securities LLC*, Adv. Pro. No. 08-01789 (BRL) currently proceeding before Judge Lifland in the Bankruptcy Court of the Southern District of New York.

We have been provided with Your Honor's Order scheduling a status conference in the above-captioned matter for April 26, 2011. Although the Trustee has not appeared— and does not intend to appear—in that action, he has previously filed a Notice of Pendency of Bankruptcy Proceedings of Bernard L. Madoff and of Automatic Stay (docket number 58) in this matter on July 28, 2009.

We are willing to come to the April 26, 2011 conference to the extent that our presence can be helpful or is otherwise desired by Your Honor.

We appreciate Your Honor's attention to this matter.

Respectfully submitted,

*Oren Warshavsky /AC*

Oren J. Warshavsky

Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa
Denver   Houston   Los Angeles   New York   Orlando   Washington, DC

April 21, 2011
Page 2

cc:

JOHNSON BOTTINI, LLP

Francis A. Bottini, Jr.
Albert Y. Chang
501 W. Broadway, Suite 1720
San Diego, CA 92101
(619-)230-0063
frankb@johnsonbottini.com
albertc@johnsonbottini.com

STULL, STULL & BRODY

Timothy J. Burke
10940 Wilshire Blvd., Suite 2300
Los Angeles, CA 90024
(310) 209-2468
service@ssbla.com

Jules Brody
Patrick Kevin Slyne
6 East 45th Street
New York, NY 10017
(212)-687-7230
ssbny@aol.com
pkslyne@aol.com

MURRAY, FRANK & SAILER LLP

Brian Philip Murray
Gregory Bradley Linkh
275 Madison Avenue, Ste. 801
New York, NY 10016
(212) 682-1818
bmurray@murrayfrank.com
glinkh@murrayfrank.com

April 21, 2011
Page 3

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

Samuel H. Rudman
David A. Rosenfeld
52 Duane Street, 7th Floor
New York, NY 100007
(212) 693-1058
srudman@csgrr.com
drosenfeld@csgrr.com

Jack Reise
197 South Federal Highway, Suite 200
Boca Raton, FL 33432
(561) 750-3000
jreise@rgrdlaw.com

COHEN MILSTEIN SELLERS & TOLL PLLC

Steven J. Toll
Daniel S. Sommers
Joshua S. Devore
S. Douglas Bunch
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
(202) 408-4600
stoll@cohenmilstein.com
dsommers@cohenmilstein.com
jdevore@cohenmilstein.com
dbunch@cohenmilstein.com

Catherine A. Torell
150 E. 52nd St., 30th Floor
New York, NY 10022
(212) 838-7797
ctorell@cohenmilstein.com

---

Whether or not the Trustee appears is entirely up to the Trustee.

SO ORDERED:
Date: 4/21/11     Richard M. Berman
Richard M. Berman, U.S.D.J.