UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE HERALD, PRIMEO AND THEMA FUNDS SECURITIES LITIGATION<br><br>This Document Relates To: 09 Civ. 2032 | Case No. 09 Civ. 0289 (RMB)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned, an attorney admitted to practice before this Court, hereby respectfully enters her appearance as attorney of record for Defendant Michael Wheaton in the above-captioned proceeding and requests that all subsequent papers be served upon her at the address below.

Dated: New York, New York
April 25, 2011

                        Respectfully submitted,

                        SEWARD & KISSEL LLP

                        By: _/s/ Mandy DeRoche_
                              Mandy DeRoche
                        One Battery Park Plaza
                        New York, New York 10004
                        Tel.: (212) 574-1200
                        Fax: (212) 480-8421

SK 26677 0001 1092216