UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE HERALD, PRIMEO, AND THEMA FUNDS SECURITIES LITIGATION | |
| THIS DOCUMENT RELATES TO: <br> REPEX VENTURES, S.A., *et al.*, <br> *Plaintiffs*, <br> v. <br> BERNARD L. MADOFF, *et al.*, <br> *Defendants*. | ECF Case <br> Case No. 09 Civ. 0289 (RMB) (HBP) <br><br> **NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant Herald Fund SPC.

I certify that I am admitted to practice in this Court.

This notice of appearance does not waive, but rather specifically preserves, any and all defenses that Defendant Herald Fund SPC may wish to assert.

Dated:   May 3, 2011

_____
Joseph Serino, Jr.

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   joseph.serino@kirkland.com

*Attorneys for Defendant Herald Fund SPC*