# UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

NEVILLE SEYMOUR DAVIS
    PLAINTIFF/PETITIONER
VS.

ALBERTO BENBASSAT, et al.
    DEFENDANT/RESPONDENT

CAUSE #:   09 CIV. 0289 (RMB)   09 CIV. 2558 (RMB)

CERTIFICATE OF SERVICE

This service has been completed in compliance with the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters (Done at The Hague November 15, 1965) (Entered Into Force for the U.S. on February 10, 1969). The Certificate of Service attached is also in compliance.

ABC Legal Services, Inc.
633 Yesler Way Seattle, WA 98104
206 521-9000
TRACKING #: 6350775

ORIGINAL
PROOF OF SERVICE

JOHNSON BOTTINI, LLP
501 W. BROADWAY SUITE 1720
SAN DIEGO, CA 92101
619 309 4422
Page 1 of 1

République et canton de Genève
**POUVOIR JUDICIAIRE**
Ministère public

Genève le 29 mars 2011

| Affaire n° | : | NA/1002/2011 |
| Geschäfts-Nr | : | |
| Affare n. | : | |
| Case n° | : | |

### Récépissé – Empfangsbescheinigung – Ricevuta
### Receip – Recibo

| Autorité requérante<br>Ersuchende Behörde<br>Autorita richiedente<br>Issuing Authority<br>Autoridad requeriente | RICK HAMILTON<br>633 Yesler Way<br>SEATTLE, WA 98104<br>UNITED STATES OF AMERICA |
|---|---|
| Nature de la procédure<br>Art des Verfahrens<br>Natura della procedura<br>Nature of proceeding<br>Naturaleza del procedimiento | |
| Désignation des actes à notifier<br>Bezeichnung der zuzustellenden Akten<br>Designazione degli atti da notificare<br>Indication of the documents to be served<br>Designación de los autos a notificar | Décision du 24.03.2011 |
| Traduction<br>Übersetzung<br>Traduzione<br>Translation<br>Traducción | |
| Nom et domicile du destinataire<br>Name and Wohnort des Empfängers<br>Nome e domicilio del destinatario<br>Name and address of receiver<br>Filiación y dirección del destinatarion | BENBASSAT Alberto<br>Chemin de Bassy 9<br>1247 Anières |
| Nationalité du destinataire<br>Nationalität des Empfängers<br>Nazionalità del destinatario<br>Nationality of receiver<br>Nacionalidad del destinatario | |
| Date de la notification et signature du destinataire<br>Datum der Zustellung und Unterschrift des Empfängers<br>Data della notifica e firma del destinatario<br>Date of service and signature of receiver<br>Fecha de la notificación y firma del destinatario | [signature]<br>0 5 AVR. 2011 |





# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| **Rick Hamilton**<br>**633 Yesler Way**<br>**Seattle, WA 98104**<br>**United States of America**<br><br>Authorized applicant pursuant to public law 97-351 of Feb. 26, 1983 which amended rule 4(c) 2(a) Federal Rules of Civil Procedure | PARQUET DE PROCUREUR GENERAL<br>PLACE DU BOURG-DE FOUR 1<br>CASE POSTALE 3565<br>1211 GENEVE 3 |

The undersigned applicant has the honour to transmit-in-duplicate the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.;
(identity and address)

**GENEVALOR, BENBASSAT & CIE and STEPHANE BENBASSAT**
**6 CHEMIN DES COLIBRIS**
**1226 THONEX**
**SWITZERLAND**

DOB:                    Phone:

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5):*

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of aticle 5).*

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes* – with a certificate as provided on the reverse side.

Hearing Date:
List of documents:
**SUMMONS IN A CIVIL ACTION; AFFIDAVIT OF TRANSLATOR; AMENDED CLASS ACTION COMPLAINT WITH EXHIBITS**

Done at Seattle, Washington USA, on Mar 24 2011

Signature and/or stamp

PFI | PROCESS FORWARDING INTERNATIONAL


TRACKING #: 6350775

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

# SUMMARY OF THE DOCUMENT TO BE SERVED

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

(article 5, fourth paragraph)

Name and address of the requesting authority:  Rick Hamilton
633 Yesler Way
Seattle, WA 98104
United States of America

Particulars of the parties:

    NEVILLE SEYMOUR DAVIS          vs.     ALBERTO BENBASSAT, et al.

## JUDICIAL DOCUMENT*

Nature of the document:
_To give notice to the Defendants of the institution against them of a claim for civil damages, and summon them to answer to the claim._

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
_Plaintiff is seeking to recover civil damages and other relief, amount to be determined in court._

Date and place for entering appearance:*
_Defendant has twenty-one days from receipt of the accompanying Summons to make a written appearance, address is noted on the Summons._

Court which has given judgment:*
n/a

Date of judgment:*
n/a

Time limits stated in the document:*
    Hearing Date:

## EXTRAJUDICIAL DOCUMENT*

Name and purpose of the document:
n/a

Time limits stated in the document:*
n/a