## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE HERALD, PRIMEO, AND THEMA FUNDS SECURITIES LITIGATION | ECF Case <br><br> Case No. 09 Civ. 0289 (RMB) |
| This Document Relates to: <br><br> NEVILLE SEYMOUR DAVIS, <br><br><div align="right">Plaintiff,</div> <br> vs. <br><br> ALBERTO BENBASSAT, STÉPHANE BENBASSAT, GENEVALOR, BENBASSAT & CIE, GERALD J.P. BRADY, JOHN HOLLIWELL, SONJA KOHN, DANIEL MORRISSEY, PETER SCHEITHAUER, DAVID T. SMITH, WERNER TRIPOLT, BANK MEDICI AG, UNICREDIT SPA, HSBC INSTITUTIONAL TRUST SERVICES (IRELAND) LTD., HSBC SECURITIES SERVICES (IRELAND) LTD., HSBC BANK USA, N.A., HSBC HOLDINGS PLC, PRICEWATERHOUSECOOPERS INTERNATIONAL LTD., PRICEWATERHOUSECOOPERS (DUBLIN), PRICEWATERHOUSECOOPERS LLP, PRICEWATERHOUSECOOPERS BERMUDA, THEMA ASSET MANAGEMENT LIMITED, THEMA INTERNATIONAL FUND PLC, BA WORLDWIDE FUND MANAGEMENT LIMITED, PETER MADOFF, ANDREW MADOFF, THE ESTATE OF MARK MADOFF, WILLIAM FRY, JP MORGAN CHASE & CO., and THE BANK OF NEW YORK MELLON, <br><br><div align="right">Defendants.</div> | Case No. 09 Civ. 2558 (RMB) <br><br> **NOTICE OF CHANGE OF ATTORNEY FIRM ASSOCIATION** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, effective immediately, Francis A. Bottini, Jr. and Albert Y. Chang of Johnson Bottini, LLP, Lead Counsel for Lead Plaintiff Neville Seymour Davis, have changed their law firm association.  Mr. Bottini and Mr. Chang are no longer associated with Johnson Bottini, LLP, which was dissolved effective May 1, 2011.

Mr. Bottini and Mr. Chang are now associated with Chapin Fitzgerald Sullivan & Bottini LLP, located at 550 West C Street, Suite 2000, San Diego, California 92101.  The telephone and fax numbers are (619) 241-4810 (telephone) and (619) 955-5318 (fax).  Chapin Fitzgerald Sullivan & Bottini LLP is now attorney of record for Lead Plaintiff in this action.  Please update your service lists accordingly.

| | |
|---|---|
| Dated:  May 23, 2011 | CHAPIN FITZGERALD SULLIVAN & BOTTINI LLP<br>Francis A. Bottini, Jr.<br>Albert Y. Chang (AC-5415)<br><br>　　　　　s/ Albert Y. Chang<br>　　　　　　Albert Y. Chang<br><br>550 West C Street, Suite 2000<br>San Diego, California 92101<br>Tel:  (619) 241-4810<br>Fax:  (619) 955-5318<br><br>*Lead Counsel for Lead Plaintiff*<br>*Neville Seymour Davis and the Class* |

1