# STULL, STULL & BRODY
COUNSELORS AT LAW

10940 WILSHIRE BLVD
23RD FLOOR
LOS ANGELES, CA 90024
(310) 209-2468

6 EAST 45TH STREET
NEW YORK, NY 10017
(212) 687-7230
TELECOPIER: (212) 490-2022



**MEMO ENDORSED**

May 31, 2011

> The Application to respond by lta. is respectfully denied. The parties are directed to appear for a conference on 6/8/11 at 9:00 a.m., at which they may be heard.
>
> SO ORDERED:
> Date: 6/1/11
> *Richard M. Berman*
> Richard M. Berman, U.S.D.J.

**VIA FEDERAL EXPRESS**
The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 21D
New York, NY 10007-1312

Re:   *In re Herald, Primeo, and Thema Fund Secs. Litig.*,
      Case No. 09-cv-00289 (RMB)

Dear Judge Berman:

   We represent Lead Plaintiff Repex Ventures, S.A. ("Repex") in the above-entitled consolidated class action. We write to request the opportunity to provide a single written response to the various letters we expect to be filed with the Court on or before June 1, 2011, per the Court's Order (Dkt. # 219).

Respectfully yours,

Timothy J. Burke

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/11

TJB/mlj

cc:   All Counsel (via email)

Z:\STULL\BANKMEDICI\COR\Judge Berman 13.wpd