USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/14/11

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                                          :
IN RE HERALD, PRIMEO, and THEMA          :        09 Civ. 289 (RMB)
SECURITIES LITIGATION                                 :
                                                          :        **ORDER**
-----------------------------------------------------------------x

In light of the motions, pending before United States District Judges Jed S. Rakoff and

Colleen McMahon, to dismiss various actions brought by Irving H. Picard, Esq. ("Trustee") for,

among other reasons, alleged lack of standing, see, e.g., Picard v. HSBC Bank PLC, No. 11 Civ.

763 (Rakoff, J.); Picard v. JP Morgan Chase & Co., 11 Civ. 913 (McMahon, J.), the Court

believes it is premature to entertain Trustee Irving H. Picard's request, by letter dated June 13,

2011, for a pre-motion conference to discuss a proposed motion to intervene in the above-

captioned matter. This denial is without prejudice.

Dated:  New York, New York
          June 14, 2011

                                                    RMB
                                    **RICHARD M. BERMAN, U.S.D.J.**