**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re HERALD, PRIMEO and THEMA FUNDS SECURITIES LITIGATION<br><br>This Document Relates To:  09 CIV 289 and 09 CIV 2032 | Civil Action No. 09 CIV 289 (RMB) (HBP) (Consolidated with 09 CIV 2032 and 09 CIV 2558)<br><br>**ECF CASE** |

**CORPORATE DISCLOSURE STATEMENT OF**
**ERNST & YOUNG GLOBAL LIMITED**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, undersigned counsel advise the Court that Ernst & Young Global Limited is a UK private company limited by guarantee.  Ernst & Young Global Limited has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: June 29, 2011
      Washington, DC

Respectfully submitted,

ARNOLD & PORTER LLP

By:_____/s/ Claudius O. Sokenu_____
      Claudius O. Sokenu
      John M. Massaro
      Arthur Luk
      555 Twelfth Street, NW
      Washington, DC 20004-1206
      Telephone:   (202) 942-5000
      Facsimile:   (202) 932-5999
      Email  claudius.sokenu@aporter.com
            john.massaro@aporter.com
            arthur.luk@aporter.com

*Attorneys for Ernst & Young Global Limited*