```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/5/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
In re HERALD, PRIMEO AND THEMA       :   Civil Action No. 09 Civ. 0289 (RMB)
FUNDS SECURITIES LITIGATION          :
                                     :
————————————————————                 :
                                     :
This Document Relates To:            :
                                     :
    ALL ACTIONS.                     :
                                     :
————————————————————                 :

ORDER FOR ADMISSION *PRO HAC VICE*

633540_2

IT IS HEREBY ORDERED that Keith F. Park of Robbins Geller Rudman & Dowd LLP, 655 West Broadway, Suite 1900, San Diego, California, telephone number 619/231-1058, fax number 619/231-7423, email address keithp@rgrdlaw.com, is hereby admitted to practice *pro hac vice* as counsel for Lead Plaintiff in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

DATED: 7/5/11

*Richard M. Berman*
THE HONORABLE RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE

- 1 -

633540_2