UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
In re HERALD, PRIMEO AND THEMA       : Civil Action No. 09 Civ. 0289 (RMB)
FUNDS SECURITIES LITIGATION          :
                                     :
―――――――――――――――――――――――              :
                                     :
This Document Relates To:            :
                                     :
    ALL ACTIONS.                     :
                                     :
------------------------------------ :

NOTICE OF MOTION TO ADMIT COUNSEL, JAMES I. JACONETTE, *PRO HAC VICE*

633541_2

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that upon the annexed Declaration of David A. Rosenfeld in support of this motion and the Certificate of Good Standing annexed hereto, we will move this Court before the Honorable Richard M. Berman at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of James I. Jaconette, a member of the law firm of Robbins Geller Rudman & Dowd LLP, 655 West Broadway, Suite 1900, San Diego, California 92101, 619/231-1058 and a member in good standing of the bar of the State of California, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against this applicant in any state or federal court.

DATED: June 29, 2011
ROBBINS GELLER RUDMAN
 & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

*/s/ David A. Rosenfeld*
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER
DOUGLAS WILENS
SABRINA E. TIRABASSI
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
dwilens@rgrdlaw.com
stirabassi@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES I. JACONETTE
DAVID W. HALL
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
jamesj@rgrdlaw.com
dhall@rgrdlaw.com

JOHNSON & WEAVER, LLP
BRETT M. WEAVER
501 West Broadway, Suite 1720
San Diego, CA 92101
Telephone: 619/233-5535
619/238-0622 (fax)

Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I, David A. Rosenfeld, hereby certify that on June 29th, 2011, I caused a true and correct copy of the attached:

    Notice of Motion to Admit Counsel, James I. Jaconette, *Pro Hac Vice*; and

    Declaration of David A. Rosenfeld in Support of Motion to Admit Counsel, James I. Jaconette, *Pro Hac Vice*

to be served by first-class mail to all counsel on the attached service list.

                                            David A. Rosenfeld

**Service List**

Counsel for Defendants:

**Price O. Gielen**
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street
27th Floor
Baltimore, MD 21202
(410) 332-8584
Fax: (410) 332-8561
Email: pog@nqgrg.com

**Jeff G. Hammel**
**Maria A. Barton**
**Daniel DeCederfelt Adams**
Latham and Watkins
885 Third Avenue
New York, NY 10022
(212) 906-1200
Fax: (212) 751-4864
Email: jeff.hammel@lw.com
Email: maria.barton@lw.com
Email: daniel.adams@lw.com

**Evan A. Davis**
**Thomas J. Moloney**
Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000
Fax: (212) 225-3499
Email: maofiling@cgsh.com
Email: maofiling@cgsh.com

**David Elbaum**
Brune & Richard LLP
One Battery Park Plaza
New York, NY 10004
(212) 668-1900
Fax: (212) 668-0315
Email: delbaum@bruneandrichard.com

**Mandy Deroche**
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
(212) 574-1385
Fax: (212) 480-8421
Email: deroche@sewkis.com

**Gabrielle Sean Marshall**
**Kathryn Rebecca Vogel**
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
(212) 837-6413
Fax: (212) 299-6413
Email: marshalg@hugheshubbard.com
Email: vogelk@hugheshubbard.com

**Marc Alan Weinstein**
U.S. Attorney's Office, SDNY
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2547
Fax: (212) 637-0083
Email: weinstei@hugheshubbard.com

**Susan Leslie Saltzstein**
**Jason Christopher Vigna**
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
42nd floor
New York, NY 10036
(212) 735-4132
Fax: (917) 777-4132
Email: ssaltzst@skadden.com
Email: jvigna@skadden.com

**Jacob David Zetlin-Jones**
**Brad Eric Konstandt**
Wilmer, Cutler, Hale & Dorr, L.L.P.
399 Park Avenue
New York, NY 10022
(212) 295-6384
Fax: (212) 230-8888
Email: david.zetlin-jones@wilmerhale.com
Email: brad.konstandt@wilmerhale.com

**James William Haldin**
**James H.R. Windels**
Davis Polk & Wardwell L.L.P.
450 Lexington Avenue
New York, NY 10017
(212) 450-4059
Fax: (212) 450-3059
Email: james.haldin@dpw.com
Email: james.windels@dpw.com

**James C. Dugan**
**Mitchell Jay Auslander**
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8654
Fax: (212) 728-8111
Email: maosdny@willkie.com
Email: maosdny@willkie.com

**Brett Samuel Moore**
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
Morristown, NJ 07962
(973) 538-4006
Fax: (973) 538-5146
Email: bsmoore@pbnlaw.com

**Antony L Ryan**
**Samira Shah**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
Fax: (212) 474-3700
Email: aryan@cravath.com
Email: sshah@cravath.com

**Dennis H. Tracey , III**
**Sanford M. Litvack**
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
(212) 918-3000
Fax: (212) 918-3100
Email: dennis.tracey@hoganlovells.com
Email: sandy.litvack@hoganlovells.com

**Patricia M. Hynes**
**Andrew Rhys Davies**
Allen & Overy, LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 610-6300
Fax: (212) 610-6399
Email: patricia.hynes@allenovery.com
Email: andrew.rhys.davies@newyork.allenovery.com

Counsel for Plaintiffs:

**Jules Brody**
**Patrick Kevin Slyne**
Stull Stull & Brody
6 East 45th Street
New York, NY 10017
(212) 687-7230
Fax: (212) 490-2022
Email: ssbny@aol.com
Email: pkslyne@aol.com

**Timothy Joseph Burke**
Stull, Stull, & Brody
10940 Wilshire Blvd., Suite 2300
Los Angeles, CA 90024
(310) 209-2468
Fax: (310) 209-2468
Email: service@ssbla.com

**Catherine A. Torell**
Cohen Milstein Sellers & Toll P.L.L.C.
88 Pine Street
14th, Floor
New York, NY 10005
(212) 838-7797
Fax: (212) 838-7745
Email: ctorell@cohenmilstein.com

**Paul J. Geller**
**Douglas Wilens**
**Sabrina E. Tirabassi**
Robbins Geller Rudman & Dowd LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
(561) 750-3000
Fax: (561) 750-3364
Email: pgeller@rgrdlaw.com
Email: dwilens@rgrdlaw.com
Email: stirabassi@rgrdlaw.com

**Brian Philip Murray**
**Gregory Bradley Linkh**
Murray, Frank & Sailer, LLP
275 Madison Avenue, Ste. 801
New York, NY 10016
(212) 682-1818
Fax: (212) 682-1892
Email: bmurray@murrayfrank.com
Email: glinkh@murrayfrank.com

**Francis A. Bottini**
**Albert Yong Chang**
Johnson Francis, LLP
501 W. Broadway, Suite 1720
San Diego, CA 92101
(619) 230-0063
Fax: (619) 233-5535
Email: frankb@johnsonbottini.com
Email: achang@cfsblaw.com

**Joshua Seth Devore**
**Stephen Douglas Bunch**
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
(202) 408-4600
Fax: (202) 408-4699
Email: jdevore@cohenmilstein.com
Email: dbunch@cohenmilstein.com

**Samuel H. Rudman**
**David A. Rosenfeld**
Robbins Geller Rudman & Dowd LLP
58 South Service Road
Suite 200
Melville, NY 11747
(212) 693-1058
Fax: (212) 693-7423
Email: srudman@rgrdlaw.com
Email: drosenfeld@rgrdlaw.com

**James I. Jaconette**
**David W. Hall**
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
jamesj@rgrdlaw.com
dhall@rgrdlaw.com

# THE STATE BAR OF CALIFORNIA

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

June 22, 2011

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JAMES IAN JACONETTE, #179565 was admitted to the practice of law in this state by the Supreme Court of California on December 6, 1995; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re HERALD, PRIMEO AND THEMA FUNDS SECURITIES LITIGATION | : | Civil Action No. 09 Civ. 0289 (RMB) |
| This Document Relates To: | : | |
| ALL ACTIONS. | : | |

DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF MOTION TO ADMIT
COUNSEL, JAMES I. JACONETTE, *PRO HAC VICE*

633543_2

DAVID A. ROSENFELD, declares, under penalty of perjury:

1.  I am a member of Robbins Geller Rudman & Dowd LLP, counsel for Lead Plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Lead Plaintiff's motion to admit James I. Jaconette as counsel *pro hac vice* to represent Lead Plaintiff in this matter.

2.  I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1999. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.  I have known James I. Jaconette since 2004.

4.  James I. Jaconette is a partner of Robbins Geller Rudman & Dowd LLP, in San Diego, California.

5.  I have found Mr. Jaconette to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6.  Accordingly, I am pleased to move the admission of James I. Jaconette, *pro hac vice*.

7.  I respectfully submit a proposed order granting the admission of James I. Jaconette, *pro hac vice*, which is attached hereto as Exhibit A.

- 1 -

633543_2

WHEREFORE, it is respectfully requested that the motion to admit James I. Jaconette, *pro hac vice*, to represent Lead Plaintiff in the above-captioned matter, be granted.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of June, 2011, at Melville, New York.

DAVID A. ROSENFELD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
In re HERALD, PRIMEO AND THEMA          : Civil Action No. 09 Civ. 0289 (RMB)
FUNDS SECURITIES LITIGATION             :
                                        :
----------------------------------------
                                        :
This Document Relates To:               :
                                        :
    ALL ACTIONS.                        :
                                        :
---------------------------------------------------------- 

ORDER FOR ADMISSION *PRO HAC VICE*

633544_2

IT IS HEREBY ORDERED that James I. Jaconette of Robbins Geller Rudman & Dowd LLP, 655 West Broadway, Suite 1900, San Diego, California, telephone number 619/231-1058, fax number 619/231-7423, email address jamesj@rgrdlaw.com, is hereby admitted to practice *pro hac vice* as counsel for Lead Plaintiff in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

DATED: _____    _____
                                                      THE HONORABLE RICHARD M. BERMAN
                                                      UNITED STATES DISTRICT JUDGE

633544_2