UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

─────────────────────────────────── x
In re HERALD, PRIMEO AND THEMA        : Civil Action No. 09 Civ. 0289 (RMB)
FUNDS SECURITIES LITIGATION           :
                                      :
─────────────────────────────────── 
                                      :
This Document Relates To:             :
                                      :
    ALL ACTIONS.                      :
                                      :
───────────────────────────────────

NOTICE OF MOTION TO ADMIT COUNSEL, KEITH F. PARK, *PRO HAC VICE*

633538_2

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that upon the annexed Declaration of David A. Rosenfeld in support of this motion and the Certificates of Good Standing annexed hereto, we will move this Court before the Honorable Richard M. Berman at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of Keith F. Park, a member of the law firm of Robbins Geller Rudman & Dowd LLP, 655 West Broadway, Suite 1900, San Diego, California 92101, 619/231-1058 and a member in good standing of the bars of the State of California and New York, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against this applicant in any state or federal court.

DATED: June 30, 2011
ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
PAUL J. GELLER
DOUGLAS WILENS
SABRINA E. TIRABASSI
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
dwilens@rgrdlaw.com
stirabassi@rgrdlaw.com

ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
JAMES I. JACONETTE
DAVID W. HALL
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
jamesj@rgrdlaw.com
dhall@rgrdlaw.com

JOHNSON & WEAVER, LLP
BRETT M. WEAVER
501 West Broadway, Suite 1720
San Diego, CA 92101
Telephone: 619/233-5535
619/238-0622 (fax)

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, David A. Rosenfeld, hereby certify that on June 30th, 2011, I caused a true and correct copy of the attached:

Notice of Motion to Admit Counsel, Keith F. Park, *Pro Hac Vice*; and

Declaration of David A. Rosenfeld in Support of Motion to Admit Counsel, Keith F. Park, *Pro Hac Vice*

to be served by first-class mail to all counsel on the attached service list.

David A. Rosenfeld

**Service List**

Counsel for Defendants:

**Price O. Gielen**
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street
27th Floor
Baltimore, MD 21202
(410) 332-8584
Fax: (410) 332-8561
Email: pog@nqgrg.com

**Evan A. Davis**
**Thomas J. Moloney**
Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000
Fax: (212) 225-3499
Email: maofiling@cgsh.com
Email: maofiling@cgsh.com

**Mandy Deroche**
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
(212) 574-1385
Fax: (212) 480-8421
Email: deroche@sewkis.com

**Marc Alan Weinstein**
U.S. Attorney's Office, SDNY
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2547
Fax: (212) 637-0083
Email: weinstei@hugheshubbard.com

**Jeff G. Hammel**
**Maria A. Barton**
**Daniel DeCederfelt Adams**
Latham and Watkins
885 Third Avenue
New York, NY 10022
(212) 906-1200
Fax: (212) 751-4864
Email: jeff.hammel@lw.com
Email: maria.barton@lw.com
Email: daniel.adams@lw.com

**David Elbaum**
Brune & Richard LLP
One Battery Park Plaza
New York, NY 10004
(212) 668-1900
Fax: (212) 668-0315
Email: delbaum@bruneandrichard.com

**Gabrielle Sean Marshall**
**Kathryn Rebecca Vogel**
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
(212) 837-6413
Fax: (212) 299-6413
Email: marshalg@hugheshubbard.com
Email: vogelk@hugheshubbard.com

**Susan Leslie Saltzstein**
**Jason Christopher Vigna**
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
42nd floor
New York, NY 10036
(212) 735-4132
Fax: (917) 777-4132
Email: ssaltzst@skadden.com
Email: jvigna@skadden.com

**Jacob David Zetlin-Jones**
**Brad Eric Konstandt**
Wilmer, Cutler, Hale & Dorr, L.L.P.
399 Park Avenue
New York, NY 10022
(212) 295-6384
Fax: (212) 230-8888
Email: david.zetlin-jones@wilmerhale.com
Email: brad.konstandt@wilmerhale.com

**James William Haldin**
**James H.R. Windels**
Davis Polk & Wardwell L.L.P.
450 Lexington Avenue
New York, NY 10017
(212) 450-4059
Fax: (212) 450-3059
Email: james.haldin@dpw.com
Email: james.windels@dpw.com

**James C. Dugan**
**Mitchell Jay Auslander**
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8654
Fax: (212) 728-8111
Email: maosdny@willkie.com
Email: maosdny@willkie.com

**Brett Samuel Moore**
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
Morristown, NJ 07962
(973) 538-4006
Fax: (973) 538-5146
Email: bsmoore@pbnlaw.com

**Antony L Ryan**
**Samira Shah**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
Fax: (212) 474-3700
Email: aryan@cravath.com
Email: sshah@cravath.com

**Dennis H. Tracey, III**
**Sanford M. Litvack**
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
(212) 918-3000
Fax: (212) 918-3100
Email: dennis.tracey@hoganlovells.com
Email: sandy.litvack@hoganlovells.com

**Patricia M. Hynes**
**Andrew Rhys Davies**
Allen & Overy, LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 610-6300
Fax: (212) 610-6399
Email: patricia.hynes@allenovery.com
Email: andrew.rhys.davies@newyork.allenovery.com

Counsel for Plaintiffs:

| | |
|---|---|
| **Jules Brody**<br>**Patrick Kevin Slyne**<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY 10017<br>(212) 687-7230<br>Fax: (212) 490-2022<br>Email: ssbny@aol.com<br>Email: pkslyne@aol.com | **Brian Philip Murray**<br>**Gregory Bradley Linkh**<br>Murray, Frank & Sailer, LLP<br>275 Madison Avenue, Ste. 801<br>New York, NY 10016<br>(212) 682-1818<br>Fax: (212) 682-1892<br>Email: bmurray@murrayfrank.com<br>Email: glinkh@murrayfrank.com |
| **Timothy Joseph Burke**<br>Stull, Stull, & Brody<br>10940 Wilshire Blvd., Suite 2300<br>Los Angeles, CA 90024<br>(310) 209-2468<br>Fax: (310) 209-2468<br>Email: service@ssbla.com | **Francis A. Bottini**<br>**Albert Yong Chang**<br>Johnson Francis, LLP<br>501 W. Broadway, Suite 1720<br>San Diego, CA 92101<br>(619) 230-0063<br>Fax: (619) 233-5535<br>Email: frankb@johnsonbottini.com<br>Email: achang@cfsblaw.com |
| **Catherine A. Torell**<br>Cohen Milstein Sellers & Toll P.L.L.C.<br>88 Pine Street<br>14th, Floor<br>New York, NY 10005<br>(212) 838-7797<br>Fax: (212) 838-7745<br>Email: ctorell@cohenmilstein.com | **Joshua Seth Devore**<br>**Stephen Douglas Bunch**<br>Cohen Milstein Sellers & Toll PLLC<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, DC 20005<br>(202) 408-4600<br>Fax: (202) 408-4699<br>Email: jdevore@cohenmilstein.com<br>Email: dbunch@cohenmilstein.com |
| **Paul J. Geller**<br>**Douglas Wilens**<br>**Sabrina E. Tirabassi**<br>Robbins Geller Rudman & Dowd LLP<br>120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432<br>(561) 750-3000<br>Fax: (561) 750-3364<br>Email: pgeller@rgrdlaw.com<br>Email: dwilens@rgrdlaw.com<br>Email: stirabassi@rgrdlaw.com | **Samuel H. Rudman**<br>**David A. Rosenfeld**<br>Robbins Geller Rudman & Dowd LLP<br>58 South Service Road<br>Suite 200<br>Melville, NY 11747<br>(212) 693-1058<br>Fax: (212) 693-7423<br>Email: srudman@rgrdlaw.com<br>Email: drosenfeld@rgrdlaw.com |

**James I. Jaconette**
**David W. Hall**
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
jamesj@rgrdlaw.com
dhall@rgrdlaw.com



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

I, **Robert D. Mayberger**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

# Keith Farmer Park

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **8th day of March, 1983**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **24th day of June, 2011**.



*Robert D. Mayberger*
Clerk

THE STATE BAR
OF CALIFORNIA

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617       TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

June 28, 2011

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, KEITH F. PARK, #054275 was admitted to the practice of law in this state by the Supreme Court of California on December 14, 1972; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————— x
In re HERALD, PRIMEO AND THEMA      : Civil Action No. 09 Civ. 0289 (RMB)
FUNDS SECURITIES LITIGATION         :
———————————————————————             :
                                    :
This Document Relates To:           :
                                    :
    ALL ACTIONS.                  :
                                    :
———————————————————————

DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF MOTION TO ADMIT
COUNSEL, KEITH F. PARK, *PRO HAC VICE*

DAVID A. ROSENFELD, declares, under penalty of perjury:

1. I am a member of Robbins Geller Rudman & Dowd LLP, counsel for Lead Plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Lead Plaintiff's motion to admit Keith F. Park as counsel *pro hac vice* to represent Lead Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1999. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Keith F. Park since 2004.

4. Keith F. Park is a partner of Robbins Geller Rudman & Dowd LLP, in San Diego, California.

5. I have found Mr. Park to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of Keith F. Park, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Keith F. Park, *pro hac vice*, which is attached hereto as Exhibit A.

633539_2

WHEREFORE, it is respectfully requested that the motion to admit Keith F. Park, *pro hac vice*, to represent Lead Plaintiff in the above-captioned matter, be granted.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of June, 2011, at Melville, New York.

_____
DAVID A. ROSENFELD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re HERALD, PRIMEO AND THEMA : Civil Action No. 09 Civ. 0289 (RMB)
FUNDS SECURITIES LITIGATION :
 :
---------------------------------------------------------- :
 :
This Document Relates To: :
 :
    ALL ACTIONS. :
 :
---------------------------------------------------------------- :

ORDER FOR ADMISSION *PRO HAC VICE*

633540_2

IT IS HEREBY ORDERED that Keith F. Park of Robbins Geller Rudman & Dowd LLP, 655 West Broadway, Suite 1900, San Diego, California, telephone number 619/231-1058, fax number 619/231-7423, email address keithp@rgrdlaw.com, is hereby admitted to practice *pro hac vice* as counsel for Lead Plaintiff in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

DATED: _____  _____
THE HONORABLE RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE

633540_2