UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE HERALD, PRIMEO, AND THEMA FUNDS SECURITIES LITIGATION<br><br>This Document Relates to: Case No. 09 Civ. 289 | ECF Case<br>Master File No. 09 Civ. 289 (RMB) (HBP) |

## RULE 7.1 DISCLOSURE STATEMENT OF HERALD FUND SPC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Herald Fund SPC ("Herald Fund"), by and through its undersigned counsel, hereby states that Herald Fund has no parent corporation and that no publicly held corporation owns 10% or more of Herald Fund's stock.

Dated:  July 8, 2011
New York, New York

Respectfully submitted,

 /s Joseph Serino, Jr.

Jay P. Lefkowitz, PC
Joseph Serino, Jr.
David S. Flugman
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
jay.lefkowitz@kirkland.com
joseph.serino@kirkland.com
david.flugman@kirkland.com

*Attorneys for Defendant Herald Fund SPC*