```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/15/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
IN RE HERALD, PRIMEO, and THEMA      :   09 Civ. 289 (RMB)
SECURITIES LITIGATION                :
                                                            :   **ORDER**
------------------------------------------------------------x

The parties are hereby directed to appear before the Court for a status conference on Thursday, July 21, 2011 at 9:15 a.m., in Courtroom 21B of the United States Courthouse, 500 Pearl Street, New York, New York. We will discuss briefly the recent letters submitted to the Court in relation to Plaintiff Neville Seymour Davis's motion, dated June 17, 2011 [#234], for preliminary approval of partial settlement.

Dated: New York, New York
       July 15, 2011



**RICHARD M. BERMAN, U.S.D.J.**