ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re HERALD, PRIMEO and THEMA
FUNDS SECURITIES LITIGATION,

This Document Relates To:

ALL ACTIONS.

Civil Action No. 09 CIV 289 (RMB) (HBP)
(Consolidated with 09 CIV 2032 and
09 CIV 2558)

**ECF CASE**

# MOTION TO ADMIT COUNSEL, PATRICE L. BISHOP, *PRO HAC VICE*

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jules Brody a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

> Patrice L. Bishop, Esq.
> STULL, STULL & BRODY
> 10940 Wilshire Boulevard, Suite 2300
> Los Angeles, CA 900245
> Tel: (310) 209-2468
> Fax: (310) 209-2087
> Email: service@ssbla.com

Patrice L. Bishop is a member in good standing of the Bar of the State of California. There are no pending disciplinary proceedings against Patrice L. Bishop in any State or Federal court.

Dated: AUG 1, 2011

STULL, STULL & BRODY

By: *Jules Brody*
Jules Brody (JB-9151)
6 East 45th Street
New York, New York 10017
(212) 687-7230 (Tel)
(212) 490-2022 (Fax)

**STULL, STULL & BRODY**
Patrice L. Bishop
Timothy J. Burke
10940 Wilshire Boulevard
Suite 2300
Los Angeles, California 90024
(310) 209-2468 (Tel)
(310) 209-2087 (Fax)
Email: service@ssbla.com

**Lead Counsel for Lead Plaintiff Repex Ventures, Plaintiff Dana Trezziova and the Proposed Class (*Repex* action only)**

1

## CERTIFICATE OF SERVICE

  I hereby certify, this _____th day of _____, 2011, that I caused a true and correct copy[ies] of the **Motion to Admit Counsel, Patrice L. Bishop,** *Pro Hac Vice***; Affidavit of Jules Brody in Support of Motion to Admit Counsel, Patrice L. Bishop,** *Pro Hac Vice***; and Order for Admission of Patrice L. Bishop,** *Pro Hac Vice* **on Written Motion** to be served via First Class Mail and First Class International Mail on all parties listed on the attached service list.

Dated:

                   _____
                   Melanie Jacobs

# SERVICE LIST

Jules Brody
ssbny@aol.com
Patrick K. Slyne
pkslyne@aol.com
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel:   (212) 687-7230
Fax:   (212) 490-2022

**Lead Counsel for Lead Plaintiff Repex Ventures and the Class
(Repex action only)**

Joshua S. Devore
jdevore@cohenmilstein.com
S. Douglas Bunch
dbunch@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Tel:   (202) 408-4600
Fax:   (202) 408-4699

Catherine A. Torell
ctorell@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
150 East 52nd Street
30th Floor
New York, NY 10022
Tel:   (212) 838 7797
Fax:   (212) 838-7745

**Counsel for Lead Plaintiff Dr. Schmuel Cabilly and Plaintiff Korea Exchange Bank and Lead Counsel for the Class**

Jacob Sabo, Esq.
The Tower
# 3 Daniel Frisch St.
Tel Aviv Israel
Tel: (972) 36078888
Fax: (972) 36078889

**Of Counsel for Lead Plaintiff Shmuel Cabilly**

Brian P. Murray
Gregory B. Linkh
MURRAY, FRANK & SAILER LLP
275 Madison Avenue
Suite 801
New York, NY 10016
Tel:   (212) 682-1818
Fax:   (212) 682-1892

**Counsel for Plaintiff and the Class**

Frank A. Bottini
frankb@johnsonbottini.com
Albert Y. Chang
albertc@johnsonbottini.com
CHAPIN FITZGERALD SULLIVAN & BOTTINI LLP
550 West C Street
Suite 2000
San Diego, CA 92101
Tel:   (619) 241-4810
Fax:   (619) 955-5318

**Lead Counsel for Plaintiff and the Class**

Samuel H. Rudman
srudman@rgrdlaw.com
David A. Rosenfeld
drosenfeld@rgrdlaw.com
ROBBINS GELLER RUDMAN
  & DOWD LLP
52 Duane Street, 7th Floor
New York, NY 10007
Tel:   (212) 693-1058
Fax:   (212) 693-7423

Keith F. Park
keithp@rgrdlaw.com
James I. Jaconette
jamesj@rgrdlaw.com
ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel:   (619) 231-1058
Fax:   (619) 231-7423

     - and -
Jack Reise
197 South Federal Highway
Suite 200
Boca Raton, FL 33432

**Counsel for Plaintiff and the Class**

Robert S. Schachter
ZWERLING, SCHACHTER &
ZWERLING
41 Madison Avenue
New York, NY 10010
Tel:   (212) 223-3900
Fax:   (212) 371-5969

Dennis H. Tracey, III
dennis.tracey@hoganlovells.com
Sanford M. Litvack
sandy.litvack@hoganlovells.com
Lisa J. Fried
lisa.fried@hoganlovells.com
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Tel:   (212) 918-3000
Fax:   (212) 918-3100

**Counsel for Defendant PricewaterhouseCoopers, a Bermuda Partnership**

Mitchell J. Auslander
mauslander@willkie.com
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Tel:   (212) 728-8000
fax:   (212) 728-8111

**Counsel for William Fry**

Thomas G. Rafferty
trafferty@cravath.com
Antony L. Ryan
aryan@cravath.com
Samira Shah
sshah@cravath.com
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel:   (212) 474-1000
Fax:   (212) 474-3700

**Counsel for Defendant PricewaterhouseCoopers, an Irish partnership**

Fraser L. Hunter, Jr.
fraser.hunter@wilmer.com
Howard M. Shapiro
howard.shapiro@wilmerhale.com
Brad E. Konstandt
brad.konstandt@wilmerhale.com
J. David Zetlin-Jones
david.zetlin-jones@wilmerhale.com
WILMER CUTLER PICKERING HALE &
DORR LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

**Counsel for Defendant PricewaterhouseCoopers International Ltd.**

Michael P. Carroll
michael.carroll@davispolk.com
James H.R. Windels
james.windels@davispolk.com
Michael S. Flynn
michael.flynn@davispolk.com
James W. Haldin
james.haldin@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4547
Fax: (212) 701-5547

**Counsel for Defendant PricewaterhouseCoopers LLP**

Isaac M. Neuberger
imn@nqgrg.com
Price O. Gielen
pob@nqgrg.com
NEUBERGER, QUINN, GIELEN, RUBIN
& GIBBER, P.A.
One South Street
27th Floor
Baltimore, MD 21202-3282
Tel: (410) 332-8510
Fax: (410) 332-8511

**Counsel for Defendant Sonja Kohn**

Evan A. Davis
edavis@cgsh.com
Charles J. Keeley
cjkeeley@cgsh.com
Thomas J. Moloney
tmoloney@cgsh.com
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Tel: (212) 225-2000
Fax: (212) 225-3999

**Counsel for Defendants HSBC Holdings plc, HSBC Securities Services (Ireland) Limited, HSBC Institutional Trust Services (Ireland) Limited, HSBC Securities Services (Luxembourg) S.A., Bank of Bermuda (Cayman) Limited, Bank of Bermuda (Luxembourg) S.A., and Bank of Bermuda Limited**

Susan L. Saltzstein
Jason.Vigna@Skadden.com
Jason C. Vigna
Jason.Vigna@Skadden.com
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
Four Times Square
New York, NY 100365
Tel:  (212) 735-3000
Fax:  (212) 735-2000

**Counsel for Defendants Pioneer Alternative Investment Management (Dublin) Ltd., Pioneer Global Asset Management S.p.A and UniCredit S.p.A**

Keith M. Fleischman
Hung G. Ta
FLEISCHMAN LAW FIRM
565 Fifth Avenue, 7th Floor
New York, NY 10017
Tel:  (212) 880-9569
Fax:  (917) 591-5245

**Co-Counsel for Defendant UniCredit S.p.A.**

David Elbaum
delbaum@bruneandrichard.com
BRUNE & RICHARD LLP
One Battery Park Plaza
34th Floor
New York, NY 10004
Tel:  (212) 668-1900
Fax:  (212) 668-0315

**Counsel for Defendant Nigel H. Fielding**

Brett S. Moore
bsmoore@pbnlaw.com
PORZIO, BROMBERG & NEWMAN, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997
Tel:  (973) 538-4006
Fax:  (973) 538-5146

**Counsel for Messrs. Ferdinand Burg and Carlo Reding, the Court Appointed Liquidators for Defendant Herald (LUX)**

Jeff G. Hammel
jeff.hammel@lw.com
Daniel Adams
daniel.adams@lw.com
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
Tel:  (212) 906-1200
Fax:  (212) 751-4864

**Attorneys for Defendants Hannes Saleta, Karl E. Kaniak, Alfred Simon, Johannes P. Spalek, Dr. Hans-Peter Tiefenbacher, Declan Murray, Alberto La Rocca, and Ursula Radel-Leszczynski**

Claudius O. Sokenu
claudius.sokenu@aporter.com
John M. Massaro
john.massaro@aporter.com
Arthur Luk
arthur.luk@aporter.com
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
Tel:  (202) 942-5000
Fax:  (202) 932-5999

**Counsel for Defendant Ernst & Young Global Limited**

Richard A. Martin
rmartin@orrick.com
Patryk J. Chudy
pchudy@orrick.com
Cindy Yang
cyang@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Tel:   (212) 506-5188
Fax:  (212) 506-5151

**Counsel for Defendant Ernst & Young S.A.**

Jack Yoskowitz
yoskowitz@sewkis.com
Mandy DeRoche
deroche@sewkis.com
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Tel:   (212) 574-1200
Fax:  (212) 480-8421

**Counsel for Defendant Michael Wheaton**

William R. Maguire
maguire@hugheshubbard.com
Kathryn R. Vogel
vogelk@hugheshubbard.com
Marc A. Weinstein
weinstei@hugheshubbard.com
Gabrielle S. Marshall
marshalg@hugheshubbard.com
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
Tel:   (212) 837-6000

**Counsel for Defendant Ernst & Young (Cayman Islands)**

Patricia M. Hynes
patricia.hynes@allenovery.com
Andrew Rhys Davies
andrew.rhys.davies@allenovery.com
Laura Hall
laura.hall@allenovery.com
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Tel:   (212) 610-6300
Fax:  (212) 610-6399

**Counsel for Defendant JP Morgan Chase & Co.**

David S. Flugman
david.flugman@kirkland.com
Joseph Serino, Jr.
joseph.serino@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel:   (212) 446-4800
Fax:  (212) 446-4900

**Counsel for Defendant Herald Fund SPC**

Michael E. Wiles
mewiles@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel:   (212) 909-6653
Fax:  (212) 521-7653

**Counsel for Defendants Alberto Benbassat, Stephane Benbassat, Genevalor, Benbassat & Cie, Gerald J.P. Brady, Daniel Morrissey, David T. Smith, Thema Asset Management Limited and Thema International Fund plc**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| In re HERALD, PRIMEO and THEMA FUNDS SECURITIES LITIGATION,<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Civil Action No. 09 CIV 289 (RMB) (HBP)<br>(Consolidated with 09 CIV 2032 and 09 CIV 2558)<br><br>**ECF CASE** |

**AFFIDAVIT OF JULES BRODY IN SUPPORT OF MOTION TO ADMIT COUNSEL, PATRICE L. BISHOP, *PRO HAC VICE***

| State of New York | ) |
|---|---|
| | ) |
| County of New York | ) |

JULES BRODY, being duly sworn, hereby deposes and says as follows:

1. I am an attorney with the firm of Stull, Stull & Brody, counsel for Lead Plaintiff Repex Ventures S.A. in this matter. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Patrice L. Bishop as counsel *pro hac vice* to represent Lead Plaintiff Repex Ventures S.A. in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on June 29, 1964. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Miss Bishop since 1997.

4. Miss Bishop is an associate of Stull, Stull & Brody in the Los Angeles, California office.

5. I have found Miss Bishop to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Patrice L. Bishop, *pro hac vice*.

7. I respectfully submit a proposed order that the motion to admit Patrice L. Bishop, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Patrice L. Bishop, *pro hac vice*, to represent Lead Plaintiff Repex Ventures S.A. in the above captioned matter, be granted.

Dated: August 1, 2011

City, State: New York, NY

Notarized: /s/ Mark Levine

MARK LEVINE
Notary Public, State of New York
No. 24-02LE4760335
Qualified in Westchester County
Commission Expires March 30, 19__
2014

Respectfully submitted,

/s/ Jules Brody
Jules Brody (JB-9151)

2

THE STATE BAR
OF CALIFORNIA

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

July 21, 2011

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, PATRICE LYN BISHOP, #182256 was admitted to the practice of law in this state by the Supreme Court of California on June 3, 1996; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re HERALD, PRIMEO and THEMA FUNDS SECURITIES LITIGATION,<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Civil Action No. 09 CIV 289 (RMB) (HBP)<br>(Consolidated with 09 CIV 2032 and 09 CIV 2558)<br><br>**ECF CASE** |

**ORDER FOR ADMISSION OF PATRICE L. BISHOP *PRO HAC VICE*
ON WRITTEN MOTION**

Upon the motion of Jules Brody, attorney for Lead Plaintiff Repex Ventures S.A. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

>Patrice L. Bishop, Esq.
>STULL, STULL & BRODY
>10940 Wilshire Boulevard, Suite 2300
>Los Angeles, CA   900245
>Tel:    (310) 209-2468
>Fax:   (310) 209-2087
>Email: service@ssbla.com

is admitted to practice *pro hac vice* as counsel for Lead Plaintiff Repex Ventures S.A. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:
City, State:

>Honorable Richard M. Berman
>United States District Court Judge

1