UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re HERALD, PRIMEO and THEMA FUNDS SECURITIES LITIGATION,<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Civil Action No. 09 CIV 289 (RMB) (HBP)<br>(Consolidated with 09 CIV 2032 and 09 CIV 2558)<br><br>**ECF CASE** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/11

**ORDER FOR ADMISSION OF PATRICE L. BISHOP *PRO HAC VICE*
ON WRITTEN MOTION**

Upon the motion of Jules Brody, attorney for Lead Plaintiff Repex Ventures S.A. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

>   Patrice L. Bishop, Esq.
>   STULL, STULL & BRODY
>   10940 Wilshire Boulevard, Suite 2300
>   Los Angeles, CA   900245
>   Tel:   (310) 209-2468
>   Fax:   (310) 209-2087
>   Email: service@ssbla.com

is admitted to practice *pro hac vice* as counsel for Lead Plaintiff Repex Ventures S.A. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: 8/5/11
City, State: New York, NY

_Richard M. Berman_
Honorable Richard M. Berman
United States District Court Judge

1