```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/11
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
IN RE HERALD, PRIMEO, and THEMA       :    09 Civ. 289 (RMB)
SECURITIES LITIGATION                  :
                                       :    **ORDER**
------------------------------------------------------------x

If, in light of the Amended and Restated Stipulation and Agreement of Partial Settlement, entered into on August 11, 2011 between Neville Seymour Davis ("Davis") and HSBC Holdings plc, HSBC Securities Services (Ireland) Ltd., HSBC Institutional Trust Services (Ireland) Ltd., and HSBC Bank USA, N.A. [# 302], any party wishes to supplement its previous written submission relating to Davis's motion for preliminary approval of the Settlement, dated June 17, 2011 [# 234], it may do so in a letter submission of up to 5 pages (double spaced) served and hand delivered to the Court on or before Friday, August 19, 2011 (noon).

Dated:  New York, New York
        August 12, 2011



**RICHARD M. BERMAN, U.S.D.J.**