```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/2/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
IN RE HERALD, PRIMEO, and THEMA              :    09 Civ. 289 (RMB)
SECURITIES LITIGATION                                :
                                                            :    **ORDER**
------------------------------------------------------------x

The parties are hereby directed to appear before the Court for a brief conference on Wednesday, September 7, 2011 at 3:00 p.m., in Courtroom 21B of the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
       September 1, 2011



**RICHARD M. BERMAN, U.S.D.J.**