UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

IN RE HERALD, PRIMEO AND
THEMA FUNDS SECURITIES LITIG. Plaintiff,

Case No. 1:09-CV-00289

-against-

Defendant.
------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**KEITH M. FLEISCHMAN**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: KF0199      My State Bar Number is 1988690

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: GRANT & EISENHOFER P.A.
            FIRM ADDRESS: 485 Lexington Ave., 29th Fl., New York, NY 10017
            FIRM TELEPHONE NUMBER: 646-722-8500
            FIRM FAX NUMBER: 646-722-8501

NEW FIRM:   FIRM NAME: THE FLEISCHMAN LAW FIRM
            FIRM ADDRESS: 565 Fifth Avenue, 7th Fl., New York, NY 10017
            FIRM TELEPHONE NUMBER: 212-880-9571
            FIRM FAX NUMBER: 917-591-5245

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 10/03/2011

*(signature)*
ATTORNEY'S SIGNATURE