UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

IN RE HERALD, PRIMEO AN THEMA
FUNDS SECURITIES LITIGATION

This document relates to: All Actions

Civil Action No. 09 Civ. 0289
(RMB) (Consolidated with Nos.
09 Civ. 2032 and 09 Civ. 2558)

CERTIFICATE OF SERVICE

-----------------------------------------------------------X

I, Brendan Cyr, an attorney admitted to practice in the State of New York and the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On the 28th day of October 2011, I caused service of the Attorney Declaration of Evan A. Davis in Support of the HSBC Defendants' Reply in Further Support of the Motion to Dismiss with Exhibits, dated October 28, 2011, to be made by electronically filing said document with the Clerk of the Court using the CM/ECF System, which will send a Notice of Electronic Filing to all parties with an e-mail address of record who have appeared and consent to electronic service in this action.

Dated:   New York, New York
         October 31, 2011

_____
Brendan Cyr