```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/31/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re HERALD, PRIMEO and THEMA
FUNDS SECURITIES LITIGATION

Case No. 09 CIV 289 (RMB)(HBP)

This Document Relates To:

Case No. 09 CIV 289 (RMB)(HBP)

*Repex Ventures, S.A. v.
Bernard L. Madoff, et al.*

ECF CASE

## NOTICE OF WITHDRAWAL AS
## COUNSEL OF RECORD [AND PROPOSED ORDER]

PLEASE TAKE NOTICE that Patryk J. Chudy is hereby withdrawn as counsel of record for defendant Ernst & Young S.A. ("EY Luxembourg") in the above-captioned action. Mr. Chudy is leaving Orrick Herrington & Sutcliffe LLP and has accepted a position in government service. Orrick Herrington & Sutcliffe LLP will continue to act as counsel for EY Luxembourg.

Dated: October 28, 2011
New York, New York

Respectfully submitted,

By: _____
Patryk J. Chudy (PC-8815)
ORRICK HERRINGTON &
SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019-6142
Telephone: 212-506-5000
Email: pchudy@orrick.com

*Attorneys for Defendant
Ernst & Young S.A.*

So Ordered:

Richard M. Berman
Hon. Richard A. Berman, U.S.D.J.



ORRICK HERRINGTON &
SUTCLIFFE LLP

---

Richard A. Martin
Patryk J. Chudy
51 West 52nd Street
New York, New York 10019
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
rmartin@orrick.com
pchudy@orrick.com

*Attorneys for Defendant*
*Ernst & Young S.A.*

CLEARY GOTTLIEB
 STEEN & HAMILTON LLP

*Evan A. Davis /qv*

---

Evan A. Davis
1 Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2850
edavis@cgsh.com

*Attorneys for Defendants*
*HSBC Holdings plc, HSBC Securities Services*
*(Luxembourg) S.A., Bank of Bermuda*
*(Luxembourg) S.A., Bank of Bermuda (Cayman)*
*Limited, The Bank of Bermuda Limited, HSBC*
*Institutional Trust Services (Ireland) Ltd.,*
*HSBC Securities Services (Ireland) Limited,*
*and HSBC Bank USA, N.A.*

31

SULLIVAN & WORCESTER LLP

*/s/ Franklin B. Velie/*

Franklin B. Velie
Jonathan G. Kortmansky
Mitchell C. Stein
1290 Avenue of the Americas
29th Floor
New York, New York 10104
Telephone: (212) 660-3000
fvelie@sandw.com
jkortmansky@sandw.com
mstein@sandw.com

*Attorneys for Defendant
UniCredit Bank Austria AG*

LATHAM & WATKINS LLP

_____

Maria A. Barton
Jeff G. Hammel
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
maria.barton@lw.com
jeff.hammel@lw.com

*Attorneys for Defendants
Hannes Saleta, Karl E. Kaniak, Alfred Simon,
Johannes P. Spalek, Dr. Hans-Peter
Tiefenbacher, Declan Murray, Alberto La
Rocca, and Ursula Radel-Leszczynski*

SULLIVAN & WORCESTER LLP

---

Franklin B. Velie
Jonathan G. Kortmansky
Mitchell C. Stein
1290 Avenue of the Americas
29th Floor
New York, New York 10104
Telephone: (212) 660-3000
fvelie@sandw.com
jkortmansky@sandw.com
mstein@sandw.com

*Attorneys for Defendant*
*UniCredit Bank Austria AG*

LATHAM & WATKINS LLP

*/s/ Maria A. Barton*

Maria A. Barton
Jeff G. Hammel
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
maria.barton@lw.com
jeff.hammel@lw.com

*Attorneys for Defendants*
*Hannes Saleta, Karl E. Kaniak, Alfred Simon,*
*Johannes P. Spalek, Dr. Hans-Peter*
*Tiefenbacher, Declan Murray, Alberto La*
*Rocca, and Ursula Radel-Leszczynski*

32

KIRKLAND & ELLIS LLP

/s/ Jay P. Lefkowitz
Jay P. Lefkowitz, P.C.
Joseph Serino, Jr.
David S. Flugman
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
jay.lefkowitz@kirkland.com
joseph.serino@kirkland.com
david.flugman@kirkland.com

*Attorneys for Defendants
Herald Fund SPC, Franco Mugnai and
Friedrich Pfeffer*

CRAVATH, SWAINE & MOORE LLP


Thomas G. Rafferty
Antony L. Ryan
Samira Shah
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
trafferty@cravath.com
aryan@cravath.com
sshah@cravath.com

*Attorneys for Defendant
PricewaterhouseCoopers Ireland*

NEUBERGER, QUINN, GIELEN,
   RUBIN & GIBBER, P.A.


Price O. Gielen
One South Street, 27th Floor
Baltimore, Maryland 21202
Telephone: (410) 332-8516

*Attorneys for Defendant Sonja Kohn*

33

KIRKLAND & ELLIS LLP

_____

Jay P. Lefkowitz, P.C.
Joseph Serino, Jr.
David S. Flugman
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
jay.lefkowitz@kirkland.com
joseph.serino@kirkland.com
david.flugman@kirkland.com

*Attorneys for Defendants*
*Herald Fund SPC, Franco Mugnai and*
*Friedrich Pfeffer*

CRAVATH, SWAINE & MOORE LLP

_____
Thomas G. Rafferty
Antony L. Ryan
Samira Shah
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
trafferty@cravath.com
aryan@cravath.com
sshah@cravath.com

*Attorneys for Defendant*
*PricewaterhouseCoopers Ireland*

NEUBERGER, QUINN, GIELEN,
  RUBIN & GIBBER, P.A.

_____
Price O. Gielen
One South Street, 27th Floor
Baltimore, Maryland 21202
Telephone: (410) 332-8516

*Attorneys for Defendant Sonja Kohn*

33

KIRKLAND & ELLIS LLP

Jay P. Lefkowitz, P.C.
Joseph Serino, Jr.
David S. Flugman
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
jay.lefkowitz@kirkland.com
joseph.serino@kirkland.com
david.flugman@kirkland.com

*Attorneys for Defendants*
*Herald Fund SPC, Franco Mugnai and*
*Friedrich Pfeffer*

CRAVATH, SWAINE & MOORE LLP

Thomas G. Rafferty
Antony L. Ryan
Samira Shah
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
trafferty@cravath.com
aryan@cravath.com
sshah@cravath.com

*Attorneys for Defendant*
*PricewaterhouseCoopers Ireland*

NEUBERGER, QUINN, GIELEN,
RUBIN & GIBBER, P.A.

*[signature]*

Price O. Gielen
One South Street, 27th Floor
Baltimore, Maryland 21202
Telephone: (410) 332-8516

*Attorneys for Defendant Sonja Kohn*

33

ALLEN & OVERY LLP

*/s/ Patricia M. Hynes*

Patricia M. Hynes
Andrew Rhys Davies
Laura R. Hall
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
patricia.hynes@allenovery.com
andrew.rhys.davies@allenovery.com
laura.hall@allenovery.com

*Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan Securities LLC and J.P. Morgan Securities, Ltd.*

PORZIO, BROMBERG & NEWMAN, P.C.

_____

Brett S. Moore
156 West 56th Street
Suite 803
New York, New York 10019-3800
Telephone: (212) 265-6888
Facsimile: (212) 957-3983
bsmoore@pbnlaw.com

*Attorneys for Ferdinand Burg and Carlo Reding,*
*Court-Appointed Liquidators for Defendant Herald (LUX) SICAV*

ALLEN & OVERY LLP

Patricia M. Hynes
Andrew Rhys Davies
Laura R. Hall
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
patricia.hynes@allenovery.com
andrew.rhys.davies@allenovery.com
laura.hall@allenovery.com

*Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan Securities LLC and J.P. Morgan Securities, Ltd.*

PORZIO, BROMBERG & NEWMAN, P.C.

Brett S. Moore /qv
Brett S. Moore
156 West 56th Street
Suite 803
New York, New York 10019-3800
Telephone: (212) 265-6888
Facsimile: (212) 957-3983
bsmoore@pbnlaw.com

*Attorneys for Ferdinand Burg and Carlo Reding,
Court-Appointed Liquidators for Defendant Herald (LUX) SICAV*

34

HOGAN LOVELLS US LLP

*signature*

Sanford M. Litvack
Dennis H. Tracey, III
Lisa J. Fried
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
sandy.litvack@hoganlovells.com
dennis.tracey@hoganlovells.com
lisa.fried@hoganlovells.com

*Attorneys for Defendant*
*PricewaterhouseCoopers, Chartered*
*Accountants, a Bermuda partnership*

CLEARY GOTTLIEB
 STEEN & HAMILTON LLP

---

Lewis J. Liman
Jeffrey A. Rosenthal
1 Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
lliman@cgsh.com
jrosenthal@cgsh.com

*Attorneys for Defendant*
*The Bank of New York Mellon Corporation*

ARNOLD & PORTER LLP

---

Claudius O. Sokenu
John C. Massaro (admitted *pro hac vice*)
Arthur Luk
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 932-5999
claudius.sokenu@aporter.com
john.massaro@aporter.com
arthur.luk@aporter.com

*Attorneys for Defendant*
*Ernst & Young Global Limited*

35

HOGAN LOVELLS US LLP

---

Sanford M. Litvack
Dennis H. Tracey, III
Lisa J. Fried
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
sandy.litvack@hoganlovells.com
dennis.tracey@hoganlovells.com
lisa.fried@hoganlovells.com

*Attorneys for Defendant*
*PricewaterhouseCoopers, Chartered*
*Accountants, a Bermuda partnership*

CLEARY GOTTLIEB
STEEN & HAMILTON LLP

---

Lewis J. Liman
Jeffrey A. Rosenthal
1 Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
lliman@cgsh.com
jrosenthal@cgsh.com

*Attorneys for Defendant*
*The Bank of New York Mellon Corporation*

ARNOLD & PORTER LLP

---

Claudius O. Sokenu
John C. Massaro (admitted *pro hac vice*)
Arthur Luk
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 932-5999
claudius.sokenu@aporter.com
john.massaro@aporter.com
arthur.luk@aporter.com

*Attorneys for Defendant*
*Ernst & Young Global Limited*

35

HOGAN LOVELLS US LLP

---

Sanford M. Litvack
Dennis H. Tracey, III
Lisa J. Fried
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
sandy.litvack@hoganlovells.com
dennis.tracey@hoganlovells.com
lisa.fried@hoganlovells.com

*Attorneys for Defendant*
*PricewaterhouseCoopers, Chartered*
*Accountants, a Bermuda partnership*

CLEARY GOTTLIEB
  STEEN & HAMILTON LLP

---

Lewis J. Liman
Jeffrey A. Rosenthal
1 Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
lliman@cgsh.com
jrosenthal@cgsh.com

*Attorneys for Defendant*
*The Bank of New York Mellon Corporation*

ARNOLD & PORTER LLP

*/s/ Claudius Sokenu*

---

Claudius O. Sokenu
John C. Massaro (admitted *pro hac vice*)
Arthur Luk
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 932-5999
claudius.sokenu@aporter.com
john.massaro@aporter.com
arthur.luk@aporter.com

*Attorneys for Defendant*
*Ernst & Young Global Limited*

35

WILMER CUTLER PICKERING
HALE & DORR LLP

_____
Fraser L. Hunter, Jr.
Brad E. Konstandt
399 Park Avenue
New York, New York 10022
fraser.hunter@wilmerhale.com
brad.konstandt@wilmerhale.com
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

*Attorneys for Defendant
PricewaterhouseCoopers International Limited*

SEWARD & KISSEL LLP

_____
Jack Yoskowitz
Mandy DeRoche
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Attorneys for Defendant Michael Wheaton*

WILLKIE FARR & GALLAGHER LLP

_____
Mitchell J. Auslander
James C. Dugan
Emma-Ann L. Deacon
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
mauslander@willkie.com
jdugan@willkie.com
edeacon@willkie.com

*Attorneys for Defendant William Fry*

36

WILMER CUTLER PICKERING
HALE & DORR LLP

---

Fraser L. Hunter, Jr.
Brad E. Konstandt
399 Park Avenue
New York, New York 10022
fraser.hunter@wilmerhale.com
brad.konstandt@wilmerhale.com
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

*Attorneys for Defendant
PricewaterhouseCoopers International Limited*

SEWARD & KISSEL LLP

---

Jack Yoskowitz
Mandy DeRoche
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Attorneys for Defendant Michael Wheaton*

WILLKIE FARR & GALLAGHER LLP

---

Mitchell J. Auslander
James C. Dugan
Emma-Ann L. Deacon
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
mauslander@willkie.com
jdugan@willkie.com
edeacon@willkie.com

*Attorneys for Defendant William Fry*

36

WILMER CUTLER PICKERING
HALE & DORR LLP

---

Fraser L. Hunter, Jr.
Brad E. Konstandt
399 Park Avenue
New York, New York 10022
fraser.hunter@wilmerhale.com
brad.konstandt@wilmerhale.com
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

*Attorneys for Defendant*
*PricewaterhouseCoopers International Limited*

SEWARD & KISSEL LLP

---

Jack Yoskowitz
Mandy DeRoche
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Attorneys for Defendant Michael Wheaton*

WILLKIE FARR & GALLAGHER LLP

---

Mitchell J. Auslander
James C. Dugan
Emma-Ann L. Deacon
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
mauslander@willkie.com
jdugan@willkie.com
edeacon@willkie.com

*Attorneys for Defendant William Fry*

36

DAVIS POLK & WARDWELL LLP

*/s/ Michael S. Flynn*

Michael S. Flynn
Michael P. Carroll
James H.R. Windels
James W. Haldin
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
michael.carroll@davispolk.com
james.windels@davispolk.com
michael.flynn@davispolk.com
james.haldin@davispolk.com

*Attorneys for Defendant
PricewaterhouseCoopers LLP*

HUGHES HUBBARD & REED LLP

_____

William R. Maguire
Marc A. Weinstein
Gabrielle S. Marshall
Kathryn R. Vogel
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000

*Attorneys for Defendant
Ernst & Young Ltd. (Cayman Islands)*

37

DAVIS POLK & WARDWELL LLP

Michael S. Flynn
Michael P. Carroll
James H.R. Windels
James W. Haldin
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
michael.carroll@davispolk.com
james.windels@davispolk.com
michael.flynn@davispolk.com
james.haldin@davispolk.com

*Attorneys for Defendant*
*PricewaterhouseCoopers LLP*

HUGHES HUBBARD & REED LLP

*/s/ Marc A. Weinstein*
William R. Maguire
Marc A. Weinstein
Gabrielle S. Marshall
Kathryn R. Vogel
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000

*Attorneys for Defendant*
*Ernst & Young Ltd. (Cayman Islands)*

37

DEBEVOISE & PLIMPTON LLP

*Michael E. Wiles /qv*
_____
Joseph P. Moodhe
Michael E. Wiles
919 Third Avenue
New York, New York 10022
Tel. (212) 909-6000
mewiles@debevoise.com
jpmoodhe@debevoise.com

*Attorneys for Defendants*
*Alberto Benbassat, Stephane Benbassat,*
*Genevalor, Benbassat & Cie, Gerald J.P.*
*Brady, Daniel Morrissey, David T. Smith,*
*Thema Asset Management Limited and Thema*
*International Fund plc (for purposes of this*
*motion and other preliminary proceedings)*

BRUNE & RICHARD LLP

_____
Susan E. Brune
David Elbaum
One Battery Park Plaza
New York, New York 10004
Tel: (212) 668-1900
Fax: (212) 668-0315
sbrune@bruneandrichard.com
delbaum@bruneandrichard.com

*Attorneys for Defendant*
*Nigel Fielding*

38

DEBEVOISE & PLIMPTON LLP

Joseph P. Moodhe
Michael E. Wiles
919 Third Avenue
New York, New York 10022
Tel. (212) 909-6000
mewiles@debevoise.com
jpmoodhe@debevoise.com

*Attorneys for Defendants
Alberto Benbassat, Stephane Benbassat,
Genevalor, Benbassat & Cie, Gerald J.P.
Brady, Daniel Morrissey, David T. Smith,
Thema Asset Management Limited and Thema
International Fund plc (for purposes of this
motion and other preliminary proceedings)*

BRUNE & RICHARD LLP

Susan E. Brune
David Elbaum
One Battery Park Plaza
New York, New York 10004
Tel: (212) 668-1900
Fax: (212) 668-0315
sbrune@bruneandrichard.com
delbaum@bruneandrichard.com

*Attorneys for Defendant
Nigel Fielding*

38