UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

Repex Ventures, S.A.,                    Plaintiff,            Case No. 09-CIV-289 (RMB)

      -against-

Bernard L. Madoff, et al.,               Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending             [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Patryk J. Chudy**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: PC-8815        My State Bar Number is 3955846

I am,
[ ] An attorney
[✓] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Orrick Herrington & Sutcliffe LLP
            FIRM ADDRESS: 51 West 52nd Street, New York, New York 10019
            FIRM TELEPHONE NUMBER: 212-506-5000
            FIRM FAX NUMBER: 212-506-5151

NEW FIRM:   FIRM NAME: U.S. Commodity Futures Trading Comm.
            FIRM ADDRESS: 140 Broadway, New York, New York 10005
            FIRM TELEPHONE NUMBER: 646-746-9700
            FIRM FAX NUMBER: 646-746-9940

[ ] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[✓] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on 10/31 by Judge Berman.

Dated: November 11, 2011

ATTORNEY'S SIGNATURE