USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/14/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE HERALD, PRIMEO, and THEMA        :    09 Civ. 289 (RMB)
SECURITIES LITIGATION                  :
                                       :    **ADMINISTRATIVE ORDER**
                                       :
------------------------------------------------------------x

      The Court will hold a brief oral argument on Monday, November 28, 2011 at 2:00 p.m. to hear from counsel for Plaintiff Neville Seymour Davis (all other Plaintiffs' and Defendants' counsel have waived oral argument). Davis's counsel will have 15 minutes and Defendants' counsel will have 15 minutes for any response.

Dated: New York, New York
       November 11, 2011

                                                        _RMB_____
                                           **RICHARD M. BERMAN, U.S.D.J.**