UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re HERALD, PRIMEO and THEMA FUNDS SECURITIES LITIGATION, | Civil Action No. 09 CIV 289 (RMB) (HBP) (Consolidated with 09 CIV 2032 and 09 CIV 2558) |
| This Document Relates To: *Repex Ventures, S.A., etc. v. Bernard L. Madoff, et al.* | ECF CASE |



U.S. DISTRICT COURT FILED JAN 10 2012 D.S. S.D. OF N.Y.

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Dana Trezziova, on behalf of herself and all others similarly situated investors in the Herald Funds (*i.e.*, the Herald Fund SPC-Herald USA Segregated Portfolio One ("Herald (USA)") and the Herald (LUX) U.S. Absolute Return Fund ("Herald LUX"), appeals to the United States Court of Appeals for the Second Circuit from the final judgment of the district court, entered this action on December 12, 2011 [Docket No. 360], and all interlocutory orders that gave rise to that judgment, including the November 29, 2011 Decision & Order [Docket No. 351] dismissing the operative Amended Class Action Complaint and denying leave to file the [Proposed] Third Amended Complaint.

Dated: January 9, 2012

STULL, STULL & BRODY

_____
Timothy J. Burke (Admitted *pro hac vice*)
10940 Wilshire Boulevard
Suite 2300
Los Angeles, California 90024
(310) 209-2468 (Tel)
(310) 209-2087 (Fax)
Email: service@ssbla.com

STULL, STULL & BRODY
Jules Brody (JB-9151)
Patrick Slyne (PS-1765)
6 East 45th Street
New York, New York 10017
(212) 687-7230 (Tel)
(212) 490-2022 (Fax)

**Lead Counsel for Plaintiff and
the Proposed Class**

1