UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE HERALD, PRIMEO, AND THEMA FUNDS SECURITIES LITIGATION | ECF Case<br><br>Case No. 09 Civ. 0289 (RMB) |
| This document relates to:<br><br>NEVILLE SEYMOUR DAVIS, on behalf of himself and all others similarly situated,<br><br>         Plaintiff,<br><br>     vs.<br><br>ALBERTO BENBASSAT, STÉPHANE BENBASSAT, GENEVALOR, BENBASSAT & CIE, GERALD J.P. BRADY, JOHN HOLLIWELL, SONJA KOHN, DANIEL MORRISSEY, PETER SCHEITHAUER, DAVID T. SMITH, WERNER TRIPOLT, BANK MEDICI AG, UNICREDIT SPA, HSBC INSTITUTIONAL TRUST SERVICES (IRELAND) LTD., HSBC SECURITIES SERVICES (IRELAND) LTD., HSBC HOLDINGS PLC, PRICEWATERHOUSECOOPERS INTERNATIONAL LTD., PRICEWATERHOUSECOOPERS (DUBLIN), PRICEWATERHOUSECOOPERS LLP, PRICEWATERHOUSECOOPERS BERMUDA, THEMA ASSET MANAGEMENT LIMITED, THEMA INTERNATIONAL FUND PLC, BA WORLDWIDE FUND MANAGEMENT LIMITED, PETER MADOFF, ANDREW MADOFF, MARK MADOFF, WILLIAM FRY, JP MORGAN CHASE & CO., and THE BANK OF NEW YORK MELLON,<br><br>         Defendants. | Case No. 09 Civ. 2558 (RMB) |

**LEAD PLAINTIFF NEVILLE SEYMOUR DAVIS'S NOTICE OF APPEAL**

PLEASE TAKE NOTICE that, under 28 U.S.C. § 1291, Lead Plaintiff Neville Seymour Davis, on behalf of himself and all others similarly situated, appeals to the United States Court of Appeals for the Second Circuit from:

(1) the Final Judgment entered on December 12, 2011 (Dkt. No. 360);

(2) the Decision & Order entered on December 8, 2011 (Dkt. No. 356);

(3) the Decision & Order entered November 29, 2011 (Dkt. No. 351);

(4) the Decision & Order entered September 15, 2011 (Dkt. No. 318);

(5) the Order entered on September 8, 2011 (Dkt. No. 313); and

(6) the Decision & Order entered on September 7, 2011 (Dkt. No. 312).

Dated:  January 11, 2012

CHAPIN FITZGERALD
  SULLIVAN & BOTTINI LLP
Francis A. Bottini, Jr. (*pro hac vice*)
Albert Y. Chang (AC 5415)

s/ Francis A. Bottini, Jr.
Francis A. Bottini, Jr.

550 West C Street, Suite 2000
San Diego, CA 92101
Telephone:  (619) 241-4810
Facsimile:  (619) 955-5318

*Lead Counsel for Lead Plaintiff and the Class*

ROBBINS GELLER
  RUDMAN & DOWD LLP
Darren J. Robbins
Keith F. Park
James I. Jaconette
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone:  (619) 231-1058
Facsimile:  (619) 231-7423

– and –

Samuel H. Rudman
David A. Rosenfeld
52 Duane Street, 7th Floor
New York, NY 10007
Telephone:  (212) 693-1058
Facsimile:  (212) 693-7423

MURRAY FRANK LLP
Brian P. Murray
Gregory B. Linkh
275 Madison Avenue, Suite 801
New York, NY 10016
Telephone:  (212) 681-1818
Facsimile:  (212) 682-1892

*Counsel for Lead Plaintiff and the Class*