**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE HERALD, PRIMEO AND THEMA FUNDS SECURITIES LITIGATION<br><br>This document relates to: 09 Civ. 2032 (RMB) (HBP) | File No:<br>09 Civ. 289 (RMB) (HBP) |

## NOTICE OF APPEAL

Notice is hereby given that Lead Plaintiff Dr. Shmuel Cabilly and plaintiff Korea Exchange Bank, as Trustee of the Korea Global All Asset Trust I-1 and Trustee of the KDB Premier Select Private Fund 1 (collectively, "Plaintiffs"), hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered in this action on December 12, 2011 and the Order entered November 29, 2011 granting defendants' motions to dismiss, denying Plaintiffs' motion to amend, and dismissing Plaintiffs' Consolidated Amended Complaint in its entirety with prejudice.

Dated: January 11, 2012                    Respectfully submitted,

**COHEN MILSTEIN SELLERS & TOLL PLLC**


By:  /s/ S. Douglas Bunch
    Steven J. Toll
    Lisa M. Mezzetti
    Daniel S. Sommers
    Joshua S. Devore
    S. Douglas Bunch
    1100 New York Avenue, N.W.
    Suite 500, West Tower
    Washington, D.C. 20005
    Tel.:  (202) 408-4600
    Fax:  (202) 408-4699

*Counsel for Lead Plaintiff Dr. Shmuel Cabilly and Plaintiff Korea Exchange Bank and Lead Counsel for the Class*

*Of Counsel*:

Jacob Sabo, Esq.
The Tower
# 3 Daniel Frisch St.
Tel Aviv, Israel
Tel.:  (972) 36078888
Fax:  (972) 36078889

2