UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

In re Herald, Primeo and Thema        Case No. 09-cv-00289
Funds Securities Litigation       Plaintiff,

    -against-

                          Defendant.
--------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Gregory Linkh**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: GL 0477    My State Bar Number is 3041472

I am,
  [✓] An attorney
  [ ] A Government Agency attorney
  [ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Murray Frank LLP
             FIRM ADDRESS: 275 Madison Avenue, Suite 801, NY, NY 10016
             FIRM TELEPHONE NUMBER: (212) 682-1818
             FIRM FAX NUMBER: (212) 682-1892

NEW FIRM:    FIRM NAME: Glancy Binkow & Goldberg LLP
             FIRM ADDRESS: 77 Water Street, 7th Floor, NY, NY 10005
             FIRM TELEPHONE NUMBER: (646) 722-4180
             FIRM FAX NUMBER:

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 10/23/12

                                  _____
                                  ATTORNEY'S SIGNATURE