UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE HERALD, PRIMEO and THEMA FUNDS SECURITIES LITIGATION<br><br>This Document Relates to No. 09 Civ. 2032 (RMB) | 09 Civ. 0289 (RMB)<br><br>ECF Case |

NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Defendant Nigel H. Fielding.  I certify that I am admitted to practice before this Court.

Dated:   New York, New York
         May 29, 2014

BRUNE & RICHARD LLP

By:   /s/ Theresa Trzaskoma
      Theresa Trzaskoma
      One Battery Park Plaza
      New York, New York  10004
      Tel.: (212) 668-1900
      Fax : (212) 668-0315
      ttrzaskoma@bruneandrichard.com

*Attorneys for Defendant Nigel Fielding*