UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE HERALD, PRIMEO and THEMA FUNDS SECURITIES LITIGATION<br><br>This Document Relates to No. 09 Civ. 2032 (RMB) | 09 Civ. 0289 (RMB)<br><br>ECF Case |

**MOTION FOR WITHDRAWAL OF APPEARANCE
AS COUNSEL OF RECORD AND [PROPOSED] ORDER**

PLEASE TAKE NOTICE that, pursuant to Local Rule 1.4, David Elbaum respectfully moves to withdraw his appearance as counsel of record for Defendant Nigel H. Fielding. Mr. Elbaum is leaving Brune & Richard LLP to accept a position at a different firm. Brune & Richard LLP will continue to act as counsel for Defendant Fielding.

Dated:  May 29, 2014
        New York, New York

Respectfully submitted,

By:  /s/ David Elbaum
     David Elbaum
     BRUNE & RICHARD LLP
     One Battery Park Plaza
     New York, New York 10004
     Tel.: (212) 668-1900
     Fax: (212) 668-0315
     delbaum@bruneandrichard.com

     *Attorneys for Nigel H. Fielding*

So Ordered:

RMB
_____
Hon. Richard A. Berman, U.S.D.J.
6/3/14

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2014