N.Y.S.D. Case # 09-cv-0289(RMB)

**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 6th day of April, two thousand twelve.

Before: Ralph K. Winter,
    *Circuit Judge.*

_____

Dana Trezziova, Neville Seymour Davis, Shmuel Cabilly, Korea Exchange Bank,

    Plaintiffs - Appellants,

    v.

Sonja Kohn, Primeo Select Fund, Primeo Executive Fund,
Hannes Saleta, Ernst & Young Global Limited,
HSBC Securities Services (Luxemburg) S.A., HSBC Holdings plc, Bank Medici,
UniCredit, Bank Austria, Pioneer Global Asset Management S.p.A.,
Alfred Simon, Karl E. Kaniak, Hans-Peter Tiefenbacher, Johannes P. Spalek,
Nigel H. Fielding, James E. O'neill, Alberto LaRocca, Declan Murray,
Ursula Radel-Leszcynski, Michael Wheaton,
BA Worldwide Fund Management, Ltd., Pioneer Alternative Investment Management Ltd.,
Bank of Bermuda (Cayman) Limited, Bank of Bermuda (Luxembourg) S.A.,
Bank of Bermuda Limited, Ernst & Young (Cayman), Alberto Benbassat,
Stephane Benbassat, Genevalor, Benbassat & Cie, Gerald J.P. Brady, John Holliwell,
Sonja Kohn, Daniel Morrissey, David T. Smith, Werner Tripolt, Bank Medici AG,
Unicredit SPA, HSBC Institutional Trust Services (Ireland) Ltd.,
HSBC Securities Services (Ireland) Ltd., HSBC Holdings plc,
Pricewaterhousecoopers International Ltd., Pricewaterhousecoopers (Dublin),
PriceWaterhouseCoopers LLP, Pricewaterhousecoopers Bermuda,
Thema Asset Management Limited, BA Worldwide Fund Management Limited,
Peter Madoff, Andrew Madoff, Mark Madoff, William Fry, JP Morgan Chase & Co.,
Bank of New York Mellon, Herald (LUX), Messrs. Ferdinand Burg and Carlo Reding,
the Court Appointed Liquidators for Herald (LUX), Herald Asset Management Limited,
UniCredit Bank Austria AG, Ernst & Young S.A., Friedrich Pfeffer, Franco Mugnai,

    Defendants - Appellees,

|   |   |
|---|---|
| USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: December 1, 2014 | |

ORDER
Docket Nos.: 12-156 (Lead)
               12-162 (Con.)
               12-184 (Con.)

_____

IT IS HEREBY ORDERED that the motion by Appellants Shmuel Cabilly and Korea Exchange Bank, to sever their appeal in Docket No. 12-184 from the appeal in lead Docket No. 12-156 (the "Repex Action") and to hold briefing in abeyance pending a decision in the lead docket 12-156 is GRANTED.  However, either appellant's brief or a motion to remand must be filed within 30 days of the disposition of the Repex Action.  No extensions will be granted and failure to take action will subject the appeal to dismissal without further notice from the court.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[Signature: Catherine O'Hagan Wolfe]*

For The Court,

Catherine O'Hagan Wolfe,
Clerk of Court

*[Signature: Catherine O'Hagan Wolfe]*

**MANDATE ISSUED ON 12/01/2014**