UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE HERALD, PRIMEO, and THEMA   )
SECURITIES LITIGATION             )
                                  ) Case No. 09 Civ. 0289 (RMB)
                                  )
                                  )

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Joseph P. Moodhe of Debevoise & Plimpton LLP hereby appears on behalf of defendants Thema Asset Management Limited, Genevalor, Benbassat et Cie, Alberto Benbassat, Stephane Benbassat, Daniel Morrissey, Gerald J. P. Brady and David T. Smith in the above captioned case.

Dated: New York, New York
       February 27, 2015

DEBEVOISE & PLIMPTON LLP

By: /s/ Joseph P. Moodhe
    Joseph P. Moodhe
919 Third Avenue
New York, New York  10022
(212) 909-6000
jpmoodhe@debevoise.com

*Attorneys for Thema Asset Management
    Limited, Genevalor, Benbassat et Cie,
    Alberto Benbassat, Stephane Benbassat,
    Daniel Morrissey, Gerald J. P. Brady
    and David T. Smith*