UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE HERALD, PRIMEO, and THEMA SECURITIES LITIGATION | )<br>)<br>) Case No. 09 Civ. 0289 (RMB)<br>)<br>) |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Shannon Selden of Debevoise & Plimpton LLP hereby appears on behalf of defendants Thema Asset Management Limited, Genevalor, Benbassat et Cie, Alberto Benbassat, Stephane Benbassat, Daniel Morrissey, Gerald J. P. Brady and David T. Smith in the above captioned case.

Dated: New York, New York
February 27, 2015

DEBEVOISE & PLIMPTON LLP

By: /s/ Shannon Selden
    Shannon Selden
919 Third Avenue
New York, New York  10022
(212) 909-6000
srselden@debevoise.com

*Attorneys for Thema Asset Management Limited, Genevalor, Benbassat et Cie, Alberto Benbassat, Stephane Benbassat, Daniel Morrissey, Gerald J. P. Brady and David T. Smith*